```
DUPLICATE

Court Name: USDC California Southern
Division: 3
Receipt Number: CAS143500
Cashier ID: bsandov
Transaction Date: 02/07/2023
Payer Name: Mark E Fidelman Fanatics LLC
--------------------------------------
CIVIL FILING FEE- NON-PRISONER
 For: Robert Emert
 Case/Party: D-CAS-3-23-CV-000230-001
 Amount:         $402.00
--------------------------------------
CHECK
 Check/Money Order Num: 3102
 Amt Tendered:  $402.00
--------------------------------------
Total Due:       $402.00
Total Tendered:  $402.00
Change Amt:      $0.00


There will be a fee of $53.00
charged for any returned check.
```