CLAUDIA G. SILVA, County Counsel (State Bar No. 167868)
By STEVEN P. INMAN, II, Senior Deputy (State Bar No. 227748)
    JENNIFER M. MARTIN, Senior Deputy (State Bar No. 322048)
Office of County Counsel, County of San Diego
1600 Pacific Highway, Room 355
San Diego, California 92101-2469
Telephone: (619)884-2931; Fax: (619) 531-6005
E-mail: Steven.Inman@sdcounty.ca.gov

Attorneys for Defendant Luis Pena (erroneously sued as Luis Vena)

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Robert Emert,<br><br>     Plaintiff,<br>v.<br><br>Luis Vena; Andrea Schuck; Matthew W. Cord; Patti C. Ratekin; David S. Schulman; Lorna A. Alksne; David J. Danielsen; Moore, Schulman and Moore; Robert Olague and Does 1-20 inclusive,<br><br>     Defendants. | NO. 23-CV-0230-RSH-AHG<br><br>**DEFENDANT LUIS PENA'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT [Fed.R.Civ.P., 12(b)(6)]**<br><br>Date: April 4, 2023<br>Courtroom: 3B<br>Judge: Hon. Robert S. Huie<br><br>**PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT** |

PLEASE TAKE NOTICE that on April 4, 2023, or as soon thereafter as the matter may be heard, in Courtroom 3B of the Honorable Robert S. Huie, United States District Judge, located at 221 W. Broadway, San Diego, California, Defendant Luis Pena will, and hereby does, move to dismiss Plaintiff's Complaint pursuant to Federal Rules of Civil Procedure, rule 12(b)(6), on the grounds that the Complaint fails to state a valid claim against Defendant Pena.

///
///
///

The motion will be based upon this notice, the accompanying memorandum of points and authorities, a request for judicial notice and exhibit attached thereto, upon all papers and pleadings on file in this action, and upon any oral argument requested by the Court.

DATED:  February 28, 2023         CLAUDIA G. SILVA, County Counsel

By: s/STEVEN P. INMAN, II, Senior Deputy
Attorneys for Defendant Luis Pena (erroneously sued as Luis Vena)
E-mail: Steven.Inman@sdcounty.ca.gov