CLAUDIA G. SILVA, County Counsel (State Bar No. 167868)
By STEVEN P. INMAN, II, Senior Deputy (State Bar No. 227748)
   JENNIFER M. MARTIN, Senior Deputy (State Bar No. 322048)
Office of County Counsel, County of San Diego
1600 Pacific Highway, Room 355
San Diego, California 92101-2469
Telephone: (619)884-2931; Fax: (619) 531-6005
E-mail: Steven.Inman@sdcounty.ca.gov

Attorneys for Defendant Luis Pena (erroneously sued as Luis Vena)

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Robert Emert,<br><br>　　　　Plaintiff,<br>v.<br><br>Luis Vena; Andrea Schuck; Matthew W. Cord; Patti C. Ratekin; David S. Schulman; Lorna A. Alksne; David J. Danielsen; Moore, Schulman and Moore; Robert Olague and Does 1-20 inclusive,<br><br>　　　　Defendants. | NO. 23-CV-0230-RSH-AHG<br><br>**DEFENDANT LUIS PENA'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT [Fed.R.Civ.P., 12(b)(6)]**<br><br>Date: April 4, 2023<br>Courtroom: 3B<br>Judge: Hon. Robert S. Huie<br><br>**PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT** |

1  Pursuant to Rule 201 of the Federal Rules of Evidence, Defendant Luis Pena
2  respectfully requests that the Court take judicial notice of the document attached as
3  Exhibit A, the Felony Complaint in the matter of *People v. Robert Anthony Emert*, San
4  Diego Superior Court Case No. CD297230, filed January 4, 2023.

DATED:  February 28, 2023         CLAUDIA G. SILVA, County Counsel

By: s/STEVEN P. INMAN, II, Senior Deputy
Attorneys for Defendant Luis Pena (erroneously sued as Luis Vena)
E-mail: Steven.Inman@sdcounty.ca.gov

# EXHIBIT A

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
# CENTRAL DIVISION

THE PEOPLE OF THE STATE OF CALIFORNIA,

                                     Plaintiff,

v.

ROBERT ANTHONY EMERT,
    *dob 03/10/69;*

                                     Defendant

CT No.  CD297230
DA No.  AFA202

COMPLAINT-FELONY

INFORMATION

Date:  _____

## PC296 DNA TEST STATUS SUMMARY

| Defendant | DNA Testing Requirements |
|---|---|
| EMERT, ROBERT ANTHONY | DNA sample required upon conviction |

## CHARGE SUMMARY

| Count | Charge | Issue Type | Sentence Range | Special Allegations | Allegation Effect |
|---|---|---|---|---|---|
| 1 | PC278.5(a) | Felony | 16-2-3 | | |
| | EMERT, ROBERT ANTHONY | | | | |
| | PC1054.3 | | INFORMAL REQUEST FOR DISCOVERY | | |

The undersigned, certifying upon information and belief, complains that in the County of San Diego, State of California, the Defendant(s) did commit the following crime(s):

# CHARGES

**COUNT   1  - CHILD ABDUCTION - VIOLATION CUSTODY/VISITATION RIGHTS**

On or about and between October 7, 2021 and August 17, 2022, ROBERT ANTHONY EMERT did unlawfully and maliciously take, entice away, keep, withhold and conceal a child, to wit: Bryce E., and deprive a lawful custodian of a right to custody and a person of a right to visitation in violation of PENAL CODE SECTION 278.5(a).

---

NOTICE: Any defendant named on this complaint who is on criminal probation in San Diego County is, by receiving this complaint, on notice that the evidence presented to the court at the preliminary hearing on this complaint is presented for a dual purpose: the People are seeking a holding order on the charges pursuant to Penal Code Section 872 and simultaneously, the People are seeking a revocation of the defendant's probation, on any and all such probation grants, utilizing the same evidence, at the preliminary hearing. Defenses to either or both procedures should be considered and presented as appropriate at the preliminary hearing.

NOTICE:  Any defendant named on this complaint who is on Mandatory Supervision in San Diego County is, by receiving this complaint, on notice that the evidence presented to the court at the preliminary hearing on this complaint is presented for a dual purpose:  the People are seeking a holding order on the charges pursuant to Penal Code Section 872 and simultaneously, the People are seeking a revocation of the defendant's Mandatory Supervision pursuant to Penal Code Sections 1170(h)(5)(B) and 1203.2, on any and all such grants, utilizing the same evidence, at the preliminary hearing. Defense to either or both procedures should be considered and presented as appropriate at the preliminary hearing.

Pursuant to PENAL CODE SECTION 1054.5(b), the People are hereby informally requesting that defendant's counsel provide discovery to the People as required by PENAL CODE SECTION 1054.3.

Sheriff's records indicate that as of the booking date one or more defendants have not yet provided a DNA sample to the DOJ database.  Pursuant to Penal Code Section 296(e), the court shall order collection of DNA from the defendant(s) if advised by the prosecuting attorney that a sample is required but has not been provided by the defendant.  Pursuant to Penal Code sections 296/296.1, if not already required from a past conviction, any defendants who have not done so will be required to provide a sample upon conviction of this felony offense.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT AND THAT THIS COMPLAINT, CASE NUMBER CD297230, CONSISTS OF 1 COUNT.

Executed at City of San Diego, County of San Diego, State of California, on February 27, 2023.

_____
COMPLAINANT

===

| INFORMATION | SUMMER STEPHAN |
| | District Attorney |
| | County of San Diego |
| | State of California |
| | by: |
| _____ | _____ |
| Date | Deputy District Attorney |