PETER Q. SCHLUEDERBERG (SBN 137995)
**PQS LAW**
5330 Carroll Canyon Road, Suite 230
San Diego, California 92121
Telephone: (760) 505-2205
Facsimile: (858) 792-7768

Attorneys for Defendant Andrea Schuck

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT EMERT,<br><br>Plaintiff,<br><br>vs.<br><br>LUIS VENA; ANDREA SCHUCK; MATTHEW W. CORD; PATTI C. RATEKIN; DAVID S. SCHULMAN; LORNA A. ALKSNE; DAVID J. DANIELSEN; MOORE, SCHULMAN & MOORE; ROBERT OLAGUE; AND DOES 1 – 20 inclusive,<br><br>Defendants. | Case No. 23-cv-0230-RSH-AHG<br><br>**DEFENDANT ANDREA SCHUCK'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT AGAINST HER PURSUANT TO FRCP 12(b)(1) and 12(b)(6)**<br><br>Judge: Hon. Robert S. Huie<br>Courtroom: 3B<br>Date: April 4, 2023<br><br>PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT. |

**PLEASE TAKE NOTICE** that on the above date, April 4, 2023, or as soon thereafter as the Court determines, Defendant Andrea Schuck will and hereby does move this Court, located at Courtroom 3B, Edward J. Schwartz United States Courthouse, 221 West Broadway, San Diego, CA 92101, for an Order dismissing plaintiff ROBERT EMERT's ("Plaintiff" or "Emert") Complaint pursuant to Federal Rule of Civil Procedure (FRCP) 12(b)(1), with prejudice. The motion under FRCP Rule 12(b)(1) is made on the grounds that this court should not exercise jurisdiction over Plaintiff's case pursuant to the *Younger* abstention doctrine, to avoid interference with the ongoing State criminal action and ongoing State civil appellate proceeding addressing the orders at issue in Plaintiff's

Complaint.

Defendant Schuck further will and does hereby move this Court, in the alternative, for an Order dismissing the causes of action alleged against Andrea Schuck in Plaintiff's Complaint, comprised of the First, Third and Fifth Causes of Action alleged in the Complaint, as to defendant Schuck, under FRCP 12(b)(6), with prejudice. The motion to dismiss under FRCP Rule 12(b)(6) is made on the grounds that the complaint fails to allege facts sufficient to constitute a cause of action under 42 U.S.C section 1283 against Andrea Schuck because the facts do not show that she, as a private individual, violated any of Plaintiff's rights secured under the Constitution of the United States while acting under color of state law as required for section 1283 claims.

This Motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, Request for Judicial Notice, the pleadings and papers on file in this action, and on such oral argument and further pleadings as may be presented.

Accordingly, defendant Andrea Schuck praus that this Court dismiss Plaintiff's Complaint against her with prejudice and for such other and further relief as the Court deems appropriate.

against her in the Complaint) be dismissed for failure to state a claim as the allegations fail to establish that she was at any time alleged acting under color of state authority, as required for a 42 U.S.C. section 1983 claim.

**PQS LAW**

Dated:   February 28, 2023

By:  /S/ Peter Q. Schluederberg
Peter Q. Schluederberg, Esq.
Attorneys for Defendant Andrea Schuck