PETER Q. SCHLUEDERBERG (SBN 137995)
**PQS LAW**
5330 Carroll Canyon Road, Suite 230
San Diego, California 92121
Telephone: (760) 505-2205
Facsimile: (858) 792-7768

Attorneys for Defendant Andrea Schuck

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT EMERT,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>LUIS VENA; ANDREA SCHUCK; MATTHEW W. CORD; PATTI C. RATEKIN; DAVID S. SCHULMAN; LORNA A. ALKSNE; DAVID J. DANIELSEN; MOORE, SCHULMAN & MOORE; ROBERT OLAGUE; AND DOES 1 – 20 inclusive,<br><br>　　　　　Defendants. | Case No. 23-cv-0230-RSH-AHG<br><br>**DEFENDANT ANDREA SCHUCK'S NOTICE OF MOTION AND MOTION TO STRIKE AND REPLACE UNREDACTED ATTACHMENT 2 TO DOCUMENT 5 MOTION TO DISMISS PLAINTIFF'S COMPLAINT AGAINST HER PURSUANT TO FRCP 12(b)(1) and 12(b)(6)**<br><br>Judge:　　Hon. Robert S. Huie<br>Courtroom:　3B<br>Date:　　April 4, 2023<br><br>PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT. |

**PLEASE TAKE NOTICE** that Defendant Andrea Schuck hereby does move this Court to Strike the electronically filed Attachment 2 [Request for Judicial In Support of Defendant Andrea Schuck's Motion to Dismiss Plaintiff's Complaint Against Her Pursuant to FRCP 12(b)(1) and 12(b)(6)] to Document 5 [Motion to Dismiss For Failure to State a Claim by Andrea Schuck] and to replace such stricken Attachment 2 with the attached Amended Request for Judicial Notice. The original

---

1
Defendant Schuck's Notice of Motion and Motion to Strike 23-cv-0230-RSH-AHG

Attachment 2 inadvertenly and mistakenly included State Court Records with unredacted minor children's names as exhibits. The attached Amended Request for Judicial Notice has been corrected and the names of minor children have been redacted as to all exhibits attached thereto.

Accordingly, Defendant Andrea Schuck, by and through her counsel, Peter Schluederberg, Esq., PQS Law, requests the Court to grant this motion to strike and allow the appropriate E-filing personnel or Court Clerk to replace and refile the Attachment 2 to Document 5 of this case, with the attached Amended Request for Judicial Notice, thereby correcting the inadvertent filing error.

Respectfully submitted,

**PQS LAW**

Dated: March 1, 2023     By: _____
Peter Q. Schluederberg, Esq.
Attorneys for Defendant Andrea Schuck

2
Defendant Schuck's Notice of Motion and Motion to Strike 23-cv-0230-RSH-AHG