SUSANNE C. KOSKI, State Bar No. 176555
CARMELA E. DUKE, State Bar No. 270348
Superior Court of California, County of San Diego
1100 Union Street
San Diego, California 92101
Telephone: (619) 844-2382

Attorneys for Defendants The Honorable
Patti C. Ratekin, Retired Commissioner of the Superior Court
of California, County of San Diego, The Honorable
Lorna A. Alksne, Retired Judge of the Superior Court of
California, County of San Diego, and The Honorable David
J. Danielsen, Retired Judge of the Superior Court of California,
County of San Diego

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT EMERT, | Case No. 23cv0230-RSH-AHG |
| Plaintiff, | |
| v. | **NOTICE OF MOTION AND MOTION BY COMMISSIONER PATTI C. RATEKIN, JUDGE LORNA A. ALKSNE, AND JUDGE DAVID J. DANIELSEN IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE** |
| LUIS VENA; ANDREA SCHUCK; MATTHEW W. CORD; PATTI C. RATEKIN; DAVID S. SCHULMAN; LORNA A. ALKSNE; DAVID J. DANIELSEN; MOORE, SCHULMAN & MOORE; ROBERT OLAGUE, AND DOES 1-20 inclusive, | Date: April 7, 2023<br>Crtrm: 3B (Schwartz)<br>Judge: The Honorable Robert S. Huie |
| Defendants. | **PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT** |
NOTICE OF MOTION AND MOTION

23cv0230

TO ALL PARTIES AND/OR THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on April 7, 2023, in Courtroom 3B of the United States District Court for the Southern District of California, located at 333 West Broadway, San Diego, California 92101, before the Honorable Robert S. Huie, Defendants the Honorable Patti C. Ratekin, Retired Commissioner of the Superior Court of California, County of San Diego ("Commissioner Ratekin"), the Honorable Lorna A. Alksne, Retired Judge of the Superior Court of California, County of San Diego ("Judge Alksne"), and the Honorable David J. Danielsen, Retired Judge of the Superior Court of California, County of San Diego ("Judge Danielsen")(hereinafter collectively "Judicial Defendants"), will move to dismiss Plaintiff's Complaint and each claim for relief pursuant to Federal Rules of Civil Procedure ("FRCP") 12(b)(1) and 12(b)(6) on the following grounds:

1. The Complaint fails to state a claim upon which relief can be granted under FRCP 12(b)(6) and this Court lacks jurisdiction over the subject matter of the Complaint pursuant to FRCP 12(b)(1) because the Judicial Defendants enjoy absolute judicial immunity;

2. The action is barred by Eleventh Amendment Immunity. Accordingly, this Court lacks jurisdiction over the subject matter of the Complaint pursuant to FRCP 12(b)(1) and the Complaint fails to state a claim upon which relief can be granted under FRCP 12(b)(6);

3. Pursuant to the *Younger* abstention doctrine, the Complaint fails to state a claim upon which relief can be granted under FRCP 12(b)(6) and this Court lacks jurisdiction over the subject matter of the Complaint pursuant to FRCP 12(b)(1); and

4. Pursuant to FRCP 12(b)(1) this Court lacks jurisdiction over the subject matter of the Complaint as a result of the *Rooker-Feldman* doctrine, and Complaint fails to state a claim upon which relief can be granted under 12(b)(6); and

5. The Complaint fails to state a claim upon which relief can be granted under FRCP 12(b)(6) because the Complaint if barred by res judicata as to Commissioner Ratekin based on the final judgments on the merits entered against Plaintiff in *Robert Anthony Emert*

*v. Commissioner Patti C. Ratekin*, United States District Court, Southern District of California, Case No. 21-cv-01570-BTM-AHG.

    The Motion to Dismiss will be based on this Notice of Motion and Motion, the Memorandum of Points and Authorities, the Request for Judicial Notice with Exhibits A-O, the Declaration of Carmela E. Duke, and all of which are served and filed herewith, as well as the pleadings and other papers filed hereon.

SUSANNE C. KOSKI
Superior Court of California, County of San Diego

DATED:

March 3, 2023

By: __s/ Carmela E. Duke_____
 CARMELA E. DUKE
Attorneys for Defendants The Honorable Patti C. Ratekin, Retired Commissioner of the Superior Court of California, the Honorable Lorna A. Alksne, Retired Judge of the Superior Court, County of San Diego, and the Honorable David J. Danielsen, Retired Judge of the Superior Court of California, County of San Diego