SUSANNE C. KOSKI, State Bar No. 176555
CARMELA E. DUKE, State Bar No. 270348
Superior Court of California, County of San Diego
1100 Union Street
San Diego, California 92101
Telephone: (619) 844-2382

Attorneys for Defendants The Honorable
Patti C. Ratekin, Retired Commissioner of the Superior Court
of California, County of San Diego, The Honorable
Lorna A. Alksne, Retired Judge of the Superior Court of
California, County of San Diego, and The Honorable David J.
Danielsen, Retired Judge of the Superior Court of California,
County of San Diego

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT EMERT,<br><br>              Plaintiff,<br><br>      v.<br><br>LUIS VENA; ANDREA SCHUCK;<br>MATTHEW W. CORD; PATTI C.<br>RATEKIN; DAVID S. SCHULMAN;<br>LORNA A. ALKSNE; DAVID J.<br>DANIELSEN; MOORE, SCHULMAN<br>& MOORE; ROBERT OLAGUE,<br>AND DOES 1-20 inclusive,<br><br>              Defendants. | Case No. 23cv0230-RSH-AHG<br><br>**DEFENDANTS COMMISSIONER PATTI C. RATEKIN, JUDGE LORNA A. ALKSNE, AND JUDGE DAVID J. DANIELSEN'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE**<br><br>Date:     April 7, 2023<br>Crtrm:   3B (Schwartz)<br>Judge:   The Honorable Robert S. Huie<br><br>**PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT** |

Pursuant to Federal Rule of Evidence 201, Defendants the Honorable Patti C. Ratekin, Retired Commissioner of the Superior Court, County of San Diego ("Commissioner Ratekin"), the Honorable Lorna A. Alksne, Retired Judge of the Superior Court of California, County of San Diego ("Judge Alksne"), and the Honorable David J. Danielsen, Retired Judge of the Superior Court of California, County of San Diego ("Judge Danielsen") (hereinafter collectively "Judicial Defendants") respectfully request the Court take judicial notice of the following documents listed below and attached hereto. "Court records, as public records, are generally subject to judicial notice, although a court cannot judicially notice disputed facts contained within such records. [Citations.]" *Taylor v. Kelety*, No. 20-CV-1987-DMS-AGS, 2021 WL 1733386, at *3 n. 4 (S.D. Cal. May 3, 2021).

Exhibit A:    Minutes of the Family Court, *Andrea Emert v. Robert Emert*, Superior Court of California, County of San Diego ("SDSC"), Case No. 19FL010852N, filed February 25, 2021;

Exhibit B:    Minutes of the Family Court, *Andrea Emert v. Robert Emert*, SDSC Case No. 19FL010852N, filed October 4, 2021;

Exhibit C:    Docket, *Robert Anthony Emert v. Commissioner Patti C. Ratekin*, United States District Court, Southern District of California, Case No. 21-cv-01570-BTM-AHG;

Exhibit D:    Complaint, *Robert Anthony Emert v. Commissioner Patti C. Ratekin*, United States District Court, Southern District of California, Case No. 21-cv-01570-BTM-AHG, filed September 7, 2021;

Exhibit E:    Order Granting Motion to Proceed in Forma Pauperis and Dismissing Case with Prejudice, *Robert Anthony Emert v. Commissioner Patti C. Ratekin*, United States District Court, Southern District of California, Case No. 21-cv-01570-BTM-AHG, filed September 22, 2021;

Exhibit F:  Minute Order, *Andrea Emert v. Robert Emert*, SDSC Case No. 19FL010852N, filed October 5, 2021;

Exhibit G:  Minute Order, *Andrea Emert v. Robert Emert*, SDSC Case No. 19FL010852N, filed November 29, 2021;

Exhibit H:  Case Summary and Docket (Register of Actions) of the Appeal *Emert v. Emert,* Court of Appeal, 4th Appellate District, Division 1, Case No. D079955;

Exhibit I:  Notice of Case Reassignment, *Andrea Emert v. Robert Emert*, SDSC Case No. 19FL010852N, dated February 22, 2022;

Exhibit J:  Register of Actions, *Andrea Emert v. Robert Emert*, SDSC Case No. 19FL010852N;

Exhibit K:  Complaint- Felony, *People of the State of California v. Robert Anthony Emert*, SDSC Case No. CD297230, filed January 4, 2023;

Exhibit L:  Misdemeanor/Felony – Pre-Disposition Minutes, *People of the State of California v. Robert Anthony Emert*, SDSC Case No. CD297230, filed January 6, 2023;

Exhibit M:  Misdemeanor/Felony – Pre-Disposition Minutes, *People of the State of California v. Robert Anthony Emert*, SDSC Case No. CD297230, filed January 11, 2023 and Misdemeanor/Felony – Pre-Disposition Minutes, *People of the State of California v. Robert Anthony Emert*, SDSC Case No. CD297230, filed January 13, 2023;

Exhibit N:  Preliminary Examination Minutes, *People of the State of California v. Robert Anthony Emert*, SDSC Case No. CD297230, filed February 10, 2023; and

Exhibit O:  "Motion to reconsider, Section 1008 of Code of Civil Procedure," *Andrea Emert v. Robert Emert*, SDSC Case No. 19FL010852N, filed November 21, 2022 and "Motion to reconsider," *Andrea Emert v. Robert Emert*, SDSC Case No. 19FL010852N, filed December 21, 2022.

1

2

3

4 DATED:

5 March 3, 2023

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SUSANNE C. KOSKI
Superior Court of California, County of San Diego

By:  ___s/ Carmela E. Duke_____
      CARMELA E. DUKE
Attorneys for Defendants The Honorable Patti C. Ratekin, Retired Commissioner of the Superior Court of California, the Honorable Lorna A. Alksne, Retired Judge of the Superior Court, County of San Diego, and the Honorable David J. Danielsen, Retired Judge of the Superior Court of California, County of San Diego

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT TABLE OF CONTENTS

EXHIBIT A:  Minutes of the Family Court, *Andrea Emert v. Robert Emert*, Superior Court of California, County of San Diego ("SDSC"), Case No. 19FL010852N, filed February 25, 2021 .................................................................................... 1

EXHIBIT B:  Minutes of the Family Court, *Andrea Emert v. Robert Emert*, SDSC Case No. 19FL010852N, filed October 4, 2021 .................................................................................... 3

EXHIBIT C:  Docket, *Robert Anthony Emert v. Commissioner Patti C. Ratekin*, United States District Court, Southern District of California, Case No. 21-cv-01570-BTM-AHG ..................... 5

EXHIBIT D:  Complaint, *Robert Anthony Emert v. Commissioner Patti C. Ratekin*, United States District Court, Southern District of California, Case No. 21-cv-01570-BTM-AHG, filed September 7, 2021… ............................................. 6

EXHIBIT E:  Order Granting Motion to Proceed in Forma Pauperis and Dismissing Case with Prejudice, *Robert Anthony Emert v. Commissioner Patti C. Ratekin*, United States District Court, Southern District of California, Case No. 21-cv-01570-BTM-AHG, filed September 22, 2021 ....................... 13

EXHIBIT F:  Minute Order, *Andrea Emert v. Robert Emert*, SDSC Case No. 19FL010852N, filed October 5, 2021 ............................. 16

EXHIBIT G:  Minute Order, Andrea Emert v. Robert Emert, SDSC Case No. 19FL010852N, filed November 29, 2021 ....................... 17

EXHIBIT H:  Case Summary and Docket (Register of Actions) of the Appeal *Emert v. Emert*, Court of Appeal, 4th Appellate District, Division 1, Case No. D079955 ................................ 22

21cv01570

EXHIBIT I:        Notice of Case Reassignment, *Andrea Emert v. Robert Emert*, SDSC Case No. 19FL010852N, dated February 22, 2022 ....................................................................................... 25

EXHIBIT J:        Register of Actions, *Andrea Emert v. Robert Emert*, SDSC Case No. 19FL010852N ........................................................ 26

EXHIBIT K:       Complaint- Felony, *People of the State of California v. Robert Anthony Em*ert, SDSC Case No. CD297230, filed January 4, 2023 ..................................................................... 58

EXHIBIT L:       Misdemeanor/Felony – Pre-Disposition Minutes, *People of the State of California v. Robert Anthony Emert*, SDSC Case No. CD297230, filed January 6, 2023 ......................... 61

EXHIBIT M:     Misdemeanor/Felony – Pre-Disposition Minutes, *People of the State of California v. Robert Anthony Emert*, SDSC Case No. CD297230, filed January 11, 2023 and Misdemeanor/Felony – Pre-Disposition Minutes, *People of the State of California v. Robert Anthony Emert*, SDSC Case No. CD297230, filed January 13, 2023 ...................... 62

EXHIBIT N:      Preliminary Examination Minutes, *People of the State of California v. Robert Anthony Emert*, SDSC Case No. CD297230, filed February 10, 2023; and ............................ 64

EXHIBIT O:      "Motion to reconsider, Section 1008 of Code of Civil Procedure," *Andrea Emert v. Robert Emert*, SDSC Case No. 19FL010852N, filed November 21, 2022 and "Motion to reconsider," *Andrea Emert v. Robert Emert*, SDSC Case No. 19FL010852N, filed December 21, 2022 ...................... 65

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

| NUMBER | | | REPORTER | CSR# | | INTERPRETER ☐ SPANISH ☐ _____ |
|---|---|---|---|---|---|---|
| 19FL010852N | | | Vanessa Evans, CSR 12733 | | | ☐ P ☐ R |
| | | | ☐ NOT REQUESTED ☐ NOT REPORTED | | | |

| DATE OF HEARING | TIME OF HEARING | DEPT | JUDGE | | CLERK | D. Catlett |
|---|---|---|---|---|---|---|
| 02/25/2021 | 9:00 AM | N-19 | PATTI C. RATEKIN | | K. HICKMAN | |

| PETITIONER | | ATTORNEY FOR PETITIONER | |
|---|---|---|---|
| Andrea L. Emert | ☒ P ☐ NP | DAVID S SCHULMAN DAVID S SCHULMAN | ☒ P ☐ NP |

| RESPONDENT | | ATTORNEY FOR RESPONDENT | |
|---|---|---|---|
| Robert Emert | ☒ P ☐ NP | PRO SE Robert Emert | ☐ P ☐ NP |

| ADDITIONAL PARTY | | ADDITIONAL COUNSEL | |
|---|---|---|---|
| | ☐ P ☐ NP | | ☐ P ☐ NP |

**Robert Emert Request for Order Hearing**: re: CHANGE in Child Custody, Visitation Support; Spoual Support; Modify Support Retroactive to Date Motion Filed Pursuant to FC Section 3653 & 4333; FCS to Interview ▆▆▆▆ (Scheduled per 11/10/20 Ex Parte Order) Next Hearing: 3/18/2021                                        ☒ CONFIRMED ☐ VACATED

THE ABOVE MATTER CAME ON FOR HEARING THIS DATE WITH ABOVE APPEARANCES, AFTER HEARING THE COURT ORDERED THAT

**CONSOLIDATION:** ☐ CASE NO _____ IS CONSOLIDATED WITH PRIMARY/LEAD CASE NO. _____
**OATH:** ☐ PTNR ☐ RESP SWORN AND EXAMINED ☐ AS TO JURISDICTION ☐ ADVISAL, WAIVER OF RIGHTS, STIPULATION RE: PATERNITY FILED
**CUSTODY: LEGAL:** ☐ JOINT ☐ SOLE LEGAL PTNR ☐ SOLE LEGAL RESP    **PHYSICAL:** ☐ JOINT ☐ PRIMARY ☐ PTNR ☐ RESP
**VISITATION:** ☐ PARTIES REFERRED TO FAMILY COURT SERVICES _____ ☐ EXTENDED MEDIATION ☐ PSYCH. EVALUATION ORDERED
☐ FAMILY COURT SERVICES ☐ MINORS' COUNSEL RECOM. DATED _____ ADOPTED AS AN ORDER ☐ BY STIPULATION ☐ AS MODIFIED
☐ VISITATION OF ☐ PTNR ☐ RESP ☐ SUPERVISED BY ☐ AGREED UPON 3RD PARTY ☐ PROFESSIONAL AGENCY _____

☐ CHILDREN NOT TO BE REMOVED FROM ☐ COUNTY ☐ STATE WITHOUT WRITTEN CONSENT OF THE OTHER PARENT OR THE COURT
☐ PARTIES NOT TO MAKE DISPARAGING REMARKS ABOUT THE OTHER PARTY OR HAVE ADULT DISCUSSIONS IN THE PRESENCE OF THE CHILDREN
☐ PTNR ☐ RESP ORDERED NOT TO CONSUME ALCOHOL/DRUGS IN PRESENCE OF CHILDREN ☐ DURING VISITS OR W/IN 24 HRS OF VISITATION
☐ PTNR ☐ RESP TO COMP SUBSTANCE ABUSE ASSESSMENT
☐ PTNR ☐ RESP TO COMP. PARENTING CLASS ☐ PTNR ☐ RESP TO COMP. ANGER MGMT. CLASS ☐ PTNR ☐ RESP TO COMP. 52-WEEK DVRP
☐ PTNR ☐ RESP STIPULATE/ORDERED TO DRUG TESTING ☐ PROOF TO ☐ COURT FILE ☐ COUNSEL BY _____
**COURT FINDINGS (FC§ 3048):** BASIS FOR JURISDICTION: ☐ HOME STATE ☐ EMERGENCY ☐ NO OTHER STATE HAS ASSUMED JURISD. & THIS IS AN APPROPRIATE FORUM ☐ PREVIOUS ORDERS MADE IN THIS COURT ☐ _____
MANNER NOTICE GIVEN: ☐ PERSONAL SERVICE ☐ MAIL SERVICE ☐ PERSONALLY PRESENT & HAS KNOWLEDGE OF HEARING ☐ _____
HABITUAL RESIDENCE OF THE CHILD(REN): ☐ SAN DIEGO CNTY, CALIFORNIA, USA ☐ _____
☐ PARTIES ADVISED THAT VIOLATION OF THIS ORDER MAY RESULT IN CIVIL OR CRIMINAL PENALTIES, OR BOTH
**THE COURT FINDS:** _____ CHILDREN CHILD SHARE - _____ %    ☐ INTERIM ☐ FINAL CUSTODY/VISITATION ORDER

| PTNR: ☐ SINGLE ☐ HH ☐ MARRIED ☐ JOINT ☐ FILING SEP ( ) | RESP: ☐ SINGLE ☐ HH ☐ MARRIED ☐ JOINT ☐ FILING SEP ( ) |
|---|---|
| GROSS $_____ ☐ NON-TAX $_____ ☐ ABILITY | GROSS $_____ ☐ NON-TAX $_____ ☐ ABILITY |
| DEDUCT: HEALTH$_____ PROP.TAX$_____ INTEREST$_____ | DEDUCT: HEALTH$_____ PROP.TAX$_____ INTEREST$_____ |
| UNION DUES$_____ MAND.RETIREMT$_____ HARDSHIP$_____ | UNION DUES$_____ MAND.RETIREMT$_____ HARDSHIP$_____ |
| NEW SPOUSE$_____ NET$_____ | NEW SPOUSE$_____ NET$_____ |

**THE COURT ORDERS CHILD SUPPORT OF $_____** MO.EFF: _____ PAYABLE BY ☐ PTNR ☐ RESP
☐ CHILD SUPPORT ORDERED THRU D.C.S.S
☐ FIRST CHILD $_____ SECOND CHILD $_____ THIRD CHILD $_____ FOURTH CHILD $_____
☐ PTNR ☐ RESP TO PAY 1/2 OF ANY UNCOVERED MEDICAL/DENTAL/ORTHODONTIC/OPTICAL/PSYCHOLOGICAL FEES PURSUANT TO FC§4063
☐ PTNR ☐ RESP TO PAY 1/2 OF CHILD CARE COSTS FOR EMPLOYMENT / JOB SEARCH ONLY / AUTHORIZED EDUCATIONAL PURSUITS
☐ BILLS TO BE SUBMITTED W/IN 10/30 DAYS AND REIMBURSEMENT DUE 10/30 DAYS AFTER RECEIPT OF THE BILL
☐ PTNR ☐ RESP TO MAINTAIN ☐ HEALTH INSURANCE AT MINIMAL OR NO COST ☐ LIFE INSURANCE
**CHILD SUPPORT:** EARNINGS ASSIGNMENT ☐ ORDERED ☐ ISSUED ☐ NOT ISSUED.

**THE COURT ORDERS SPOUSAL SUPPORT OF:$_____** MO.EFF: _____ PAYABLE BY ☐ PTNR ☐ RESP ☐ RESERVED
☐ TERMINATED ☐ TERM. DATE_____ ☐ THE COURT HAS CONSIDERED FC4320 FACTORS
**SPOUSAL SUPPORT:** EARNINGS ASSIGNMENT ☐ ORDERED ☐ ISSUED ☐ NOT ISSUED.

**ATTY FEES** $_____ AT $_____ MO. EFF. _____ BY ☐ PTNR ☐ RESP ☐ RESERVED ☐ 2 MONTH ACCELERATION CLAUSE
☐ AS ADDTL. SUPPORT FOR ENFORCEMENT PURPOSES    ☐ WAGE ASSIGNMENT AUTHORIZED
**ARREARAGES:** ☐ COURT SETS ARREARAGES AT $_____ AS OF _____ ☐ PTNR ☐ RESP ORDERED TO PAY $_____ MO EFF. _____
**HEARING:** ☐ OFF CAL ☒ CONT. TO 3-30-21 AT 145 PM IN DEPT. 19 BY ☐ PTNR ☐ RESP ☐ STIP ☒ COURT ☐ REISSUE
☒ EXISTING ORDERS REMAIN IN EFFECT PENDING FURTHER HEARING, EXCEPT WHERE IN CONFLICT, THIS ORDER CONTROLS    RFO
☐ COURT RETAINS JURISDICTION OVER _____ ☐ RETROACTIVE TO _____ ☐ RESERVED
☐ COURT APPTS. ATTY. _____ FOR ☐ MINOR(S) [RESERVED AS TO FEE REIMBURSEMENT] ☐ SEE ORDER APPOINTING COUNSEL

Page 1 of 2
SDSC D-025 (Rev 5/14)

**MINUTES OF THE FAMILY COURT**

Exhibit A
1

19FL010852N                          Emert vs Emert                            03/01/21

Commissioner Patti C. Ratekin is a judicial officer selected by the judges of the San Diego Superior Court assigned to hear and determine Family law cases because of her experience, skill and knowledge in handling these matters.

In order to have a commissioner act as a judge in a case, all parties to the case must agree that the commissioner can act as a temporary judge. If any party does not agree, the case will be reassigned to another judicial officer for today's hearing and all future hearings.

To "stipulate" means you agree to the appointment of Commissioner Patti C. Ratekin as a judge for this hearing and all future hearings and trials in this case, including any contempt proceedings and all post-judgment matters.

**IT IS STIPULATED** by the attorneys and / or parties by phone / virtual hearing that Commissioner Patti C. Ratekin will hear and decide all present and future matters in this case as a Temporary Judge, including any contempt proceedings and all post judgment matters.

The parties present oral arguments.

**Court orders:**
- The Court appoints Attorney Matthew Cord as Minor's Counsel for the minor.
- The Court appoints Attorney Cathryn Young as Minor's Counsel for the minor.
- Court reserves jurisdiction over payment of Minor's Counsel fees.
- Both parties are directed to sign releases in order for Minor's Counsels to speak with the therapists. The parties shall each contact Minor's Counsel to speak with the children.
- A copy of the FCS Report shall be provided to Minor's Counsels.
- Respondent is directed to make ten (10) job contacts per week until employed full time at 40 hours per week.
- Both parties are directed to file an updated Income & Expense Declaration prior to the next hearing.
- Attorney Schulman shall provide Minor's Counsels with the parties' personal information sheets.
- **The RFO is continued to March 30, 2021 at 1:45pm in Department 19.**

-dc-

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

| NUMBER 19FL010852N | REPORTER Traci Wheeler CSR# 11810 ☐NOT REQUESTED ☐NOT REPORTED | INTERPRETER ☐ SPANISH ☐ _____ ☐P ☐R |
|---|---|---|

| DATE OF HEARING 10/04/2021 | TIME OF HEARING 9:00 AM | DEPT N-19 | JUDGE PATTI C. RATEKIN | CLERK |
|---|---|---|---|---|

| PETITIONER Andrea L. Emert | ☒P ☐NP | ATTORNEY FOR PETITIONER *Sarah Bear* **DAVID S SCHULMAN** DAVID S SCHULMAN | ☒P ☐NP |
|---|---|---|---|

| RESPONDENT Robert Emert | ☒P ☐NP | ATTORNEY FOR RESPONDENT **PRO SE** Robert Emert | ☐P ☐NP |
|---|---|---|---|

| ADDITIONAL PARTY MINOR'S COUNSEL | ☐P ☐NP | ADDITIONAL COUNSEL **MATTHEW W CORD** MATTHEW W CORD & *Katie Young* | ☒P ☐NP |
|---|---|---|---|

**Request for Order Hearing**: Mod cust/vis

Next Hearing: 11/29/2021 ☒CONFIRMED ☐VACATED

---

THE ABOVE MATTER CAME ON FOR HEARING THIS DATE WITH ABOVE APPEARANCES, AFTER HEARING THE COURT ORDERED THAT

---

**CONSOLIDATION:** ☐CASE NO _____ IS CONSOLIDATED WITH PRIMARY/LEAD CASE NO. _____
**OATH:** ☐PTNR ☐RESP SWORN AND EXAMINED ☐AS TO JURISDICTION ☐ADVISAL, WAIVER OF RIGHTS, STIPULATION RE: PATERNITY FILED
**CUSTODY: LEGAL:** ☐JOINT ☐SOLE LEGAL PTNR ☐SOLE LEGAL RESP **PHYSICAL:** ☐JOINT ☐PRIMARY ☐PTNR ☐RESP
**VISITATION:** ☐PARTIES REFERRED TO FAMILY COURT SERVICES _____ ☐EXTENDED MEDIATION ☐PSYCH. EVALUATION ORDERED
☐FAMILY COURT SERVICES ☐MINORS' COUNSEL RECOM. DATED _____ ADOPTED AS AN ORDER ☐BY STIPULATION ☐AS MODIFIED
☐VISITATION OF ☐PTNR ☐RESP ☐SUPERVISED BY ☐AGREED UPON 3RD PARTY ☐PROFESSIONAL AGENCY _____

---

☐CHILDREN NOT TO BE REMOVED FROM ☐COUNTY ☐STATE WITHOUT WRITTEN CONSENT OF THE OTHER PARENT OR THE COURT
☐PARTIES NOT TO MAKE DISPARAGING REMARKS ABOUT THE OTHER PARTY OR HAVE ADULT DISCUSSIONS IN THE PRESENCE OF THE CHILDREN
☐PTNR ☐RESP ORDERED NOT TO CONSUME ALCOHOL/DRUGS IN PRESENCE OF CHILDREN ☐ DURING VISITS OR W/IN 24 HRS OF VISITATION
☐PTNR ☐RESP TO COMP SUBSTANCE ABUSE ASSESSMENT
☐PTNR ☐RESP TO COMP. PARENTING CLASS ☐PTNR ☐RESP TO COMP. ANGER MGMT. CLASS ☐PTNR ☐RESP TO COMP. 52-WEEK DVRP
☐PTNR ☐RESP STIPULATE/ORDERED TO DRUG TESTING ☐PROOF TO ☐COURT FILE ☐COUNSEL BY _____
**COURT FINDINGS (FC§ 3048):** BASIS FOR JURISDICTION: ☐HOME STATE ☐EMERGENCY ☐NO OTHER STATE HAS ASSUMED JURISD. & THIS IS AN APPROPRIATE FORUM ☐PREVIOUS ORDERS MADE IN THIS COURT ☐
MANNER NOTICE GIVEN: ☐PERSONAL SERVICE ☐MAIL SERVICE ☐PERSONALLY PRESENT & HAS KNOWLEDGE OF HEARING ☐_____
HABITUAL RESIDENCE OF THE CHILD(REN): ☐SAN DIEGO CNTY, CALIFORNIA, USA ☐ _____
☐PARTIES ADVISED THAT VIOLATION OF THIS ORDER MAY RESULT IN CIVIL OR CRIMINAL PENALTIES, OR BOTH
**THE COURT FINDS:** CHILDREN CHILD SHARE - _____ % ☐INTERIM ☐FINAL CUSTODY/VISITATION ORDER

| PTNR: ☐SINGLE ☐HH ☐MARRIED ☐JOINT ☐FILING SEP ( ) | RESP: ☐SINGLE ☐HH ☐MARRIED ☐JOINT ☐FILING SEP ( ) |
|---|---|
| GROSS $_____ ☐NON-TAX $_____ ☐ABILITY | GROSS $_____ ☐NON-TAX $_____ ☐ABILITY |
| DEDUCT: HEALTH$_____ PROP.TAX$_____ INTEREST$_____ | DEDUCT: HEALTH$_____ PROP.TAX$_____ INTEREST$_____ |
| UNION DUES$_____ MAND.RETIREMT$_____ HARDSHIP$_____ | UNION DUES$_____ MAND.RETIREMT$_____ HARDSHIP$_____ |
| NEW SPOUSE$_____ NET$_____ | NEW SPOUSE$_____ NET$_____ |

**THE COURT ORDERS CHILD SUPPORT OF** $_____ MO.EFF: _____ PAYABLE BY ☐PTNR ☐RESP
☐CHILD SUPPORT ORDERED THRU D.C.S.S
☐FIRST CHILD $_____ SECOND CHILD $_____ THIRD CHILD $_____ FOURTH CHILD $_____
☐PTNR ☐RESP TO PAY 1/2 OF ANY UNCOVERED MEDICAL/DENTAL/ORTHODONTIC/OPTICAL/PSYCHOLOGICAL FEES PURSUANT TO FC§4063
☐PTNR ☐RESP TO PAY 1/2 OF CHILD CARE COSTS FOR EMPLOYMENT / JOB SEARCH ONLY / AUTHORIZED EDUCATIONAL PURSUITS
☐BILLS TO BE SUBMITTED W/IN 10/30 DAYS AND REIMBURSEMENT DUE 10/30 DAYS AFTER RECEIPT OF THE BILL
☐PTNR ☐RESP TO MAINTAIN ☐HEALTH INSURANCE AT MINIMAL OR NO COST ☐LIFE INSURANCE
**CHILD SUPPORT:** EARNINGS ASSIGNMENT ☐ORDERED ☐ISSUED ☐NOT ISSUED.

**THE COURT ORDERS SPOUSAL SUPPORT OF** $_____ MO.EFF: _____ PAYABLE BY ☐PTNR ☐RESP ☐RESERVED
☐TERMINATED ☐TERM. DATE _____ ☐THE COURT HAS CONSIDERED FC4320 FACTORS
**SPOUSAL SUPPORT:** EARNINGS ASSIGNMENT ☐ORDERED ☐ISSUED ☐NOT ISSUED.

**ATTY FEES** $_____ AT $_____ MO. EFF. _____ BY ☐PTNR ☐RESP ☐RESERVED ☐2 MONTH ACCELERATION CLAUSE
☐AS ADDTL. SUPPORT FOR ENFORCEMENT PURPOSES ☐WAGE ASSIGNMENT AUTHORIZED
**ARREARAGES:** ☐COURT SETS ARREARAGES AT $_____ AS OF _____ ☐PTNR ☐RESP ORDERED TO PAY $_____ MO EFF:_____
**HEARING:** ☐OFF CAL ☐CONT. TO _____ AT _____ IN DEPT. _____ BY ☐PTNR ☐RESP ☐STIP ☐COURT ☐REISSUE
☒EXISTING ORDERS REMAIN IN EFFECT PENDING FURTHER HEARING, EXCEPT WHERE IN CONFLICT, THIS ORDER CONTROLS
☐COURT RETAINS JURISDICTION OVER _____ ☐RETROACTIVE TO _____ ☐RESERVED
☐COURT APPTS. ATTY. _____ FOR ☐MINOR(S) [RESERVED AS TO FEE REIMBURSEMENT] ☐SEE ORDER APPOINTING COUNSEL

---

Page 1 of 2
SDSC D-025 (Rev 5/14)

**MINUTES OF THE FAMILY COURT**

Exhibit B
3

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO CAL. NO.

| NUMBER | DATE OF HEARING |
|---|---|
| 19FL010852N | 10/04/2021 |

THE ABOVE MATTER CAME ON FOR HEARING THIS DATE WITH ABOVE APPEARANCES, AFTER HEARING THE COURT ORDERED THAT

**EMPLOYMENT:** ☐PTNR ☐RESP ADMONISHED PURSUANT TO FC§4330 ☐PTNR ☐RESP TO MAKE_____ JOB CONTACTS PER WEEK AND SUBMIT THE DETAILS TO OPPOSING COUNSEL/PARTY_____

**PAYMENTS:** ☐PETITIONER
☐RESPONDENT _____
**POSSESSIONS:** ☐PETITIONER
☐RESPONDENT _____

**RESTRAINING ORDERS:** ☐PTNR ☐RESP MOTION FOR RESTRAINING ORDER ☐GRANTED ☐DENIED PURSUANT TO TEMPORARY ORDER
☐EXCEPTION FOR COURT ORDERED VISITATION EXCHANGES ☐PROTECTED PARTY MAY RECORD COMMUNICATION FROM RESTRAINED PARTY
☐WITH MODIFICATIONS (_____ YDS) TO EXPIRE: ☐3 YEARS ☐_____ ☐FC6389 FIREARMS ADVISAL
☐PC§29825 FIREARMS NOTICE TO RESTRAINED PARTY ☐RESTRAINED PARTY IN MILITARY- BRANCH: _____ RANK:_____
☐RESTRAINED PARTY TO PICK UP PERSONAL PROPERTY WITH PEACE OFFICER PRESENT ON _____

**MOTIONS:** ☐PTNR ☐RESP MOTION_____ ☐GRANTED ☐DENIED

**STIPULATION:** ☐PART/FULL ☐SUBMITTED/RECITED BY COUNSEL ☐PARTIES AGREE TO BE BOUND ☐COUNSEL AUTH. ☐ADOPTED AS ORDER

**JUDGMENT:** ☐GRANTED EFF. _____ ☐INCORP STIP. ☐DISSOLUTION ☐STATUS ONLY ☐LEGAL SEP ☐NULLITY ☐PATERNITY

**WAIVER:** ☐PTNR ☐RESP WAIVES FILING OF FINAL DECLARATION OF DISCLOSURE

**DISMISSAL:** ☐AFTER PROPER NOTICE TO PARTIES, CASE DISMISSED WITHOUT PREJUDICE DUE TO INACTIVITY

**ORDER AFTER HEARING:** ☐PTNR ☐RESP ☐MINORS ATTY. TO PREPARE ☐SEND TO OPPOSING COUNSEL FOR APPROVAL ☐SUBMIT DIRECTLY

☐PTNR ☐RESP REFERRED TO FLF FOR PREPARATION OF ☐FOAH ☐ROAH-CLETS ☐JUDGMENT ☐OTHER _____
AND FLF TO PREPARE AND SUBMIT DIRECTLY TO THE COURT. ☐ PTNR ☐ RESP TO SERVE COURT-STAMPED COPY ON THE OTHER PARTY.

☐STATUS CONFERENCE PROCESSED BY FAMILY LAW FACILITATOR'S OFFICE   ☐NOT REPORTED

**OTHER:**

On the court's own motion Commissioner Ratekin recuses herself in the interest of justice.

This matter is set for trial for November 29 and 30, 2021 in Department 1001 with Judge Alksne, there is a prior order that there will be no continuances of this matter per CRC 5.83.

The matter is referred to Department 15 for reassignment as Department 17 has previously recused.

The issue of custody pending the trial is at issue today and must be heard today.

SO ORDERED:

October 4, 2021

PATTI C. RATEKIN
COMMISSIONER

**MINUTES OF THE FAMILY COURT**   Exhibit B
4

CLOSED,II

## U.S. District Court
## Southern District of California (San Diego)
## CIVIL DOCKET FOR CASE #: 3:21-cv-01570-BTM-AHG

Emert v. Ratekin
Assigned to: Judge Barry Ted Moskowitz
Referred to: Magistrate Judge Allison H. Goddard
Cause: 42:1983cv Civil Rights Act - Civil Action for Deprivation of Rights

Date Filed: 09/07/2021
Date Terminated: 09/22/2021
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**Robert Anthony Emert**

represented by **Robert Anthony Emert**
2351 Vista Lago Terrace
Escondido, CA 92029
760-612-9328
PRO SE

V.

**Defendant**

**Commissioner Patti C. Ratekin**

| Date Filed | # | Docket Text |
|---|---|---|
| 09/07/2021 | 1 | COMPLAINT with Jury Demand against Commissioner Patti C. Ratekin, IFP Filed, filed by Robert Anthony Emert. (Attachments: # 1 Civil Cover Sheet) |
| | | The new case number is 3:21-cv-1570-BTM-AHG. Judge Barry Ted Moskowitz and Magistrate Judge Allison H. Goddard are assigned to the case. (Emert, Robert) (fth) (Entered: 09/08/2021) |
| 09/07/2021 | 2 | MOTION for Leave to Proceed in forma pauperis by Robert Anthony Emert. (fth) (Entered: 09/08/2021) |
| 09/22/2021 | 3 | ORDER Granting 2 Motion to Proceed In Forma Pauperis and Dismissing Case With Prejudice. Signed by Judge Barry Ted Moskowitz on 9/22/21. (All non-registered users served via U.S. Mail Service)(sxa) (Entered: 09/22/2021) |
| 09/22/2021 | 4 | CLERK'S JUDGMENT. Plaintiffs motion to proceed in forma pauperis is GRANTED and the Complaint is DISMISSED WITH PREJUDICE.(All non-registered users served via U.S. Mail Service)(sxa) (Entered: 09/22/2021) |

Exhibit C
5

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT

for the

Southern District of California

San Diego Division



**FILED**

Sep 07 2021

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          s/ franciscoh          DEPUTY

|  |  |
|---|---|
| Robert Anthony Emert | Case No. **'21 CV1570 BTM AHG** |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Jury Trial: *(check one)* ☑ Yes ☐ No |
| -v- |  |
| Commissioner Patti C. Ratekin |  |
| *Defendant(s)* |  |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)* |  |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Exhibit D
6

**I.**     **The Parties to This Complaint**

    **A.**     **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Robert Anthony Emert |
| Address | 2351 Vista Lago Terrace |

| City | State | Zip Code |
|---|---|---|
| Escondido | CA | 92029 |

| | |
|---|---|
| County | San Diego |
| Telephone Number | 760-612-9328 |
| E-Mail Address | robemert@msn.com |

    **B.**     **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Patti C. Ratekin |
| Job or Title *(if known)* | Commissioner, North County Division, Department 19 |
| Address | 325 South Melrose Drive |

| City | State | Zip Code |
|---|---|---|
| Vista | CA | 92081 |

| | |
|---|---|
| County | San Diego County |
| Telephone Number | 760-201-8300 |
| E-Mail Address *(if known)* | |

☐ Individual capacity    ☑ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Address | |

| City | State | Zip Code |
|---|---|---|
| | | |

| | |
|---|---|
| County | |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☐ Individual capacity    ☐ Official capacity

Exhibit D

7

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3

Name _____

Job or Title *(if known)* _____

Address _____

_____

                                                   *City*                  *State*             *Zip Code*

County _____

Telephone Number _____

E-Mail Address *(if known)* _____

☐ Individual capacity    ☐ Official capacity

Defendant No. 4

Name _____

Job or Title *(if known)* _____

Address _____

_____

                                                   *City*                  *State*             *Zip Code*

County _____

Telephone Number _____

E-Mail Address *(if known)* _____

☐ Individual capacity    ☐ Official capacity

**II.**    **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

14th Amendment
_____

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Exhibit D

8

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Commissioner Patti C. Ratekin has violated my 14th Amendment right to due process and equal protection.

## III.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

San Diego Superior Court, North County division
325 South Melrose Dr. Vista CA 92081

B.    What date and approximate time did the events giving rise to your claim(s) occur?

02/25/21 through 08/30/21

C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
Commissioner Patti C. Ratekin has committed FRAUD upon the court while also violating my 14th amendment rights. Attorneys involved in the case have committed FRAUD on the court. Commissioner Ratekin has lost subject matter jurisdiction by acting in a manner inconsistent with due process and entering void orders in violation of Rules of Court, State, State law, public policy.

Exhibit D
9





IV.    **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I was and continue to be deprived of life, liberty and property.

V.    **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I, Robert Anthony Emert, request that Commissioner Patti C. Ratekin's void orders be set aside. I request that my divorce case be heard by a Judge from a different location than Commissioner Ratekin. I request a Jury if that is an option.

Exhibit D
10

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 09/06/2021

Signature of Plaintiff *Rob Emert*

Printed Name of Plaintiff Robert Emert

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

| | City | State | Zip Code |

Telephone Number

E-mail Address

Exhibit D

JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

**FILED**

Sep 07 2021

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Emert, Robert Anthony

**(b)** County of Residence of First Listed Plaintiff **San Diego County**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Emert, Robert is Pro Se

## DEFENDANTS

Commissioner Patti C. Ratekin

County of Residence of First Listed Defendant **San Diego County**
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

**'21CV1570 BTM AHG**

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [X] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [X] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane / [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability / [ ] 367 Health Care/ | | | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander / Pharmaceutical Personal Injury | | **INTELLECTUAL PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability / Product Liability | | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine / [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 460 Deportation |
| | | | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle / **PERSONAL PROPERTY** | | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability / [ ] 370 Other Fraud | **LABOR** | | [ ] 485 Telephone Consumer Protection Act |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury / [ ] 371 Truth in Lending | [ ] 710 Fair Labor Standards Act | | [ ] 490 Cable/Sat TV |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice / [ ] 380 Other Personal Property Damage | [ ] 720 Labor/Management Relations | **SOCIAL SECURITY** | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 196 Franchise | / [ ] 385 Property Damage Product Liability | [ ] 740 Railway Labor Act | [ ] 861 HIA (1395ff) | [ ] 890 Other Statutory Actions |
| | | [ ] 751 Family and Medical Leave Act | [ ] 862 Black Lung (923) | [ ] 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | [ ] 790 Other Labor Litigation | [ ] 863 DIWC/DIWW (405(g)) | [ ] 893 Environmental Matters |
| [ ] 210 Land Condemnation | [X] 440 Other Civil Rights / **Habeas Corpus:** | [ ] 791 Employee Retirement Income Security Act | [ ] 864 SSID Title XVI | [ ] 895 Freedom of Information Act |
| [ ] 220 Foreclosure | [ ] 441 Voting / [ ] 463 Alien Detainee | | [ ] 865 RSI (405(g)) | [ ] 896 Arbitration |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment / [ ] 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations / [ ] 530 General | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment / [ ] 535 Death Penalty | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 950 Constitutionality of State Statutes |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other / **Other:** | **IMMIGRATION** | | |
| | [ ] 448 Education / [ ] 540 Mandamus & Other | [ ] 462 Naturalization Application | | |
| | / [ ] 550 Civil Rights | [ ] 465 Other Immigration Actions | | |
| | / [ ] 555 Prison Condition | | | |
| | / [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
14th Amendment

Brief description of cause:
Lower Court has no subject matter jurisdiction and issued void orders procured through FRAUD in violation of due process

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*

JUDGE **Commissioner Patti C. Ratekin**    DOCKET NUMBER **19FL010852N**

DATE
Sep 7, 2021

SIGNATURE OF ATTORNEY OF RECORD
*Rob Emert*

## FOR OFFICE USE ONLY

| RECEIPT # | AMOUNT | APPLYING IFP | JUDGE | MAG. JUDGE |
|---|---|---|---|---|
| | | | | |

Exhibit D
12

1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT
9          SOUTHERN DISTRICT OF CALIFORNIA
10

11   ROBERT ANTHONY EMERT,                Case No.:  21-cv-01570-BTM-
12                        Plaintiff,       AHG
13   v.
                                          **ORDER GRANTING MOTION TO
14   COMMISSIONER PATTI C.                PROCEED IN FORMA
     RATEKIN,                             PAUPERIS AND DISMISSING
15                                        CASE WITH PREJUDICE**
16                        Defendant.

17
18        On September 7, 2021, Plaintiff filed a Complaint and a Motion to Proceed
19   In Forma Pauperis ("IFP").  For the reasons discussed below, the IFP Motion is
20   granted and the Complaint is dismissed as barred under the *Rooker-Feldman*
21   doctrine.
22

23                              **DISCUSSION**
24   **I. Motion to Proceed IFP**
25        Upon reviewing Plaintiff's affidavit in support of his IFP Motion, the Court
26   finds that Plaintiff has sufficiently shown his inability to pay the filing fee required
27   to prosecute this action.  Accordingly, Plaintiff's IFP Motion is GRANTED.
28

                                                         Exhibit F
                                                            13
                              1                  21-cv-01570-BTM-AHG

## II. **Failure to State a Claim**

Although the Court will allow Plaintiff to proceed IFP, Plaintiff's Complaint fails to state a claim. The Court is under a continuing duty to dismiss an IFP case whenever the Court determines that the action "fails to state a claim on which relief may be granted." 28 U.S.C. § 1915(e)(2)(B)(ii). "Threadbare recitals of elements of a cause of action, supported by mere conclusory statements, do not suffice." *See Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) (citing *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 555 (2007)).

Plaintiff claims Ms. Ratekin, a California state Commissioner, violated his Fourteenth Amendment rights to due process and equal protection. However, Plaintiff's factual allegations are scarce, conclusory, and lack any specificity. He claims Commissioner Ratekin "has committed FRAUD upon the court" and that she "has lost subject matter jurisdiction by acting in a manner inconsistent with due process and entering void orders in violation of Rules of Court, State, State law, public policy." Even under the most liberal review, Plaintiff's claim is woefully insufficient. *See Iqbal*, 556 U.S. at 678-80.

## III. **Subject-Matter Jurisdiction**

More fatally, the Court lacks subject-matter jurisdiction. A complaint must state the grounds for the court's jurisdiction to hear the case. Fed. R. Civ. P. 8(a)(1). The *Rooker-Feldman* doctrine bars "state-court losers" from pursuing actions in federal courts to void the decision of state courts. *See Exxon Mobil Corp. v. Saudi Basic Indus. Corp.*, 544 U.S. 280, 284 (2005).

Here, Plaintiff requests the Court to "set aside" Commissioner Ratekin's orders. While Plaintiff casts his claim under 42 U.S.C. § 1983, he is in essence appealing a state court decision. However, the Court does not have jurisdiction to consider appeals of state court decisions or set aside their orders. *See Doe &*

Exhibit F

14

21-cv-01570-BTM-AHG

1   *Assocs. Law Offices v. Napolitano*, 252 F.3d 1026, 1030 (9th Cir. 2000) (district

2   courts must decline jurisdiction when called upon to review state court decisions),

3   *see also Grant v. Unifund CCR, LLC*, 577 Fed. Appx. 693, 696 (9th Cir. 2014)

4   (unpublished) (explaining the *Rooker-Feldman* doctrine prevents federal courts

5   from exercising subject-matter jurisdiction over claims that require the court to act

6   as a "*de facto* court of appeals" over a state court judgment). Therefore, this Court

7   has no jurisdiction to hear the Complaint. *See Black v. Haselton*, 663 Fed. Appx.

8   573, 576 (9th Cir. 2016) (unpublished). Rather, Plaintiff must appeal the state

9   court's decision through the proper state court avenue.

10      Because Plaintiff's Complaint falls squarely within the *Rooker-Feldman*

11  doctrine, and this deficiency cannot be cured by amendment, the Complaint is

12  dismissed with prejudice. *See Kendall v. Visa U.S.A., Inc.*, 518 F.3d 1042, 1051

13  (9th Cir. 2008).

14

15                              **CONCLUSION**

16      For the reasons discussed above, Plaintiff's motion to proceed in forma

17  pauperis is GRANTED and the Complaint is DISMISSED WITH PREJUDICE.

18

19  IT IS SO ORDERED.

20  Dated:  September 22, 2021

21                              _____

22                              Honorable Barry Ted Moskowitz
                                United States District Judge
23

24

25

26

27

28

Exhibit F
15
21-cv-01570-BTM-AHG

# SUPERIOR COURT OF CALIFORNIA

## County of San Diego

DATED: 10/4/21           **DEPT. 15**     **REPORTER A: S. Whitehead**     **CSR#** 10093

PRESENT: HON. HARRY L. POWAZEK,     **REPORTER B:**                     **CSR#**
                    JUDGE

CLERK: I. Schouten

BAILIFF: Bryan Sullivan

### REPORTER'S ADDRESS:

---

19FL010852N                 **IN RE THE MATTER OF:**

**Andrea Emert,**                      **By: Attorney David Schulman**
            **Petitioner,**

            **vs**

**Robert Emert,**                      **By: In Propria persona**
            **Respondent,**

**Minor's Counsel**                    **By: Matthew Cord and Cathryn Young**

---

## MINUTE ORDER

**STATEMENT OF RECUSAL:** The **HONORABLE Harry L. Powazek** recuses himself from hearing or taking any further action in relation to this case pursuant to Code of Civil Procedure, section 170.1 (a)(6)(A)(i), (ii) or (iii). Although Judge Powazek believes that he could be fair and impartial as to the resolution of all pending issues before the court, the Judge believes:

☒ This recusal would further the interests of justice.
☐ There is a substantial doubt as to his or her capacity to be impartial.
☐ A person aware of the facts might reasonably entertain a doubt that the judge would be able to be impartial.

**IT IS SO ORDERED**.

Date:  10/4/21

_____
**HARRY L. POWAZEK**
**Judge of the Superior Court**

The case shall be reassigned to Judge _Lorna Alksne_ in Department _1002_
Parties shall appear in person on October 7, 2021 at
10:00 am for Minor's Counsel's RFO.

_____
San Diego Superior Court
Supervising Judge, Family Law
PAULA S. ROSENSTEIN

Exhibit F
16

12/10/18 revised

# SUPERIOR COURT OF CALIFORNIA

## County of San Diego

**DATE: November 29, 2021**      **DEPT. 1002**      **REPORTER A:**      CSR #

**PRESENT HON. Lorna A. Alksne**      **REPORTER B:**      CSR#

**JUDGE**

**CLERK:  A. HUSTED**

**BAILIFF:  R. Crandle**      **REPORTER'S ADDRESS: P.O. BOX 128**

**SAN DIEGO, CA 92112-4104**

---

**19FL010852N**      **In re the Matter of:**

**Andrea Emert,**
**PETITIONER**
**By Attorney, Sarah Bear**

**Robert Emert,**
**RESPONDENT**
**In Pro Per**

**Attorney Catheryn Young,**
**Minors counsel for** ▮▮▮▮▮

**Attorney Matthew Cord**
**Minors counsel for** ▮▮▮▮▮

---

9:35 a.m.      This being the time set for **TRIAL** in the above-entitled cause, having been set by the supervising department.  Attorney Sarah Bear on behalf of the petitioner, personally present in court, Attorney Robert Emert not present, Attorney Young Minors counsel for ▮▮▮ (minor not present), Attorney Cord minors counsel for ▮▮▮ (minor not present.  **ANDREA EMERT** sworn. The Court inquires of Ms. Emert re: the waiver of respondent's Final Declaration of Disclosure. Petitioner waives the filing of respondent's final declaration of disclosure.  The Court finds petitioner made a knowingly and intelligent waiver of respondent's Final Waiver of Disclosure. Trial commences with parties present as noted above. Attorney Bear presents a opening statement.

10:02 a.m.      The engagement ring in petitioner's possession is awarded to petitioner as a premarital gift. Any jewelry in Ms. Emert's possession is confirmed to Ms. Emert as her sole and separate property.

Counsel states the issues to be heard are:
Community assets and debts
Spousal support and retroactivity
Child support

**19FL010852N**          **EMERT v. EMERT**          **November 29, 2021   Page 2 of 4**

### HOUSEHOLD FURNISHINGS:

The Court awards household furnishings in each parties possession to each party

### VEHICLES:

2007 Nissan Pathfinder is awarded to respondent with a value of $2846 without any off set

2004 Honda Accord is awarded to petitioner with a value of $4323.00 without any off set due to Mr. Emert receiving $2000 more in the division of the household goods.

Date of separation is 8/19/2019 length of marriage is 12 years and 10 months.

The following exhibits are introduced and admitted into evidence.

| | |
|---|---|
| Exhibit 28 | Wife's schedule of assets and debts |
| Exhibit 29 | Husband schedule of assets and debts |

Petitioner's retirement account from CaLSTRS: $38,083.66 is separate property interest. At the date of separation the value of the account was $122,778.94 minus Ms. Emerts separate property interest of $38,083.66 the community interest is $84,695.28. Mr. Emert's is awarded $42,347.62. The Following exhibits are introduced and admitted into evidence.

| | |
|---|---|
| Exhibit 62 | 07/01/19-06-30-20 Wife's CalSTRS statement of accounts |
| Exhibit 64 | 03-31-21 -11-21-21 Wife's billing invoices from Moore, Schulman & Moore, APC |
| Exhibit 74 | Wife' final disclosures |

**LIFE INSURANCE POLICIES**:          No cash value. Each life insurance in each parties name is awarded to each.

**LOANS FROM RESPONDENT'S FATHER**: Petitioner's is responsible for the payment of that loan. Respondent states a loan from his mother there is no evidence provided of such.

### RETIRMENT ACCOUNT MR. EMERT FROM CHASE BANK

Respondent previously stated value of $12,000 Due to the lack of funds to request discovery Ms. Emert will take the statement of Emert as to the value. The Court awards ½ of that account to Ms. Emert in the amount of $6000 that will be an off set towards Mr. Emert part of the CalSTRS retirement account. The following exhibit is introduced and admitted into evidence.

| | |
|---|---|
| Exhibit 3 | 4-1321 Husband's response to demand for production and Inspection and copying of documents and tangible things, set 2 |

### CREDIT CARD DEBT:

Chase credit card and Mission Federal Credit Union credit card with a total of $51,912.20. The Court awards ½ of the debt to each party. Each party is responsible for $25,956.10

Exhibit G
18

**2020 TAXES**:  Any debt Mr. Emert may have for the 2020 taxes is awarded to Mr. Emert as his sole and separate property.

### CUSTODY AND VISITATION:

The following exhibits are introduced and admitted into evidence.

| | |
|---|---|
| Exhibit 80 | Civil TRO |
| Exhibit 83 | Email from school dated 11/15/21 |
| Exhibit 84 | Husband's social media post re fundraiser |
| Exhibit 85 | Text Messages between parties |

10:10 a.m.      Attorney Bear presents argument re: custody and visitation.

10:15 a.m.      Attorney Cord presents argument re: custody and visitation.

10:28 a.m.      Attorney Young presents a argument re: custody and visitation.

Court makes the following orders and findings:  Sole legal and physical custody is awarded to mother.

Court orders counseling for ▮▮▮▮ and ▮▮▮▮ under FC3190 the court finds it is in the children's best interest under FC3011 Court makes the FC3042 findings. The child Court finds the father is not following the court orders and violating the court order on school, is not returning the minor▮▮▮ to mother. Father has admitted to recording the court proceedings, has recorded ▮▮▮ therapy. ▮▮▮▮▮ has not been receiving services as is he is on the Autism Spectrum/ has crossed the state line with the minor. Mr. Emert has not completed a FC730 evaluation. In the event a FC730 evaluation is obtained mother to provide 3 names to father.  Father is to choose one name.  Father to pay for the FC730 evaluation. The following exhibits are admitted into evidence.

| | |
|---|---|
| Exhibit 77 | Letter from Diego Behavioral solutions dated 10/07/21 |
| Exhibit 79 | Declaration of third-party Mark Feldman |
| Exhibit 81 | Portion of application with the child abduction unit |
| Exhibit 82 | Minor Child's social media post |
| Exhibit 83 | Email from school dated 11-15-21 |
| Exhibit 84 | Husband's social media post re fundraiser |
| Exhibit 85 | Text messages between parties |
| Exhibit 86 | Husband's email re ex parte for 11-16-21 |
| Exhibit 87 | Transcript of trial from 05-11-21 |

Minor counsel is to be paid at the county rate and to remain on the case until 30 days of the entry of the judgment.

Attorney Bear presents argument as to reimbursements. The following exhibits are introduced and admitted into evidence.

| | |
|---|---|
| Exhibit 1 | 03-09-2020 Findings and order after hearing |
| Exhibit 25 | Receipts and proof of reimbursements owed to wife |

**19FL010852N**        **EMERT v. EMERT**        November 29, 2021   **Page 4 of 4**

| | |
|---|---|
| Exhibit 26 | Check stubs reflecting overpayment of support to husband from wife |
| Exhibit 27 | Husband's Chase Bank checking account |
| Exhibit 26 | Check stubs reflecting overpayment of support to husband from wife |
| Exhibit 72 | Screen shot of text message received by ▮▮▮▮▮ |

Out of pocket medical and dental expense Mr. Emert is responsible for $5457.36. Ms. Emert overpaid child support and spousal support in the amount of $2002.00. Ms. Emert over paid child support for 13 pay periods. Ms. Emert paid $266 in child support for the month of October. Total reimbursement order for mandatory add ons and over payment of child support and spousal support owed by husband is $7,725.26 to be deducted from his share of the retirement account.

### INCOME TO HUSBAND:

Attorney Bear presents argument regarding husband's job contacts and his availability to earn income. The Court in puts income for husband in the amount of $8010.00 income for wife is $7,895.00. The Court based the ruling for Mr. Emert's income from exhibts 14,16,16,17,18,19,20,21 and 22. Counsel's request to go back on the date for support is **DENIED**.

11:15 a.m.    **SPOUSAL SUPPORT:**

Attorney Bear presents argument regarding spousal support. Attorney Bear states the FC4320 factors.

Court finds the marital standard of living as middle class and a long term marriage. Ms. Emert does not owe any monies to Mr. Emert for spousal support after the court ordered a stay on spousal support.

### ATTORNEY FEES AND FC271 SANCTIONS

Counsel's request for attorney fees is **DENIED**.

Sanctions in favor of Ms. Emert in the amount of $25,000 are awarded to be deduction from Mr. Emert's share of the CaLSTRS retirement. Father failed to comply with court orders, defaulted at trial did not appear, did not turn over the child to mother, did not take the child to school.

Child support is set at $1714 payable from father to mother beginning October 1, 2021. Arrears for child support from 10/1/2021 and 11/1/21 is $3428.00 to be deducted from his share of the CaLSTRS retirement account. Remaining balance for Mr. Emert from his share of the CaLSTRS retirement account is $194.26.

No order for spousal support going forward parties make compatible income. Spousal support is set at **ZERO**. Court reserves jurisdiction over spousal support.

12:05 p.m.    Attorney Bear to prepare the judgment. Counsel stipulate to the release of the exhibits. Court is adjourned.

=ah=

| ATTORNEY (NAME AND ADDRESS): | | TELEPHONE NO: | Superior Court Of The State of California, County of |
|---|---|---|---|
| | | | COURT NAME: |
| | | | STREET ADDRESS: |
| | | | MAILING ADDRESS: |
| **California** | | | BRANCH NAME: |
| ATTORNEY FOR: **Father** | | | |

| **DISSOMASTER REPORT** 2021, Monthly | CASE NUMBER: 19FL01083S2N |
|---|---|

| Input Data | Father | Mother | Guideline (2021) | | Cash Flow Analysis | Father | Mother |
|---|---|---|---|---|---|---|---|
| Number of children | 0 | 2 | **Nets (adjusted)** | | **Guideline** | | |
| % time with Secondary Parent | 0% | 0% | Father | 5,677 | Payment (cost)/benefit | (1,714) | 1,714 |
| Filing status | Single | HH/MLA | Mother | 5,961 | Net spendable income | 3,962 | 7,676 |
| # Federal exemptions | 1* | 3* | Total | 11,638 | % combined spendable | 34% | 66% |
| Wages + salary | 8,020 | 7,895 | **Support** | | Total taxes | 2,343 | 1,284 |
| 401(k) employee contrib | 0 | 0 | CS Payor | Father | # WHA | 2 | 12 |
| Self-employment income | 0 | 0 | Presumed | (1,714) | Net wage paycheck/mo | 5,625 | 6,597 |
| Other taxable income | 0 | 0 | Basic CS | (1,714) | Comb. net spendable | 11,638 | |
| Other nontaxable income | 0 | 0 | Add-ons | 0 | **Proposed** | | |
| New-spouse income | 0 | 0 | Presumed Per Kid | | Payment (cost)/benefit | (1,714) | 1,714 |
| Wages + salary | 0 | 0 | Child 1 | (633) | Net spendable income | 3,962 | 7,676 |
| Self-employment income | 0 | 0 | Child 2 | (1,081) | NSI change from gdl | 0 | 0 |
| Misc ordinary tax. inc. | 0 | 0 | Santa Clara | 0 | % combined spendable | 34% | 66% |
| SS paid other marriage | 0 | 0 | Total | (1,714) | % of saving over gdl | 0% | 0% |
| Retirement contrib if ATI | 0 | 0 | **Proposed, tactic 9** | | Total taxes | 2,343 | 1,284 |
| Required union dues | 0 | 0 | CS Payor | Father | # WHA | 2 | 12 |
| Nec job-related exp. | 0 | 0 | Presumed | (1,714) | Net wage paycheck/mo | 5,625 | 6,597 |
| Adj. to income (ATI) | 0 | 0 | Basic CS | (1,714) | Comb. net spendable | 11,638 | |
| SS paid other marriage | 0 | 0 | Add-ons | 0 | Percent change | 0.0% | |
| Partner support paid other partnerships | 0 | 0 | Presumed Per Kid | | **Default Case Settings** | | |
| | | | Child 1 | (633) | | | |
| CS paid other relationship | 0 | 0 | Child 2 | (1,081) | | | |
| Qual. Bus. Inc. Ded. | 0 | 0 | Santa Clara | 0 | | | |
| Health insurance | 0 | 431 | Total | (1,714) | | | |
| Itemized deductions | 0 | 0 | Savings | 0 | | | |
| Other medical expenses | 0 | 0 | No releases | | | | |
| Property tax expenses | 0 | 0 | | | | | |
| Ded. interest expense | 0 | 0 | | | | | |
| Charitable contribution | 0 | 0 | | | | | |
| Miscellaneous itemized | 0 | 0 | | | | | |
| Required union dues | 0 | 118 | | | | | |
| Mandatory retirement | 0 | 100 | | | | | |
| Hardship deduction | 0* | 0* | | | | | |
| Other gdl. deductions | 0 | 0 | | | | | |
| AMT info (IRS Form 6251) | 0 | 0 | | | | | |
| Child support add-ons | 0 | 0 | | | | | |
| TANF,SSI and CS received | 0 | 0 | | | | | |

(Rev. October, 2020)
DissoMaster™ 2021-2

**DissoMaster Report (Monthly)**

Page 1 of 1
11/29/2021 11:55 AM
Exhibit G
21

# Appellate Courts Case Information

## 4th Appellate District Division 1

Change court ⌄

### Case Summary

| | |
|---|---|
| Trial Court Case: | 19FL010852N |
| Court of Appeal Case: | **D079955** |
| Division: | |
| Case Caption: | Emert v. Emert |
| Case Type: | CV |
| Filing Date: | 01/18/2022 |
| Completion Date: | |
| Oral Argument Date/Time: | |

**Click here** to request automatic e-mail notifications about this case.

Careers  |  Contact Us  |  Accessibility  |  Public Access to Records  |  Terms of Use  |  Privacy          © 2023 Judicial Council of California

Exhibit H
22

# Appellate Courts Case Information

## 4th Appellate District Division 1

Change court ▼

## Docket (Register of Actions)

**Emert v. Emert**
**Case Number D079955**

| Date | Description | Notes |
|------|-------------|-------|
| 01/31/2022 | Notice of appeal lodged/received. | Filed 12/15/21 by Robert Emert from 10/15/21 judgment |
| 01/31/2022 | Application for waiver of filing fee filed. | |
| 01/31/2022 | Appellant's notice designating record on appeal filed in trial court on: | 12/28/2 CT and RT |
| 01/31/2022 | Received copy of document filed in trial court. | 12/29/21 notice of proceedings not reported |
| 01/31/2022 | Notice of appeal lodged/received. | Filed 1/18/22 by Robert Emert |
| 01/31/2022 | Appellate package sent. | |
| 01/31/2022 | CALENDAR PRIORITY GRANTED. | On the court's own motion, calendar preference is GRANTED. The appeal is expedited. No extensions of time will be granted except upon stipulation of the parties or on a strong showing of good cause. The appeal will be placed upon the first available calendar following completion of briefing. |
| 02/03/2022 | Appellant's notice designating record on appeal filed in trial court on: | 1/28/22 |
| 02/03/2022 | Received copy of document filed in trial court. | notice of proceedings not reported |
| 02/07/2022 | Order waiving filing fee. | |
| 02/16/2022 | Default notice sent; no case information statement filed, or statement incomplete. | as to both appeals |
| 03/03/2022 | Civil case information statement filed. | as to both NOAs |
| 03/30/2022 | Received default notice 8.121(a) designation not filed. Dated: | 3/29 |
| 04/13/2022 | Granted - extension of time. | Transcript fees paid. Due on 05/13/2022  By 30 Day(s) |
| 04/14/2022 | Filed declaration. | appellant |
| 05/16/2022 | Filed declaration. | by appellant - "serves only as a statement of fact to make a clear record" |
| 05/17/2022 | Default re: 8.130(b) rptrs fees not deposited rcvd. dtd. | May 17, 2022 |

Exhibit H
23

| 06/16/2022 | Appellant's notice designating record on appeal filed in trial court on: | amended 6/6 |
| 06/16/2022 | Received default notice 8.121(a) designation not filed. Dated: | 6/13 - missing pos |
| 07/25/2022 | Received default notice 8.121(a) designation not filed. Dated: | 7/22/22 - failed to submit proposed settled statement and pos |
| 08/04/2022 | Received default notice 8.121(a) designation not filed. Dated: | 7/22 - failed to submit settled statement must clear by Aug. 8 |
| 10/13/2022 | Received default notice 8.121(a) designation not filed. Dated: | Oct. 13, 2022 - proposed settled statement no specific due date is 10/28 |
| 11/04/2022 | Received default notice 8.121(a) designation not filed. Dated: | 11/3/22 - failed to file proposed settled statements |
| 01/30/2023 | Received copy of document filed in trial court. | orders denying settled statement |
| 02/23/2023 | Transcript fees paid. | |

**Click here** to request automatic e-mail notifications about this case.

Exhibit H
24

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
**CENTRAL DIVISION**
**1100 UNION STREET**
**SAN DIEGO CA  92101**

**TO:**   Robert Emert
         2351 Vista Lago Terrace
         ESCONDIDO CA  92029

| | | |
|---|---|---|
| Andrea L. Emert | Petitioner | Case No: 19FL010852N |
| | vs. | **NOTICE OF CASE REASSIGNMENT** |
| Robert Emert | Respondent | Judicial Officer: ALANA ROBINSON<br>Department:  601<br>Phone: 619-844-2797 |

COMPLAINT FILED ____09/06/2019_____THE ABOVE FILED CASE HAS BEEN REASSIGNED.

THIS CASE HAS BEEN **REASSIGNED FOR ALL PURPOSES** TO THE JUDICIAL OFFICER LISTED ABOVE.

**DCSS SUPPORT ISSUES** AND OTHER SPECIAL CIRCUMSTANCES MAY RESULT IN THE ASSIGNED JUDICIAL OFFICER ORDERING A HEARING/TRIAL IN FRONT OF ANOTHER JUDICIAL OFFICER.

**EACH PARTY SHALL NOTIFY THE COURT OF A CHANGE OF ADDRESS AND/OR TELEPHONE NUMBER WITHIN FIVE COURT DAYS OF ANY CHANGE.**

  Andrea L. Emert (P)
  Robert Emert (R)

For more information, refer to California Rules of Court, Title V, Family and Juvenile Rules, at www.courts.ca.gov and San Diego Superior Court Family Law Local Rules, Division Five, at www.sdcourt.ca.gov.

A family law case assigned to an Independent calendar judge for all purposes may be reassigned to the court's master calendar, as necessary, for the purpose of assigning a different judge to hear a trial or a long cause hearing. The family law supervising judge, the designated supervising judge or the assistant supervising judge will act in his or her capacity as the judge supervising the master calendar when making the assignment. A peremptory challenge must be made at the time the parties are provided with notice of the assignment. See Code of Civil Procedure, section 170.6(a)(2).

DATED: 2/22/2022

SDSC D-133(Rev 10-13)          **NOTICE OF CASE REASSIGNMENT**          Exhibit I

25

SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN DIEGO - 1100 UNION STREET, SAN DIEGO, CA 92101

# REGISTER OF ACTIONS
## CASE NO. 19FL010852N

| | | | |
|---|---|---|---|
| Emert, Andrea L. vs Emert, Robert [IMAGED] | § § § § § | Location: Judicial Officer: Filed on: Case Number History: Department of Child Support Services: | **601** **ROBINSON, ALANA** **09/06/2019** **200000002515660** |

---

### CASE INFORMATION

**Statistical Closures**
10/15/2021    Judgment - Judgment/Order

Case Type: **Dissolution with Minor Children**

---

| DATE | CASE ASSIGNMENT |
|---|---|
| | **Current Case Assignment** |
| | Case Number      19FL010852N |
| | Court      601 |
| | Date Assigned      02/22/2022 |
| | Judicial Officer      ROBINSON, ALANA |

---

### PARTY INFORMATION

| | | |
|---|---|---|
| **Petitioner** | **Emert, Andrea L.** | **SCHULMAN, DAVID S** *Retained* 858-755-3300(W) |
| **Respondent** | **Emert, Robert** | **Pro Se** 760-612-9328(H) |
| **Other** | **appellate court in the san diego superior court house** | |
| | **County of San Diego** | **Welton, Erik** *Retained* |
| | **Minor's Counsel** | **Young, Cathryn E., ESQ** *Retained* 858-345-1720(W) |
| | **MINOR'S COUNSEL** | **CORD, MATTHEW W** *Retained* 760-639-0187(W) |
| | **MINOR'S COUNSEL** Removed: 02/26/2021 Other | **CORD, MATTHEW W** *Retained* 760-639-0187(W) |
| | **Schulman, Dave** | |

---

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 09/06/2019 | Petition-Marriage | |
| 09/06/2019 | Family Law Certificate of Assignment | |
| 09/06/2019 | Summons (Family Law) | |
| 09/06/2019 | UCCJEA | |
| 09/06/2019 | | |

**Exhibit J**

26

*Printed on 02/13/2023 at 11:24 AM*

SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN DIEGO - 1100 UNION STREET, SAN DIEGO, CA 92101

# REGISTER OF ACTIONS
## CASE NO. 19FL010852N

|  |  |
|---|---|
|  | Notice of Case Assignment<br>Filed By:  Petitioner  Emert, Andrea L. |
| 09/06/2019 | Request for Order<br>*Regarding Child Custody/Visitation*<br>Filed By:  Petitioner  Emert, Andrea L. |
| 10/04/2019 | Proof of Service of Summons (Family Law)<br>*Served 9/17/2019*<br>Filed By:  Petitioner  Emert, Andrea L. |
| 10/07/2019 | Response - Marriage/Domestic Partnership<br>Filed By:  Respondent  Emert, Robert |
| 10/07/2019 | UCCJEA<br>Filed By:  Respondent  Emert, Robert |
| 10/07/2019 | Proof of Service by Mail<br>Filed By:  Petitioner  Emert, Andrea L. |
| 10/15/2019 | **FCS Child Custody Recommending Counseling - Pre RFO** (1:00 PM)<br>( Location: FCS North) |
| 10/15/2019 | Proof of Service by Mail<br>*\* AMENDED \**<br>Filed By:  Respondent  Emert, Robert |
| 10/30/2019 | Substitution of Attorney Civil (without Court Order)<br>Filed By:  Respondent  Emert, Robert |
| 11/04/2019 | DV Prevention w/Minor Children Subsequent<br>*w/ Declaration Attached*<br>Filed By:  Petitioner  Emert, Andrea L. |
| 11/04/2019 | Notice of Court Hearing (Domestic Violence)<br>Filed By:  Petitioner  Emert, Andrea L. |
| 11/04/2019 | Temporary Restraining Order (CLETS-TRO)<br>Filed By:  Petitioner  Emert, Andrea L. |
| 11/04/2019 | Order for Removal from Residence<br>Filed By:  Petitioner  Emert, Andrea L. |
| 11/05/2019 | Respondent's Income and Expense Declaration |
| 11/05/2019 | DV Prevention w/Minor Children Subsequent<br>*Cross-Tro*<br>Filed By:  Respondent  Emert, Robert |
| 11/05/2019 | Notice of Court Hearing (Domestic Violence)<br>Filed By:  Respondent  Emert, Robert |
| 11/05/2019 | Temporary Restraining Order (CLETS-TRO)<br>*Partly Granted/Partly Denied*<br>Filed By:  Respondent  Emert, Robert |

Exhibit J
27

SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN DIEGO - 1100 UNION STREET, SAN DIEGO, CA 92101

# REGISTER OF ACTIONS
## CASE NO. 19FL010852N

| | |
|---|---|
| 11/06/2019 | Ex Parte Application and Order Received |
| 11/06/2019 | Declaration/Pleading<br>*exparte notice*<br>Filed By: Petitioner  Emert, Andrea L. |
| 11/06/2019 | Notice of Intent to Lodge Documents<br>*Exhibit 1 ex parte hrg 11/07/19*<br>Filed By: Petitioner  Emert, Andrea L. |
| 11/06/2019 | Lodgment Received<br>*Exhibit 1 ex parte hrg 11/07/19*<br>Filed By: Petitioner  Emert, Andrea L. |
| 11/06/2019 | Declaration/Pleading<br>*in support of ex parte*<br>Filed By: Petitioner  Emert, Andrea L. |
| 11/06/2019 | Ex Parte Application and Order Received<br>*Robert Emert* |
| 11/06/2019 | Declaration/Pleading<br>*ex parte notice*<br>Filed By: Respondent  Emert, Robert |
| 11/06/2019 | Declaration/Pleading<br>*in support of ex parte*<br>Filed By: Respondent  Emert, Robert |
| 11/06/2019 | Responsive Declaration to Request for Order<br>Filed By: Respondent  Emert, Robert |
| 11/06/2019 | Proof of Electronic Service<br>Filed By: Respondent  Emert, Robert |
| 11/06/2019 | Proof of Electronic Service<br>Filed By: Respondent  Emert, Robert |
| 11/07/2019 | **Ex Parte Hearing** (8:30 AM)  (Judicial Officer: MOK, KELLY ;Location: N-17)<br>Events: 11/06/2019 Ex Parte Application and Order Received |
| 11/07/2019 | **Ex Parte Hearing** (8:30 AM)  (Judicial Officer: MOK, KELLY ;Location: N-17)<br>Events: 11/06/2019 Ex Parte Application and Order Received |
| 11/07/2019 | Temporary Restraining Order (CLETS-TRO)<br>*AMENDED*<br>Filed By: Attorney  Learakos, Jaime N;  Respondent  Emert, Robert |
| 11/07/2019 | Temporary Restraining Order (CLETS-TRO)<br>Filed By: Petitioner  Emert, Andrea L.;  Attorney  SCHULMAN, DAVID S |
| 11/07/2019 | Ex Parte Application and Order Family Law |
| 11/07/2019 | Ex Parte Application and Order Family Law |
| 11/08/2019 | Proof of Electronic Service<br>Filed By: Petitioner  Emert, Andrea L. |

Exhibit J
28

SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN DIEGO - 1100 UNION STREET, SAN DIEGO, CA 92101

# REGISTER OF ACTIONS
## CASE NO. 19FL010852N

| | | |
|---|---|---|
| 11/13/2019 | | Affidavit of Unsuccessful Service<br>Filed By:  Petitioner  Emert, Andrea L. |
| 11/14/2019 | | Declaration/Pleading<br>Filed By:  Petitioner  Emert, Andrea L. |
| 11/18/2019 | | Proof of Electronic Service<br>Filed By:  Petitioner  Emert, Andrea L. |
| 11/19/2019 | | **Restraining Order Hearing** (9:00 AM)  (Judicial Officer: MOK, KELLY ;Location: N-17)<br>Events: 11/04/2019 Notice of Court Hearing (Domestic Violence) |
| 11/19/2019 | | **Restraining Order Hearing** (9:00 AM)  (Judicial Officer: MOK, KELLY ;Location: N-17)<br>*Partly Granted/Partly Denied*<br>Events: 11/04/2019 DV Prevention w/Minor Children Subsequent<br>11/05/2019 DV Prevention w/Minor Children Subsequent |
| 11/19/2019 | | Affidavit of Unsuccessful Service<br>Filed By:  Respondent  Emert, Robert |
| 11/19/2019 | | Substitution of Attorney Civil (without Court Order)<br>Filed By:  Attorney  MIRANDA, TIMOTHY;  Respondent  Emert, Robert |
| 11/19/2019 | | Declaration<br>*of Robert Emert*<br>Filed By:  Attorney  MIRANDA, TIMOTHY;  Respondent  Emert, Robert |
| 11/19/2019 | | Proof of Personal Service<br>Filed By:  Attorney  MIRANDA, TIMOTHY;  Respondent  Emert, Robert |
| 11/19/2019 | | Appointment of Official Reporter Pro Tempore<br>*Joanne Castro #6944* |
| 11/19/2019 | | Minutes of the Family Court |
| 11/20/2019 | | Declaration/Pleading<br>Filed By:  Respondent  Emert, Robert |
| 11/20/2019 | | Declaration/Pleading<br>Filed By:  Respondent  Emert, Robert |
| 11/20/2019 | | Declaration/Pleading<br>Filed By:  Respondent  Emert, Robert |
| 11/20/2019 | | Proof of Electronic Service<br>Filed By:  Respondent  Emert, Robert |
| 12/06/2019 | | Request for Order<br>*Child/spousal support, property control, atty fees.*<br>Filed By:  Respondent  Emert, Robert |
| 12/06/2019 | | Declaration<br>Filed By:  Respondent  Emert, Robert |
| 12/06/2019 | | Respondent's Income and Expense Declaration |

Exhibit J
29
*Printed on 02/13/2023 at 11 24 AM*

SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN DIEGO - 1100 UNION STREET, SAN DIEGO, CA 92101

# REGISTER OF ACTIONS
## CASE NO. 19FL010852N

|   |   |
|---|---|
|  | Filed By: Respondent Emert, Robert |
| 12/06/2019 | Pet Prelim Dec Re: Service of Dec of Disclosure<br>Filed By: Respondent Emert, Robert |
| 12/12/2019 | Proof of Service by Mail<br>Filed By: Respondent Emert, Robert |
| 12/13/2019 | Proof of Service by Mail<br>*re: Reply Decl*<br>Filed By: Respondent Emert, Robert |
| 12/13/2019 | Declaration/Pleading<br>*Reply Declaration (re: 12/20/19 Hearing)*<br>Filed By: Respondent Emert, Robert |
| 12/17/2019 | Ex Parte Application and Order Received |
| 12/17/2019 | Declaration/Pleading<br>*RE EX PARTE NOTICE*<br>Filed By: Petitioner Emert, Andrea L. |
| 12/17/2019 | Declaration/Pleading<br>*IN SUPPORT OF EX PARTE REQ*<br>Filed By: Petitioner Emert, Andrea L. |
| 12/18/2019 | **Ex Parte Hearing** (1:30 PM) (Judicial Officer: MOK, KELLY ;Location: N-17)<br>Events: 12/17/2019 Ex Parte Application and Order Received |
| 12/18/2019 | Ex Parte Application and Order Family Law<br>Filed By: Petitioner Emert, Andrea L.; Attorney SCHULMAN, DAVID S |
| 12/18/2019 | Proof of Electronic Service<br>Filed By: Petitioner Emert, Andrea L. |
| 12/20/2019 | **Request for Order Hearing** (9:00 AM) (Judicial Officer: MOK, KELLY ;Location: N-17)<br>*Regarding Child Custody/Visitation*<br>Events: 09/06/2019 Request for Order<br>*11/20/2019        Continued to 12/20/2019 - Continuance (JBSIS) - Emert, Andrea L.;<br>Emert, Robert* |
| 12/20/2019 | Minutes of the Family Court |
| 12/20/2019 | Appointment of Official Reporter Pro Tempore<br>*Shelley Schniepp #5487* |
| 01/22/2020 | Proof of Personal Service Civil<br>Filed By: Petitioner Emert, Andrea L. |
| 01/25/2020 | Notice of Case Reassignment (Judicial Officer: WOOD, WILLIAM Y. )<br>*Reassigned 1/24/2020.* |
| 02/03/2020 | Recusal (Minutes) |
| 02/03/2020 | Notice of Case Reassignment |
| 02/19/2020 | Ex Parte Application and Order Received |

Exhibit J
30

*Printed on 02/13/2023 at 11 24 AM*

SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN DIEGO - 1100 UNION STREET, SAN DIEGO, CA 92101

# REGISTER OF ACTIONS
## CASE NO. 19FL010852N

| | |
|---|---|
| 02/19/2020 | Declaration/Pleading<br>*re: Ex Parte Notice*<br>Filed By: Petitioner Emert, Andrea L. |
| 02/19/2020 | Declaration/Pleading<br>*in Support of Ex Parte Request*<br>Filed By: Petitioner Emert, Andrea L. |
| 02/19/2020 | Lodgment Received<br>*in Support of Ex Parte Request*<br>Filed By: Petitioner Emert, Andrea L. |
| 02/20/2020 | **Ex Parte Hearing** (8:30 AM) (Judicial Officer: FREELAND, CYNTHIA ;Location: N-18)<br>*re: Custody/Vis; Clarification of Orders; Children to Enroll in Therapy*<br>Events: 02/19/2020 Ex Parte Application and Order Received |
| 02/20/2020 | Ex Parte Application and Order Family Law<br>Filed By: Petitioner Emert, Andrea L. |
| 02/20/2020 | Request for Order<br>*enforce and clarify custody order*<br>Filed By: Petitioner Emert, Andrea L. |
| 02/20/2020 | Notice of Lodgment<br>Filed By: Petitioner Emert, Andrea L. |
| 02/24/2020 | **Ex Parte Hearing** (8:30 AM) (Judicial Officer: FREELAND, CYNTHIA ;Location: N-18) |
| 02/24/2020 | Minutes of the Family Court |
| 02/25/2020 | Responsive Declaration to Request for Order<br>Filed By: Petitioner Emert, Andrea L. |
| 02/25/2020 | Notice of Lodgment<br>Filed By: Petitioner Emert, Andrea L. |
| 02/25/2020 | Petitioner's Income and Expense Declaration |
| 02/25/2020 | Pet Prelim Dec Re: Service of Dec of Disclosure |
| 02/25/2020 | Proof of Electronic Service<br>Filed By: Petitioner Emert, Andrea L. |
| 02/25/2020 | Proof of Personal Service Civil<br>Filed By: Petitioner Emert, Andrea L. |
| 02/26/2020 | Proof of Service by Mail<br>Filed By: Petitioner Emert, Andrea L. |
| 02/28/2020 | Proof of Service<br>Filed By: Petitioner Emert, Andrea L. |
| 03/03/2020 | Lodgment Received<br>Filed By: Petitioner Emert, Andrea L. |
| 03/03/2020 | Respondent's Income and Expense Declaration |

Exhibit J
31

*Printed on 02/13/2023 at 11 24 AM*

SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN DIEGO - 1100 UNION STREET, SAN DIEGO, CA 92101

# REGISTER OF ACTIONS
### CASE NO. 19FL010852N

Filed By:  Respondent  Emert, Robert

| | | |
|---|---|---|
| 03/04/2020 | | Proof of Personal Service<br>Filed By:  Respondent  Emert, Robert |
| 03/05/2020 | | Declaration/Pleading<br>*Reply Declaration*<br>Filed By:  Respondent  Emert, Robert |
| 03/05/2020 | | Proof of Service by Mail<br>Filed By:  Petitioner  Emert, Andrea L. |
| 03/05/2020 | | Notice of Lodgment<br>Filed By:  Petitioner  Emert, Andrea L. |
| 03/06/2020 | | Declaration/Pleading<br>*Motion to Strike Late Filed Reply Declaration Personally served on March 5, 2020*<br>Filed By:  Petitioner  Emert, Andrea L. |
| 03/06/2020 | | Proof of Personal Service<br>Filed By:  Respondent  Emert, Robert |

03/09/2020   **Family Resolution Conference** (9:00 AM)  (Judicial Officer: FREELAND, CYNTHIA ;Location: N-18)
Events: 10/04/2019 Proof of Service of Summons (Family Law)
12/06/2019 Pet Prelim Dec Re: Service of Dec of Disclosure
02/25/2020 Pet Prelim Dec Re: Service of Dec of Disclosure
02/04/2020     *Continued to 03/06/2020 - Continuance (JBSIS) - Emert, Andrea L.; Emert, Robert*
03/06/2020     *Continued to 03/09/2020 - Continuance (JBSIS) - Emert, Andrea L.; Emert, Robert*

03/09/2020   **Request for Order Hearing** (9:00 AM)  (Judicial Officer: FREELAND, CYNTHIA ;Location: N-18)
*child/spousal support, property control, atty fees*
Events: 12/06/2019 Request for Order
12/06/2019 Declaration
12/06/2019 Respondent's Income and Expense Declaration
03/09/2020     *Continued to 03/09/2020 - Continuance (JBSIS) - Emert, Andrea L.; Emert, Robert*

| | | |
|---|---|---|
| 03/09/2020 | | Proof of Electronic Service<br>Filed By:  Petitioner  Emert, Andrea L. |
| 03/09/2020 | | Minutes of the Family Court |
| 03/12/2020 | | Proof of Personal Service Civil<br>Filed By:  Petitioner  Emert, Andrea L. |
| 05/26/2020 | | Request for Order<br>*Other Issue: Motion to Compel Discovery Reponses and for Discovery Sanctions*<br>Filed By:  Petitioner  Emert, Andrea L. |
| 05/26/2020 | | Declaration<br>*of David S. Schulman re: Attempts to meet and confer*<br>Filed By:  Petitioner  Emert, Andrea L. |
| 05/26/2020 | | Memorandum of Points & Authorities |

Exhibit J
32

SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN DIEGO - 1100 UNION STREET, SAN DIEGO, CA 92101

# REGISTER OF ACTIONS
## CASE NO. 19FL010852N

|            |                                                                                                                                                                   |
|------------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            | Filed By:  Petitioner  Emert, Andrea L.                                                                                                                            |
| 05/26/2020 | Declaration<br>*in support of motion to compel*<br>Filed By:  Petitioner  Emert, Andrea L.                                                                         |
| 05/26/2020 | Declaration<br>*separate statement of items in dispute*<br>Filed By:  Petitioner  Emert, Andrea L.                                                                 |
| 05/26/2020 | Notice of Intent to Lodge Documents<br>Filed By:  Petitioner  Emert, Andrea L.                                                                                     |
| 05/26/2020 | Proof of Service by Mail<br>Filed By:  Respondent  Emert, Robert                                                                                                   |
| 05/29/2020 | Proof of Service by Mail<br>Filed By:  Petitioner  Emert, Andrea L.                                                                                                |
| 05/29/2020 | Proof of Electronic Service<br>Filed By:  Petitioner  Emert, Andrea L.                                                                                             |
| 06/08/2020 | Document Rejected<br>*eFiling rejection - motion to relieve counsel $90.00 filing fee due. When filing RFO, look for "Optional Services" to add $30.00 reporter fee.*<br>Filed By:  Attorney  MIRANDA, TIMOTHY |
| 06/08/2020 | Notice of Motion and Motion to Be Relieved as Counsel Civil<br>*NOTICE OF MOTION AND MOTION TO BE RELIEVED AS COUNSEL-CIVIL*<br>Filed By:  Respondent  Emert, Robert |
| 06/08/2020 | Dec in Support of Atty's Motion to be Relieved as Counsel<br>*DECLARATION IN SUPPORT OF ATTORNEY MOTION TO BE RELIEVED AS COUNSEL-CIVIL*<br>Filed By:  Respondent  Emert, Robert |
| 06/08/2020 | Order Granting Atty Mtn to be Relieved Received                                                                                                                    |
| 06/22/2020 | **Status Conference** (9:00 AM)  (Judicial Officer: MANGIONE, JAMES ;Location: 901)<br>*3 hours*                                                                   |
| 06/22/2020 | Gen Minutes of the Family Court                                                                                                                                    |
| 06/24/2020 | Proof of Service by Mail<br>Filed By:  Petitioner  Emert, Andrea L.;  Attorney  SCHULMAN, DAVID S                                                                   |
| 07/10/2020 | Proof of Service by Mail<br>Filed By:  Respondent  Emert, Robert                                                                                                   |
| 07/10/2020 | Proof of Electronic Service<br>Filed By:  Respondent  Emert, Robert                                                                                                |
| 07/10/2020 | Proof of Electronic Service<br>Filed By:  Respondent  Emert, Robert                                                                                                |
| 07/14/2020 | **Status Conference** (8:30 AM)  (Judicial Officer: FREELAND, CYNTHIA ;Location: N-18)                                                                             |

Exhibit J
33      *Printed on 02/13/2023 at 11 24 AM*

# REGISTER OF ACTIONS
## CASE NO. 19FL010852N

|            |                                                                                                    |
|------------|----------------------------------------------------------------------------------------------------|
|            | *reset trial*                                                                                      |
| 07/14/2020 | 📄 Gen Minutes of the Family Court                                                                  |
| 07/15/2020 | 📄 Substitution of Attorney Civil (without Court Order)<br>*Pro Per*<br>Filed By: Respondent Emert, Robert |
| 07/29/2020 | 📄 *CANCELED* **Long Cause Trial** (1:45 PM) (Judicial Officer: FREELAND, CYNTHIA ;Location: N-18)<br>*child/spousal support, property control, atty fees*<br>*Vacated* |
| 08/21/2020 | 📄 *CANCELED* **Request for Order Hearing** (9:00 AM) (Judicial Officer: FREELAND, CYNTHIA ;Location: N-18)<br>*enforce and clarify custody order*<br>*Off Calendar by Petitioner* |
| 08/31/2020 | *CANCELED* **Request for Order Hearing** (9:00 AM) (Judicial Officer: FREELAND, CYNTHIA ;Location: N-18)<br>*Other Issue: Motion to Compel Discovery Reponses and for Discovery Sanctions*<br>*Vacated* |
| 08/31/2020 | *CANCELED* **Request for Order Hearing** (1:45 PM) (Judicial Officer: FREELAND, CYNTHIA ;Location: N-18)<br>*Relieve Counsel*<br>*Vacated* |
| 09/29/2020 | 📄 Declaration/Pleading<br>*Supplemental dec.*<br>Filed By: Respondent Emert, Robert              |
| 10/06/2020 | 📄 **Family Resolution Conference** (8:30 AM) (Judicial Officer: FREELAND, CYNTHIA ;Location: N-18)<br>Events: 10/04/2019 Proof of Service of Summons (Family Law)<br>10/07/2019 Response - Marriage/Domestic Partnership<br>12/06/2019 Pet Prelim Dec Re: Service of Dec of Disclosure<br>02/25/2020 Pet Prelim Dec Re: Service of Dec of Disclosure<br>*08/21/2020      Continued to 10/06/2020 - Continuance (JBSIS) - Emert, Andrea L.;*<br>*     Emert, Robert* |
| 10/06/2020 | 📄 **Status Conference** (8:30 AM) (Judicial Officer: FREELAND, CYNTHIA ;Location: N-18)<br>*continued from 7/14/20 per resp's request.*<br>Events: 07/14/2020 Gen Minutes of the Family Court |
| 10/06/2020 | 📄 Minutes of the Family Court                                                                      |
| 11/09/2020 | Ex Parte Application and Order Received                                                             |
| 11/09/2020 | 📄 Notice of Change of Address<br>Filed By: Respondent Emert, Robert                              |
| 11/09/2020 | 📄 Declaration Regarding Notice/Service of Temporary Orders<br>Party: Respondent Emert, Robert   |
| 11/09/2020 | 📄 Decl in Support of Application for Emergency Temporary Order<br>Filed By: Respondent Emert, Robert |
| 11/09/2020 |                                                                                                    |

Exhibit J
34

SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN DIEGO - 1100 UNION STREET, SAN DIEGO, CA 92101

# REGISTER OF ACTIONS

## CASE NO. 19FL010852N

|  |  |
|---|---|
| | Proof of Service by Mail<br>*Re: Ex Parte documents for hearing to be head 11/10/2020 at 1:30, "hand delivered to office of person and business listed below"*<br>Filed By: Respondent Emert, Robert |
| 11/10/2020 | **Family Resolution Conference** (8:30 AM) (Judicial Officer: FREELAND, CYNTHIA ;Location: N-18)<br>Events: 10/04/2019 Proof of Service of Summons (Family Law)<br>12/06/2019 Pet Prelim Dec Re: Service of Dec of Disclosure<br>02/25/2020 Pet Prelim Dec Re: Service of Dec of Disclosure |
| 11/10/2020 | **Ex Parte Hearing** (1:30 PM) (Judicial Officer: FREELAND, CYNTHIA ;Location: N-18)<br>Events: 11/09/2020 Ex Parte Application and Order Received |
| 11/10/2020 | Ex Parte Application and Order Family Law<br>Filed By: Respondent Emert, Robert |
| 11/10/2020 | Request for Order<br>*re: CHANGE in Child Custody, Visitation Support; Spoual Support; Modify Support Retroactive to Date Motion Filed Pursuant to FC Section 3653 & 4333; FCS to Interview*<br>▮▮▮▮<br>Filed By: Respondent Emert, Robert |
| 11/10/2020 | Respondent's Income and Expense Declaration<br>Filed By: Respondent Emert, Robert |
| 11/10/2020 | Minutes of the Family Court |
| 12/16/2020 | **FCS Child Custody Recommending Counseling - Court Referral** (8:00 AM)<br>( Location: FCS Central)<br>*12/15/2020 Continued to 12/16/2020 - Continuance (JBSIS) - Emert, Andrea L.; Emert, Robert* |
| 12/16/2020 | **FCS Child Interview** (2:30 PM) |
| 01/16/2021 | Notice of Case Reassignment (Judicial Officer: TORRES, VICTOR M. )<br>*Reassigned 01/16/2021.* |
| 01/22/2021 | Declaration<br>*Kevin Kinsella*<br>Filed By: Respondent Emert, Robert |
| 01/22/2021 | Declaration<br>*John Hodgenson*<br>Filed By: Respondent Emert, Robert |
| 01/22/2021 | Proof of Personal Service<br>Filed By: Respondent Emert, Robert |
| 01/22/2021 | Proof of Electronic Service<br>Filed By: Respondent Emert, Robert |
| 01/22/2021 | Proof of Electronic Service<br>Filed By: Respondent Emert, Robert |
| 01/22/2021 | Proof of Electronic Service<br>Filed By: Respondent Emert, Robert |

Exhibit J
35

*Printed on 02/13/2023 at 11 24 AM*

SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN DIEGO • 1100 UNION STREET, SAN DIEGO, CA 92101

# REGISTER OF ACTIONS
## CASE NO. 19FL010852N

| | |
|---|---|
| 01/22/2021 | Lodgment Received<br>Filed By:  Respondent  Emert, Robert |
| 01/22/2021 | Responsive Declaration to Request for Order<br>Filed By:  Petitioner  Emert, Andrea L. |
| 01/22/2021 | Declaration/Pleading |
| 01/22/2021 | Notice of Intent to Lodge Documents |
| 01/22/2021 | Petitioner's Income and Expense Declaration |
| 01/22/2021 | Proof of Electronic Service<br>Filed By:  Petitioner  Emert, Andrea L. |
| 01/27/2021 | Lodgment Received<br>*Exhibit 1-13*<br>Filed By:  Petitioner  Emert, Andrea L. |
| 01/27/2021 | Proof of Electronic Service<br>Filed By:  Petitioner  Emert, Andrea L. |
| 01/28/2021 | Declaration/Pleading<br>*BACKGROUND*<br>Filed By:  Respondent  Emert, Robert |
| 01/28/2021 | Lodgment Received<br>*EXHIBITS A - L*<br>Filed By:  Respondent  Emert, Robert |
| 01/29/2021 | Lodgment Received<br>Filed By:  Respondent  Emert, Robert |
| 02/01/2021 | Peremptory Challenge<br>Filed By:  Petitioner  Emert, Andrea L. |
| 02/02/2021 | Declaration/Pleading<br>*Updated Declaration of Andrea L. Emert*<br>Filed By:  Petitioner  Emert, Andrea L. |
| 02/02/2021 | Declaration/Pleading<br>*Andrea Emert's Objections to and Motion to Strike Respondent's Reply Pleadings*<br>Filed By:  Petitioner  Emert, Andrea L. |
| 02/02/2021 | Peremptory Challenge<br>*Gratned as to Judge Torres*<br>Filed By:  Petitioner  Emert, Andrea L. |
| 02/03/2021 | Declaration/Pleading<br>*REPLY DEC TO PET'S UPDATED DEC*<br>Filed By:  Respondent  Emert, Robert |
| 02/03/2021 | Declaration/Pleading<br>*REPLY DEC TO PET'S MOTION TO STRIKE RESP REPLY PLEADINGS*<br>Filed By:  Respondent  Emert, Robert |
| 02/03/2021 | Proof of Electronic Service |

Exhibit J

36

*Printed on 02/13/2023 at 11 24 AM*

SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN DIEGO - 1100 UNION STREET, SAN DIEGO, CA 92101

# REGISTER OF ACTIONS
## CASE NO. 19FL010852N

| | |
|---|---|
| | Filed By: Respondent Emert, Robert |
| 02/03/2021 | Proof of Electronic Service<br>*Re: Peremptory Challenge*<br>Filed By: Petitioner Emert, Andrea L. |
| 02/04/2021 | **Request for Order Hearing** (1:45 PM) (Judicial Officer: TORRES, VICTOR M. ;Location: N-18)<br>*re: CHANGE in Child Custody, Visitation Support; Spoual Support; Modify Support Retroactive to Date Motion Filed Pursuant to FC Section 3653 & 4333; FCS to Interview ▇ (Scheduled per 11/10/20 Ex Parte Order)*<br>Events: 11/10/2020 Request for Order |
| 02/04/2021 | Minutes of the Family Court |
| 02/04/2021 | Minutes of the Family Court |
| 02/08/2021 | Peremptory Challenge Filed<br>*sent to clerk's mailbox 2-8-21/sec*<br>Filed By: Respondent Emert, Robert |
| 02/09/2021 | Peremptory Challenge<br>*denied*<br>Filed By: Respondent Emert, Robert |
| 02/10/2021 | Declaration/Pleading<br>Filed By: Respondent Emert, Robert |
| 02/18/2021 | Lodgment Received<br>*Exh A-S*<br>Filed By: Respondent Emert, Robert |
| 02/18/2021 | Lodgment Received<br>*Exh A-L*<br>Filed By: Respondent Emert, Robert |
| 02/24/2021 | Memorandum of Points & Authorities<br>Filed By: Petitioner Emert, Andrea L. |
| 02/24/2021 | Lodgment Received<br>*Exh. 1-10*<br>Filed By: Petitioner Emert, Andrea L. |
| 02/25/2021 | **Request for Order Hearing** (9:00 AM) (Judicial Officer: RATEKIN, PATTI C. ;Location: N-19)<br>*re: CHANGE in Child Custody, Visitation Support; Spoual Support; Modify Support Retroactive to Date Motion Filed Pursuant to FC Section 3653 & 4333; FCS to Interview ▇ (Scheduled per 11/10/20 Ex Parte Order)*<br>Events: 11/10/2020 Request for Order |
| 02/25/2021 | Minutes of the Family Court |
| 02/25/2021 | Order Appointing Counsel for A Child<br>*For minor,* ▇ |
| 02/25/2021 | Order Appointing Counsel for A Child<br>*For minor,* ▇ |
| 02/26/2021 | Proof of Electronic Service |

Exhibit J
37

*Printed on 02/13/2023 at 11 24 AM*

SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN DIEGO · 1100 UNION STREET, SAN DIEGO, CA 92101

# REGISTER OF ACTIONS
## CASE NO. 19FL010852N

| | | |
|---|---|---|
| | | Filed By:  Petitioner  Emert, Andrea L. |
| 03/03/2021 | | Proof of Electronic Service<br>Filed By:  Petitioner  Emert, Andrea L. |
| 03/03/2021 | | Declaration<br>*Petitioner's Demand for Exchange of Expert Witness Information*<br>Filed By:  Petitioner  Emert, Andrea L. |
| 03/03/2021 | | Proof of Electronic Service<br>*Re: Petitioner's Points and Authorities in Support of Response to Respondent's Request for Order Regarding Imputation of Income (filed 02/24/21); Petitioner's Notice of Intent to Lodge Documents and Lodgment in Support of Her Points and Authorities (filed 02/24/2021)*<br>Filed By:  Petitioner  Emert, Andrea L. |
| 03/04/2021 | | Declaration of Counsel for A Child Regarding Qualifications<br>Filed By:  Other  Minor's Counsel |
| 03/10/2021 | | Declaration/Pleading<br>*Reply to P&A's Regarding Request for Additional Support*<br>Filed By:  Respondent  Emert, Robert |
| 03/18/2021 | | **Mandatory Settlement Conference** (8:30 AM)  (Judicial Officer: RATEKIN, PATTI C. ;Location: N-19) |
| 03/18/2021 | | **Trial Readiness Conference** (9:00 AM)  (Judicial Officer: RATEKIN, PATTI C. ;Location: N-19) |
| 03/18/2021 | | Minutes of the Family Court |
| 03/18/2021 | | Minutes of the Family Court |
| 03/19/2021 | | Proof of Electronic Service<br>Filed By:  Petitioner  Emert, Andrea L. |
| 03/25/2021 | | Lodgment Received<br>*Exh A-L*<br>Filed By:  Respondent  Emert, Robert |
| 03/25/2021 | | Lodgment Received<br>*Exh A-S*<br>Filed By:  Respondent  Emert, Robert |
| 03/26/2021 | | Findings and Order After Hearing (Unif Parent Cust and Supp)<br>Filed By:  Petitioner  Emert, Andrea L. |
| 03/29/2021 | | Proof of Electronic Service<br>Filed By:  Petitioner  Emert, Andrea L. |
| 03/29/2021 | | Declaration<br>Filed By:  Petitioner  Emert, Andrea L. |
| 03/29/2021 | | Lodgment Received<br>Filed By:  Petitioner  Emert, Andrea L. |
| 03/29/2021 | | Declaration/Pleading<br>Filed By:  Respondent  Emert, Robert |

Exhibit J

38

*Printed on 02/13/2023 at 11 24 AM*

SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN DIEGO - 1100 UNION STREET, SAN DIEGO, CA 92101

# REGISTER OF ACTIONS
### CASE NO. 19FL010852N

| | |
|---|---|
| 03/29/2021 | Lodgment Received<br>    Filed By:  Petitioner  Emert, Andrea L. |
| 03/29/2021 | Declaration<br>    Filed By:  Petitioner  Emert, Andrea L. |
| 03/29/2021 | Proof of Electronic Service<br>    Filed By:  Petitioner  Emert, Andrea L. |
| 03/30/2021 | **Request for Order Hearing** (1:45 PM)  (Judicial Officer: RATEKIN, PATTI<br>C. ;Location: N-19)<br>    *CHANGE in Child Custody, Visitation Support; Spousal Support; Modify Support Retroactive<br>    to Date Motion Filed Pursuant to FC Section 3653 & 4333; FCS to Interview* ▉▉▉▉<br>    *(Scheduled per 11/10/20 Ex Parte Order)* |
| 03/30/2021 | Minutes of the Family Court |
| 04/22/2021 | Document Rejection E-Filing<br>    *Proposed orders are on the Family Law eFiling Exception List. Please visit San Diego<br>    Superior Court website for complete list of exceptions.*<br>    File By:  Other  Minor's Counsel |
| 04/27/2021 | Ex Parte Application and Order Received |
| 04/27/2021 | Declaration<br>    Filed By:  Respondent  Emert, Robert |
| 04/27/2021 | Declaration Regarding Notice/Service of Temporary Orders<br>    Party:  Respondent  Emert, Robert |
| 04/28/2021 | **Ex Parte Hearing** (1:30 PM)  (Judicial Officer: RATEKIN, PATTI C. ;Location: N-19)<br>    Events: 04/27/2021 Ex Parte Application and Order Received |
| 04/28/2021 | Declaration/Pleading<br>    *OPPOSITION TO EX PARTE REQ*<br>    Filed By:  Petitioner  Emert, Andrea L. |
| 04/28/2021 | Third Party Declaration<br>    *- SARAH B BEAR, ESQ*<br>    Filed By:  Petitioner  Emert, Andrea L. |
| 04/28/2021 | Notice of Lodgment<br>    *EXHIBITS 1- 21*<br>    Filed By:  Petitioner  Emert, Andrea L. |
| 04/28/2021 | Lodgment Received<br>    *EXHIBITS 1- 21*<br>    Filed By:  Petitioner  Emert, Andrea L. |
| 04/28/2021 | Declaration/Pleading<br>    *decl in reply to pet's opposition to respondent's ex parte request*<br>    Filed By:  Respondent  Emert, Robert |
| 04/28/2021 | Ex Parte Application and Order Family Law<br>    *(Copies of D-046, FL-300, & Unfiled FL-305 mailed to R on 4/30/21 -kt)*<br>    Filed By:  Respondent  Emert, Robert |
| 04/30/2021 | Request for Order |

Exhibit J

39

*Printed on 02/13/2023 at 11 24 AM*

# REGISTER OF ACTIONS

## CASE NO. 19FL010852N

|  |  |
|---|---|
|  | *re: Continuance Proper Discovery; Continuance; Completion/Cert of Depostion; Clarification; Child therapist; Matt Cord Statement; Vacate Temp Orders; Continuance; Health of R* <br> Filed By:  Respondent  Emert, Robert |
| 04/30/2021 | Miscellaneous <br> *\* LODGMENT PLACED ON LODGMENT PICK UP SHELF \** |
| 04/30/2021 | Proof of Electronic Service <br> Filed By:  Petitioner  Emert, Andrea L. |
| 04/30/2021 | Proof of Service by Mail <br> Filed By:  Petitioner  Emert, Andrea L. |
| 04/30/2021 | Proof of Electronic Service <br> Filed By:  Petitioner  Emert, Andrea L. |
| 05/04/2021 | Miscellaneous <br> *Three volume trial brief received.* <br> Filed By:  Petitioner  Emert, Andrea L. |
| 05/04/2021 | Miscellaneous <br> *One volume trail brief received.* <br> Filed By:  Respondent  Emert, Robert |
| 05/05/2021 | Notice and Acknowledgement of Receipt <br> *Signed on 5/3/21.* <br> Filed By:  Petitioner  Emert, Andrea L. |
| 05/07/2021 | Proof of Electronic Service <br> Filed By:  Petitioner  Emert, Andrea L. |
| 05/11/2021 | **Trial - One-Day Trial** (9:00 AM)  (Judicial Officer: RATEKIN, PATTI C. ;Location: N-19) <br> *All issues* <br> Events: 04/30/2021 Request for Order <br>        04/30/2021 Miscellaneous <br>        05/04/2021 Miscellaneous <br>        05/04/2021 Miscellaneous |
| 05/11/2021 | **Request for Order Hearing** (9:00 AM)  (Judicial Officer: RATEKIN, PATTI C. ;Location: N-19) <br> *CHANGE in Child Custody, Visitation Support; Spousal Support; Modify Support Retroactive to Date Motion Filed Pursuant to FC Section 3653 & 4333; FCS to Interview ▇▇▇ (Scheduled per 11/10/20 Ex Parte Order)* |
| 05/11/2021 | Minutes of the Family Court |
| 05/19/2021 | Request to Waive Court Fees (FW-001) <br> Filed By:  Respondent  Emert, Robert |
| 05/19/2021 | Request to Waive Additional Court Fees <br> Filed By:  Respondent  Emert, Robert |
| 05/19/2021 | Order on Court Fee Waiver - Granted <br> *not for additional costs like transcripts.* <br> Filed By:  Respondent  Emert, Robert |
| 05/21/2021 | Declaration/Pleading <br> *To disqualify a Judge. Sent to Dept 17.* |

Exhibit J
40

*Printed on 02/13/2023 at 11 24 AM*

# REGISTER OF ACTIONS
## CASE NO. 19FL010852N

| | |
|---|---|
| | Filed By: Respondent Emert, Robert |
| 05/26/2021 | Order<br>*Order Striking Respondent Robert Emert's Statement of Disqualification o Commissioner Patti C. Ratekin* |
| 05/26/2021 | Clerk's Certificate of Service by Mail |
| 06/02/2021 | Declaration<br>Filed By: Respondent Emert, Robert |
| 06/02/2021 | Proof of Personal Service<br>Filed By: Respondent Emert, Robert |
| 06/03/2021 | Request to Waive Additional Court Fees<br>*TO REQ CLARIFICATION OF REQ TO WAIVE FEES FOR TRANSCRIPTS*<br>Filed By: Respondent Emert, Robert |
| 06/03/2021 | Declaration<br>*RE: SERVICE*<br>Filed By: Respondent Emert, Robert |
| 06/03/2021 | Declaration<br>*RE; DISQUALIFICATION*<br>Filed By: Respondent Emert, Robert |
| 06/03/2021 | Declaration<br>*RE; DISQUALIFICATION*<br>Filed By: Respondent Emert, Robert |
| 06/03/2021 | Order<br>*striking respondent Robert Emert's 1-second statement of disqualification of commisioner Patti Ratekin and Third statement of disqualification of Commissioner Patti Rateken* |
| 06/03/2021 | Clerk's Certificate of Service by Mail |
| 06/03/2021 | Order on Court Fee Waiver - Granted<br>*(INCLUDING TRANSCRIPT COST FOR LISTED HEARING)*<br>Filed By: Respondent Emert, Robert |
| 06/03/2021 | Recusal (Minutes)<br>*Corrected order from 2-3-2020* |
| 06/14/2021 | Declaration/Pleading<br>*DISQUALIFICATION*<br>Filed By: Respondent Emert, Robert |
| 06/14/2021 | Declaration/Pleading<br>*PETITION FOR WRIT OF MANDATE*<br>Filed By: Respondent Emert, Robert |
| 06/21/2021 | Order<br>*striking disqualification 1,2, and 3rd attempts*<br>Filed By: Respondent Emert, Robert |
| 06/21/2021 | Clerk's Certificate of Service by Mail |

Exhibit J
41

SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN DIEGO - 1100 UNION STREET, SAN DIEGO, CA 92101

# REGISTER OF ACTIONS
## CASE NO. 19FL010852N

| | | |
|---|---|---|
| | | *ORDER STRIKING 1-4 OF COMM PCR*<br>Filed By:  Minor's Counsel  CORD, MATTHEW W;  Other  Minor's Counsel;  Other  MINOR'S COUNSEL;  Minor's Counsel  Young, Cathryn E., ESQ;  Petitioner  Emert, Andrea L.;  Respondent  Emert, Robert;  Attorney  SCHULMAN, DAVID S |
| 06/22/2021 | | Order<br>*striking respondent Robert Emert's fourth statement of disqualification of commissioner Patti C. Ratekin as moot* |
| 06/22/2021 | | Clerk's Certificate of Service by Mail |
| 06/23/2021 | | Miscellaneous<br>*Response to ex-parte communication* |
| 06/24/2021 | | **Trial - One-Day Trial** (10:30 AM)  (Judicial Officer: RATEKIN, PATTI C. ;Location: N-19)<br>*All issues* |
| 06/24/2021 | | *CANCELED*  **Trial - One-Day Trial** (2:30 PM)  (Judicial Officer: RATEKIN, PATTI C. ;Location: N-19)<br>*Vacated* |
| 06/24/2021 | | Gen Minutes of the Family Court |
| 06/25/2021 | | Order<br>*Order from DCA* |
| 06/29/2021 | | Order<br>*FROM 6/24/2021 TRIAL* |
| 06/29/2021 | | Proof of Electronic Service<br>Filed By:  Petitioner  Emert, Andrea L.;  Attorney  SCHULMAN, DAVID S |
| 07/09/2021 | | Proof of Electronic Service<br>Filed By:  Petitioner  Emert, Andrea L. |
| 07/12/2021 | | Request and Order for Transcript |
| 07/12/2021 | | Receipt for Reporter's Transcript |
| 07/14/2021 | | Pet Final Dec Re: Service of Dec of Disclosure |
| 08/23/2021 | | Findings and Order After Hearing (Unif Parent Cust and Supp)<br>*3-30-21 hearing*<br>Filed By:  Respondent  Emert, Robert |
| 08/24/2021 | | Ex Parte Application and Order Family Law<br>Filed By:  Petitioner  Emert, Andrea L. |
| 08/24/2021 | | Declaration/Pleading<br>Filed By:  Respondent  Emert, Robert |
| 08/24/2021 | | Declaration/Pleading<br>*of Linda Hansen Re: Ex Parte Notice*<br>Filed By:  Petitioner  Emert, Andrea L. |

Exhibit J

42

SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN DIEGO - 1100 UNION STREET, SAN DIEGO, CA 92101

# REGISTER OF ACTIONS
## CASE No. 19FL010852N

| | |
|---|---|
| 08/24/2021 | Declaration/Pleading<br>*of David Schulan in Supp of Ex Parte*<br>Filed By: Petitioner Emert, Andrea L. |
| 08/25/2021 | **Ex Parte Hearing** (8:30 AM) (Judicial Officer: RATEKIN, PATTI C. ;Location: N-19)<br>Events: 08/24/2021 Ex Parte Application and Order Family Law |
| 08/25/2021 | Proof of Electronic Service<br>Filed By: Petitioner Emert, Andrea L. |
| 09/02/2021 | Dec & Ordr for Pmt of Atty Fees and Costs of Minor Counsel<br>Filed By: Other Minor's Counsel |
| 09/13/2021 | Declaration<br>*in support of rfo*<br>Filed By: Petitioner Emert, Andrea L. |
| 09/13/2021 | Notice of Lodgment<br>*2nd notice*<br>Filed By: Petitioner Emert, Andrea L. |
| 09/13/2021 | Lodgment Received<br>*exhibits 17-25*<br>Filed By: Petitioner Emert, Andrea L. |
| 09/13/2021 | Proof of Electronic Service<br>Filed By: Petitioner Emert, Andrea L. |
| 09/14/2021 | Proof of Personal Service<br>Filed By: Respondent Emert, Robert |
| 09/14/2021 | Confidential Information<br>*Declaration re: RFOs, Ex Partes, and other Motions not properly heard by Commissioner Ratekin*<br>Filed By: Respondent Emert, Robert |
| 09/14/2021 | Proof of Electronic Service<br>*Date of service: 09/09/2021*<br>Filed By: Petitioner Emert, Andrea L. |
| 09/15/2021 | Declaration/Pleading<br>Filed By: Respondent Emert, Robert |
| 09/15/2021 | Declaration<br>Filed By: Respondent Emert, Robert |
| 09/15/2021 | Order<br>*Order Striking Respondent Robert Emert's Fifth Statement of Disqualification of Commissioner Patti C. Ratekin* |
| 09/15/2021 | Clerk's Certificate of Service by Mail |
| 09/15/2021 | Third Party Declaration<br>*- Mark Fidelman*<br>Filed By: Respondent Emert, Robert |
| 09/15/2021 | |

# REGISTER OF ACTIONS
## CASE NO. 19FL010852N

| | |
|---|---|
| | Declaration<br>*5th Declaration re: Statement of Disqualification*<br>Filed By: Respondent Emert, Robert |
| 09/16/2021 | **Request for Order Hearing** (1:45 PM) (Judicial Officer: RATEKIN, PATTI<br>C. ;Location: N-19)<br>*re: Continuance Proper Discovery; Continuance; Completion/Cert of Depostion;<br>Clarification; Child therapist; Matt Cord Statement; Vacate Temp Orders; Continuance;<br>Health of R*<br>Events: 04/30/2021 Request for Order |
| 09/16/2021 | Clerk's Certificate of Service by Mail |
| 09/16/2021 | Findings and Order After Hearing (Unif Parent Cust and Supp) |
| 09/16/2021 | Minutes of the Family Court |
| 09/23/2021 | Request to Waive Court Fees (FW-001)<br>Filed By: Respondent Emert, Robert |
| 09/23/2021 | Request to Waive Additional Court Fees<br>Filed By: Respondent Emert, Robert |
| 09/23/2021 | Miscellaneous<br>*Judicial Notice*<br>Filed By: Respondent Emert, Robert |
| 09/23/2021 | Order on Court Fee Waiver - Denied<br>*additional fees*<br>Filed by: Respondent Emert, Robert |
| 09/24/2021 | Clerk's Certificate of Service by Mail<br>Filed By: Respondent Emert, Robert |
| 09/29/2021 | Ex Parte Application and Order Family Law<br>Filed By: Other MINOR'S COUNSEL |
| 09/29/2021 | Declaration/Pleading<br>*Declaration in support to Ex-parte.*<br>Filed By: Other MINOR'S COUNSEL |
| 09/29/2021 | Declaration/Pleading<br>Filed By: Other MINOR'S COUNSEL |
| 09/29/2021 | Ex Parte Application and Order Family Law<br>Filed By: Petitioner Emert, Andrea L. |
| 09/29/2021 | Declaration/Pleading<br>*in Supp of Ex Parte*<br>Filed By: Petitioner Emert, Andrea L. |
| 09/29/2021 | Declaration/Pleading<br>*Re: Ex Parte Notice*<br>Filed By: Petitioner Emert, Andrea L. |
| 09/29/2021 | |

Exhibit J
44

*Printed on 02/13/2023 at 11 24 AM*

SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN DIEGO - 1100 UNION STREET, SAN DIEGO, CA 92101

# REGISTER OF ACTIONS
## CASE NO. 19FL010852N

|  |  |
|---|---|
|  | Ex Parte Application and Order Family Law<br>Filed By: Other MINOR'S COUNSEL |
| 09/29/2021 | Proof of Electronic Service<br>Filed By: Petitioner Emert, Andrea L. |
| 09/30/2021 | **Ex Parte Hearing** (8:30 AM) (Judicial Officer: RATEKIN, PATTI C. ;Location: N-19)<br>Events: 09/29/2021 Ex Parte Application and Order Family Law |
| 09/30/2021 | **Ex Parte Hearing** (8:30 AM) (Judicial Officer: RATEKIN, PATTI C. ;Location: N-19)<br>Events: 09/29/2021 Ex Parte Application and Order Family Law |
| 10/01/2021 | Clerk's Certificate of Service by Mail<br>*Minor's Counsel Ex Parte Application and Order filed 9/29/21 and signed 9/30/21* |
| 10/01/2021 | Request for Order<br>*Mod cust/vis*<br>Filed By: Other MINOR'S COUNSEL |
| 10/01/2021 | Declaration/Pleading<br>Filed By: Other MINOR'S COUNSEL |
| 10/01/2021 | Proof of Electronic Service<br>Filed By: Petitioner Emert, Andrea L. |
| 10/01/2021 | Declaration/Pleading<br>Filed By: Petitioner Emert, Andrea L. |
| 10/01/2021 | Lodgment Received<br>Filed By: Petitioner Emert, Andrea L. |
| 10/01/2021 | Proof of Electronic Service<br>*Date of service: 09/29/2021*<br>Filed By: Petitioner Emert, Andrea L. |
| 10/03/2021 | Document Rejection E-Filing<br>*This envelope was generated as a "NEW FILING". A new filing means you don't have a case number, please resubmit your documents in your case, 19FL010852N. Thank you.*<br>File By: Respondent Emert, Robert |
| 10/04/2021 | **Request for Order Hearing** (9:00 AM) (Judicial Officer: RATEKIN, PATTI C. ;Location: N-19)<br>*Mod cust/vis*<br>Events: 10/01/2021 Request for Order |
| 10/04/2021 | Minutes of the Family Court<br>*RECUSAL- Commissioner Ratekin* |
| 10/04/2021 | Peremptory Challenge<br>*GRANTED- Judge Brower*<br>Filed By: Respondent Emert, Robert |
| 10/04/2021 | Minutes of the Family Court<br>*RECUSAL- Judge Powazek* |
| 10/05/2021 | **Ex Parte Hearing** (8:30 AM) (Judicial Officer: ROSENSTEIN, PAULA ;Location: 903)<br>*For case reassignment from North County. All Judges have recused or been challenged.* |

SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN DIEGO · 1100 UNION STREET, SAN DIEGO, CA 92101

# REGISTER OF ACTIONS
## CASE NO. 19FL010852N

| | | |
|---|---|---|
| 10/05/2021 | | Minutes of the Family Court<br>*Recusal by Judge Powazek and REASSIGNED TO JUDGE ALKSNE* |
| 10/05/2021 | | Notice of Case Reassignment<br>*Per Judge Rosenstein* |
| 10/06/2021 | | Proof of Electronic Service<br>Filed By:  Petitioner  Emert, Andrea L. |
| 10/07/2021 | | **Request for Order Hearing** (10:00 AM)  (Judicial Officer: ALKSNE,<br>LORNA ;Location: PRESIDING)<br>*Minor's counsel RFO/change custody and visitation* |
| 10/07/2021 | | Minutes of the Family Court |
| 10/08/2021 | | Proof of Electronic Service<br>Filed By:  Petitioner  Emert, Andrea L. |
| 10/12/2021 | | **Ex Parte Hearing** (9:30 AM)  (Judicial Officer: OBERHOLTZER, DAVID<br>B. ;Location: PRESIDING) |
| 10/12/2021 | | Minute Order<br>*Ex- parte minute order* |
| 10/12/2021 | | Findings and Order After Hearing Accepted<br>*10/7/21 hearing*<br>Filed By:  Petitioner  Emert, Andrea L. |
| 10/12/2021 | | Findings and Order After Hearing Accepted<br>*10/12/21 hearing*<br>Filed By:  Petitioner  Emert, Andrea L. |
| 10/13/2021 | | Proof of Electronic Service<br>*Date of service: 10/11/2021*<br>Filed By:  Petitioner  Emert, Andrea L. |
| 10/15/2021 | | Proof of Electronic Service<br>Filed By:  Petitioner  Emert, Andrea L. |
| 10/15/2021 | | Appear, Stips, and Waivers (Unif Parent Cust and Supp)<br>*\*Partial\**<br>Filed By:  Petitioner  Emert, Andrea L. |
| 10/15/2021 | | Judgment (Family Law)<br>*\*\*\*PARTIAL JUDGMENT\*\*\**<br>*Marital Status Ends 06/24/21, total of 9 pages*<br>Filed By:  Petitioner  Emert, Andrea L. |
| 10/15/2021 | | **Judgment/Order** (Judicial Officer: RATEKIN, PATTI C.)<br>Party (Emert, Andrea L.; Emert, Robert; MINOR'S COUNSEL; Minor's Counsel) |
| 10/19/2021 | | Proof of Electronic Service<br>*Date of service: 10/18/2021*<br>Filed By:  Petitioner  Emert, Andrea L. |
| 10/19/2021 | | Proof of Electronic Service<br>*Date of service: 10/19/2021* |

Exhibit J
46

*Printed on 02/13/2023 at 11 24 AM*

SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN DIEGO · 1100 UNION STREET, SAN DIEGO, CA 92101

# REGISTER OF ACTIONS
### CASE NO. 19FL010852N

|  |  |
|---|---|
|  | Filed By: Petitioner Emert, Andrea L. |
| 10/29/2021 | Notice of Change of Address<br>Filed By: Petitioner Emert, Andrea L. |
| 11/16/2021 | **Trial Readiness Conference** (9:00 AM) (Judicial Officer: ALKSNE, LORNA ;Location: PRESIDING) |
| 11/16/2021 | Minutes of the Family Court |
| 11/16/2021 | Witness List<br>*FL-321 Witness List*<br>Filed By: Other MINOR'S COUNSEL; Petitioner Emert, Andrea L. |
| 11/18/2021 | Notice of Entry of Judgment (Family Law)<br>*Partial*<br>Filed By: Petitioner Emert, Andrea L. |
| 11/18/2021 | Declaration<br>*in support of request of FC271 sanctions*<br>Filed By: Petitioner Emert, Andrea L. |
| 11/18/2021 | Petitioner's Income and Expense Declaration<br>Filed By: Petitioner Emert, Andrea L. |
| 11/22/2021 | Miscellaneous<br>*Motion in Limine to exclude evidence and testimony*<br>Filed By: Petitioner Emert, Andrea L. |
| 11/22/2021 | Miscellaneous<br>*Motion in Limine to exclude and/or limit (r) from presenting evidence at trial*<br>Filed By: Petitioner Emert, Andrea L. |
| 11/22/2021 | Proof of Electronic Service<br>Filed By: Petitioner Emert, Andrea L. |
| 11/24/2021 | Declaration/Pleading<br>*Declaration/Pleading*<br>Filed By: Petitioner Emert, Andrea L. |
| 11/24/2021 | Ex Parte Application and Order Family Law<br>Filed By: Respondent Emert, Robert |
| 11/24/2021 | Notice of Intent to Lodge Documents<br>*11/29/21 9:30am*<br>Filed By: Respondent Emert, Robert |
| 11/24/2021 | Lodgment Received<br>*11/29/21 9:30am , Flash Drive attached*<br>Filed By: Respondent Emert, Robert |
| 11/24/2021 | Proof of Electronic Service<br>Filed By: Petitioner Emert, Andrea L. |
| 11/24/2021 | Proof of Electronic Service<br>Filed By: Other Minor's Counsel |

Exhibit J
47

*Printed on 02/13/2023 at 11 24 AM*

SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN DIEGO - 1100 UNION STREET, SAN DIEGO, CA 92101

# REGISTER OF ACTIONS
## CASE NO. 19FL010852N

| | |
|---|---|
| 11/24/2021 | Miscellaneous<br>*Trial Brief*<br>Filed By: Other  Minor's Counsel |
| 11/29/2021 | *CANCELED* **Request for Order Hearing** (9:30 AM)  (Judicial Officer: RATEKIN, PATTI C. ;Location: N-19)<br>*continued from 6/24, trailing trial---CHANGE in Child Custody, Visitation Support; Spoual Support; Modify Support Retroactive to Date Motion Filed Pursuant to FC Section 3653 & 4333; FCS to Interview ▮▮▮ (Scheduled per 11/10/20 Ex Parte Order)*<br>*Court's Own Motion* |
| 11/29/2021 | *CANCELED* **Trial - One-Day Trial** (9:30 AM)  (Judicial Officer: RATEKIN, PATTI C. ;Location: N-19)<br>*re-set from 6/24/2021--re: all issues, 1 day te*<br>*Court's Own Motion* |
| 11/29/2021 | **Trial - One-Day Trial** (9:30 AM)  (Judicial Officer: ALKSNE, LORNA ;Location: PRESIDING) |
| 11/29/2021 | **Request for Order Hearing** (9:30 AM)  (Judicial Officer: ALKSNE, LORNA ;Location: PRESIDING)<br>*cont. from 6/24 change in custody visitation, support/sp/mod support retro to date of motion filed per FC3633 & 4333* |
| 11/29/2021 | **Ex Parte Hearing** (9:30 AM)  (Judicial Officer: ALKSNE, LORNA ;Location: PRESIDING)<br>*(R) Continuance CRC 3.1332; ADA Accomm; Fraudulent Orders Set Aside* |
| 11/29/2021 | Minute Order |
| 11/29/2021 | Dec & Ordr for Pmt of Atty Fees and Costs of Minor Counsel<br>Filed By: Minor's Counsel  CORD, MATTHEW W |
| 11/29/2021 | Exhibit List<br>Filed By: Petitioner  Emert, Andrea L. |
| 11/30/2021 | *CANCELED* **Trial - One-Day Trial** (9:30 AM)  (Judicial Officer: ALKSNE, LORNA ;Location: PRESIDING)<br>*Court's Own Motion* |
| 11/30/2021 | Proof of Electronic Service<br>Filed By: Petitioner  Emert, Andrea L. |
| 11/30/2021 | Order from the Court of Appeal |
| 12/01/2021 | Proof of Electronic Service<br>Filed By: Petitioner  Emert, Andrea L. |
| 12/01/2021 | Proof of Electronic Service<br>Filed By: Petitioner  Emert, Andrea L. |
| 12/07/2021 | Miscellaneous<br>*Declaration and Order for Pmt of Atty Fees & Costs of Minor's Counsel to Judge Alksne (4-1-21 to 11-30-21 $7,017.97) total to date $9,338.97*<br>Filed By: Other  Minor's Counsel |
| 12/09/2021 | Declaration/Pleading<br>*re: ex parte application: recusal of Judge Alksne, objection to motion in limine, motion for new trial, motion to vacate judgment, motion to reconsider* |

Exhibit J
48

SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN DIEGO - 1100 UNION STREET, SAN DIEGO, CA 92101

# REGISTER OF ACTIONS
## CASE NO. 19FL010852N

|  |  |
|---|---|
|  | Filed By:  Respondent  Emert, Robert |
| 12/09/2021 | Ex Parte Application and Order Family Law<br>Filed By:  Respondent  Emert, Robert |
| 12/10/2021 | **Ex Parte Hearing** (10:00 AM)  (Judicial Officer: ALKSNE, LORNA ;Location: PRESIDING)<br>*(R) 1.473(b) motion for new trial judgments, motions to reconsider, recusal etc.*<br>Events: 12/09/2021 Declaration/Pleading<br>        12/09/2021 Ex Parte Application and Order Family Law |
| 12/14/2021 | Document Rejection E-Filing<br>*Re: App-002 & 3 POS-050; Please scan/file each document under its own event code.*<br>File By:  Respondent  Emert, Robert |
| 12/15/2021 | Notice of Appeal<br>Filed By:  Respondent  Emert, Robert |
| 12/16/2021 | Notice of Filing |
| 12/16/2021 | Request to Waive Court Fees (FW-001)<br>Filed By:  Respondent  Emert, Robert |
| 12/16/2021 | Order on Court Fee Waiver - Granted |
| 12/16/2021 | Request to Waive Additional Court Fees<br>Filed By:  Respondent  Emert, Robert |
| 12/17/2021 | Order on Court Fee Waiver - Denied |
| 12/21/2021 | Returned Mail<br>*NOTICE OF FILING* |
| 12/28/2021 | Appellant's Notice Designating Record on Appeal<br>Filed By:  Respondent  Emert, Robert |
| 12/29/2021 | Appeal Notice - Other<br>*Notice of Proceedings Not Reported* |
| 01/03/2022 | Dec & Ordr for Pmt of Atty Fees and Costs of Minor Counsel<br>Filed By:  Minor's Counsel  Young, Cathryn E., ESQ |
| 01/18/2022 | Notice of Appeal<br>Filed By:  Respondent  Emert, Robert |
| 01/18/2022 | Request to Waive Court Fees (FW-001)<br>Filed By:  Respondent  Emert, Robert |
| 01/18/2022 | Order on Court Fee Waiver - Granted |
| 01/19/2022 | Notice of Filing |
| 01/24/2022 | Judgment (Family Law)<br>*reserved issues*<br>Filed By:  Petitioner  Emert, Andrea L. |
| 01/28/2022 | Appellant's Notice Designating Record on Appeal<br>Filed By:  Respondent  Emert, Robert |

Exhibit J
49

SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN DIEGO · 1100 UNION STREET, SAN DIEGO, CA 92101

# REGISTER OF ACTIONS
## CASE NO. 19FL010852N

| | |
|---|---|
| 02/01/2022 | Appeal Notice - Other<br>*Notice of Proceedings Not Reported* |
| 02/02/2022 | Notice of Entry of Judgment (Family Law)<br>Filed By: Petitioner Emert, Andrea L. |
| 02/16/2022 | Proof of Electronic Service<br>Filed By: Petitioner Emert, Andrea L. |
| 02/22/2022 | Notice of Case Reassignment |
| 03/29/2022 | Notice of Default<br>*Appellant failed to submit provisional approval for Transcript Reimbursement Fund.* |
| 04/13/2022 | Declaration/Pleading<br>Filed By: Respondent Emert, Robert |
| 04/20/2022 | Miscellaneous<br>*Declaration and Order for Pmt of Atty Fees & Costs of Minor's Counsel - 12-1-22 to 3-31-22 $551.90 (total to date $9,890.87) (Sent to C44 Dept. 601 Judge Robinson on 4-20-22)*<br>Filed By: Other Minor's Counsel |
| 05/16/2022 | Declaration/Pleading<br>*Respondent declaration*<br>Filed By: Respondent Emert, Robert |
| 06/06/2022 | Declaration<br>*RE: Reservation of Federal Rights*<br>Filed By: Respondent Emert, Robert |
| 06/06/2022 | Appellant's Notice Designating Record on Appeal<br>*Amended*<br>Filed By: Respondent Emert, Robert |
| 06/08/2022 | Dec & Ordr for Pmt of Atty Fees and Costs of Minor Counsel<br>*12-1-22 to 3-31-22 $551.90 (total to date $9,890.87)*<br>Filed By: Other Minor's Counsel |
| 06/13/2022 | Notice of Default<br>*No POS* |
| 06/20/2022 | Proof of Electronic Service<br>Filed By: Respondent Emert, Robert |
| 07/20/2022 | Request for Order<br>*set aside orders from 11/30/21*<br>Filed By: Respondent Emert, Robert |
| 07/20/2022 | Request to Waive Court Fees (FW-001)<br>Filed By: Respondent Emert, Robert |
| 07/20/2022 | Order on Court Fee Waiver (Post Judgment)<br>Filed By: Respondent Emert, Robert |
| 07/20/2022 | Declaration/Pleading |

Exhibit J
50

# Register of Actions

## Case No. 19FL010852N

| | | |
|---|---|---|
| | | *Motion to vacate jgmt*<br>Filed By: Respondent Emert, Robert |
| 07/20/2022 | | Proof of Electronic Service<br>Filed By: Respondent Emert, Robert |
| 07/21/2022 | | Notice of Intent to Lodge Documents<br>*Exh A-D*<br>Filed By: Respondent Emert, Robert |
| 07/26/2022 | | Dec & Ordr for Pmt of Atty Fees and Costs of Minor Counsel<br>Filed By: Other Minor's Counsel |
| 07/28/2022 | | Document Rejection E-Filing<br>*RFO filed as "DCSS declaration", with numerous proofs of service attached. Each form must be filed as separate PDF. Court records do not show DCSS involved in this case. Please contact DCSS at 866-901-3212 for direction regarding filing in your DCSS case #300000006350977 and/or seek legal advice. Thank you.*<br>File By: Respondent Emert, Robert |
| 07/29/2022 | | Petitioner's Income and Expense Declaration |
| 08/15/2022 | | Request for Order<br>*AMENDED*<br>Filed By: Respondent Emert, Robert |
| 08/15/2022 | | Declaration/Pleading<br>*RE: Amended Request for Order*<br>Filed By: Respondent Emert, Robert |
| 08/15/2022 | | Proof of Electronic Service<br>Filed By: Respondent Emert, Robert |
| 08/16/2022 | | Proof of Electronic Service<br>Filed By: Respondent Emert, Robert |
| 09/26/2022 | | Ex Parte Application and Order Family Law<br>Filed By: Respondent Emert, Robert |
| 09/26/2022 | | Declaration<br>*exparte declaration*<br>Filed By: Respondent Emert, Robert |
| 09/26/2022 | | Notice Regarding Payment of Support (Governmental) (FSD)<br>Filed By: Other County of San Diego |
| 09/26/2022 | | DCSS Involvement Begins |
| 09/27/2022 | | Declaration/Pleading<br>*Sarah B. Bear in opposition to (R) Ex-parte request 9/28/22*<br>Filed By: Petitioner Emert, Andrea L. |
| 09/27/2022 | | Lodgment Received<br>*exhibit 1 - 6 Ex Parte 9/28/22*<br>*D-601 @ 1:30*<br>Filed By: Petitioner Emert, Andrea L. |
| 09/28/2022 | | **Ex Parte Hearing** (1:30 PM) (Judicial Officer: ROBINSON, ALANA ;Location: 601) |

Exhibit J
51

SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN DIEGO - 1100 UNION STREET, SAN DIEGO, CA 92101

# REGISTER OF ACTIONS
### CASE NO. 19FL010852N

*custody order*

| | |
|---|---|
| 09/29/2022 | Proof of Electronic Service<br>Filed By:  Petitioner  Emert, Andrea L. |
| 10/04/2022 | Proof of Service by Mail (Governmental) (FSD)<br>Filed By:  Other  County of San Diego |
| 10/04/2022 | Proof of Electronic Service<br>Filed By:  Petitioner  Emert, Andrea L. |
| 10/13/2022 | Notice of Default |
| 10/31/2022 | Declaration<br>Filed By:  Respondent  Emert, Robert |
| 11/02/2022 | Appellant's Proposed Settled Statement<br>*02/04/21* |
| 11/02/2022 | Appellant's Proposed Settled Statement<br>*03/30/21* |
| 11/02/2022 | Appellant's Proposed Settled Statement<br>*05/11/21* |
| 11/02/2022 | Appellant's Proposed Settled Statement<br>*09/30/21* |
| 11/02/2022 | Appellant's Proposed Settled Statement<br>*10/04/21* |
| 11/02/2022 | Proof of Service<br>*For Appellant's Proposed Settled Statements: 02/04/21, 03/30/21, 05/11/21, 09/30/21, 10/04/21* |
| 11/03/2022 | Notice of Default |
| 11/03/2022 | Declaration/Pleading<br>Filed By:  Petitioner  Emert, Andrea L. |
| 11/03/2022 | Declaration/Pleading<br>*Objection and motion to strike R's declaration dated 08/15/22*<br>Filed By:  Petitioner  Emert, Andrea L. |
| 11/03/2022 | Proof of Electronic Service<br>Filed By:  Petitioner  Emert, Andrea L. |
| 11/03/2022 | Lodgment Received<br>*Exhibits: 1-11*<br>Filed By:  Petitioner  Emert, Andrea L. |
| 11/07/2022 | Notice of Intent to Lodge Documents<br>*Ex A-JJJ, 11/07/2022*<br>Filed By:  Respondent  Emert, Robert |
| 11/07/2022 | |

Exhibit J
52

*Printed on 02/13/2023 at 11 24 AM*

SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN DIEGO - 1100 UNION STREET, SAN DIEGO, CA 92101

# REGISTER OF ACTIONS
## CASE NO. 19FL010852N

| | | |
|---|---|---|
| | Declaration/Pleading | |
| | *Reply* | |
| | Filed By: Respondent Emert, Robert | |
| 11/07/2022 | Proof of Electronic Service | |
| | Filed By: Respondent Emert, Robert | |
| 11/07/2022 | Amended RFO | |
| | Filed By: Respondent Emert, Robert | |
| 11/07/2022 | Notice of Lodgment | |
| | Filed By: Respondent Emert, Robert | |
| 11/07/2022 | Proof of Electronic Service | |
| | Filed By: Respondent Emert, Robert | |
| 11/07/2022 | Amended RFO | |
| | *Amended* | |
| | Filed By: Respondent Emert, Robert | |
| 11/07/2022 | Proof of Electronic Service | |
| | Filed By: Respondent Emert, Robert | |
| 11/10/2022 | Request for Court Reporter by Party with a Fee Waiver | |
| | Filed By: Respondent Emert, Robert | |
| 11/10/2022 | Notice of Remote Appearance | |
| | Filed By: Respondent Emert, Robert | |
| 11/10/2022 | Notice of Intent to Lodge Documents | |
| | *EXHIBIT A- JJJ 11/17/22 D-601* | |
| | Filed By: Respondent Emert, Robert | |
| 11/10/2022 | Lodgment Received | |
| | *EXHIBIT A- JJJ 11/17/22 D-601* | |
| | Filed By: Respondent Emert, Robert | |
| 11/15/2022 | Order | |
| | *Order Striking Respondent Robert Emert's Challenge for Cause of Judge Alana W. Robinson* | |
| 11/15/2022 | Clerk's Certificate of Service by Mail | |
| 11/17/2022 | **Request for Order Hearing** (9:00 AM) (Judicial Officer: ROBINSON, ALANA ;Location: 601) | |
| | *set aside orders from 11/30/21* | |
| | Events: 11/07/2022 Amended RFO | |
| | 11/07/2022 Notice of Lodgment | |
| | 11/07/2022 Proof of Electronic Service | |
| | 07/20/2022 Request for Order | |
| | 08/15/2022 Request for Order | |
| | 08/15/2022 Declaration/Pleading | |
| | 08/15/2022 Proof of Electronic Service | |
| 11/17/2022 | Minutes of the Family Court | |
| 11/18/2022 | Notice | |
| | *Judicial Notice* | |
| | Filed By: Respondent Emert, Robert | |

Exhibit J
53

SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN DIEGO · 1100 UNION STREET, SAN DIEGO, CA 92101

# REGISTER OF ACTIONS
### CASE NO. 19FL010852N

| | | |
|---|---|---|
| 11/18/2022 | | Proof of Electronic Service<br>Filed By:  Respondent  Emert, Robert |
| 11/18/2022 | | Appellant's Proposed Settled Statement<br>*02/25/21* |
| 11/18/2022 | | Appellant's Proposed Settled Statement<br>*04/28/21* |
| 11/18/2022 | | Appellant's Proposed Settled Statement<br>*10/05/21* |
| 11/18/2022 | | Appellant's Proposed Settled Statement<br>*10/07/21* |
| 11/18/2022 | | Appellant's Proposed Settled Statement<br>*12/10/21* |
| 11/21/2022 | | Request for Order<br>Filed By:  Respondent  Emert, Robert |
| 11/21/2022 | | Declaration/Pleading<br>*Motion to Reconsider*<br>Filed By:  Respondent  Emert, Robert |
| 11/21/2022 | | Notice of Intent to Lodge Documents<br>*Exhibits A-JJJ; Hrg 04/20/23 9:00am dept 601*<br>Filed By:  Respondent  Emert, Robert |
| 11/21/2022 | | Proof of Electronic Service<br>Filed By:  Respondent  Emert, Robert |
| 11/21/2022 | | Appellant's Proposed Settled Statement<br>*03/18/21* |
| 11/21/2022 | | Appellant's Proposed Settled Statement<br>*08/25/21* |
| 12/02/2022 | | Miscellaneous<br>*FOAH re: 11-17-22 sent interoffice to D601*<br>Filed By:  Petitioner  Emert, Andrea L. |
| 12/02/2022 | | Proof of Electronic Service<br>Filed By:  Petitioner  Emert, Andrea L. |
| 12/07/2022 | | Findings and Order After Hearing (Unif Parent Cust and Supp)<br>*hrg. 11/17/22*<br>Filed By:  Petitioner  Emert, Andrea L. |
| 12/12/2022 | | Ex Parte Application and Order Family Law<br>Filed By:  Respondent  Emert, Robert |
| 12/12/2022 | | Declaration/Pleading<br>*Exparte*<br>Filed By:  Respondent  Emert, Robert |

Exhibit J
54

*Printed on 02/13/2023 at 11 24 AM*

SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN DIEGO · 1100 UNION STREET, SAN DIEGO, CA 92101

# REGISTER OF ACTIONS
## CASE NO. 19FL010852N

| | | |
|---|---|---|
| 12/12/2022 | Notice of Remote Appearance<br>Filed By: Respondent Emert, Robert | |
| 12/12/2022 | Proof of Electronic Service<br>Filed By: Respondent Emert, Robert | |
| 12/12/2022 | Request for Court Reporter by Party with a Fee Waiver<br>Filed By: Respondent Emert, Robert | |
| 12/12/2022 | Request to Waive Court Fees (FW-001)<br>Filed By: Respondent Emert, Robert | |
| 12/12/2022 | Order on Court Fee Waiver - Granted<br>Filed By: Respondent Emert, Robert | |
| 12/12/2022 | Declaration/Pleading<br>*opposition to ex parte*<br>Filed By: Petitioner Emert, Andrea L. | |
| 12/13/2022 | *CANCELED* **DCSS Hearing - Enforcement** (9:00 AM) (Judicial Officer: CUMBA, DEBORAH A. ;Location: N-34)<br>*Off Calendar by Business Office* | |
| 12/13/2022 | **Ex Parte Hearing** (1:30 PM) (Judicial Officer: ROBINSON, ALANA ;Location: 601)<br>*OST*<br>Events: 12/12/2022 Ex Parte Application and Order Family Law<br>12/12/2022 Declaration/Pleading<br>12/12/2022 Notice of Remote Appearance<br>12/12/2022 Proof of Electronic Service<br>12/12/2022 Request for Court Reporter by Party with a Fee Waiver<br>12/12/2022 Request to Waive Court Fees (FW-001)<br>12/12/2022 Order on Court Fee Waiver - Granted | |
| 12/13/2022 | Proof of Electronic Service<br>Filed By: Petitioner Emert, Andrea L. | |
| 12/13/2022 | Proof of Electronic Service | |
| 12/13/2022 | Declaration/Pleading<br>*Reply to Petitioner Declaration* | |
| 12/19/2022 | Response to Appellant's Proposed Settled Statement<br>*02/04/21*<br>Filed By: Petitioner Emert, Andrea L. | |
| 12/19/2022 | Response to Appellant's Proposed Settled Statement<br>*02/25/21*<br>Filed By: Petitioner Emert, Andrea L. | |
| 12/19/2022 | Response to Appellant's Proposed Settled Statement<br>*03/18/21*<br>Filed By: Petitioner Emert, Andrea L. | |
| 12/19/2022 | Response to Appellant's Proposed Settled Statement<br>*03/30/21*<br>Filed By: Petitioner Emert, Andrea L. | |

Exhibit J
55

*Printed on 02/13/2023 at 11 24 AM*

SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN DIEGO - 1100 UNION STREET, SAN DIEGO, CA 92101

# REGISTER OF ACTIONS

## CASE NO. 19FL010852N

| | | |
|---|---|---|
| 12/19/2022 | | Response to Appellant's Proposed Settled Statement<br>*04/28/21*<br>Filed By:  Petitioner  Emert, Andrea L. |
| 12/19/2022 | | Response to Appellant's Proposed Settled Statement<br>*05/11/21*<br>Filed By:  Petitioner  Emert, Andrea L. |
| 12/19/2022 | | Response to Appellant's Proposed Settled Statement<br>*08/25/21*<br>Filed By:  Petitioner  Emert, Andrea L. |
| 12/19/2022 | | Response to Appellant's Proposed Settled Statement<br>*09/30/21*<br>Filed By:  Petitioner  Emert, Andrea L. |
| 12/19/2022 | | Response to Appellant's Proposed Settled Statement<br>*10/04/21*<br>Filed By:  Petitioner  Emert, Andrea L. |
| 12/19/2022 | | Response to Appellant's Proposed Settled Statement<br>*10/07/21*<br>Filed By:  Petitioner  Emert, Andrea L. |
| 12/19/2022 | | Response to Appellant's Proposed Settled Statement<br>*12/10/21*<br>Filed By:  Petitioner  Emert, Andrea L. |
| 12/19/2022 | | Proof of Service<br>*For Responses to Appellant's Proposed Settled Statements.*<br>Filed By:  Petitioner  Emert, Andrea L. |
| 12/21/2022 | | Request for Order<br>Filed By:  Respondent  Emert, Robert |
| 12/21/2022 | | Declaration/Pleading<br>*Motion to reconsider*<br>Filed By:  Respondent  Emert, Robert |
| 12/21/2022 | | Notice of Intent to Lodge Documents<br>Filed By:  Respondent  Emert, Robert |
| 12/21/2022 | | Proof of Electronic Service<br>Filed By:  Respondent  Emert, Robert |
| 12/21/2022 | | Proof of Electronic Service<br>Filed By:  Petitioner  Emert, Andrea L. |
| 01/27/2023 | | Order on Appellant's Proposed Settled Statement<br>*02/04/21* |
| 01/27/2023 | | Order on Appellant's Proposed Settled Statement<br>*02/25/21* |
| 01/27/2023 | | Order on Appellant's Proposed Settled Statement |

Exhibit J
56

*Printed on 02/13/2023 at 11 24 AM*

SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN DIEGO - 1100 UNION STREET, SAN DIEGO, CA 92101

# REGISTER OF ACTIONS
## CASE NO. 19FL010852N

| | | |
|---|---|---|
| | | *03/18/21* |
| 01/27/2023 | | Order on Appellant's Proposed Settled Statement *03/30/21* |
| 01/27/2023 | | Order on Appellant's Proposed Settled Statement *04/28/21* |
| 01/27/2023 | | Order on Appellant's Proposed Settled Statement *05/11/21* |
| 01/27/2023 | | Order on Appellant's Proposed Settled Statement *08/25/21* |
| 01/27/2023 | | Order on Appellant's Proposed Settled Statement *09/30/21* |
| 01/27/2023 | | Order on Appellant's Proposed Settled Statement *10/04/21* |
| 01/27/2023 | | Order on Appellant's Proposed Settled Statement *10/05/21* |
| 01/27/2023 | | Order on Appellant's Proposed Settled Statement *10/07/21* |
| 01/27/2023 | | Order on Appellant's Proposed Settled Statement *12/10/21* |
| 01/27/2023 | | Clerk's Certificate of Service by Mail |
| 02/01/2023 | | Notice Re: Fee for Record on Appeal |
| 04/20/2023 | | **Request for Order Hearing** (9:00 AM)  (Judicial Officer: ROBINSON, ALANA ;Location: 601) *Other: Motion to Reconsider (R)'s RFO hearing that was heard 11/17/22 to Vacate default judgment* Events: 11/21/2022 Request for Order |
| 05/18/2023 | | **Request for Order Hearing** (9:00 AM)  (Judicial Officer: ROBINSON, ALANA ;Location: 601) *Motion to reconsider RFO heard on 12/13/22* Events: 12/21/2022 Request for Order              12/21/2022 Declaration/Pleading              12/21/2022 Notice of Intent to Lodge Documents              12/21/2022 Proof of Electronic Service |

Exhibit J

57

*Printed on 02/13/2023 at 11 24 AM*

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
### CENTRAL DIVISION

F I L E D
Clerk of the Superior Court

THE PEOPLE OF THE STATE OF CALIFORNIA,

Plaintiff,

v.

ROBERT ANTHONY EMERT,

Defendant

CT No. CD297230
DA No. AFA202

COMPLAINT-FELONY

JAN 0 4 2023

By: E. Lopez, Deputy

| INFORMATION |
| --- |
| Date: _____ |

### PC296 DNA TEST STATUS SUMMARY

| Defendant | DNA Testing Requirements |
| --- | --- |
| EMERT, ROBERT ANTHONY | DNA sample required upon conviction |

### CHARGE SUMMARY

| Count | Charge | Issue Type | Sentence Range | Special Allegations | Allegation Effect |
| --- | --- | --- | --- | --- | --- |
| 1 | PC278.5(a) | Felony | 16-2-3 | | |
| | EMERT, ROBERT ANTHONY | | | | |

PC1054.3     INFORMAL REQUEST FOR DISCOVERY

The undersigned, certifying upon information and belief, complains that in the County of San Diego, State of California, the Defendant(s) did commit the following crime(s):

Page 1 of 3, Court Case No. CD297230

Exhibit K
58

## CHARGES

**COUNT 1 - CHILD ABDUCTION - VIOLATION CUSTODY/VISITATION RIGHTS**

On or about and between October 7, 2021 and August 17, 2022, ROBERT ANTHONY EMERT did unlawfully and maliciously take, entice away, keep, withhold and conceal a child, to wit: ████, and deprive a lawful custodian of a right to custody and a person of a right to visitation in violation of PENAL CODE SECTION 278.5(a).

NOTICE: Any defendant named on this complaint who is on criminal probation in San Diego County is, by receiving this complaint, on notice that the evidence presented to the court at the preliminary hearing on this complaint is presented for a dual purpose: the People are seeking a holding order on the charges pursuant to Penal Code Section 872 and simultaneously, the People are seeking a revocation of the defendant's probation, on any and all such probation grants, utilizing the same evidence, at the preliminary hearing. Defenses to either or both procedures should be considered and presented as appropriate at the preliminary hearing.

NOTICE: Any defendant named on this complaint who is on Mandatory Supervision in San Diego County is, by receiving this complaint, on notice that the evidence presented to the court at the preliminary hearing on this complaint is presented for a dual purpose: the People are seeking a holding order on the charges pursuant to Penal Code Section 872 and simultaneously, the People are seeking a revocation of the defendant's Mandatory Supervision pursuant to Penal Code Sections 1170(h)(5)(B) and 1203.2, on any and all such grants, utilizing the same evidence, at the preliminary hearing. Defense to either or both procedures should be considered and presented as appropriate at the preliminary hearing.

Pursuant to PENAL CODE SECTION 1054.5(b), the People are hereby informally requesting that defendant's counsel provide discovery to the People as required by PENAL CODE SECTION 1054.3.

Sheriff's records indicate that as of the booking date one or more defendants have not yet provided a DNA sample to the DOJ database. Pursuant to Penal Code Section 296(e), the court shall order collection of DNA from the defendant(s) if advised by the prosecuting attorney that a sample is required but has not been provided by the defendant. Pursuant to Penal Code sections 296/296.1, if not already required from a past conviction, any defendants who have not done so will be required to provide a sample upon conviction of this felony offense.

Exhibit K
59

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT AND THAT THIS COMPLAINT, CASE NUMBER CD297230, CONSISTS OF 1 COUNT.

Executed at City of San Diego, County of San Diego, State of California, on January 4, 2023.

_____
COMPLAINANT

INFORMATION

SUMMER STEPHAN
District Attorney
County of San Diego
State of California
by:

_____        _____
Date                             Deputy District Attorney

Page 3 of 3, Court Case No. CD297230

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

☐ Central Division ☐ East County Division ☐ North County Division ☐ South County Division Waivers ☐ Time ☐ 4th

PEOPLE vs. EMERT          ROBERT          A          STATUS: WT          $          ☐ BB ☐ CB (Y/N)
CASE # CD297230     PROS. # AFA20201     D          BKG # 23700402          CTS: ____ days ____ hrs.
DATE: 01/06/23 AT 01:30 DEPT # 101 INTERP: ____          ☐ Spanish ☐ Sworn ☐ Oath on File
JUDGE/COMM/TEMP JUDGE HANOIAN, LOUIS R(awa Halzms          ☐ STIP. FILED  REPORTER: J. Pena CSR 14213
CLERK: D. Van Mouwerik          CSR # / COUNTER #: ____

CHARGE(S): ............... PC278.5(A)

FUTURE DATES: ____          ☐ CONFIRMED ☐ VACATED
  E. Bodnar                    D. Lowe
Attorney for the People (DDA/DCA/DAG) ☐ Supervised Cert. Legal Intern     Attorney for Defendant (PD) APD /OAC / Retained / Counseling ) ☐ Supervised Cert. Legal Intern
DEFENDANT: ☒ PRESENT ☒ VIA AUDIO VIDEO ☐ SELF REPRESENTED ☐ NOT PRESENT ☐ NOT PRODUCED ☐ FAILED TO APPEAR
Case called for ☐ FTA ☒ Arraignment ☐ Bail Review ☐ Readiness/DWT ☐ Jury Trial ☐ Preliminary Examination ☐ Motion
☐ PC1000 _____ ☐ Full ☐ Limited Protective Order Expires: _____ Protected Party: _____
☒ Warrant Ordered/Issued on 1-4-23 ☐ Held to today ☒ Cleared ☐ Outstanding. ☐ Bail Bond # _____ $ _____ forfeited.
CASE TRANSFERRED TO DEPT. _____ TIME ESTIMATE: _____
Complaint amended ☐ by interlineation to read: _____
☐ Amended ☐ Amendment to ☐ complaint filed ☐ charging ☐ adding ☐ VC23103 (a) pursuant to VC23103.5 ☐ VC22107, VC21658(a), PC647(f)
☐ INTERPRETER(S) pursuant to PC17(d)(2). ☐ other: _____
☐ Defendant advised of and waives the right to a separate and conflict-free attorney / interpreter for this court appearance.
☒ Defendant duly arraigned and advised of the constitutional and statutory rights as indicated on the reverse side of this minute order*.
☒ Acknowledgment of advisal of constitutional rights signed and filed. ☒ Defendant has received copy of complaint.
☒ Defendant waives reading of complaint. ☒ Deft. states true name is _____ ☒ on complaint [____ line]
☒ DEFENDANT PLEADS NOT GUILTY and denies any prior/allegations/separate convictions alleged ☐ on amended complaint.
☐ Defendant WAIVES: ☐ time for speedy trial ☐ 10 day/60 day statutory time for preliminary hearing ☐ personal presence ☐ per PC977
        ☐ bail review ☐ jury trial ☐ preliminary hearing
COUNSEL ☒ MOTION FOR APPOINTED ATTORNEY ☒ Granted ☒ Public Defender ☐ Alternate Public Defender ☐ Office of Assigned Counsel
Atty: _____ ☐ Re-appointed ☐ Denied ☐ Referred to Near Indigent Panel ☐ Defendant to retain counsel.
☐ Motion for self-representation is ☐ granted ☐ denied. ☐ Faretta/Lopez Waiver signed & filed. ☐ OAC appointed - legal runner/appellate ancillary services.
CONVICTION ☐ Deft. is sworn and examined. ☐ Defendant withdraws any previously entered plea.
DEFENDANT PLEADS: ☐ GUILTY ☐ NO CONTEST to: _____ ☐ VC23152(a)/ (b)
☐ Admits _____ separate conviction(s) alleged/ _____ allegation(s)
☐ Charges contained in amended/amendment to complaint. ☐ VC23103(a) ☐ per 23103.5 ☐ as a lesser included/related offense of _____
☐ On motion of Court/People/Defendant remaining count(s) _____ is/are DISMISSED. Allegation(s)/Prior(s) remaining is/are STRICKEN ☐ FOJ ☐ VOP
☐ Plea form executed and filed ☐ People vs. West ☐ BAC: _____
☐ Court finds a knowing and intelligent waiver of constitutional rights and factual basis for the plea.
☐ ADVISALS given by the court: ☐ Theft (PC666) ☐ DV (VC23593) ☐ Immigration consequences (PC1016.5)
☐ WAIVERS: ☐ Arbuckle ☐ Blakely ☐ Cruz ☐ Harvey ☐ Appeal Rights ☐ Non-Bio. Evidence Disposal ☐ Time for sentencing, see JUDGMENT MINUTES.
☐ PC1210 ☐ Drug Court ☐ accepted ☐ declined.
☐ Stipulated bindover. ☐ Case certified as a general jurisdiction matter. ☐ Complaint amended the Information.
☐ Defendant to provide DNA database samples as directed by Sheriff or Probation Dept. (PC296).
MOTION for ___Release___ _____ by ☐ People ☒ Defendant ☐ with ☐ without objection ☐ GRANTED ☒ DENIED.
☐ PC1000 ☐ Defendant's motion for PC1000 ☐ granted as to count(s) _____ and criminal proceedings suspended for ____ months ☐ denied.
☐ Enroll in and successfully complete the diversion program, including payment of fees and compliance with all orders.
☐ Enroll in ☐ county certified program ☐ S.D. Rescue Mission Program ☐ Other _____. Enroll by _____.
☐ Pay $ _____ div. rest. fee (PC1001.90). ☐ Pay $ _____ div. admin fee (PC1001.15, 1001.16). Total due $ _____.
        ☐ Payment due: _____ ☐ Payments set at $ _____ per month starting _____ and on the _____ of each month thereafter until paid in full.
☐ Report immediately to clerk/SAAU for program assignment/enroll-by date/payment date(s). ☐ Def. motion to re-enroll granted - count(s) _____
☐ Defendant has satisfactorily COMPLETED the PC1000 Program. ☐ Previously entered plea to count(s) _____ set aside ☐ count(s) _____ dismissed.
☐ Defendant has FAILED to satisfactorily complete the PC1000 Program. ☐ PC1000 terminated and criminal proceedings reinstated.
☐ Unpaid diversion fees set aside. ☐ Court makes a finding of guilt to the charge(s) pled. ☐ Time waived for sentencing, see JUDGMENT.
REFERRALS Report ☐ immediately ☐ by _____ to ☐ SAAU ☐ Probation Department ☐ Probation to interview.
☐ Pre-sentence ☐ Mini ☐ Supplemental ☐ Psych. ☐ Limited re: Drugs / Alcohol / Domestic Violence / Anger Management / Restitution Report Ordered.
☐ Pre-sentence report waived. ☐ Court Collections ☐ for payment of attorney fees **$ _____ ☐ Indigent as to attorney fees.
* The court finds that the defendant has the ability to repay the County of San Diego for the costs of court appointed attorney fees.
HEARINGS (Set/cont. on motion of ☐ People ☐ Defense ☐ Opposed ☐ Unopposed ☐ By Stipulation, _____ ☐ Statutory time is WAIVED
DEFENDANT IS ORDERED TO APPEAR for ☐ _____ on _____ at _____ in Dept. _____
☐ Re: Attorney _____ at _____ in Dept. ☐ Motion/PC1538.5 _____ on _____ at _____ in Dept. _____
☐ Arraignment _____ at _____ in Dept. ☐ Jury / Court Trial _____ at _____ in Dept. _____
☒ Bail Review 01-11-23 at 8:30 in Dept. 101 ☐ Sentencing _____ at _____ in Dept. _____
☒ Readiness/DWT 01-18-23 at 8:15 in Dept. 1102 ☐ Prob. Hrg.& Sent _____ at _____ in Dept. _____
☒ Prelim Exam 01-20-23 at 8:30 in Dept. 102 ☐ PC1000/Drug Ct _____ at _____ in Dept. _____
Time Estimate: 2.5 Friday Days remaining: _____ Set with case(s): _____
MENTAL HEALTH ☐ Proceedings suspended pursuant to PC1368. Mental competency examination _____ at _____ by Forensic
Psychiatry Clinic. Females - Central Division, Hall of Justice, Room 481; Males - Central Detention Facility. Hearing on _____ at _____ in
Dept. _____ of the Central Division. ☐ The Sheriff is ordered to transport the defendant to and from the examination and hearing stated above.
OTHER ☐ ☐ Verbal notice of license suspension (DL 310) signed. ☐ Fingerprint form filed.
☐ Book & Release – Report on _____ at _____ to ☐ Central ☐ Vista ☐ Las Colinas Detention Facility.

Protective Order re: Law Enforcement Generated Video is Signed & Filed.

                                             →w/out prejudice
CUSTODY STATUS Defendant ☒ REMANDED to custody of Sheriff ☒ without bail ☐ with bail set at / increased to / reduced to $ _____
☐ PC1275.1 HOLD. ☐ Pretrial Services Report Ordered re: SOR ☐ Refer to CPAC.
☐ REMAINS AT LIBERTY ☐ RELEASED: ☐ on bail previously posted ☐ after booking ☐ PC1000 ☐ OR ☐ SUPERVISED OR-comply with PTS conditions
☐ same terms and conditions ☐ to an authorized representative of: _____ on _____ at _____
☐ Release Conditions: ☐ Attend _____ self-help mtgs. per week and submit proof at each court hearing. ☐ Abstain from alcohol.
☐ Not use or possess any controlled substances without a valid prescription. ☐ Not possess narcotic paraphernalia.
☐ Deft. waives 4th amendment rights and agrees to submit person, vehicle, place of residence, property, personal effects to search at any time with or without a
warrant, and with or without reasonable cause, when required by a Probation Officer or other law enforcement officer ☐ until ordered. ☐ for the duration of
PC1000. ☐ Have no contact / stay away from: _____ ☐ Protective Order issued.
☐ Previously ordered: ☐ 4th WAIVER ☐ continues ☐ deleted ☐ PROTECTIVE ORDER ☐ continues ☐ deleted.
WARRANT ☐ Arrest ☐ Bench ☐ _____ Warrant ordered ☐ Bail set at $ _____ ☐ No Bail. ☐ Counsel reports no contact with defendant.
☐ Schedule for hearing. ☐ Mandatory appearance. ☐ Night service authorized. ☐ Cash bail may be forfeited. ☐ ISSUED on: _____
☐ HOLD issuance to DATE ABOVE. ☐ Warrant previously ordered/issued ☐ remains outstanding ☐ rescinded ☐ RECALLED ON: _____
☐ Affidavit requested. Due by: _____
BAIL is ☐ exonerated ☐ forfeited ☐ Fine from bail, refund balance. ☐ Declaration of non-collision/ re-assumption of liability filed.
☐ Bail forfeiture is set aside and bond is ☐ reinstated ☐ exonerated ☐ upon payment of court cost $ _____ within 30 days ☐ cost waived
☐ Bond #: _____ Bond $ _____ Bond Co. _____

Date: _____ ATTEST A TRUE COPY, Clerk of the Superior Court by _____ Dep
Distribution by DM on 01/06 to: Jail Def. Atty. Pros. Prob. R&R Interpreter Acct. SAAU Other: _____

SDSC CRM-150 (Rev. 10/19)          MISDEMEANOR/FELONY – PRE-DISPOSITION MINUTES

Exhibit L

61

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

☒ Central Division ☐ East County Division ☐ North County Division ☐ South County Division Waivers: ☐ Time ☐ 4th

PEOPLE vs. EMERT ROBERT STATUS: CUST $ NO BAIL ☐ BB ☐ CB (Y/N)

CASE # CD297230 PROS. # AFA20201 DOB [redacted] BKG # 23700402 CTS: ____ days ____ hrs.

DATE: 01-11-23 AT 08:30 DEPT # 101 INTERP: ☐ Spanish ☐ Sworn ☐ Oath on File

JUDGE/COMM/TEMP JUDGE: DAVID J. DANIELSEN ☐ STIP. FILED REPORTER: C. Sugishita CSR 12965

CLERK: C. HARVEY CSR # / COUNTER #: ______

CHARGE(S): PC278.5(A)

FUTURE DATES: FR 01-18-23 @ 8:15 D.1102 ; PE 1-20-23 @ 8:30 D.102 ☒ CONFIRMED ☐ VACATED

F. BAUGRID — R. DEPSHAPS FOR J. BADILLO 2 50

Attorney for the People (DDA/DCA/DAG) ☐ Supervised Cert. Legal Intern — Attorney for Defendant (PD) APD / OAC / Retained / Counseling) ☐ Supervised Cert. Legal Intern

DEFENDANT: ☒ PRESENT ☐ VIA AUDIO VIDEO ☐ SELF REPRESENTED ☐ NOT PRESENT ☐ NOT PRODUCED ☐ FAILED TO APPEAR

**Case called for** ☐ FTA ☐ Arraignment ☒ Bail Review ☐ Readiness/DWT ☐ Jury Trial ☐ Preliminary Examination ☐ Motion

☐ PC1000 ______ ☐ Full ☐ Limited Protective Order Expires: ______ Protected Party: ______

☐ Warrant Ordered/Issued on ______ ☐ Held to today ☐ Cleared ☐ Outstanding. ☐ Bail Bond # ______ $ ______ forfeited.

**CASE TRANSFERRED TO DEPT.** ______ **TIME ESTIMATE:** ______

Complaint amended ☐ by interlineation to read: ______

☐ Amended ☐ Amendment to ☐ complaint filed ☐ charging ☐ adding ☐ VC23103 (a) pursuant to VC23103.5 ☐ VC22107, VC21658(a), PC647(f)

☐ ______ as INFRACTION(S) pursuant to PC17(d)(2). ☐ other: ______

☐ Defendant advised of and waives the right to a **separate and conflict-free attorney / interpreter** for this court appearance.

☐ Defendant duly arraigned and advised of the **constitutional and statutory rights** as indicated on the reverse side of this minute order*.

☐ Acknowledgment of advisal of constitutional rights signed and filed. ☐ Defendant has received copy of complaint.

☐ Defendant waives reading of complaint. ☐ Deft. states **true name is** ______ ☐ on complaint [____ line]

☐ **DEFENDANT PLEADS NOT GUILTY** and denies any priors/allegations/separate convictions alleged ☐ on amended complaint.

☐ Defendant **WAIVES:** ☐ time for speedy trial ☐ 10 day/60 day statutory time for preliminary hearing ☐ personal presence ☐ per PC977 ☐ bail review ☐ jury trial ☐ preliminary hearing

**COUNSEL** ☐ **MOTION FOR APPOINTED ATTORNEY** ☐ **Granted** ☐ Public Defender ☐ Alternate Public Defender ☐ Office of Assigned Counsel

Atty: JOSE BADILLO ☐ Re-appointed ☐ **Denied** ☐ Referred to Near Indigent Panel ☒ Defendant is to retain counsel.

☐ Motion for self-representation is ☐ granted ☐ denied. ☐ Faretta/Lopez Waiver signed & filed. ☐ OAC appointed - legal runner/reasonable ancillary services.

**CONVICTION** ☐ Deft. is sworn and examined. ☐ Defendant withdraws any previously entered plea.

**DEFENDANT PLEADS:** ☐ **GUILTY** ☐ **NO CONTEST** to: ______ ☐ VC23152(a) / (b)

☐ Admits ______ separate conviction(s) alleged/ ______ allegation(s)

☐ Charges contained in amended/amendment to complaint. ☐ VC23103(a) ☐ per 23103.5 ☐ as a lesser included/related offense of ______

☐ On motion of Court/People/Defendant remaining count(s) ______ is/are **DISMISSED**. Allegation(s)/Prior(s) remaining is/are **STRICKEN** ☐ FOJ ☐ VOP

☐ Plea form executed and filed ☐ People vs. West ☐ BAC: ______

☐ Court finds a knowing and intelligent waiver of constitutional rights and factual basis for the plea.

☐ **ADVISALS** given by the court: ☐ Theft (PC666) ☐ DUI (VC23593) ☐ Immigration consequences (PC1016.5)

☐ **WAIVERS:** ☐ Arbuckle ☐ Blakely ☐ Cruz ☐ Harvey ☐ Appeal Rights ☐ Non-Bio. Evidence Disposal ☐ Time for sentencing, see JUDGMENT MINUTES.

☐ PC1210 ☐ Drug Court ☐ accepted ☐ declined.

☐ Stipulated bindover. ☐ Case certified as a general jurisdiction matter. ☐ Complaint deemed the Information.

☐ Defendant to provide DNA database samples as directed by Sheriff or Probation Dept. (PC296).

**MOTION** for ______ by ☐ People ☐ Defendant ☐ with ☐ without objection ☐ GRANTED ☐ DENIED.

**PC1000** ☐ Defendant's motion for PC1000 ☐ granted as to count(s) ______ and criminal proceedings suspended for ____ months ☐ denied.

☐ Enroll in and successfully complete the diversion program, including payment of fees and compliance with all orders.

☐ Enroll in ☐ county certified program ☐ S.D. Rescue Mission Program ☐ Other ______. Enroll by ______.

☐ Pay $ ______ div. rest. fee (PC1001.90). ☐ Pay $ ______ div. admin fee (PC1001.15, 1001.16). **Total due $** ______.

☐ Payment due: ______ ☐ Payments set at $ ____ per month starting ______ and on the ____ of each month thereafter until paid in full.

☐ Report immediately to clerk/SAAU for program assignment/enroll-by date/payment date(s). ☐ Def. motion to re-enroll granted – enroll by ______.

☐ Defendant has satisfactorily COMPLETED the PC1000 Program. ☐ Previously entered plea to count(s) ______ set aside ☐ count(s) ______ dismissed.

☐ Defendant has FAILED to satisfactorily complete the PC1000 Program. ☐ PC1000 terminated and criminal proceedings reinstated.

☐ Unpaid diversion fees set aside. ☐ Court makes a finding of guilt to the charge(s) pled. ☐ Time waived for sentencing, see JUDGMENT.

**REFERRALS** Report ☐ immediately ☐ by ______ to ☐ SAAU ☐ Probation Department ☐ Probation to interview.

☐ Pre-sentence ☐ Mini ☐ Supplemental ☐ Psych. ☐ Limited re: Drugs / Alcohol / Domestic Violence / Anger Management / Restitution Report Ordered.

☐ Pre-sentence report waived. ☐ Court Collections ☐ for payment of attorney fees ** $ ______ ☐ Indigent as to attorney fees.

** The court finds that the defendant has the ability to repay the County of San Diego for the costs of court appointed attorney fees.

**HEARINGS** Set/Cont. on motion of ☐ People ☒ Defense ☐ Opposed ☒ Unopposed ☐ By Stipulation, ______ ☐ Statutory time is **WAIVED**

**DEFENDANT IS ORDERED TO APPEAR for** ☐ ______ on ______ at ______ in Dept. ______

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ☐ Re: Attorney | at | in Dept. | | ☐ Motion/PC1538.5 | | at | in Dept. | |
| ☐ Arraignment | at | in Dept. | | ☐ Jury / Court Trial | | at | in Dept. | |
| ☒ Bail Review | 3.15.23 at 830 | in Dept. | 101 | ☐ Sentencing | | at | in Dept. | |
| ☐ Readiness/DWT | at | in Dept. | | ☐ Prob. Hrg.& Sent | | at | in Dept. | |
| ☐ Prelim Exam | at | in Dept. | | ☐ PC1000/Drug Ct | | at | in Dept. | |

Time Estimate: ____ hr/day Days remaining: ______ Set with case(s): ______

**MENTAL HEALTH** ☐ Proceedings suspended pursuant to PC1368. Mental competency examination on ______ at ______ by Forensic Psychiatry Clinic. Females - Central Division, Hall of Justice, Room 481; Males – Central Detention Facility. Hearing on ______ at ______ in Dept. ______ of the Central Division. ☐ The Sheriff is ordered to transport the defendant to and from the examination and hearing stated above.

**OTHER** ☐ Verbal notice of license suspension (DL 310) signed. ☐ Fingerprint form filed.

☐ Book & Release – Report on ______ at ______ to ☐ Central ☐ Vista ☐ Las Colinas Detention Facility.

PUBLIC DEFENDER IS RELIEVED.

**CUSTODY STATUS** Defendant ☒ **REMANDED** to custody of Sheriff ☒ without bail ☐ with bail set at / increased to / reduced to $ ______

☐ PC1275.1 HOLD. ☐ Pretrial Services Report Ordered re: SOR ☐ Refer to CPAC.

☐ **REMAINS AT LIBERTY** ☐ **RELEASED:** ☐ on bail previously posted ☐ after booking ☐ PC1000 ☐ OR ☐ SUPERVISED OR-comply with PTS conditions

☐ same terms and conditions ☐ to an authorized representative of: ______ on ______ at ______

☐ Release Conditions: ☐ Attend ______ self-help mtgs. per week and submit proof at each court hearing. ☐ Abstain from alcohol.

☐ Not use or possess any controlled substances without a valid prescription. ☐ Not possess narcotic paraphernalia.

☐ Deft. waives 4th **amendment rights** and agrees to submit person, vehicle, place of residence, property, personal effects to search at any time with or without a warrant, and with or without reasonable cause, when required by a Probation Officer or other law enforcement officer ☐ until revoked. ☐ for the duration of PC1000. ☐ Have no contact with / stay away from: ______ ☐ **Protective Order** issued.

☐ Previously ordered: ☐ 4th **WAIVER** ☐ continues ☐ deleted ☐ **PROTECTIVE ORDER** ☐ continues ☐ deleted.

**WARRANT** ☐ Arrest ☐ Bench ☐ ______ Warrant ordered ☐ Bail set at $ ______ ☐ No Bail. ☐ Counsel reports no contact with defendant.

☐ Schedule for hearing. ☐ Mandatory appearance. ☐ Night service authorized. ☐ Cash bail may be forfeited. ☐ **ISSUED ON:** ______

☐ HOLD issuance to DATE ABOVE. ☐ Warrant previously ordered/issued ☐ remains outstanding ☐ rescinded ☐ **RECALLED ON:** ______

☐ Affidavit requested. Due by: ______

**BAIL** is ☐ exonerated ☐ forfeited ☐ Fine from bail, refund balance. ☐ Declaration of non-collusion/ re-assumption of liability filed.

☐ Bail forfeiture is set aside and bond is ☐ reinstated ☐ exonerated ☐ upon payment of court cost $ ______ within 30 days ☐ cost waived

☐ Bond #: ______ Bond $ ______ Bond Co. ______

Date: ______ ATTEST A TRUE COPY, Clerk of the Superior Court by ______ Deputy

Distribution by: CH on 1/11 to: Jail Deft. Atty. Pros. Prob. R&R Interpreter Acct. SAAU Other: ______

SDSC CRM-150 (Rev. 10/19) **MISDEMEANOR/FELONY – PRE-DISPOSITION MINUTES**

☑ Central Division ☐ East County Division ☐ North County Division ☐ South County Division Waiver: ☐ Time ☐ 4th

PEOPLE vs. EMERT ROBERT A STATUS: CUST $ No Bail ☐ BB ☐ CB (Y/N)

CASE # CD297230 PROS. # AFA20201 D BKG # 23700402 CTS: _____ days _____ hrs.

DATE: 01/13/23 AT 08:30 DEPT. # 101 INTERP: _____ ☐ Spanish ☐ Sworn ☐ Oath on File

JUDGE/COMM/TEMP JUDGE DANIELSEN, DAVID J.

CLERK: N. Aguto CSR # / COUNTER #: 14312

CHARGE(S): PC278.5(A)

FUTURE DATES FR 1·18·23 @9:15 D.1102 PE 1·20·23 @8:30 D. 102 ☒ CONFIRMED ☐ VACATED
F. Palenia F. DEFENDERS Ryan

Attorney for the People (DDA / DCA / DAG) ☐ Supervised Cert. Legal Intern   Attorney for Defendant ( PD / APD / OAC / Retained )Counseling ) ☐ Supervised Cert. Legal Intern

DEFENDANT: ☒PRESENT ☒ VIA AUDIO VIDEO ☐ SELF REPRESENTED ☐ NOT PRESENT ☐ NOT PRODUCED ☐ FAILED TO APPEAR

Case called for ☐ FTA ☐ Arraignment ☑ Bail Review ☐ Readiness/DWT ☐ Jury Trial ☐ Preliminary Examination ☐ Motion

☐ PC1000 _____ ☐ Full ☐ Limited Protective Order Expires: _____ Protected Party: _____

☐ Warrant Ordered/Issued on _____ ☐ Held to today ☐ Cleared ☐ Outstanding. ☐ Bail Bond # _____ $ _____ forfeited.

**CASE TRANSFERRED TO DEPT. _____ TIME ESTIMATE:** _____

Complaint allowed ☐ by interlineation to read: _____
☐ Amended ☐ Amendment to ☐ complaint filed ☐ charging ☐ adding ☐ VC23103 (a) pursuant to VC23103.5 ☐ VC22107, VC21658(a), PC647(f)
☐ _____ as INFRACTION(S) pursuant to PC17(d)(2). ☐ other: _____
☐ Defendant advised of and waives the right to a **separate and conflict-free attorney / interpreter** for this court appearance.
☐ Defendant duly arraigned and advised of the **constitutional and statutory rights** as indicated on the reverse side of this minute order*.
☐ Acknowledgment of advisal of constitutional rights signed and filed. ☐ Defendant has received copy of complaint.
☐ Defendant waives reading of complaint. ☐ Deft. states **true name is** _____ ☐ on complaint [_____ line]
☐ **DEFENDANT PLEADS NOT GUILTY** and denies any priors/allegations/separate convictions alleged ☐ on amended complaint.
☐ Defendant **WAIVES:** ☐ time for speedy trial ☐ 10 day/60 day statutory time for preliminary hearing ☐ personal presence ☐ per PC977
   ☐ bail review ☐ jury trial ☐ preliminary hearing

**COUNSEL** ☐ **MOTION FOR APPOINTED ATTORNEY** ☐ **Granted** ☐ Public Defender ☐ Alternate Public Defender ☐ Office of Assigned Counsel
Atty: _____ ☐ Re-appointed ☐ **Denied** ☐ Referred to Near Indigent Panel ☐ Defendant to retain counsel.
☐ Motion for self-representation is ☐ granted ☐ denied. ☐ Faretta/Lopez Waiver signed & filed. ☐ OAC appointed - legal runner/reasonable ancillary services.
**CONVICTION** ☐ Deft. is sworn and examined. ☐ Defendant withdraws any previously entered plea.
**DEFENDANT PLEADS:** ☐ **GUILTY** ☐ **NO CONTEST** to: _____ ☐ VC23152(a) / (b)
☐ Admits _____ separate conviction(s) alleged/ _____ allegation(s)
☐ Charges contained in amended/amendment to complaint. ☐ VC23103(a) [] per 23103.5 [] as a lesser included/related offense of _____
☐ On motion of Court/People/Defendant remaining count(s) _____ is/are **DISMISSED**. Allegation(s)/Prior(s) remaining is/are **STRICKEN** ☐ FOJ ☐ VOP
☐ Plea form executed and filed ☐ People vs. West ☐ BAC: _____
☐ Court finds a knowing and intelligent waiver of constitutional rights and factual basis for the plea.
☐ **ADVISALS** given by the court: ☐ Theft (PC666) ☐ DUI (VC23993) ☐ Immigration consequences (PC1016.5)
☐ **WAIVERS:** ☐ Arbuckle ☐ Blakely ☐ Cruz ☐ Harvey ☐ Appeal Rights ☐ Non-Bio. Evidence Disposal ☐ Time for sentencing, see JUDGMENT MINUTES.
☐ PC1210 ☐ Drug Court ☐ accepted ☐ declined.
☐ Stipulated bindover. ☐ Case certified as a general jurisdiction matter. ☐ Complaint deemed the Information.
☐ Defendant to provide DNA database samples as directed by Sheriff or Probation Dept. (PC296).
**MOTION** for CONRASE _____ by ☐ People ☒ Defendant ☒ with ☐ without objection ☐ GRANTED ☒ DENIED.
**PC1000** ☐ Defendant's motion for PC1000 ☐ granted as to count(s) _____ and criminal proceedings suspended for _____ months ☐ denied.
☐ Enroll in and successfully complete the diversion program, including payment of fees and compliance with all orders.
☐ Enroll in ☐ county certified program ☐ S.D. Rescue Mission Program ☐ Other _____. Enroll by _____.
☐ Pay $ _____ div. rest. fee (PC1001.90). ☐ Pay $ _____ div. admin fee (PC1001.15, 1001.16). **Total due** $ _____
   ☐ Payment due: _____ ☐ Payments set at $ _____ per month starting _____ and on the _____ of each month thereafter until paid in full.
☐ Report immediately to clerk/SAAU for program assignment/enroll-by date/payment date(s). ☐ Def. motion to re-enroll granted – enroll by _____
☐ Defendant has satisfactorily COMPLETED the PC1000 Program. ☐ Previously entered plea to count(s) _____ set aside ☐ count(s) _____ dismissed.
☐ Defendant has FAILED to satisfactorily complete the PC1000 Program. ☐ PC1000 terminated and criminal proceedings reinstated.
☐ Unpaid diversion fees set aside. ☐ Court makes a finding of guilt to the charge(s) pled. ☐ Time waived for sentencing, see JUDGMENT.
**REFERRALS** Report ☐ immediately ☐ by _____ to ☐ SAAU ☐ Probation Department ☐ Probation to interview.
☐ Pre-sentence ☐ Mini ☐ Supplemental ☐ Psych. ☐ Limited re: Drugs / Alcohol / Domestic Violence / Anger Management / Restitution Report Ordered.
☐ Pre-sentence report waived. ☐ Court Collections ☐ for payment of attorney fees ** $ _____ ☐ Indigent as to attorney fees.
** The court finds that the defendant has the ability to repay the County of San Diego for the costs of court appointed attorney fees.

**HEARINGS** Set/cont. on motion of ☐ People ☐ Defense ☐ Opposed ☐ Unopposed ☐ By Stipulation, _____ on _____ at _____ in Dept. _____ ☐ Statutory time is **WAIVED**
**DEFENDANT IS ORDERED TO APPEAR for** ☐ _____

| | | | | | |
|---|---|---|---|---|---|
| ☐ Re: Attorney | at | in Dept. | ☐ Motion/PC1538.5 | at | in Dept. |
| ☐ Arraignment | at | in Dept. | ☐ Jury / Court Trial | at | in Dept. |
| ☐ Bail Review | at | in Dept. | ☐ Sentencing | at | in Dept. |
| ☐ Readiness/DWT | at | in Dept. | ☐ Prob. Hrg.& Sent | at | in Dept. |
| ☐ Prelim Exam | at | in Dept. | ☐ PC1000/Drug Ct | at | in Dept. |

Time Estimate: _____ hr/day Days remaining: _____ Set with case(s): _____

**MENTAL HEALTH** ☐ Proceedings suspended pursuant to PC1368. Mental competency examination on _____ at _____ by Forensic
Psychiatry Clinic. Females - Central Division, Hall of Justice, Room 481; Males – Central Detention Facility. Hearing on _____ at _____ in
Dept. _____ of the Central Division. ☐ The Sheriff is ordered to transport the defendant to and from the examination and hearing stated above.
**OTHER** ☐ Verbal notice of license suspension (DL 310) signed. ☐ Fingerprint form filed.
☐ Book & Release – Report on _____ at _____ to ☐ Central ☐ Vista ☐ Las Colinas Detention Facility.
Defendants family member Donna Emert addresses the Court.

**CUSTODY STATUS** Defendant ☒ REMANDED to custody of Sheriff ☒ without bail ☐ with bail set at / increased to / reduced to $ _____
☐ PC1275.1 HOLD. ☐ Pretrial Services Report Ordered re: SOR ☐ Refer to CPAC.
☐ REMAINS AT LIBERTY ☐ RELEASED: ☐ on bail previously posted ☐ after booking ☐ PC1000 ☐ OR ☐ SUPERVISED OR-comply with PTS conditions
☐ same terms and conditions ☐ to an authorized representative of: _____ on _____ at _____
☐ Release Conditions: ☐ Attend _____ self-help mtgs. per week and submit proof at each court hearing. ☐ Abstain from alcohol.
☐ Not use or possess any controlled substances without a valid prescription. ☐ Not possess narcotic paraphernalia.
☐ Deft. waives **4th amendment rights** and agrees to submit person, vehicle, place of residence, property, personal effects to search at any time with or without a
warrant, and with or without reasonable cause, when _____ Probation Officer or other law enforcement officer ☐ until revoked. ☐ for the duration of
PC1000. ☒ Have no contact with / stay away from _____ and Andrea Nick N☒Protective Order issued.
☐ Previously ordered: ☐ **4th WAIVER** ☐ continues ☐ deleted ☒PROTECTIVE ORDER ☐ continues ☐ deleted.
**WARRANT** ☐ Arrest ☐ Bench ☐ _____ Warrant ordered ☐ Bail set at $ _____ ☐ No Bail. ☐ Counsel reports no contact with defendant.
☐ Schedule for hearing. ☐ Mandatory appearance. ☐ Night service authorized. ☐ Cash bail may be forfeited. ☐ **ISSUED ON:** _____
☐ HOLD issuance to DATE ABOVE. ☐ Warrant previously ordered/issued ☐ remains outstanding ☐ rescinded ☐ **RECALLED ON:** _____
☐ Affidavit requested. Due by: _____
**BAIL** is ☐ exonerated ☐ forfeited ☐ Fine from bail, refund balance. ☐ Declaration of non-collusion/ re-assumption of liability filed.
☐ Bail forfeiture is set aside and bond is ☐ reinstated ☐ exonerated ☐ upon payment of court cost $ _____ within 30 days ☐ cost waived
☐ Bond #: _____ Bond $ _____ Bond Co. _____

Date: _____ ATTEST A TRUE COPY, Clerk of the Superior Court by _____ Deputy

Distribution by: NLO on 1·13·23 to: ☐ Jail ☐ Deft. ☒ Pros. Prob. R&R Interpreter Acct. SAAU Other: _____

SDSC CRM-150 (Rev. 10/19) **MISDEMEANOR/FELONY – PRE-DISPOSITION MINUTES**

Exhibit M

63

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

☒ Central Division ☐ East County Division ☐ North County Division ☐ South County Division  Waiver ☐ Time ☐ 4th

PEOPLE vs. **Emert, Robert A.**  STATUS: **CUST** $ **NO BAIL** ☐ BB ☐ C8 (Y/N)

CASE # **CD297230**  PROS. # **APR 2021**  DOB _____ BKG # **22100402**  CTS: _____ days _____ hrs.

DATE: **2-10-23** AT **8:30** DEPT # **1501** INTERP: _____  ☐ Spanish ☐ Sworn ☐ Oath on File

JUDGE/COMM/TEMP JUDGE: ~~N. MARIAN F. GASTON~~  ☐ STIP. FILED  REPORTER: _____

CLERK: **J. Bradford** ~~MARIAN F. GASTON~~  CSR # / COUNTER #: _____ A. Kurasaki CSR 1470

on **PC 278.5(A)**

CHARGE(S): _____

FUTURE DATES:  ☐ CONFIRMED ☐ VACATED

Attorney for the People **F. Balerio** ☐ DDA DCA / DAG) ☐ Supervised Cert. Legal Intern  
Attorney for Defendant **J. Badillo** (PD / APD OAC ~~Retained~~ / Counseling ) ☐ Supervised Cert. Legal Intern  
DEFENDANT: ☒ PRESENT ☐ VIA AUDIO VIDEO ☐ SELF REPRESENTED ☐ NOT PRESENT ☐ NOT PRODUCED ☐ FAILED TO APPEAR

**CASE CALLED FOR PRELIMINARY EXAMINATION**
☐ Amended complaint filed, reading waived, true name as charged, deft. pleads not guilty, denies all allegations.
☐ Parties waive right to ☐ continuous ☐ preliminary hearing ☐ Stipulated bindover.
☒ People's motion to designate **OAI LUIS Pena** as the Investigating officer: ☒ granted ☐ denied.
☐ People's ☐ Defendant's ☐ Joint motion to exclude ☐ witnesses ☐ public: ☐ granted ☐ denied. ☐ Witnesses admonished by the court.
☐ Counsel stipulate _____

☐ Counsel stipulate that _____ is deemed to have testified to certain matters recited on the record.
☐ Stipulation recited on the record by _____  ☐ Stipulation for preliminary hearing and motions only.

| PEO | DEF | WITNESSES SWORN AND EXAMINED | P,D,C # | EXHIBIT DESCRIPTION: | MRKD | RECD |
|---|---|---|---|---|---|---|
| ☒ | ☐ | **Luis Pena, OAI** | P # 1 | A page document lable "Findings and orders After Hearing" case #19FL010852N | ☒ | ☒ |
| ☐ | ☐ | | P # 2 | 3 page document labled "Findings and orders After Hrg case #19FL010852N | ☒ | ☒ |
| ☐ | ☐ | | P # 3 | 18 pg. document labled "Judgement dissolution" case #19FL010852N | ☒ | ☒ |
| ☐ | ☐ | | | | ☐ | ☐ |
| ☐ | ☐ | | | | ☐ | ☐ |

☒ SEE ATTACHED EXHIBIT LIST
☒ The People rest. ☒ No affirmative evidence presented by defendant. ☐ Defendant rests. ☒ Arguments by counsel. ☐ Submitted.
**MOTIONS/WAIVERS** ☐ People's ☐ Defendant's ☐ Joint motion _____ ☐ granted. ☐ denied.
☐ Defendant's motion to suppress evidence pursuant to PC1538.5 is ☐ granted. ☐ denied.
☐ Defendant's motion to reduce to misdemeanor - PC17(b)(5) pursuant to the Esteybar case is ☐ granted. ☐ denied.
☐ Complaint is amended by interlineation as follows: _____
**FINDINGS** It appearing to the court that the following offenses have been committed, and that there is sufficient cause to believe
that the defendant is guilty, the defendant is **HELD TO ANSWER** on the following counts: **CT. 1 PC278.5(A)**

Defendant **DISCHARGED** as to the following counts which are **DISMISSED** for insufficiency of evidence: _____

**ARRAIGNMENT**
☒ Counsel stipulate that the complaint is deemed to be the Information. Reading of the Information is waived, true name as charged, defendant pleads not guilty, denies all allegations.  ☒ Transcript ordered for arraignment.  ☐ Appointment of counsel reaffirmed.
☐ Defendant waives statutory time for trial. ☒ Fingerprint form filed.
**DEFENDANT ORDERED TO APPEAR FOR:**
☐ Preliminary Exam. to resume _____ at _____ in Dept. _____
☐ Arraignment on Information _____ at _____ in Dept. _____
☐ Bail Review _____ at _____ in Dept. _____
☒ Readiness Conference **3-10-23** at **8:15** in Dept. **1102**
☒ Jury Trial **3-3-23  3-30-23** at **1:15** in Dept. **102** Days left **12**
☒ Motions due: _____
**MENTAL HEALTH** ☐ Proceedings suspended pursuant to PC1368. Mental competency examination on _____ at _____ by
Forensic Psychiatry Clinic. Females - Room 1003, Central Division; Males - Central Detention Facility. Hearing on _____ at _____ in
Dept. _____ of the Central Division. ☐ The Sheriff is ordered to transport the defendant to and from the examination and hearing stated above.
**OTHER**
☐ Counsel stipulate that if a motion is filed, the readiness conference date may be advanced/continued to the motion hearing date.
☐ Exhibits released to offering party by stipulation.
☐ The following witnesses are ordered to return on _____ : _____

**CUSTODY STATUS** Deft. ☒ REMANDED to custody of Sheriff ☒ without bail ☐ bail set at/increased to/reduced to $ _____ ☐ PC1275.1 HOLD
☐ Pre-Trial Services report ordered re: SOR
☐ Deft. RELEASED: ☐ on bail previously posted ☐ case dismissed ☐ OR/SOR
☐ To: _____ on _____ at _____
☒ Previously ordered: ☐ 4th WAIVER ☐ continues ☐ deleted. ☒ PROTECTIVE ORDER ☒ continues ☐ deleted.
**BAIL** is ☐ exonerated ☐ Declaration of non-collusion/ reassumption of liability filed.
☐ Bail forfeiture set aside and bond ☐ reinstated ☐ exonerated ☐ upon payment of court cost $ _____ within 30 days ☐ cost waived
☐ Bond #: _____ Bond $ _____ Bond Co. _____

Date: **2-10-2023**  _____  **MARIAN F. GASTON**  Judge of the Superior Court  JLB

Distribution by: **JLB** on **2-10-23** to: **Jail**  Date: _____ ATTEST A TRUE COPY, Clerk of the Superior Court by _____  Deputy
Deft. Atty.  Other: _____

SDSC CRM-151 (Rev. 6/11)  **PRELIMINARY EXAMINATION MINUTES**

Exhibit N

64

Robert Emert

2351 Vista Lago Terrace

Escondido, CA 92029

robemert@msn.com

PRO PER

F I L E D
Clerk of the Superior Court

NOV **2 1** 2022

Filed By: V. Llamas

## IN THE SUPERIOR COURT OF CALIFORNIA
## COUNTY OF SAN DIEGO, CENTRAL DIVISION

**Andrea Emert**

**Petitioner,**

**v.**

**Robert Emert**

**Respondent**.


**Parties of interest:**


- **Commissioner Patti Ratekin**


**BAR#159300** – The Commissioner that heard this divorce case for about the last six months; whose boss's wife (Judge William Wood) was friends/co-worker with petitioner.


- **Lorna Alksne**


**BAR #165273** – The past presiding judge of San Diego.

**Motion to reconsider.**
**Section 1008 of the Code of Civil**
**Procedure.**

Judge Robinson heard respondents RFO on 11/17/22 and indicated she did not have jurisdiction do to a pending appeal for default judgments on 10/15/21 and 11/18/21. However, there is NOT a pending appeal on this default judgment for 11/30/21 and is /was the ONLY default judgment that was specified to be vacated or set aside in respondents RFO request.  Respondents original RFO request needs to be heard and ruled on to vacate /set aside default judgments orders where respondent was denied access to his own trial as well as his witnesses, his evidence, and his ADA coordinators.




**Case: 19FL010852N**

**Dept: Robinson / 601**


- **David Schulman**

Exhibit O
65

BAR#165285 attorney for <u>Andrea</u> <u>Schuck/Emert</u> who is Plaintiff in divorce petition. David Schulman phone number 858-755-3300 and Andrea Schuck-Emert phone number is 760-214-8677

- **Catie Young**

BAR#281565, attorney for the minor ██████ ██████ (13) Catie Young phone number 858-345-1720

- **Matt Cord**

BAR#204917, attorney for the minor ██████ ██████ (15) Matt Cord phone number 760-639-0187

- **Jesse Olague**

California / 30156, shortly ██████ Psychologist - 858-692-4187

**Request for Reconsideration**

Judge Robinson heard respondents RFO on 11/17/22 and indicated she did not have jurisdiction do to a pending appeal for default judgments on 10/15/21 and 11/18/21. However, there is NOT a pending appeal on this default judgment for 11/30/21 and is /was the ONLY default judgment that was specified to be vacated or set aside in respondents RFO request. Respondents original RFO request needs to be heard and ruled on to vacate / set aside default judgments orders where respondent was denied access to his own trial as well as his witnesses, his evidence, and his ADA coordinators.

The fact that respondent DOES NOT have the default trial judgment (11/30/21) on appeal has been made clear several times in pleadings. The default trial judgment stemming from the 11/30/21 trial and entered on 01/24/22 is/was the only default judgment mentioned in respondents RFO to be vacated or set aside that was heard on 11/17/22 and still needs to be heard with this reconsideration request.

The appellate court is treating the appeals (10/15/21 and 11/18/21) as a petition for extraordinary writ to STAY those orders Comm. Patti Ratekin unethically entered as default judgments without notifying, serving or even having a hearing for. I cited (Morehart v. County of Santa Barbara, supra, 7 Cal. 4th 725, 744 - 747, 29 Cal. Reptr. 2d 804, 872 P2d 143) for that request to the appellate court and it appears they agreed because those appeals are proceeding while there is NO appeal for the trial default judgment heard on 11/30/21 entered 01/24/22.

11/20/22          Rob Emert          *rob emert*

FL-300

| PARTY WITHOUT ATTORNEY OR ATTORNEY | STATE BAR NUMBER | FOR COURT USE ONLY |
|---|---|---|
| NAME  Robert Emert | | |
| FIRM NAME  none pro per | | |
| STREET ADDRESS  2351 Vista Lago Terrace | | |
| CITY  Escondido          STATE  CA          ZIP CODE  92029 | | F *il ⌐ r̄ D*  Clerk of the Superior Court |
| TELEPHONE NO.  760-612-9328          FAX NO | | |
| E-MAIL ADDRESS  robemert@msn.com | | |
| ATTORNEY FOR (name)     pro per | | JUL 2 0 2022 |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF   SAN DIEGO
STREET ADDRESS:     1100 Union Street
MAILING ADDRESS     1100 Union Street
CITY AND ZIP CODE   San Diego, CA 92101
BRANCH NAME    Central

By: N. Eckman, Deputy

| PETITIONER: Andrea Emert/Schuck |
|---|
| RESPONDENT: Robert Emert |
| OTHER PARENT/PARTY: none |

| REQUEST FOR ORDER  [x] CHANGE  [ ] TEMPORARY EMERGENCY ORDERS | CASE NUMBER 19FL010852N |
|---|---|

[ ] Child Custody     [ ] Visitation (Parenting Time)     [ ] Spousal or Partner Support
[ ] Child Support      [ ] Domestic Violence Order          [ ] Attorney's Fees and Costs
[ ] Property Control  [x] Other (specify):  Vacate/ set aside orders from 11/30/21 trial.
Judge Alksne;all interested parties ignored an ADA request with medical emergency.
Proper notce;documentation;in accordance with law was provided to parties but ignored.

## NOTICE OF HEARING

1. TO (name(s)): Dave Schulman, Andrea Schuck, Matt Cord, Catie Young
   [x] Petitioner   [ ] Respondent   [ ] Other Parent/Party   [x] Other (specify): Minor Council Matt Cord and Catie Young

2. A COURT HEARING WILL BE HELD AS FOLLOWS:
   ~~Nov 17~~
   a. Date:  ~~August 22~~, 2022     Time:  9:00     [x] Dept.:  Robinson     [x] Room:  601
   b. Address of court  [x] same as noted above   [ ] other (specify):

3. **WARNING to the person served with the *Request for Order***: The court may make the requested orders without you if you do not file a *Responsive Declaration to Request for Order* (form FL-320), serve a copy on the other parties at least nine court days before the hearing (unless the court has ordered a shorter period of time), and appear at the hearing. *(See form FL-320-INFO for more information.)*

   *(Forms FL-300-INFO and DV-400-INFO provide information about completing this form.)*

## COURT ORDER
*(FOR COURT USE ONLY)*

*It is ordered that:*

4. [ ] Time [ ] for service [ ] until the hearing  is shortened. Service must be on or before (date):

5. [ ] A *Responsive Declaration to Request for Order* (form FL-320) must be served on or before (date):

6. [ ] The parties must attend an appointment for child custody mediation or child custody recommending counseling as follows (specify date, time, and location):

7. [ ] The orders in *Temporary Emergency (Ex Parte) Orders* (form FL-305) apply to this proceeding and must be personally served with all documents filed with this *Request for Order*.

8. [ ] Other (specify):

Date: _____                                    _____
                                                                JUDICIAL OFFICER

Form Adopted for Mandatory Use
Judicial Council of California
FL-300 [Rev. July 1, 2016]

**REQUEST FOR ORDER**

Family Code, §§ 2045, 2107, 6224,
5226, 6320–6326, 6380–6383.
Government Code, § 26826
Cal. Rules of Court, rule 5.92
www.courts.ca.gov

Exhibit O

68

**FL-300**

| | |
|---|---|
| PETITIONER: Andrea Emert/Schuck<br>RESPONDENT: Robert Emert<br>OTHER PARENT/PARTY: none | CASE NUMBER:<br>19FL010852N |

## REQUEST FOR ORDER

**Note**: Place a mark $\boxed{X}$ in front of the box that applies to your case or to your request. If you need more space, mark the box for "Attachment." For example, mark "Attachment 2a" to indicate that the list of children's names and birth dates continues on a paper attached to this form. Then, on a sheet of paper, list each attachment number followed by your request. At the top of the form, write your name, case number, and "FL-300" as a title. (You may use *Attached Declaration* (form MC-031) for this purpose.)

1. ☐ RESTRAINING ORDER INFORMATION
   One or more domestic violence restraining/protective orders are now in effect between *(specify)*:
   ☐ Petitioner ☐ Respondent ☐ Other Parent/Party *(Attach a copy of the orders if you have one.)*
   The orders are from the following court or courts *(specify county and state)*:
   a. ☐ Criminal: County/state *(specify)*:     Case No. *(if known)*:
   b. ☐ Family: County/state *(specify)*:     Case No. *(if known)*:
   c. ☐ Juvenile: County/state *(specify)*:     Case No. *(if known)*:
   d. ☐ Other: County/state *(specify)*:     Case No. *(if known)*:

2. ☐ CHILD CUSTODY                             ☐ I request temporary emergency orders
   ☐ VISITATION (PARENTING TIME)
   a. I request that the court make orders about the following children *(specify)*:

| Child's Name | Date of Birth | Legal Custody to *(person who decides: health, education, etc)*: | Physical Custody to *(person with whom child lives)*: |
|---|---|---|---|

                                                  ☐ Attachment 2a.

   b. ☐ The orders I request for ☐ child custody ☐ visitation (parenting time) are:
      (1) ☐ Specified in the attached forms:
         ☐ Form FL-305   ☐ Form FL-311   ☐ Form FL-312   ☐ Form FL-341(C)
         ☐ Form FL-341(D)   ☐ Form FL-341(E)   ☐ Other *(specify)*:
      (2) ☐ As follows *(specify)*:                              ☐ Attachment 2b.

   c. ☐ The orders that I request are in the best interest of the children because *(specify)*:    ☐ Attachment 2c.

   d. ☐ This is a change from the current order for ☐ child custody ☐ visitation (parenting time).
      (1) ☐ The order for legal or physical custody was filed on *(date)*:    . The court ordered *(specify)*:

      (2) ☐ The visitation (parenting time) order was filed on *(date)*:    . The court ordered *(specify)*:

                                                    ☐ Attachment 2d.

Exhibit O
69

FL-300

| PETITIONER: Andrea Emert/Schuck<br>RESPONDENT: Robert Emert<br>OTHER PARENT/PARTY: none | CASE NUMBER:<br>19FL010852N |
| --- | --- |

3. ☐ CHILD SUPPORT
(Note: An earnings assignment may be issued. See *Income Withholding for Support* (form FL-195))

  a. I request that the court order child support as follows:

    Child's name and age    ☐ I request support for each child    Monthly amount ($) requested
                             based on the child support guideline. (if not by guideline)

                                                                   ☐ Attachment 3a.

  b. ☐ I want to change a current court order for child support filed on *(date):*
    The court ordered child support as follows *(specify):*

  c. I have completed and filed with this *Request for Order* a current *Income and Expense Declaration* (form FL-150) or I filed a current *Financial Statement (Simplified)* (form FL-155) because I meet the requirements to file form FL-155.

  d. The court should make or change the support orders because *(specify):*    ☐ Attachment 3d.

4. ☐ SPOUSAL OR DOMESTIC PARTNER SUPPORT
(Note: An *Earnings Assignment Order For Spousal or Partner Support* (form FL-435) may be issued.)

  a. ☐ Amount requested *(monthly):* $

  b. ☐ I want the court to ☐ change ☐ end   the current support order filed on *(date):*
    The court ordered $      per month for support.

  c. ☐ This request is to modify (change) spousal or partner support after entry of a judgment.
    I have completed and attached *Spousal or Partner Support Declaration Attachment* (form FL-157) or a declaration that addresses the same factors covered in form FL-157.

  d. I have completed and filed a current *Income and Expense Declaration* (form FL-150) in support of my request.

  e. The court should should make, change, or end the support orders because *(specify):*    ☐ Attachment 4e.

5. ☐ PROPERTY CONTROL      ☐ I request temporary emergency orders

  a. The ☐ petitioner ☐ respondent ☐ other parent/party be given exclusive temporary use, possession, and control of the following property that we ☐ own or are buying ☐ lease or rent *(specify):*

  b. The ☐ petitioner ☐ respondent ☐ other parent/party be ordered to make the following payments on debts and liens coming due while the order is in effect:

    Pay to: _____ For: _____ Amount: $ _____ Due date: _____
    Pay to: _____ For: _____ Amount: $ _____ Due date: _____
    Pay to: _____ For: _____ Amount: $ _____ Due date: _____
    Pay to: _____ For: _____ Amount: $ _____ Due date: _____

  c. ☐ This is a change from the current order for property control filed on *(date):*

  d. Specify in Attachment 5d the reasons why the court should make or change the property control orders.

     **REQUEST FOR ORDER**     

Exhibit O

70

FL-300

| PETITIONER: Andrea Emert/Schuck<br>RESPONDENT: Robert Emert<br>OTHER PARENT/PARTY: none | CASE NUMBER:<br>19FL010852N |
|---|---|

6. ☐ **ATTORNEY'S FEES AND COSTS**
I request attorney's fees and costs, which total *(specify amount):* $ _____ . I filed the following to support my request:

    a.  A current *Income and Expense Declaration* (form FL-150).

    b.  A *Request for Attorney's Fees and Costs Attachment* (form FL-319) or a declaration that addresses the factors covered in that form.

    c.  A *Supporting Declaration for Attorney's Fees and Costs Attachment* (form FL-158) or a declaration that addresses the factors covered in that form.

7. ☐ **DOMESTIC VIOLENCE ORDER**

> • Do not use this form to ask for domestic violence restraining orders! Read form DV-505-INFO, *How Do I Ask for a Temporary Restraining Order,* for forms and information you need to ask for domestic violence restraining orders.
> • Read form DV-400-INFO, *How to Change or End a Domestic Violence Restraining Order* for more information.

    a.  The *Restraining Order After Hearing* (form DV-130) was filed on *(date):*

    b.  I request that the court ☐ change ☐ end  the personal conduct, stay-away, move-out orders, or other protective orders made in *Restraining Order After Hearing* (form DV-130). (*If you want to change the orders, complete 7c.*)

    c.  ☐ I request that the court make the following changes to the restraining orders *(specify):*  ☐ Attachment 7c.

    d.  I want the court to change or end the orders because *(specify):*  ☐ Attachment 7d.

8. ☐ **OTHER ORDERS REQUESTED** *(specify):*  ☐ Attachment 8.

9. ☐ **TIME FOR SERVICE / TIME UNTIL HEARING**   I urgently need:

    a.  ☐ To serve the *Request for Order* no less than *(number):* _____ court days before the hearing.

    b.  ☐ The hearing date and service of the the *Request for Order* to be sooner.

    c.  I need the order because *(specify):*  ☐ Attachment 9c.

10. ☒ **FACTS TO SUPPORT** the orders I request are listed below. The facts that I write in support and attach to this request cannot  be longer than 10 pages, unless the court gives me permission.  ☐ Attachment 10.

This motion is to only vacate and set aside orders of the 11/30/21 trial. The facts and law is clear on this matter. I had a medical emergency and properly filed evidence and requests in a timely manner and in accordance with the law for a continuance or at a bare minimum, a remote hearing by Teams, which is what all prior hearings were anyways. While there is a significant amount of fraud upon the court in this case, this motion only seeks to vacate orders from the trial so I can have a fair day in court with an unbiased Judge. There is a declaration, Notice of Intent to Lodge Documents, updated ADA request and Judicial Notice being filed as well.

I declare under penalty of perjury under the laws of the State of California that the information provided in this form and all attachments is true and correct.

Date:  July 18, 2022

    Robert Emert                       ▶ _____ *rob emert* _____
    (TYPE OR PRINT NAME)                                        (SIGNATURE OF APPLICANT)

**Requests for Accommodations**

Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least five days before the proceeding. Contact the clerk's office or go to *www.courts.ca.gov/forms* for *Request for Accommodations by Persons With Disabilities and Response* (form MC-410). (Civ. Code, § 54.8.)

Robert Emert

2351 Vista Lago Terrace

Escondido, CA 92029

robemert@msn.com

PRO PER

F I L E D
Clerk of the Superior Court

DEC 21 2022

By: J. Renteria, Deputy

## IN THE SUPERIOR COURT OF CALIFORNIA
## COUNTY OF SAN DIEGO, CENTRAL DIVISION

| | |
|---|---|
| **Andrea Emert**<br>Petitioner,<br><br>v.<br><br>**Robert Emert**<br>Respondent. | **Motion to reconsider**<br><br>RFO heard 12.13.22 that simply requested a STAY on default orders stemming from 11.29.22 trial and order shortening time for hearing scheduled for 04.20.23.<br><br>**Judicial Notice** |
| <u>Parties of interest:</u><br><br>• **Commissioner Patti Ratekin**<br><br>**BAR#159300** – The Commissioner that heard this divorce case for about the last six months; whose boss's wife (Judge William Wood) was friends/co-worker with petitioner.<br><br>• **Lorna Alksne**<br><br>**BAR #165273** – The past presiding judge of San Diego. | I will only be appearing by special appearance<br>Motion to correct the record<br>Breach of Candor<br>Right to be free of deception in court proceedings<br>Judge Robinson to recuse<br>Evidentuary hearing to review |
| • **David Schulman** | |

Exhibit O

72

**BAR #165285** attorney for <u>Andrea Schuck/Emert</u> who is Plaintiff in divorce petition. David Schulman phone number 858-755-3300 and Andrea Schuck-Emert phone number is 760-214-8677

- **Catie Young**

**BAR#281565,** attorney for the minor ███ ███ (13) Catie Young phone number 858-345-1720

- **Matt Cord**

**BAR#204917,** attorney for the minor ███ ███ (15) Matt Cord phone number 760-639-0187

- **Jesse Olague**

**California / 30156,** shortly ███ Psychologist - 858-692-4187

**William Wood**

BAR# 140787, supervising judge for Patti Ratekin

**Margo Lewis Hoy**

BAR# 163276, supervising judge for Patti Ratekin

Date:

Time:

Dept: 601

Judge: Hon Alana Robinson

To interested parties listed above and clerk of the court, please take notice.  I, Rob Emert, am the Respondent in the above-referenced case and I am competent to testify to the facts set forth herein.

In an effort to be brief, all the evidence for this motion can be found in the detailed complaint exhibit A that corresponds to the notice of intent to lodge documents.  Again, in an effort to be brief, I will also not list points/authorities or quote case law, state law, or federal law as it is all in the complaint that references all of this in great detail.

**Preface**

I have respect for our court, our judicial officers and Judge Robinson.  Judge Robinson may not be biased, but upon reviewing the evidence, any reasonable person would/will/has said the appearance of bias is undeniable.  Through Judge Robinsons rulings and comments, she is telling me that I must abide by default judgment orders that have taken away all my parental rights where I was denied due process/fair hearing BEFORE anything else happens and that the irreparable harm that continues on me and my children due to these null orders that have illegally/unethically/maliciously snatched all my parental rights away is not an emergency to be heard when I have not seen my daughter in over a year and based on these NULL orders that are "not an emergency to be heard" will have armed police at my door to arrest me and snatch my son against his will and best interests. The harassment these orders have caused put me in the hospital with a 6 – 12% survival rate and has and continues to wreak havoc on me and my children's lives.  For Judge Robinson to tell me that me not seeing my daughter in over a year; the police showing up at my door based on NULL orders; my son being snatched away against his will and best interests is not an emergency strains her credibility according to two retired judges I have consulted.  Our Judicial System is set up on due process and fair hearings.  While I am not an attorney, it appears the family court can under the best interests of the child, circumvent some due process but only when there is clear and convincing evidence to warrant those orders.  There simply is no clear and convincing evidence to warrant the current DRASTIC default orders that is/was/are surrounded by egregious misconduct. Judge Robinson knows it or should know it with all the evidence she has been presented.  I have asked Judge Robinson to hear this emergency in a few different ways and several times and she has declined which to any reasonable person appears to be bias, deprivation of rights under color of law and where she is

simply covering for the misconduct of Ratekin, Schulman and Alknse and worse, is acting like I should be ok with anyone taking my parental rights away without due process or ANY evidence to warrant such orders. Yeah, take away a parent's rights with no evidence to warrant it, SUCH A DISGRACE! Alksne was trying to cover for Ratekin and Schulman and now Robinson is trying to cover for them all and all because interested parties are aware of the implications of this mess and all because I told Ratekin and Alknse that I would not allow my son to continue to be abused by this process.

There is an active investigation with the San Diego FBI (Kevin Shead), the San Marcos Sheriff's department (Detective Trampus) and the San Diego's District Attorney's office (Luis Pena) regarding my arrest concerning my son who is 15 and has indicated he is going to live with me. I reached out to the FBI, the San Marcos Sheriff's department, SDPD internal affairs while the DA's office reached out to me regarding my "possible" arrest. I followed up with the SDPD internal affairs department regarding my criminal complaints submitted to the San Marcos Sheriff's Dept. Regarding referring some interested parties to the DA for prosecution. The DA is currently indicating they are waiting for the FBI to conduct its investigation before trying to illegally prosecute me. The DA has no case, and they know it. If they proceed, they will simply be named in my Monell claim which as well is under way.

**Relief Requested:**

1. On the courts own motion to please convene a hearing of all interested parties to bring this matter to resolution. This is being directed to Presiding Judge Smyth.

2. **Motion to reconsider** RFO heard on 12/13/22 for a STAY of default judgment orders stemming from 11/29/21 trial that me, my witnesses, my evidence and my ADA coordinators were denied access to and for an order shortening time for RFO to be heard 04/20/23 that stemmed from RFO 11/17/22.

3. **Judicial Notice:**

- I am and will be appearing by special appearance in this and all future hearings unless otherwise specified.

- I have reserved my federal rights.

- Motion to correct the record for RFO 12/13/22 where both Judge Robinson and opposing council Sara Bear misrepresented material facts in a deceptive manner because they are both aware of the implications of my legal remedies if Judge Robinson simply did the ethically/lawful correct thing which is to STAY or vacate default judgment orders of the 11/29/21 hearing until there is a fair hearing. Through Judge Robinsons actions, she is telling me that I must turn over my parental rights BEFORE due process when there was NEVER EVER ANY CLEAR AND CONVINCING EVIDENCE that the children where in harms way. Massive amounts of evidence that all interested parties including Judge Robinson have ignored that show me only as a dedicated, loving and VERY involved father.

- Breach of Candor and Judicial Deception: Judge Robinson to recuse. In short, Comm. Patti Ratein and Dave Schulman/Sara Bear tried to fraud the wrong guy and when they got caught, Comm. Patti Ratekin had a tantrum of orders worthy of being disbarred. The misconduct is so egregious that Presiding Judge at the time, Lorna Alknse tried to cover up their mess and when she could not, she had a tantrum of orders as well worthy of being disbarred. Simply put, both Ratekin and Alksne demanded me to hand over my son who is 15 who has said he is going to live me, is competent to say so and witnesses and evidence easily show he is happy, healthy, and educated. So, because I would not hand over my son is why we are here today. Judge Robinson has done everything she can to make sure that current default orders that have taken all my parental rights away stay in place. Judge Robinson is telling me that I must relinquish my parental rights and family assets BEFORE due process and a fair hearing/trial. Judge Robinson deceptively concluded at my 12/13/22 hearing that she could not order a STAY or to Vacate orders from the default judgements (11/29/21) due to no jurisdiction due to a pending appeal. Judge Robinson simply could have asked me if the default judgment being requested to be vacated and being heard that day on my RFO request was under appeal, which it is not. I only specified on my RFO request to vacate the default judgment orders stemming from the 11/29/22 trial. It is very clear in retrospect with witnesses and a VERY CLEAR RECORD that Judge Robinson was deceptively unclear and asking me questions about two other default judgments that are on appeal. When I went on to clarify this during the hearing, I was cut off and it is Judge Robinson who came to her own conclusion because

she is or should be aware of the implications of other legal remedies I would have if she did the legal/ethical correct thing which would be to simply stay a default judgment under so much clear deception. If not, the appearance of bias is inescapable as it would be clear to any reasonable person that she is simply covering for the egregious misconduct of Ratekin and Alknse.

- Evidentuary hearing to hear evidence that this court has continually tried to not allow into the record and to review the evidence regarding judicial deception regarding RFO heard on 12/13/22 by Judge Robinson when she simply could have asked me and clarified if my RFO that day to vacate the default judgment was only for the trial of 11/29/22. This was the only date specified on my RFO request. It was Judge Robinson who deceptively brought up the other two default judgments that are under appeal and when I went to clarify, I was cut off. Clear record and witnesses to this effect. Clealry, Judge Robinson would rather have me held to current NULL default orders where I have not seen my daughter in over a year and where I may have my house SWATED by police than give me a fair day in court. Why? Because Ratekin and Alknse look corrupt and this court is trying to cover for them. Why else all this mess? Why not give a man his fair day in court? I have not seen my daughter in over a year, almost died of a massive heart attack, am being threatened with jail and my son is being threatened with being dragged away from his home and abused as is clearly detailed in my complaint. Yeah, no emergency here to be heard by ex parte. Ratekin and Alknsen slammed/railroaded ex parties and RFO's through with no proper service, no due process and no clear and convincing evidence inside of six months to snake all my parental rights and family assets away and this court is really going to say I can't have an ex parte for a simple fair hearing to be heard with evidence or at a bare minimum to STAY current default orders until a fair hearing can be heard? Ratekin, Alknse, and now Robinson are making a mockery of our Family Court in San Diego.

## Background

See full complaint exhibit A with corresponding notice of intent to lodge documents

So many state and federal violations in this case, and in an effort to be brief, I will again simply point to the complaint which references many motions that have all the points and authorities.

**Conclusion**

Judge Robinson has taken an oath to uphold the United States Constitution. In doing so and in line with basic fairness and common decency, she is required to either grant me an ex parte to deal with this emergency of irreparable harm to my children and me or grant a stay until a fair hearing can be held. In not making either of those two choices, she needs to recuse and let the presiding judge rule on this case.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct. And that this declaration was executed this 21st day of December 2022 in Escondido, California.

rob emert

# EXHIBIT A

Robert Emert

2351 Vista Lago Terrace

Escondido, CA 92029

robemert@msn.com

PRO PER

## IN THE SUPERIOR COURT OF CALIFORNIA
## COUNTY OF SAN DIEGO, CENTRAL DIVISION

**Andrea Emert**

**Petitioner,**

**v.**

**Robert Emert**

**Respondent.**

**Parties of interest:**

- **Commissioner Patti Ratekin**

**BAR#159300** – The Commissioner that heard
this divorce case for about the last six months;
whose boss's wife (Judge William Wood) was
friends/co-worker with petitioner.

- **Lorna Alksne**

**BAR #165273** – The past presiding judge of
San Diego.

- **David Schulman**

**TO: Presiding Judge Michael Smyth and
Supervising Judge Paula Rosenstein**

- <u>**Complaint**</u>

This complaint is being served on
Presiding Judge Smyth and Supervising
Judge Rosenstein of the San Diego
Superior Family Court regarding all
interested parties (listed to the left) for
fraud upon the court and ethics breaches
that are so egregious it is almost
unbelievable. This complaint in its entirety
is also being served on the San Diego DA
DOJ, FBI, BAR, CJP, DCSS, CA auditor
and others.

This case has already been referred to the
FBI from the DOJ

4106. Breach of Fiduciary Duty of
Attorneys Matt Cord and Catie Young.
Their breach is easily documented to meet
the three essential factual elements of their

Exhibit O
80

BAR#165285 attorney for <u>Andrea</u> <u>Schuck/Emert</u> who is Plaintiff in divorce petition. David Schulman phone number 858-755-3300 and Andrea Schuck-Emert phone number is 760-214-8677

- **Catie Young**

BAR#281565, attorney for the minor ███ ███ (13) Catie Young phone number 858-345-1720

- **Matt Cord**

BAR#204917, attorney for the minor ███ ███ (15) Matt Cord phone number 760-639-0187

- **Jesse Olague**

California / 30156, shortly ████ Psychologist - 858-692-4187

**William Wood**

BAR# 140787, supervising judge for Patti Ratekin

breach of fiduciary duty to their clients, ██████ (15) and ██████ (13). The two don't have evidence to support their recommendations of current orders and maliciously ignored evidence to help their clients.

- ## **Disqualification**

Alana Robinson C.C.P Section 170.1 subdivision (a)(6)(C)

- ## **Judicial Notice**

Acknowledgement of Null orders/judgements since September 2021 when Patti Ratekin unethically took and continued to ILLEGALLY hear case.

- ## **Order custody**

██ (15) to me/respondent. ██ is competent to make this choice and it is in his best interests.

- ## **Remote hearings**

For me per ADA guidelines. This court continues to be in violation by denying me simple ADA requests in an effort to

intimidate/harass and to carry out NULL orders BEFORE a fair hearing is even heard.

- **Motion to be heard**

By presiding Judge Smyth or a change of venue.

- **Motion for Evidentiary hearing**

- **Motion for Summary Judgement**

- **CPRA requests for corporate insurance information of all interested parties including this court and DCSS**

Case: 19FL010852N



Dept: Robinson / 601

## Contested Issue

Currently, based on default orders from a trial I was denied access to, I have had all my parental rights and family assets taken from me. This was done with malice and fraud upon the court by Dave Schulman, Andrea Schuck, Matt Cord, Catie Young, Patti Ratekin, Lorna Alksne and Jesse Olague. When these people got caught looking corruptly inept, someone pulled in a favor to have Lorna Alksne cover it up. The paper trail for this is irrefutable by any reasonable person.

████████ (15) thrives as a teenager should while in my custody. (Y) While in his moms custody, she frequently calls police, CPS, schools, kids parents and acts like the sky is falling in █████████ world. With the overwhelming evidence supporting me as a dedicated father and how █████ thrives in my custody and he demands to be in my custody, why is this court harassing me and my son?

There is a detailed "background" section at the end of this motion/complaint for the investigators, but here is a very brief summary of the most contested issue; custody of ████ who is 15 and he has indicated independently several times that he is going to live with me, his father, who mostly raised him and has tutored him for most of his life. (A) Evidence is overwhelming that ████ is easily competent to make this choice, it is in his best interests and based on law and case law, there is no "custody issue"( see points and authorities a bit further in) but out of malicious and retaliatory behavior of interested parties, they think that they can take my child from me. (OO) In short, all interested parties and some judicial officers got caught trying to fraud me and they look corruptly inept and want to ruin me because of it. While this may be hard to believe, the documentation is irrefutable, and a jury will easily see it this way as well. There is no statute of limitations on FRAUD UPON THE COURT.

For approximately two years, two judges, three family court services reports and two-family court services minor interviews, child custody was set at 50/50 and I initially was granted 60%. (M) Dave Schulman, petitioners lead attorney, dug his client into a financial hole for these two years, ignored many amicable settlement offers (U), abused the court process, and needed results for his client. After some "judge shopping", Comm. Patti Ratekin's name came up to hear our case, and Mr. Schilman got what he needed. Ms. Ratekins supervising judge's wife (Judge William Wood) works with and is friends with my x wife. Within minutes of meeting parties, Ms. Ratekin made her intent clear that she was going to place ████ (15) into a "facility" and I made it clear that this would NEVER happen and even the suggestion of a "facility" was so unwarranted, it was bizarre at best.(Q) So, after Ms. Ratekin ignored my peremptory challenge (RR) that was filed timely, she proceeded to take all my parental rights away within two months and harassed me with "supervised visitation" and "psychological evaluations". (RR) Ms. Ratekin Exhibit O

83

brought in minor council to rubber stamp her intent (of ▮▮▮ in a facility), petitioner, Andrea Schuck brought in an out of insurance network psychologist to rubber stamp (J) this "facility" idea and then all interested parties kept trying to provide information to Ms. Ratekin that could suggest orders to carry out the "facility" narrative. So much evidence that can easily be provided to prove to any reasonable person that what I am saying is true. However, with such a clear record of Ms. Ratekin saying she was going to place ▮▮▮ in a facility on the first day and the last day she met with parties, this is sufficient to warrant the investigation because where else could Ms. Ratekin be getting that idea from to begin with. (▮▮▮ in a "facility") (Q) And, there are mountains of evidence to the contrary of the "facility" narrative that all interested parties have ignored to a criminal level.

This manufactured "high conflict" divorce is about one thing. The irrational resentment of Andrea Schuck and this irrational resentment has caused her to use ▮▮▮ as a chess piece on the divorce table. Ms. Schuck simply wanted to break the strong bond that our son has had with me his entire life with this divorce. That's it and the "officers of the court" have been more than happy to use her irrational resentment and my son (▮▮▮ 15) for a fat paycheck. Dave Schulman and Patti Ratekin tried to pull of a scam and when it failed, Lorna Alksne tried to cover it up. It really is this simple. They need to be disbarred to send a message that terrorizing families to their own ends will not be tolerated.

This is NOT about a "high conflict" divorce. This is about straight up corruption where "officers of the court" USE the law to break the law for profit. This is a felony, "deprivation of rights under color of law". (KK ; LL)

After a judicial notice was filed with a letter from ▮▮▮ (15) with five sworn affidavits supporting the contents of ▮▮▮ letter (A); a witness affidavit proving ▮▮▮ psychologist was a hired gun to rubber stamp the "facility" idea (J); and ▮▮▮ (15) on his own spoke with the police and the court (in El Cajon) when he filed a police report and TRO against his attorney ( K ; L ), Matt Cord, his attorney, files a retaliatory Ex Parte to take away what's left of my parental rights. Matt Cord has met ▮▮▮ like three times for less than a half hour each time. The day Matt Cord files the Ex Parte, I have a massive heart attack with a survival rate of $6 - 12\%$ according to the American Heart Association. (I) On the day this ex parte was supposed to be heard, it wasn't, and Ms. Ratekin finally recused on this day and maliciously threw in a sucker punch of supervised visitation based solely on the witness affidavit that reported a crime of ▮▮▮ psychologist. (F)  On this day, Ms. Ratekin also specified at the beginning of that ex parte hearing, that was not heard, that her intent was to place ▮▮▮ in a "facility". Ms. Ratekin finally recused on this day because this scam of frauding me of my parental rights (and putting ▮▮▮ in a "facility") was blowing up in all interested parties' faces.

This absurd NULL order of supervised visitation is the catalyst that has left me with no parental rights or family assets. This is because, as you will see going forward, that Ms. Alksne, Presiding Judge at the time, felt that Ratekins "orders" of snaking of my parental rights with no evidence or hearing is ok and simply told me to follow these NULL orders. I asked Ms. Alksne for a fair hearing and she said NO. Ms. Alknse then proceeded to maliciously take everything she

could from me in default judgments where me, my evidence, my witnesses and my ADA coordinators were denied access to my future hearings or trial. This is all because I refused to let this RICO crew abuse my son and use him as a human cash register for federal funding.

During the time Ms. Ratekin was hearing our case and trampling on the rights of me and my children, I filed recusal notices, stays, withdrawal stipulations and other motions with the Presiding Judge, Lorna Alknse who through a serious dereliction of her duty ignored it all. ( D ; W ; HH; II ;PP; TT; YY; ZZ ) When Ms. Ratekin recused, Ms. Alknse is the one who picked up the case. Ms. Alknse, knew exactly what was going on with this case and knew the extent of the fraud of Ms. Ratekin and Dave Schulman and simply tried to cover the whole thing up by denying me, my witnesses, my evidence and my ADA coordinators access to my own hearings or trial. (EEE)

Current orders (THAT HAVE TAKEN ALL MY PARENTAL RIGHTS AND JOINT ASSETS) are based on default judgments and at this point, it appears, that the San Diego Family Court will not give me a hearing or trial where I can present my evidence and witnesses because someone is trying to cover up the massive fraud upon the court of Patti Ratekin, Dave Schulman, Andrea Schuck, Matt Cord, Catie Young. Dave Schulman is currently hounding the DA to sign a warrant for my arrest because my son who is 15 has indicated he is going to live with me and won't participate in anything divorce related going forward because of the abuse at the hands of these interested parties. (A; PP )

# **Relief Requested**

**Presiding Judge Smyth,**

I am moving the court to:

- Recuse Judge Alana Robinson
- Motion the court to be heard by Presiding Judge Smyth in a **fair hearing and or a change of venue.**
- Judicial Notice to acknowledge NULL orders/judgements starting when Ms. Ratekin took this case illegally in Feb 2021.
- Complaint/investigation of interested parties that has been addressed to Presiding Judge Smyth and many others as listed above.
- Remote hearings by Teams as almost everyone does these days
- Evidentiary hearing to simply have a record of all the evidence that all judicial officers have seen but ignored.
- Summary Judgment of 50/50 child custody with a 50/50 split of assets/liabilities. There is zero evidence that would suggest anything other than this equitable solution. And before anyone says this is not a "legal thing" or can't be done, I say of course it can be

done. I have with no evidence, or hearing have been absurdly granted 100/0 with me getting 0 custody and 0 assets. Yeah, real equitable.

# **STATEMENT OF IRREFUTABLE FACTS**

- From the inception of divorce proceedings, family court services recommended 60% custody to me which turned into **50/50 child custody for almost two years which the court adopted. (M)**
- After this approximate two years and two judges, Comm. Patti Ratekin's name comes up to hear the case. Within five minutes, she alarmingly says she sees my son going into a residential home. ( Q) ZERO evidence for this. Ms. Ratekin only spoke to parties for about ten minutes as she needed to leave quickly on a COVID related matter.
- I filed the peremptory challenge the next day. (NN) This was "timely" and before any orders were made and shockingly, Ms. Ratekin denied my peremptory challenge.
- Within two months, Ms. Ratekin takes all my parental legal rights away and threatens/harasses me with "supervised visitation" and "psychological evaluations" No evidence or "good cause" as is required under the law, and it is simply an abuse of power/process and truly despicable. (RR ) Ms. Ratekin brought in minor council and they simply rubber stamped her biased nonsense (put my son in a facility) that never had any validity/evidence and ignored mountains of evidence that opposed Ms. Ratekins biased want to put my son in a facility. ( F)
- Ms. Ratekin ignores a DSM 5 diagnosis of Andrea Schuck while trying to fish/harass me with psychological evaluations although my therapist that was taken right off of my blue shield insurance says I check out just fine. ( N ; O )
- Minor council for my son, Matt Cord, ▇▇▇▇▇ own mother, and the psychologist that ▇▇▇▇▇ mom brings in who is out of insurance network start to exaggerate and manufacture scenarios (J) that are in support of what Ms. Ratekin said she wanted to do within five minutes of meeting parties, which was to put my son in a facility. Ms. Ratekin said this again (her desire to put ▇▇▇ in a facility) on the day she recused and threw in the "supervised visitation" (F) order. The manufacturing and exaggerating of scenarios are so extensive it involves lots of documentation which I have. However, for simplicity at this point, the fact that Comm. Ratekin said it on the first day (a "facility" for ▇▇▇ and the last day is sufficient for this investigation as where else could she be getting all the "evidence" to support that nonsense narrative especially given the evidence/witnesses I have provided that all interested parties have ignored.
- The notion of my son needing to belong in a facility of any kind is/was so bizarre it easily points to the fact that Ms. Ratekin was attempting to child traffic my son for federal funding or worse. (Y) Interested parties signed off on this because they would keep being paid as well. ▇▇▇▇▇ mom signed off on it because she wanted to break our son's strong bond that he has had with me his entire life and would out of irrational resentment

want him to be in a facility than be with me. Please see many sworn witness affidavits that quickly prove this unethical behavior and is more criminal in nature. (Y;  Q;  A)

- I find out that the supervising judges for Commissioner Ratekin had HUGE conflicts of interest. The first, Judge William Wood wife works and is friends with my X wife. The second supervising Judge, Judge Margo Hoy was a founding member of Dave Schilmans law firm. Both Ms. Hoy and Ms. Ratekin now work at Signature Resolution right next door to Dave Schilmans law firm. Clearly, Dave Schulman was aware of these conflicts. Dave Schilmans client, my x wife, absurdly gloated that I would lose because she had "the system" on her side.

- I file many motions to the presiding Judge at the time including but not limited to for Ratekin to recuse, a withdraw of stipulation and a stay. (D; W; II; OO; TT; ZZ) In an alarming dereliction of her duty, <u>Ms. Alksne strikes most from the record and does not follow basic court laws/ethics/protocol where she was required to set aside Ms. Ratekins temporary orders, provide another judge to hear the case and to investigate my serious and easily provable allegations.</u>

- When it was crystal clear that Ratekin believed she was above the law and Alksne would do nothing about it and simply tried to cover it up, I filed a federal lawsuit against Ratekin and read a statement to Ratekin during a hearing demanding her recusal in accordance with the law.(LL) (there is a full recording of this) Ratekin had clearly committed fraud upon the court and all her orders are NULL.( LL). Because I had a massive heart attack (I), I was not able to appeal to be heard on this matter of my federal lawsuit. I am looking into equitable tolling options to hold Ms. Ratekin accountable.

- When ▆▆▆ (15) wrote a letter to the court with five sworn witness affidavits in support of his letter (A) and a witness provided a sworn affidavit regarding illegal activities of my son's psychologist,(J) and ▆▆▆ filed a police report along with a TRO request ON HIS OWN and against his attorney (K; L ), his "attorney" (Matt Cord) out of retaliation and malicious intent, filed an ex parte to take my all-parental rights away.  No evidence to warrant this emergency ex parte and it was simply retaliatory and an attempt to snatch/kidnap ▆▆▆ from my physical custody (as Ratekin had made clear was her intent within five minutes of meeting parties) and remove all my parental rights before this RICO crews scam blew up in their face.  Matt Cord met my son <u>three times</u> for less than a half hour, ignored evidence to assist his client, and ignored his clients requests to be heard by the court.  This scumbag even got into a closed car with my son alone and terrorized/intimidated him because he knew ▆▆▆ was done with his lies/deceit. ▆▆▆ (15) filed a police report against Mr. Cord and filed a TRO against him as well. ▆▆▆ was spoken with INDEPENDENTLY WITH POLICE AND THE COURT. ( A,F,G,P,V,W)

- Here is one overwhelming undeniable example of this RICO crew's collusion of the above-mentioned facts that can easily be proven when reviewing a simple timeline and evidence. I will simply give an overview here and provide dates/details and evidence further in and mostly in exhibits.

I file a witness affidavit (J) that easily proves misconduct by my sons psychologist. ▮ files a letter with the court accompanied by five sworn witness affidavits. (A) And, ▮ files a police report and TRO against his attorney (K; L ), Matt Cord. Once these items hit the court record, my sons "attorney" filed an ex parte. On that same day, I had a massive heart attack with a 6-12% survival rate according to the American Heart Association. (I) The next day at the ex parte hearing, I show up remote from the hospital and request the hearing be denied for lack of any evidence and clearly, I need a continuance as I am in the hospital and the ex parte is in retaliation to my sons letter and the witness affidavit. Even though there is no evidence to warrant this ex parte, Ratekin continues this ex parte to Monday. There are witnesses and recordings of this hearing that occurred on a Thursday. (F) It was crystal clear no orders had changed on this Thursday, and again, witnesses and recordings prove this. Then, on Friday, the opposing council files a motion that supports my sons attorney's motion requesting supervised visitation from his initial ex parte request on Wednesday. Monday comes around and simply because my son is not at first period, Ms. Ratekin says she is going to shut down the hearing to find a "facility" to place my son in. I call Ms. Ratekin out of fraud upon the court and she finally recuses. But, before she recuses she slips in an embarrassing sucker punch of two default judgments and an order for "supervised visitation". (F) So, no Ex Parte was ever heard. Ms. Ratekin put the supervised visitation order on the minuet order from the Thursday I was in the hospital recovering. The minute order (F)contradicts itself suggesting the last line was added in after the fact. AND, there is a recording and witnesses that prove that never happened on that Thursday. So, our case then gets pushed to another judge later in the day (on Monday after Ratekin recused) and where all interested parties are saying I am in violation of the supervised visitation order that I was NEVER informed of that they are all claiming was made on Thursday. NOW, if all interested parties are saying this was ordered on the Thursday and Ms. Ratekin put that order on the minutes order on that Thursday but there is a recording and witnesses that prove that never happened on that Thursday, the collusion IS irrefutable. Even if minor council is allowed ex parte communications, how did opposing council know about it. Opposing council, Sara Bear, indicated to the court on that Monday afternoon that Ratekin in fact did order the supervised visitation on Thursday. Clear record of this. Ms. Bear just got caught lying and it is easily proven. And further, why would the opposing council (Sara Bear) file a motion requesting supervised visitation on Friday if it had indeed been ordered on Thursday as they are all now colluding happened. Further, the supervised visitation order was ridiculous and maliciously based on a witness affidavit. ( J ) The witness affidavit simply signed a sworn affidavit of a crime committed by ▮ psychologist. To order supervised visitation on a witness affidavit of this nature clearly points to malicious desperation on the part of Comm. Patti Ratekin as she saw this RICO crews scam falling apart. Because it is clearly obvious that the supervised visitation order was not ordered on Thursday, it was obvious that it was added in on the Monday when Ratekin recused along with her slipping in the two default judgements. Slipping this malicious garbage in the day she recused simply because she knew her little RICO scam had failed should be grounds to be disbarred.

Once Ms. Ratekin recused, and in lay terms, and in short, Alknse simply piled on all the NULL/VOID orders of Ms. Ratekin which makes Ms. Alksne orders/judgements NULL/VOID

as well according to law/case law.  In addition to "piling on" the NULL orders of Ratekin, Ms. Alknse denied me, my witnesses, me evidence, my ADA coordinators access to my own hearings and trial. (HH) Ms. Alknse hides behind the color of law when she says that she ordered me to show up in person to court when these days remote hearings are so commonplace. (KK)  And, given the facts of: my cardiologist, my therapist, my ADA coordinators all indicated remote hearings were in order (I) and the fact that the NULL orders in place would suggest a warrant for my arrest and Alknse not giving me an opportunity to present my evidence and witnesses makes her obvious INTENT, to any reasonable person, worthy of being disbarred. Proper court protocol for SERVICE was almost never followed once Alksne took this case!

- Between the time that Comm. Ratekin recused, and Judge Alknse took over the case I contact all interested parties and file the necessary paperwork for remote hearings which everyone does these days anyway.  With my heart attack, I had complications.  My cardiac specialist was worried I would die, and he wrote a letter to this effect that everyone has/had.( B; I )

- Long story short, when Ms. Alksne started to hear the case, she said I needed to turn over my son based on the NULL orders of Ms. Ratekin regarding supervised visitation ( F). The order is absurd as it clearly contradicts itself which easily suggests it was added in after the fact.  I respectfully indicated no to Ms. Alksne and provided all my legal reasons including conversations I had with the police and the FBI.  And, to top it off, I won't run the risk of my son illegally being placed in a residential home after all my parental rights have been illegally taken from me on paper and my son himself who is 15 has indicated he will not leave my custody due to the abuse this crew has caused him.

- Every order/judgment since Ms. Ratekin took this case is NULL per the law of the land (I.E., our US Constitution).  I have reserved my federal rights. (GGG) Ms. Alknse was so ticked off that I would not turn over my son, she simply railroaded through orders over the next few months and denied me, my evidence, my ADA coordinators access to the court.  This blatant denial of rights under color of law prompted me to serve on Ms. Alknse a citizen's arrest under Federal law.  ( KK)

- The obvious intent of me being required to show up in person would be so I could be intimidated, harassed, bullied, arrested, and then someone would be sent out to kidnap my son from me.

- I mostly raised our son, and he has been in my custody 100% for over a year now.  He is doing fantastic and there is zero chance I will let anyone continue to harass him.( A; KK; A)

- What the San Diego family court has done so far, including Judge Robinson now, appears to simply be trying to cover up for this scam.  I filed an ex parte (OO)that easily qualifies as an ex parte that was denied by Robinson.  This ex parte was dealing with ONE issue. Custody of our son.  There is not even a custody question here to be disputed according to law and case law as ▮▮▮▮ is 15 and has very competently indicated he wants to live with me.  All the witnesses (JJ) and evidence easily point to the fact this is also in ▮▮▮▮ best interests.  Concerning is that Judge Robinson further had the clerk instruct me to follow the void default orders that she has the evidence to easily know the truth here or to

at least have a fair hearing to simply clear the matter up. The fact that Judge Robinson would not do the correct thing here to further justice is just more deprivation of rights under color of law. ( OO; PP; QQ)

# POINTS AND AUTHORTIES

(i.e., crystal clear law/case law why Judge Robinson is required to recuse)

- If a judge's attitude or state of mind leads a detached observer to conclude that a fair and impartial hearing is unlikely, the judge must be disqualified." [Emphasis added]. Liteky v. U.S., 114 S.Ct. 1147, 1162 (1994).
- Courts have repeatedly held that positive proof of the partiality of a judge is not a requirement, only the appearance of partiality. Liljeberg v. Health Services Acquisition Corp., 486 U.S. 847, 108 S.Ct. 2194 (1988) (what matters is not the reality of bias or prejudice but its appearance); United States v. Balistrieri, 779 F.2d 1191 (7th Cir. 1985) (Section 455(a) "is directed against the appearance of partiality, whether or not the judge is actually biased.")
- ("Section 455(a) of the Judicial Code, 28 U.S.C. §455(a), is not intended to protect litigants from actual bias in their judge but rather to promote public confidence in the impartiality of the judicial process.").
- That Court also stated that Section 455(a) "requires a judge to recuse himself in any proceeding in which her impartiality might reasonably be questioned." Taylor v. O'Grady, 888 F.2d 1189 (7th Cir. 1989). In Pfizer Inc. v. Lord, 456 F.2d 532 (8th Cir. 1972), the Court stated that "It is important that the litigant not only actually receive justice, but that he believes that he has received justice."
- The Supreme Court has ruled and has reaffirmed the principle that "justice must satisfy the appearance of justice", Levine v. United States, 362 U.S. 610, 80 S.Ct. 1038 (1960), citing Offutt v. United States, 348 U.S. 11, 14, 75 S.Ct. 11, 13 (1954). A judge receiving a bribe from an interested party over which he is presiding, does not give the appearance of justice.
- "Recusal under Section 455 is self-executing; a party need not file affidavits in support of recusal and the judge is obligated to recuse herself  sua sponte under the stated circumstances." Taylor v. O'Grady, 888 F.2d 1189 (7th Cir. 1989).
- Further, the judge has a legal duty to disqualify himself even if there is no motion asking for his disqualification. The Seventh Circuit Court of Appeals further stated that "We think that this language [455(a)] imposes a duty on the judge to act sua sponte, even if no motion or affidavit is filed." Balistrieri, at 1202.
- Judges do not have discretion not to disqualify themselves. By law, they are bound to follow the law. Should a judge not disqualify himself as required by law, then the judge has given another example of his "appearance of partiality" which, possibly, further disqualifies the judge. Should another judge not accept the disqualification of the judge, then the second judge has evidenced an "appearance of partiality" and has possibly

disqualified himself/herself. None of the orders issued by any judge who has been disqualified by law would appear to be valid. It would appear that they are void as a matter of law, and are of no legal force or effect.

- Should a judge not disqualify himself, then the judge is violation of the Due Process Clause of the U.S. Constitution. United States v. Sciuto, 521 F.2d 842, 845 (7th Cir. 1996) ("The right to a tribunal free from bias or prejudice is based, not on section 144, but on the Due Process Clause.").

- Should a judge issue any order after he has been disqualified by law, and if the party has been denied of any of his / her property, then the judge may have been engaged in the Federal Crime of "interference with interstate commerce". The judge has acted in the judge's personal capacity and not in the judge's judicial capacity. It has been said that this judge, acting in this manner, has no more lawful authority than someone's next-door neighbor (provided that he is not a judge). However, some judges may not follow the law.

## POINTS AND AUTHORTIES

(i.e., crystal clear law/case law why ███ (15) remains in my custody)

- **California Family Code Section 3042 7 3042**

(a) If a child is of sufficient age and capacity to reason so as to form an intelligent preference as to custody or visitation, the court shall consider, and give due weight to, the wishes of the child in making an order granting or modifying custody or visitation.

- **Coursey v. Superior Court (Coursey) (1987)**

In short, this case law says that the parent of a 14-year-old can't be put in jail for contempt of court when the child simply does not want to go. And, I have a very clear record of going out of my way to try to help facilitate a better relationship between mother and son in this case. The issues ███ has with his mother surrounding this divorce are hers and hers alone. She has made horrific comments to her son such as telling him if he wants to live with me more, she will sell his bed and other possessions at her home and that he is not on the autism spectrum at all but just really stupid. The "issues" ███ mom has with her son started when ███ was born. Out of irrational resentment, ███ mom simply would not give ███ a little flexibility for his wellbeing during these divorce proceedings and is why we are here today. No matter how convoluted Dave Schulman tries to make these divorce proceedings in his effort to misdirect from the truth which is something to be heard at other hearings.

- **Hooks v. Hooks United States Court of Appeals (1985)**

"It is well-settled that parents have a liberty interest in the custody of their children. Hence, any deprivation of that interest by the state must be accomplished by procedures meeting the requirements of due process." When both Ms. Ratekin and Ms. Alknse ILLEGALLY AND UNETHICALLY SNATCHED MY CHILDREN on paper and in DEFAULT JUDGEMENTS, not only was there no due process but a massive abuse of process that is covered under California Civil Code

# **POINTS AND AUTHORTIES**

(i.e., crystal clear law/case law why Comm. Patti Ratekin and Judge Alksne orders/judgements are NULL)

Most of these are the same as listed above for Judge Robinson, however, here are some more points and authorities for these two judicial officers.

Both Ms. Ratekin and Ms. Alksne have disregarded significant presented evidence while fishing for crumbs of nonsense to support their biased narrative. (N; 0) Are one good example. They both have maliciously inflicted emotional harm on me and my children. Their Judicial misconduct and deceptions are blatant, egregious, and worthy of being disbarred.

- Judges do not have discretion not to disqualify themselves. By law, they are bound to follow the law. Should a judge not disqualify himself as required by law, then the judge has given another example of his "appearance of partiality" which, possibly, further disqualifies the judge. Should another judge not accept the disqualification of the judge, then the second judge has evidenced an "appearance of partiality" and has possibly disqualified himself/herself. None of the orders issued by any judge who has been disqualified by law would appear to be valid. It would appear that they are void as a matter of law, and are of no legal force or effect.
- Both Ratekin and Alksne and Matt Cord are disregarding family code section 3042 - C.R.C. RULE 5.250; TESTIMONY OF MINORS. (A)
- Code of Civil Procedure section 1085. Both Comm. Ratekin and Judge Alksne have abused their discretion in many ways awarding anything less than 50/50 child custody. Speelman v. Superior Court (Speelman) (1983) 152 Cal. App. 3d 124. Abuse of discretion to order a change of custody without finding a substantial change of circumstances affecting the child.
- Stipulations for a temporary judge needs to be in writing – This is clearly not the case with Ms. Ratekin.
- Under 2.818, under disqualifications of a temporary judge, "if in a family law case, if one party is self-represented and the other party is represented by an attorney, the attorney MAY NOT serve as a temporary judge".
- With all the motions I filed (including a peremptory challenge) for a recusal of Ratekin and Alksne, **there are court rules and procedures that are required to be followed**

**regarding recusals, set aside orders and investigations under: Rule 2.810, 2.816, 2.818; CCP 170.6, 170.3, 170.1; Judicial canon: (3)(B)(4)(5)(7)(8). NONE of them were followed as both Ratekin and Alksne** simply ignored and clearly acted as if they were above the law.

The more I knew there was something very wrong here and voiced my concerns the more I was harassed with common thug mentality of psychological evaluations and holding my kids hostage away from me (i.e. supervised visitation) if I would simply not go along with the raping of me and my children. ( P; V; W; II)

- ✓ Ms. Ratekin disregarded my peremptory challenge. Ratekin had only spoken with parties for about ten minutes and no orders were made or arguments even heard. This peremptory challenge was timely and was required under the law to be honored and at a minimum, ethically honored. (RR)
- ✓ Ms. Ratekins Supervising Judge's wife is friends and works with my x wife.
- ✓ Ms. Ratekins Supervising Judge was a founding partner of opposing councils law firm
- ✓ Ms. Ratekin removed "parental rights" without ANY evidence to warrant such an order (RR)
- ✓ Ms. Ratekin ignored my motions for her to recuse as did Presiding Judge Alksne.
- ✓ Ms. Ratekin ignored my federal case I filed against her.
- ✓ Ms. Ratekin maliciously ordered "supervised visitation" on the day she recused based solely on a witness affidavit (J; F)that reported illegal activities of ███ psychologist. Shortly after this witness affidavit hit the court record along with ███ letter to the court (A), which was accompanied by five sworn witness affidavits, ███ attorney, Matt Cord, with no evidence, requested an ex parte to take my parental rights from me. I was recovering in the hospital on this day from a massive heart attack and this ex parte was **never** heard and is why Ratekin based supervised visitation simply on the witness affidavit. This witness affidavit was the reporting of a crime of ███ psychologist.

## Ms. Patti Ratekin concerning quotes

Biased quotes from Comm. Ratekin with no facts in evidence from ONLY the first day she met parties, the first day of trial and the last day she heard from parties and the day she recused. ( Q)

• "Because the place where I see your child heading is some kind of 24-hour school where he's going to be in a boarding school type of situation". This was said by Ratekin **within minutes** of meeting the parties with no facts in evidence to support that baseless nonsense. **On the last day** Ratekin heard the parties and the day she recused, she said she was shutting the ex parte hearing down to "locate a facility" for the minor, ███ There is an audio recording of this entire hearing.

• Ms. Ratekin biasedly listened to and cherry picks opinions about me from the children's therapist who had also done family counseling with us. But when I ask questions to follow up with the therapist at the first day of trial, Ratekin shuts me down with "no, they are not a recommending therapist". Ratekin was simply selective and one sided on what she wanted to hear to steer proceedings and anyone who reads the court transcripts will know that fact. And, when I ask for the therapist to be recalled, I am denied this request. Why? Oh, because Ratekin does not want to have something said that steers the proceedings away from what she wants. The child therapist should not have even been there. Ms. Ratekin would not listen to the minor ███████ (14); would not listen to ███████ behavioral therapist; ignored my therapist letter right off my blue shield insurance that said I check out just fine mentally; ignored a DSM 5 diagnosis of Petitioner and was fine with Dave Shilman threatening the San Diego Regional Center with an injunction if they gave me and my children services.

• "you have a child, {███████ who is overpowered, spoiled, disruptive, and has behavioral problems. I don't listen to kids like that." Yeah, no facts in evidence for this but that does not stop Ms. Ratekin from throwing that nonsense around. ███████IEP case manager from school and so many witnesses say the exact opposite but of course Matt Cord and Ratekin simply cherry pick and ignored all the sworn affidavits if the file.  **And, at Petitioners deposition, she confirmed all the witness affidavits in support of me where an accurate representation of me and my relationships with my children.**

• "Frankly, he {███████ is really close to being put in a boarding school." No facts in evidence to support that.

• "He's {███████ over enmeshed with you" - just ridiculous. No facts in evidence to support this nonsense. All interested parties are throwing around the word "enmeshed" in an unhealthy relationship but when I ask where the term is coming from, I find out it was an opinion of petitioner's own therapist who had never even seen me or ███████ Doubling down on unethical behavior, Ratekins still defends the word "enmeshed" to describe the relationship I have with my son although nothing in evidence to suggest that nonsense at all.

• "You're teaching your daughter, sir, to accept a man who loves somebody else more than her" … "probably another woman".. No facts in evidence to support this and it is appalling that Ratekin would even say it given the fact she does not know me or my daughter and there is not a shred of evidence to support that garbage.

• "and frankly, I had an expert from Harvard and Brown describe this as terrorizing your child" This was the first day she met parties. Definitely not facts in evidence for it and this is also a cannon violation for her to be conducting her own investigation!

• When I ask Ms. Ratekin for clarification on where she is getting most of this nonsense from, she deflects and says, "sir, we're in the middle of..." … we had just come back from a break and were not in the middle of anything.

• I ask petitioner if she would be willing to just settle 50/50 with a custody advisor to make the tie breaker decisions and Ms. Ratekin says; "The court will not allow that" and that I got "bad advice" for even suggesting it.

• I ask where the term "enmeshment" comes from regarding ▆▆▆ and I. Ms. Ratekin says; " Sir, one of the problems we're running into here its not just ▆▆▆ its you". She goes on without specifying anything or facts in evidence to agree with petitioner and minor council that I am in an unhealthy enmeshed relationship with my son. Again, no facts in evidence for this and she says, " Its your conduct that's leading us to believe that your enmeshed with your child". Again, ridiculous with no facts in evidence from anyone like a professional 3rd party who has said this. Simply outrageous.

• When I am questioning ▆▆▆ IEP case manager that knows ▆▆▆ VERY WELL, Ms. Ratekin tries to shut down my line of questioning because it makes her and minor council look ridiculous in their assertions because the IEP case manager simply disagrees with them, and it is obvious. Ms. Ratekin says, " I am telling you not to go there and you're going there anyway, and frankly, it is not surprising that ▆▆▆ is out of control because he is watching you do it" … "if you ask one more question that leads to a custody evaluation recommendation, I am going to cut off your questioning". I have always had a professional demeanor in court and I can prove it with recordings.

• Ms. Ratekin is panicked trying to shut down ▆▆▆ IEP case manager who is pretty much an expert witness with her impressive resume. "she doesn't get to opine on that...she is not qualified." as Ms. Ratekin says. This expert witness trumps Ratekins limited biased opinion any day of the week and Ratekin tries to steer away from all the good things she has to say about ▆▆▆ If anyone reads the transcript from the first day of trial, Ms. Ratekin, Mr. Cord, Catie Young, Dave Schilman all look ridiculous and is likely why Ms. Alksne declared that first day a mistrial and then proceeded to have another trial without me and denied me, my evidence, my witnesses, my ADA coordinators access to my own trial. My cardiologist was the one who suggested getting ADA coordinators to assist me. The San Diego Court is committing a violation that has been referred to the Justice department.

• The last day Ms. Ratekin met with parties right before she finally recused herself, she postponed the hearing simply because ▆▆▆ was at Starbucks instead of 1st period and said "I may need to look for some kind of facility to put him in..." When I reminded the court that this is what it has been obvious that she has been trying to do with not facts in evidence since the first day she met the parties, she hangs up the MS Teams call on me and I find out a bit latter she finally recused herself. **There is a full recording of this hearing.** (Ex Q)

## Conclusion

In order to further justice and in accordance with state and federal laws as well as ethical standards set by both state and federal guidelines, I move this court to do the following:

- Recuse Judge Alana Robinson
- Judicial Acknowledgment that all orders/judgments as null/void and or vacate starting when Ms. Ratekin started to hear the case in February 2021.
- Grant remote hearings as is required under the ADA and common decency.
- Order investigation of interested parties regarding this complaint.
- Evidentiary hearing to hear all the evidence that all interested parties and judicial officers have seen but are ignoring to a criminal level.
- Grant a summary judgment of 50/50 of custody, assets, liabilities so I am my children can escape this manufactured "high conflict" scenario and heal from the intentional trauma caused by the intentional deception of all those listed above. There is zero evidence that would suggest anything other than 50/50. As I have said many times, the only additional consideration would be for the children to go back and forth between our homes as what would be in their best interests on an as needed basis. I know the court can do this because on a default judgment, I got 100/0 split with me of course getting 0.
- Provide corporate insurance information that is being requested of all interested parties.

## **Recusal of Judge Robinson**

The evidence is simply overwhelming for a recusal of Judge Robinson due to bias.

The bias of her simply ignoring the undeniable and irrefutable evidence that has been presented to her for the ex parte (OO) to easily and simply settle the issue regarding custody of ▮▮▮ (15). In addition to displaying her bias, Judge Robinson had the court clerk indicate that I follow the current void DEFAULT JUDGMENTs that are so absurd as me, my evidence, my witnesses and ADA coordinators were denied access to my own trial.

The evidence as has been laid out here and in previous motions that clearly prove that the orders/judgments coming from Ms. Ratekin and Ms. Alksne are NULL. The recent denied ex parte was a simple way according to many, including the District Attorney's office to resolve the custody matter of ▮▮▮ (15). In addition to denying my request that could have easily resolved this issue, Ms. Robinson biasedly felt the need to have the clerk remind me of the current three default judgements where the current orders are stemming from where me, my evidence, my witnesses, my ADA coordinators were denied access to my own trial. By telling me to obey the NULL orders from a default judgment on top of that and to clearly put my son in harm's way and against his wishes and rights is biased and disturbing. This is and continues to be a denial of rights under color of law.

Under the rules of court, **C.C.P Section 170.1 subdivision (a)(6)(C),** Judge Robinson must be disqualified for her blatant bias and obvious obstruction of justice.

- The contested issue that should have been heard ex parte ( OO) was/is regarding the custody of ████████(15). There is no issue regarding this custody as ████ is 15. He is competent to state he is going to live with me and the evidence that this is in his best interests is extensive and all interested parties have seen this extensive evidence and have CRIMINALLY ignored. ( A ; Y ; Q). To any reasonable person, Judge Robinson did not want to hear this case to hear the evidence that clearly and legally puts custody of ████ Emert with me.

- Judge Robinson clearly has seen the ex parte she denied with the evidence that clearly shows there is NOT an issue regarding custody of ████████(15). (OO) In addition to denying the ex parte where she has reviewed irrefutable evidence indicating there is no custody issue, she instructed the clerk to tell me to abide by the default judgement where me, my evidence, and witnesses were denied access to my own TRIAL which included telling me to surrender my son who is 15, who I raised, and who has been in my physical custody for over a year now. ( A ; Y )  By Judge Robinson clearly ignoring all the evidence/laws/case laws proving there is not a custody issue as laid out in my ex parte request and simply telling me to abide by the "default judgement" where me, my evidence and witnesses were denied access to my own trial WOULD ABSOLUTELY MAKE A PERSON AWARE OF THESE FACTS RESONABLY ENTERAIN A DOUBT THAT THE JUDGE WOULD/IS ABLE TO BE IMPARTIAL.  And as such, the law is clear on this matter and the recusal of Judge Robinson must recuse under 170.1. Judge Robinson is blindly or intentionally obstructing justice in an openly biased manner and any reasonable person will see it this way.


- The San Diego District Attorney's office has indicated this is an emergency that needed/needs to be settled quickly. Opposing council, Dave Schulman, is trying to use his connections at the District Attorney's office to put me in jail before I can have my fair day in court so he can save his deflated reputation. Dave Schulman is a con man who deserves to be disbarred and his blatant and constant misrepresentation will come due on him. He has terrorized me, and my children and any reasonable person will know this to be true by reviewing all the evidence, some of which is with this motion and in documents filed.  He has instructed his client to try to get me arrested, file a fraudulent TRO which backfired on him as his client is the one that got arrested. (T)  Also, here is one example of his blatant misrepresentation in an email to minor council. (CCC) I have Many witnesses to attest to their personal knowledge regarding Schilman and his abuse of process and "favors" to get stuff done illegally within the divorce industry.


Through the "default judgment" that Judge Robinson is biasedly ordering me to follow, I have, with zero evidence, had all my parental rights stolen from me on paper based on corruption, bias, and divorce industry games.  This has terrorized me and my children and almost killed me with a

massive heart attack while this divorce industry tried to child traffic my son into a residential facility for profit and divorce leverage and I have not seen my daughter in a year.  (B ; I )

This is not simply a high conflict divorce with he said vs she said.  This is straight up corruption, and I am positive a jury will be seeing it this way as well.  In the meantime, I am hoping someone in the San Diego Family Court simply does the legally and morally correct thing.

## **Motion to be heard by Presiding Judge Smyth**

Motion to be heard and or a change of venue for hearing.

"A litigant has the constitutional right to an unbiased judge" People v. Brown (1993) 6 Cal.4th 322

## **Remote hearings**

Remote hearings are a given to anyone these days. I have a cardiologist letter recommending remote hearings. I have ADA coordinators and therapists recommending remote hearings. (B; I ) Even after the order was made for all parties to show up personally, exceptions have been made for everyone at different times including opposing council.  I almost died due to this RICO's crews harassment of me and my children and it is only me up against one of the biggest law firms in San Diego. There is zero reason for me to not be granted remote hearings other than harassment, coercion, retaliation. Further, given the evidence, it is abundantly clear the goal of some is to not give me my fair day in court unless I come into the court where I am then arrested, and my child kidnapped from me. So many things legally and ethically wrong with this but lets keep it simple with a deprivation of rights under color of law which is what I have generally been a victim of ever since Ms. Ratekin started to hear this case in February 2021.

I am a victim of Legal Abuse Syndrome, and I will not be coming in physically to court to continue to be terrorized and bullied.

I respectfully demand my ADA accommodations that do meet ADA guidelines for simple remote hearings and ADA coordinators. (B; I; Z)

## **Judicial Notice to acknowledge NULL orders starting from Ratekin hearing case in Feb 2021**

Appellant hereby requests that the Court take judicial notice under Evidence Code section 459 and 452(h).

On multiple occasions, this Court has been made aware of many facts that would cause any reasonable person to easily see the malicious bias that both Ms. Ratekin and Ms. Alksne have

blatantly displayed but have declined to place the matter on the record AND refused to vacate/set aside the judgments as they were maliciously and fraudulently entered.

"Courts are constituted by authority, and they cannot go beyond that power delegated to them. If they act beyond that authority, and certainly in contravention of it, their judgements and orders are regarded as NULLITIES; they are not voidable, but simply void, and this even prior to reversal." WILLIAMSON v. BERRY, 8 HOW. 945,540 12 L. Ed. 1170, 1189 (1850). It has also been held that "It is NOT necessary to take any steps to have a void judgment reversed, vacated, or set aside, It may be impeached in any action director, collateral.' Holder v. Scott, 396 S.W.2d 906, (Tex.Civ.App., Texarkana, 1965, writ ref., n.r.e.). A court 'cannot confer jurisdiction where none existed and cannot make a void proceeding valid.' It is clear and well established law that "a void order can be challenged in ANY court", OLD WAYNE MUT. L. ASSOC. v. McDONOUGH, 204 U. S. 8,27 S. Ct. 236 (1907). Judgment is a void judgment if court that rendered judgment lacked jurisdiction of the subject matter, or of the parties, or acted in a manner inconsistent with due process, Fed. Rules Civ. Proc., Rule 60(b)(4),28 U.S.C.A., U.S.C.A. Const.")

Fraud upon the court is committed when a representative of the court – mediators, evaluators, administrators, special appointees, lawyers, judges, referees, guardian ad litem, parenting time expeditors and rule 114 neutrals – fraudulently present facts to the court that interfere with a just and equitable decision making process. This is an extremely serious crime, and so in dire opposition to the definition of justice that this crime is NOT subject to any statute of limitations. Kenner v. C.I.R., 387 F.3d 689 (1968); 7 Moore's Federal Practice, 2d ed., p. 512, ¶ 60.23 defines this crime as one that prevents the court from working in an impartial manner. A similar case, Bullock v. United States, 763 F.2d 1115, 1121 (10th Cir.1985) kind of fraud is aimed at how the justice system works and is not a fraud between parties, etc. It is deliberately intended to influence the system and the judge and the impartial rendering of a judgment. In other words, the just functioning of the court has been corrupted by fraud upon the court.

Given the overwhelming evidence, Comm. Patti Ratekin simply lost subject matter jurisdiction and all her orders/judgments are NULL. Presiding Judge Alknse at the time did not due her due diligence under rules/laws/protocols of court to set aside Comm. Patti Ratekin orders/judgments. Further, Ms. Alknsne piled on top of NULL orders which makes her orders NULL as well when she alarmingly ordered a mistrial of the first day of TRIAL from Ms. Ratekin and then proceeded to carry on with hearings and my own trial without me and denied me, my witnesses, my evidence, my ADA coordinators access to my own trial. Ms. Alksne saying/ordering me to show up in person goes against ADA accommodations, rules of court and basic common decency. Not to mention, she allowed opposing council to appear remote after her "order" that all parties had to show up in person. Her intent was clear Judicial Deception and misconduct because it was clear her intent was to carry out the NULL orders which would ultimately put me in jail for not handing over my 15-year-old son to be abused and used as a human cash register. Never going to happen on my watch.

Lets briefly recap a fraction of this fraud upon the court:

Comm. Patti Ratekin, Lorna Alknse, Matt Cord, Catie Young, Dave Schilman;

Ignored MOUNTAINS of data that included; many sworn witness affidavits and witnesses that include teachers, vice principals, IEP teams/case managers, ▮▮▮▮ own words, (A; JJ; Q; Y)text messages/pictures from concerned parents of Ms. Schucks behavior, (E; R; SS; JJJ)Ms. Schucks domestic

Exhibit O
99

violence arrest and then how she tried to get me thrown out of my house the next day and didn't tell the court she was arrested the day before. (T)

And then, with their corrupt bias took all my parental rights away, tried to place my son in a "facility" residential home, are currently trying to put me in jail, and have kept my daughter from me for over a year.

Based on what?

Interested parties/"officers of the court" claim I spoke to the children about divorce related matters and kept terrorizing me to the point where I am justifiably upset, have legal abuse syndrome and almost died from a massive heart attack. And, this was done while ignoring the mountains of evidence included with this document that they have all seen and continue to try to manufacture a narrative based on crumbs of nonsense.


## Conduct an investigation of this case

The DOJ has already referred this to the FBI. I am sending this motion to the CJP, the BAR, the DA and a few others. It would be nice to see the San Diego Family Court taking some accountability and conducting a proper investigation. The evidence I have provided is substantial.


## Summary Judgement

50/50 child custody and 50/50 split of assets/liabilities. I know the court can do this because with no evidence, this court actually did a 100/0 split of child custody and assets/liabilities with me of course getting 0. I actually got way worse than zero. The current NULL default orders are so absurdly ridiculous, it is almost comical that someone thinks they can get away with it. By simply standing up for my rights and those of my children's, I was crushed to the point of almost dying. I can see why most people can't or won't go down this road. Nobody will ever abuse my children while I have one breath left in my being to say or do something about it.


## Evidentiary Hearing

Pretty simple concept. Lets look at the evidence. All current orders are based on absurd default judgments with no credible evidence any reasonable person in a jury will believe when presented accurate data/evidence.

The judiciary's preference to resolve matters on their merits rather than by procedural default. It has always been the policy of the courts in California to resolve a dispute on the merits of the case rather than allowing a dismissal on technicality. Harding v. Collazo (1986) 177 Cal.App.3d 1044, 1061 [223 Cal.Rptr. 329] (Acting P.J. Liu, dissenting). The trial of a lawsuit is not a game where the spoils of victory go to the clever and technical regardless of the merits, but a method devised by a civilized society to settle peaceably and justly disputes between litigants.

The trial judge's duty to avoid a miscarriage of justice. The trial judge has a "duty to see that a miscarriage of justice does not occur through inadvertence." Lombardi v. Citizens Nat. Trust & Sav. Bank (1951) 137 Cal App.2d 206, 209, [289 P.2d 8231].

## California Public Records Act ("CPRA") request seeking the following from all interested parties including DCSS, the county of San Diego and the San Diego Superior Family Court:

This is a request under the Freedom of Information Act, The Sunshine Act, and Calif. Public Records Act: Gov't Code §6250-6268. I request that a photocopy of the following documents be provided to me:

Copy of your Public Official Surety Bond to California Revised Code 460.1.

A photocopy of your Errors & Omissions (E&O), a Surety Liability Insurance policy, and the Duty of Care policy if applicable.

A photocopy of your Risk Management Policy if applicable.

The documents should indicate the policy number and the insured amount of the policy.

A photocopy of the Certificate of Liability if applicable.

Public Officials and/or any other bonds pertaining to proof of liability and policies. **Based on any and all loses of financial responsibility due to negligence or dishonesty. Any and all based on the contract of terms and conditions.

A photocopy of the Faithful Performance Bond if applicable.

A photocopy of the Fidelity Bond if applicable.

A photocopy of the Public Employee Dishonesty Policy if applicable.

A photocopy of the Public Employee Blanket Bond if applicable.

A photocopy of the Statutory Bond if applicable.

A photocopy of the power of attorney for the surety bond company.

A photo copy of the Blanket Bond power of attorney for the surety bond company if applicable.

A photocopy of your oath of office.

Public Official Surety Bond requests fall under the Freedom of Information Act (FOIA), 5 U.S.C. § 552, The Sunshine Act 5 U.S.C. § 552b, and Public Records Act: Gov't Code §6250-6268 by law you are obligated to supply me with this information.

According to California Revised Code 460.1. Public officers and employee's official bonds: The county recorder shall record the bond and return it to the county officer with whom it is required to be filed. Such officer shall keep the bond on file for one year following the expiration of the term of the office for which the bond was issued at which time said bond may be destroyed or otherwise disposed of.

You are obligated to maintain a copy of your bond during the time you serve in office and for one year after your term has ended. Please supply me with a copy of this bond within (72) hours after receiving this request. If you fail to supply me with a copy of the bond you are in direct violation of the law.

## **Background**

This is simply a more detailed accounting for the investigators.


Three years of harassment by Dave Shilman and Andrea Schuck. The paper trail is simply irrefutable.

For almost two years (Sept 2019 – Feb 2021), the court adopted a 50/50 child custody arrangement as recommended by family court services. I was initially granted 60% as a stay-at-home parent that ████ (15) was especially close to. (M) After approximately two years, in comes Comm. Ratekin who criminally deprives me ( a self-represented litigant) of parental rights without proper evidence or hearing. (RR) A Commissioner according to court rules is not even supposed to be hearing this case as the other party is represented and I am/was not. (Rule 2.818) I even filed the peremptory challenge that was illegally denied by Ms. Ratekin. (RR) I shockingly find out latter that Ms. Ratekins supervising judge's wife (Judge William Wood) is friends and works with my x wife! When that Supervising judge recuses, the next supervising judge (Margo Hoy) was a cofounder partner of opposing councils law firm, and that judge was buddies with then presiding Judge Alksne who took overhearing my case when Ratekin recused. These two prior court officials (Patti Ratekin; Margo Hoy) are now working at Signature Resolution right next to Dave Schulmans law firm. Gee, what a coincidence. Within five minutes of meeting parties, Ms. Ratekin made it clear that her intent was to place ████ (15) in a "facility" (Q) regardless of evidence to the contrary not to mention the notion of a facility for ████ is/was so bizarre, at best, it points to Ms. Ratekin trying to child traffic my son for federal monies. I file the peremptory challenge (RR) against Ratekin the day after she met parties and she had only spoken with parties for about ten minutes before she had to leave on an urgent