SUSANNE C. KOSKI, State Bar No. 176555
CARMELA E. DUKE, State Bar No. 270348
Superior Court of California, County of San Diego
1100 Union Street
San Diego, California 92101
Telephone: (619) 844-2382

Attorneys for Defendants The Honorable
Patti C. Ratekin, Retired Commissioner of the Superior Court
of California, County of San Diego, The Honorable
Lorna A. Alksne, Retired Judge of the Superior Court of
California, County of San Diego, and The Honorable David J.
Danielsen, Retired Judge of the Superior Court of California,
County of San Diego

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT EMERT,<br><br>Plaintiff,<br><br>v.<br><br>LUIS VENA; ANDREA SCHUCK; MATTHEW W. CORD; PATTI C. RATEKIN; DAVID S. SCHULMAN; LORNA A. ALKSNE; DAVID J. DANIELSEN; MOORE, SCHULMAN & MOORE; ROBERT OLAGUE, AND DOES 1-20 inclusive,<br><br>Defendants. | Case No. 23cv0230-RSH-AHG<br><br>**DECLARATION OF CARMELA E. DUKE IN SUPPORT OF DEFENDANTS COMMISSIONER PATTI C. RATEKIN, JUDGE LORNA A. ALKSNE, AND JUDGE DAVID J. DANIELSEN'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE**<br><br>Date:   April 7, 2023<br>Crtrm:  3B (Schwartz)<br>Judge:  The Honorable Robert S. Huie<br><br>**PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT** |

DECLARATION OF CARMELA E. DUKE

23cv0230

I, CARMELA E. DUKE, declare as follows:

1. I am licensed to practice law in the State of California and employed as a litigation attorney by the Superior Court of California, County of San Diego. I represent Defendants the Honorable Patti C. Ratekin, Retired Commissioner of the Superior Court, County of San Diego ("Commissioner Ratekin"), the Honorable Lorna A. Alksne, Retired Judge of the Superior Court of California, County of San Diego ("Judge Alksne"), and the Honorable David J. Danielsen, Retired Judge of the Superior Court of California, County of San Diego ("Judge Danielsen") (hereinafter collectively "Judicial Defendants"), in the above-captioned matter.

2. I have personal knowledge of the matters stated herein and, if called as a witness, would competently testify thereto.

3. The following documents, which are attached to Judicial Defendants' Request for Judicial Notice in Support of the Motion to Dismiss Plaintiff's Complaint with Prejudice, are true and correct copies of the documents below. Pages of the exhibits with private and/or sensitive information of the relevant portions of superior court case records have been redacted.

Exhibit A: Minutes of the Family Court, *Andrea Emert v. Robert Emert*, Superior Court of California, County of San Diego ("SDSC"), Case No. 19FL010852N, filed February 25, 2021;

Exhibit B: Minutes of the Family Court, *Andrea Emert v. Robert Emert*, SDSC Case No. 19FL010852N, filed October 4, 2021;

Exhibit C: Docket, *Robert Anthony Emert v. Commissioner Patti C. Ratekin*, United States District Court, Southern District of California, Case No. 21-cv-01570-BTM-AHG;

Exhibit D: Complaint, *Robert Anthony Emert v. Commissioner Patti C. Ratekin*, United States District Court, Southern District of California, Case No. 21-cv-01570-BTM-AHG, filed September 7, 2021;

| | |
|---|---|
| Exhibit E: | Order Granting Motion to Proceed in Forma Pauperis and Dismissing Case with Prejudice, *Robert Anthony Emert v. Commissioner Patti C. Ratekin*, United States District Court, Southern District of California, Case No. 21-cv-01570-BTM-AHG, filed September 22, 2021; |
| Exhibit F: | Minute Order, *Andrea Emert v. Robert Emert*, SDSC Case No. 19FL010852N, filed October 5, 2021; |
| Exhibit G: | Minute Order, *Andrea Emert v. Robert Emert*, SDSC Case No. 19FL010852N, filed November 29, 2021; |
| Exhibit H: | Case Summary and Docket (Register of Actions) of the Appeal *Emert v. Emert,* Court of Appeal, 4th Appellate District, Division 1, Case No. D079955; |
| Exhibit I: | Notice of Case Reassignment, *Andrea Emert v. Robert Emert*, SDSC Case No. 19FL010852N, dated February 22, 2022; |
| Exhibit J: | Register of Actions, *Andrea Emert v. Robert Emert*, SDSC Case No. 19FL010852N; |
| Exhibit K: | Complaint- Felony, *People of the State of California v. Robert Anthony Emert*, SDSC Case No. CD297230, filed January 4, 2023; |
| Exhibit L: | Misdemeanor/Felony – Pre-Disposition Minutes, *People of the State of California v. Robert Anthony Emert*, SDSC Case No. CD297230, filed January 6, 2023; |
| Exhibit M: | Misdemeanor/Felony – Pre-Disposition Minutes, *People of the State of California v. Robert Anthony Emert*, SDSC Case No. CD297230, filed January 11, 2023 and Misdemeanor/Felony – Pre-Disposition Minutes, *People of the State of California v. Robert Anthony Emert*, SDSC Case No. CD297230, filed January 13, 2023; |
| Exhibit N: | Preliminary Examination Minutes, *People of the State of California v. Robert Anthony Emert*, SDSC Case No. CD297230, filed February 10, 2023; and |

Exhibit O: "Motion to reconsider, Section 1008 of Code of Civil Procedure," *Andrea Emert v. Robert Emert*, SDSC Case No. 19FL010852N, filed November 21, 2022 and "Motion to reconsider," *Andrea Emert v. Robert Emert*, SDSC Case No. 19FL010852N, filed December 21, 2022.

DATED:

March 3, 2023

SUSANNE C. KOSKI
Superior Court of California, County of San Diego

By: __s/ Carmela E. Duke_____
CARMELA E. DUKE
Attorneys for Defendants The Honorable Patti C. Ratekin, Retired Commissioner of the Superior Court of California, the Honorable Lorna A. Alksne, Retired Judge of the Superior Court, County of San Diego, and the Honorable David J. Danielsen, Retired Judge of the Superior Court of California, County of San Diego