PETER Q. SCHLUEDERBERG (SBN 137995)
**PQS LAW**
5330 Carroll Canyon Road, Suite 230
San Diego, California 92121
Telephone: (760) 505-2205
Facsimile: (858) 792-7768

Attorneys for Defendant Andrea Schuck

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

ROBERT EMERT,

    Plaintiff,

vs.

LUIS VENA; ANDREA SCHUCK; MATTHEW W. CORD; PATTI C. RATEKIN; DAVID S. SCHULMAN; LORNA A. ALKSNE; DAVID J. DANIELSEN; MOORE, SCHULMAN & MOORE; ROBERT OLAGUE; AND DOES 1 – 20 inclusive,

    Defendants.

Case No. 23-cv-0230-RSH-AHG

**DEFENDANT ANDREA SCHUCK'S NOTICE OF JOINDER AND JOINDER IN CO-DEFENDANT LUIS PENA'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT [FED.R.CIV.P., 12(b)(6)]**

Judge: Hon. Robert S. Huie
Courtroom: 3B
Date: April 4, 2023

PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT.

**PLEASE TAKE NOTICE** that on April 4, 2023, or as soon thereafter as the matter may be heard, in Courtroom 3B of the Honorable Robert S. Huie, United States District Judge, located at 221 W. Broadway, San Diego, CA 92101, Defendant Andrea Schuck will, and hereby does, join in co-defendant Luis Pena's Motion to Dismiss Plaintiff's Complaint pursuant to Federal Rules of Civil Procedure, Rule 12(b)(6), on the grounds that the Complaint fails to state a valid

1
Defendant Schuck's Notice of Joinder in Pena's Motion to Dismiss 23-cv-0230-RSH-AHG

claim against Defendant Pena and, similarly, against Defendant Schuck, based upon the Younger Abstention doctrine, Plaintiff's failure to comply with FRCP Rule 8, the fact no relief can be granted on Plaintiff's First Claim with respect to Defendants Pena and Schuck, Plaintiff's failure to plead facts sufficient to show that Defendants Pena or Schuck conspired to deprive Plaintiff of a constitutional right, Plaintiff's failure to plead facts sufficient to show that Plaintiff was deprived of a constitutional right by Defendants Pena or Schuck, and the fact that Plaintiff's claims against Pena and Schuck should be dismissed with prejudice because leave to amend would be futile.

Defendant Schuck's joinder in Defendant Pena's Motion to Dismiss will be based on this notice, the accompanying memorandum of points and authorities, the motion papers filed by Defendant Pena, upon all papers and pleadings on file in this action, and upon any oral argument requested by the Court.

Dated: March 7, 2023     By: /S/ Peter Q. Schluederberg
                                                        Peter Q. Schluederberg, Esq.
                                                        Attorneys for Defendant Andrea Schuck