PETER Q. SCHLUEDERBERG (SBN 137995)
**PQS LAW**
5330 Carroll Canyon Road, Suite 230
San Diego, California 92121
Telephone: (760) 505-2205
Facsimile: (858) 792-7768

Attorneys for Defendant Andrea Schuck

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT EMERT,<br><br>    Plaintiff,<br><br>vs.<br><br>LUIS VENA; ANDREA SCHUCK; MATTHEW W. CORD; PATTI C. RATEKIN; DAVID S. SCHULMAN; LORNA A. ALKSNE; DAVID J. DANIELSEN; MOORE, SCHULMAN & MOORE; ROBERT OLAGUE; AND DOES 1 – 20 inclusive,<br><br>    Defendants. | Case No. 23-cv-0230-RSH-AHG<br><br>**DEFENDANT ANDREA SCHUCK'S NOTICE OF JOINDER AND JOINDER IN MOTION BY COMMISSIONER PATTI C. RATEKIN, JUDGE LORNA A. ALKSNE, AND JUDGE DAVID J. DANIELSEN TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE**<br><br>Judge:    Hon. Robert S. Huie<br>Courtroom:  3B<br>Date:    April 7, 2023<br><br>PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT. |

**PLEASE TAKE NOTICE** that on April 7, 2023, or as soon thereafter as the matter may be heard, in Courtroom 3B of the Honorable Robert S. Huie, United States District Judge, located at 221 W. Broadway, San Diego, CA 92101, Defendant Andrea Schuck will, and hereby does, join in co-defendants the

---
1
Defendant Schuck's Notice of Joinder in Judges' Motion to Dismiss 23-cv-0230-RSH-AHG

Honorable Retired Commissioner Patti C. Ratekin's, the Honorable Retired Judge Lorna A. Alksne's, and the Honorable Retired Judge David J. Danielsen's (collectively "the Judicial Defendants") Motion to Dismiss Plaintiff's Complaint With Prejudice pursuant to Federal Rules of Civil Procedure, Rules 12(b)(1) and 12(b)(6), on the grounds that this Court lacks jurisdiction over the subject matter of the Complaint as a result of the *Rooker-Feldman* doctrine, and for those same reasons, the Complaint fails to state a valid claim against all Defendants, including the Judicial Defendants and Defendant Andrea Schuck.

All of the legal arguments, authorities, and facts submitted by the Judicial Defendants in their Points and Authorities, particularly the Summary of Facts (Doc. 8-1, pp. 9:4-12:28), the Legal Standard (Doc. 8-1, p. 13:1-25), the Argument regarding the This Action is Barred by the *Rooker-Feldman* Doctrine (Doc. 8-1, Section IV.D., pp. 20:20-22:12) and the position in the Conclusion that the Complaint should be dismissed with prejudice pursuant to the *Rooker-Feldman* Doctrine (Doc. 8-1, Section V, pp. 22:22-23:3) apply equally to Defendant Andrea Schuck, as Plaintiff seeks to hold Defendant Schuck liable for allegedly improper rulings, which have been issued by the Judicial Defendants, based on an unsupported conspiracy theory. Thus, by his action against the Judicial Defendants and Defendant Schuck, Plaintiff is improperly seeking review of state court decisions, which are inextricably intertwined with this federal action. Consequently, *Rooker-Feldman* precludes Plaintiff's action against all Defendants, including the Judicial Defendants and Defendant Schuck. Defendant Schuck's joinder in the Co-Defendants' Motion to Dismiss will be based on this notice, the motion papers filed by the Co-Defendant Judges, upon all papers and pleadings on file in this action, and upon any oral argument requested by the Court.

Dated: March 10, 2023     By: /S/ Peter Q. Schluederberg
                                                 Peter Q. Schluederberg, Esq.
                                                 Attorneys for Defendant Andrea Schuck