CLAUDIA G. SILVA, County Counsel (State Bar No. 167868)
By STEVEN P. INMAN, II, Senior Deputy (State Bar No. 227748)
　JENNIFER M. MARTIN, Senior Deputy (State Bar No. 322048)
Office of County Counsel, County of San Diego
1600 Pacific Highway, Room 355
San Diego, California 92101-2469
Telephone: (619)884-2931; Fax: (619) 531-6005
E-mail: Steven.Inman@sdcounty.ca.gov

Attorneys for Defendant Luis Pena (erroneously sued as Luis Vena)

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Robert Emert,<br><br>　　　　Plaintiff,<br>v.<br><br>Luis Vena; Andrea Schuck; Matthew W. Cord; Patti C. Ratekin; David S. Schulman; Lorna A. Alksne; David J. Danielsen; Moore, Schulman and Moore; Robert Olague and Does 1-20 inclusive,<br><br>　　　　Defendants. | NO. 23-CV-0230-RSH-AHG<br><br>**NOTICE OF LACK OF OPPOSITION TO DEFENDANT LUIS PENA'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Date: April 4, 2023<br>Courtroom: 3B<br>Judge: Hon. Robert S. Huie<br><br>**<u>PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT</u>** |

　　　PLEASE TAKE NOTICE that no opposition has been filed to Defendant Luis Pena's ("Defendant's") Motion to Dismiss Plaintiff's Complaint.

　　　On February 28, 2023, Defendant filed and served his Motion to Dismiss Plaintiff's Complaint (ECF No. 4), with a hearing date of April 4, 2023.

　　　Plaintiff's opposition to Defendant's Motion was due by March 21, 2023. To date, no opposition or response has been filed or served by Plaintiff, and no request was filed by any party seeking additional time to file any opposition. Therefore, the Motion to Dismiss Plaintiff's Complaint remains unopposed.

///

For all of the reasons set forth in Defendant's Motion to Dismiss Plaintiff's Complaint, Defendant respectfully requests the Court grant the Motion.

DATED: March 28, 2023          CLAUDIA G. SILVA, County Counsel

By: s/STEVEN P. INMAN, II, Senior Deputy
Attorneys for Defendant Luis Pena (erroneously sued as Luis Vena)
E-mail: Steven.Inman@sdcounty.ca.gov