**DECLARATION OF SERVICE**

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to the case; I am employed in the County of San Diego, California. My business address is 1600 Pacific Highway, Room 355, San Diego, California, 92101.

On March 28, 2023, I served the following documents:

**NOTICE OF LACK OF OPPOSITION TO DEFENDANT LUIS PENA'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

in the following manner:

☒ **(BY MAIL)** By causing a true copy thereof, enclosed in a sealed envelope, with postage fully prepaid, for each addressee named below and depositing each in the U. S. Mail at San Diego, California.

Robert Emert
2351 Vista Lago Terrace
Escondido, CA 92029

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 28, 2023, at San Diego, California.

_____
A. Trujillo

*Emert v. Vena, et al.*
USDC Case No. 23-CV-0230-RSH-AHG