# DECLARATION OF SERVICE

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to the case; I am employed in the County of San Diego, California. My business address is 5330 Carroll Canyon Road, Suite 230, San Diego, California, 92121.

On March 21, 2023, I served the following documents:

**DEFENDANT ANDREA SCHUCK'S NOTICE OF JOINDER AND JOINDER IN CO-DEFENDANT LUIS PENA'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT [FED.R.CIV.P., 12(b)(6)]**

**DEFENDANT ANDREA SCHUCK'S POINTS AND AUTHORITIES IN SUPPORT OF JOINDER IN CO-DEFENDANT LUIS PENA'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT [FED.R.CIV.P., 12(b)(6)]**

in the following manner:

X     **(BY MAIL)** By causing a true copy thereof to be enclosed in a sealed envelope, with postage fully prepaid, for each addressee named below and depositing each in the U. S. Mail at San Diego, California.

Robert Emert
2351 Vista Lago Terrace
Escondido, CA 92029

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 21, 2023, at San Diego, California.

/S/ Peter Q. Schluederberg
Peter Q. Schluederberg

*Emert v. Vena, et al.*
USDC Case No. 23-CV-0230-RSH-AHG