PETER Q. SCHLUEDERBERG (SBN 137995)
**PQS LAW**
5330 Carroll Canyon Road, Suite 230
San Diego, California 92121
Telephone: (760) 505-2205
Facsimile: (858) 792-7768

Attorneys for Defendant Andrea Schuck

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT EMERT,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>LUIS VENA; ANDREA SCHUCK; MATTHEW W. CORD; PATTI C. RATEKIN; DAVID S. SCHULMAN; LORNA A. ALKSNE; DAVID J. DANIELSEN; MOORE, SCHULMAN & MOORE; ROBERT OLAGUE; AND DOES 1 – 20 inclusive,<br><br>　　　　　Defendants. | Case No. 23-cv-0230-RSH-AHG<br><br>**NOTICE OF LACK OF OPPOSITION TO DEFENDANT ANDREA SCHUCK'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT AGAINST HER**<br><br>Judge:　　Hon. Robert S. Huie<br>Courtroom:　3B<br>Date:　　April 4, 2023<br><br>PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT. |

**PLEASE TAKE NOTICE** that no opposition has been filed to Defendant Andrea Schuck's Motion to Dismiss Plaintiff's Complaint Against Her.

On February 28, 2023, Defendant Schuck filed and served her Motion to Dismiss Plaintiff's Complaint Against Her (ECF Doc. No. 5), with a hearing date of April 4, 2023. Accordingly, Plaintiff's opposition to Defendant Schuck's Motion was due by March 21, 2023. As of this date, no opposition or response has been

filed or served by Plaintiff, and no request has been filed by any party seeking additional time to file a response or opposition. As a result, Defendant Schuck's Motion to Dismiss Plaintiff's Complaint Against Her remains unopposed.

Accordingly, for all the reasons set forth in Defendant Schuck's Motion to Dismiss Plaintiff's Complaint Against Her, and in her supporting documents, Defendant Schuck respectfully requests this Court grant her Motion, with prejudice.

Dated: March 28, 2023    By: /S/ Peter Q. Schluederberg
                             Peter Q. Schluederberg, Esq.
                             Attorneys for Defendant Andrea Schuck