# DECLARATION OF SERVICE

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to the case; I am employed in the County of San Diego, California. My business address is 5330 Carroll Canyon Road, Suite 230, San Diego, California, 92121.

On March 28, 2023, I served the following documents:

**NOTICE OF LACK OF OPPOSITION TO DEFENDANT ANDREA SCHUCK'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT AGAINST HER**

in the following manner:

X     **(BY MAIL)** By causing a true copy thereof to be enclosed in a sealed envelope, with postage fully prepaid, for each addressee named below and depositing each in the U. S. Mail at San Diego, California.

    Robert Emert
    2351 Vista Lago Terrace
    Escondido, CA 92029

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 28, 2023, at San Diego, California.

                                        /S/ Peter Q. Schluederberg
                                        Peter Q. Schluederberg

*Emert v. Vena, et al.*
USDC Case No. 23-CV-0230-RSH-AHG