SUSANNE C. KOSKI, State Bar No. 176555
CARMELA E. DUKE, State Bar No. 270348
Superior Court of California, County of San Diego
1100 Union Street
San Diego, California 92101
Telephone: (619) 844-2382

Attorneys for Defendants The Honorable
Patti C. Ratekin, Retired Commissioner of the Superior Court
of California, County of San Diego, The Honorable
Lorna A. Alksne, Retired Judge of the Superior Court of
California, County of San Diego, and The Honorable David
J. Danielsen, Retired Judge of the Superior Court of California,
County of San Diego

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT EMERT, | Case No. 23cv0230-RSH-AHG |
| Plaintiff, | |
| v. | **REPLY IN SUPPORT OF DEFENDANTS COMMISSIONER PATTI C. RATEKIN, JUDGE LORNA A. ALKSNE, AND JUDGE DAVID J. DANIELSEN'S MOTION TO DISMISS COMPLAINT WITH PREJUDICE** |
| LUIS VENA; ANDREA SCHUCK; MATTHEW W. CORD; PATTI C. RATEKIN; DAVID S. SCHULMAN; LORNA A. ALKSNE; DAVID J. DANIELSEN; MOORE, SCHULMAN & MOORE; ROBERT OLAGUE, AND DOES 1-20 inclusive, | Date: April 7, 2023<br>Crtrm: 3B (Schwartz)<br>Judge: The Honorable Robert S. Huie |
| Defendants. | **PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT** |

REPLY- 1

23cv0230

PLEASE TAKE NOTICE that Defendants the Honorable Patti C. Ratekin, Retired Commissioner of the Superior Court of California, County of San Diego ("Commissioner Ratekin"), the Honorable Lorna A. Alksne, Retired Judge of the Superior Court of California, County of San Diego ("Judge Alksne"), and the Honorable David J. Danielsen, Retired Judge of the Superior Court of California, County of San Diego ("Judge Danielsen") (hereinafter collectively "Judicial Defendants") hereby submit the following reply in support of their Motion to Dismiss Complaint with prejudice.

On March 3, 2023, Judicial Defendants filed and served their Motion to Dismiss Complaint with prejudice, with a hearing date of April 7, 2023. Pursuant to Local Civil Rules of Practice for the United States District Court for the Southern District of California ("CivLR") 7.1.e.2, Plaintiff Robert Emert's opposition was due on March 24, 2023. As of 12:00 p.m., March 30, 2023, Judicial Defendants have not received any opposition from Plaintiff, and PACER does not show that an opposition has been filed.

The failure to file an opposition constitutes a consent to the granting of a motion pursuant to CivLR 7.1.f.3.c. Further, by failing to file an opposition, Plaintiff concedes the merit of the Judicial Defendants' arguments and that he cannot cure the deficiencies of the Complaint via amendment. Accordingly, for all of the reasons set forth in the Motion to Dismiss, the Judicial Defendants respectfully request this Court to grant their Motion to Dismiss Complaint, with prejudice, and enter judgment in their favor.

DATED:

March 30, 2023

SUSANNE C. KOSKI
Superior Court of California, County of San Diego

By: __s/ Carmela E. Duke_____
CARMELA E. DUKE
Attorneys for Defendants The Honorable Patti C. Ratekin, Retired Commissioner of the Superior Court of California, the Honorable Lorna A. Alksne, Retired Judge of the Superior Court, County of San Diego, and the Honorable David J. Danielsen, Retired Judge of the Superior Court of California, County of San Diego