SUSANNE C. KOSKI, State Bar No. 176555
CARMELA E. DUKE, State Bar No. 270348
Superior Court of California, County of San Diego
1100 Union Street
San Diego, California 92101
Telephone: (619) 844-2382

Attorneys for Defendants The Honorable
Patti C. Ratekin, Retired Commissioner of the Superior Court
of California, County of San Diego, The Honorable
Lorna A. Alksne, Retired Judge of the Superior Court of
California, County of San Diego, and The Honorable David J.
Danielsen, Retired Judge of the Superior Court of California,
County of San Diego

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT EMERT, | Case No. 23cv0230-RSH-AHG |
| Plaintiff, | **PROOF OF SERVICE** |
| | [CivLR 5.4(c)] |
| v. | |
| LUIS VENA; ANDREA SCHUCK; MATTHEW W. CORD; PATTI C. RATEKIN; DAVID S. SCHULMAN; LORNA A. ALKSNE; DAVID J. DANIELSEN; MOORE, SCHULMAN & MOORE; ROBERT OLAGUE, AND DOES 1-20 inclusive, | |
| Defendants. | |

I, JUN TINSLEY, declare that: I am over the age of eighteen years and not a party to the above-referenced case; I am employed in, or am a resident of, the County of San Diego, California where the mailing occurs; and my business address is: 1100 Union Street, San Diego, California.

I further declare that I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service; and that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business.

On March 30, 2023, I served the following document(s):

**REPLY IN SUPPORT OF DEFENDANTS COMMISSIONER PATTI C. RATEKIN, JUDGE LORNA A. ALKSNE, AND JUDGE DAVID J. DANIELSEN'S MOTION TO DISMISS COMPLAINT WITH PREJUDICE**

by placing a true copy of each document in a separate envelope addressed to each addressee, respectively, as follows:

**Robert Emert**
**2351 Vista Lago Terrace**
**Escondido, CA 92029**

I then sealed each envelope and deposited said envelope(s) in the U.S. Postal Pickup box, this same day, at my business address shown above, following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 30, 2023

JUN TINSLEY