Robert Emert
2351 Vista Lago Terrace
Escondido, Ca 92029
info@fanaticsmedia.com

In Pro Per

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

ROBERT EMERT

Plaintiff,

and

LUIS PENA; ANDREA SCHUCK; MATTHEW W. CORD; PATTI C. RATEKIN; DAVID S. SCHULMAN; LORNA A. ALKSNE; DAVID J. DANIELSEN; MOORE, SCHULMAN & MOORE AND DOES 1 – 20 inclusive,

Defendants,

Case No.: 23CV0230-RSH-AHG

**MOTION TO REQUEST AN EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

**HONORABLE ROBERT S. HUIE**

Plaintiff, who is in pro per, requests an extension of time to respond to Defendants motion to dismiss Plaintiff's complaint. Plaintiff is incarcerated in the North County San Diego Jail as a result of Defendant's actions and only received notice of the hearing on March 26th, 2023. Mr. Emert also has a criminal trial beginning on March 30, 2023 and will last until at least April 5th, 2023.

Plaintiff does not have access to PACER in the north county jail but has requested access to efiling in anticipation of being released from jail the first week of April 2023.

1
REQUEST FOR ACCESS TO PACER ELECTRONIC FILING

Respectfully submitted,

*[signature]*

Robert Emert
2351 Vista Lago Terrace
Escondido, Ca 92029

2
REQUEST FOR ACCESS TO PACER ELECTRONIC FILING

# PROOF OF SERVICE BY MAIL

## BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, Robert Emert, declare:

I am over 18 years of age and a party to this action. I am a resident of North County Detention Facility _____ Prison, in the county of San Diego, State of California. My prison address is: 325 Melrose Lane, Vista California.

On 03/29/23
(DATE)

I served the attached: MOTION TO REQUEST AN EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION

(DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional institution in which I am presently confined. The envelope was addressed as follows:

Robert Emert
2351 Vista Lago Terrace
Escondido, Ca 92029

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 03/29/23
(DATE)

_(signature)_
(DECLARANT'S SIGNATURE)

Civ-69 (Rev. 9/97)                                      ::ODMA\PCDOCS\WORDPERFECT\22832\1