Robert Emert
2351 Vista Lago Terrace
Escondido, Ca 92029
info@fanaticsmedia.com

In Pro Per



FILED
MAR 3 0 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

ROBERT EMERT

    Plaintiff,

and

LUIS PENA; ANDREA SCHUCK; MATTHEW W. CORD; PATTI C. RATEKIN; DAVID S. SCHULMAN; LORNA A. ALKSNE; DAVID J. DANIELSEN; MOORE, SCHULMAN & MOORE AND DOES 1 – 20 inclusive,

    Defendants,

Case No.: 23CV0230-RSH-AHG

**REQUEST FOR ELECTRONIC FILING STATUS**

**HONORABLE ROBERT S. HUIE**

**REQUEST FOR ACCESS TO THE PACER CM/ECF SYSTEM**

    I, Robert Emert, respectfully request that this Court grant me access to the Public Access to Court Electronic Records (PACER) Case Management/Electronic Case Files (CM/ECF) System. I am a pro se litigant and require access to the system in order to effectively carry out my work and/or represent myself in legal matters.

    I understand that the PACER CM/ECF system is a valuable tool that provides electronic access to federal court records, allowing users to review case information, download documents,

and submit filings electronically. I am confident that access to this system will enable me to better understand the proceedings, perform necessary research, and keep track of important deadlines.

As a responsible user, I am committed to adhering to the guidelines and policies set forth by the Administrative Office of the U.S. Courts, as well as any local rules and practices applicable to the specific court(s) in which I will be accessing records. I understand the importance of maintaining the security and confidentiality of any sensitive information obtained through the PACER CM/ECF system and will take all necessary precautions to safeguard this information.

In addition, I am prepared to pay the required fees associated with accessing the PACER CM/ECF system, as outlined by the Electronic Public Access Fee Schedule, and I will maintain a current account in good standing. If granted access, I will ensure that I utilize the system in a manner consistent with the intended purpose and in compliance with all applicable rules and regulations.

Your Honor, I believe that access to the PACER CM/ECF system is essential for me to effectively participate in the federal court system, and I kindly request that the Court grant me this privilege. I am eager to familiarize myself with the system and take advantage of the many benefits it offers.

Thank you for considering my request, and I respectfully await your response.

Respectfully submitted,

/s/ Robert Emert
_____
Robert Emert
2351 Vista Lago Terrace
Escondido, Ca 92029

2
REQUEST FOR ACCESS TO PACER ELECTRONIC FILING