UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Robert Emert,<br><br>                      Plaintiff,<br><br>v.<br><br>Luis Vena et al.,<br><br>                      Defendants. | Case No.: 3:23-cv-00230-RSH-AHG<br><br>**ORDER:**<br><br>**(1) GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME**<br><br>**(2) DENYING PLAINTIFF'S MOTION FOR LEAVE TO E-FILE**<br><br>[ECF Nos. 18-19] |

Plaintiff Robert Emert filed two motions on March 30, 2023. ECF Nos. 18-19. The Court addresses each motion in this order.

**I.     Extension of Time**

Plaintiff requests an extension of time to respond to Defendants' motions to dismiss [ECF Nos. 4-6], because he has been incarcerated in the Vista Detention Facility and only recently received notice of Defendants' motions. ECF No. 18 at 1.

For good cause, the Court grants Plaintiff's motion. Plaintiff's response is due by May 1, 2023. Defendants' replies, if any, are due by May 15, 2023.

The Court also directs the Clerk of Court to update Plaintiff's address to: Vista Detention Facility, 325 S. Melrose Lane, Vista, CA 92083. The Court reminds Plaintiff that Civil Local Rule 83.11(b) requires all parties to keep their current address updated with the Court at all times. When Plaintiff is released from custody, he must promptly advise the Court of his current address.

## II. Access to Electronic Filing

Plaintiff relatedly moves for access to the Court's Case Management/Electronic Case Files ("CM/ECF") system to represent himself in this matter. ECF No. 19 at 1.

Generally, "[e]xcept as prescribed by local rule, order, or other procedure, the Court has designated all cases to be assigned to the Electronic Filing System." CivLR 5.4(a). However, for pro se litigants, "[u]nless otherwise authorized by the court, all documents submitted for filing to the Clerk's Office . . . must be in legible, paper form." S.D. Cal. Elec. Case Filing Admin. Policies & Proc. Manual § 2(b) (Aug. 15, 2022) [hereinafter, "ECF Manual"]. "A pro se party seeking leave to electronically file documents must file a motion and demonstrate the means to do so properly by stating their equipment and software capabilities in addition to agreeing to follow all rules and policies in the CM/ECF Administrative Policies and Procedures Manual." *Id.* The ECF Manual refers to the Court's official website for CM/ECF technical specifications, which include a "[c]omputer running Windows or Macintosh"; "[s]oftware to convert documents from a word processor format to portable document format (PDF)," such as "Adobe Acrobat 7.0 and higher"; "[i]nternet access supporting a transfer rate of 56kb or higher"; a compatible browser, such as "Firefox 15, Internet Explorer 9, and Safari 5.1/6 or later version"; a "[s]canner to image non-computerized documents 400 pixels per inch (ppi)"; and a PACER account. *Id.* at § 1(i).[1]

---

[1] The ECF Manual incorporates the following webpage where the specifications may be found: https://www.casd.uscourts.gov/cmecf.aspx

Although Plaintiff has agreed to follow the ECF Manual, Plaintiff has not provided information demonstrating that his technology conforms to the CM/ECF technical specifications noted above. ECF No. 19. Accordingly, the Court denies Plaintiff's motion without prejudice.

### III. Conclusion

For the above reasons, the Court:

1. **GRANTS** Plaintiff's motion for extension of time, ECF No. 18. Plaintiff's response to Defendants' motions to dismiss [ECF Nos. 4-6] is due **by May 1, 2023**. Defendants' replies, if any, are due **by May 15, 2023**.

2. The Court **DIRECTS** the Clerk to update Plaintiff's address to: Vista Detention Facility, 325 S. Melrose Lane, Vista, CA 92083.

3. **DENIES WITHOUT PREJUDICE** Plaintiff's motion for access to the Court's CM/ECF system, ECF No. 19.

**SO ORDERED**.

Dated: April 3, 2023

*Robert S. Huie*
_____
Hon. Robert S. Huie
United States District Judge