Douglas A. Pettit, Esq., SBN 160371
Sara E. Bloch, Esq., SBN 341923
**PETTIT KOHN INGRASSIA LUTZ & DOLIN PC**
11622 El Camino Real, Suite 300
San Diego, CA 92130
Telephone: (858) 755-8500
Facsimile: (858) 755-8504
E-mail: dpettit@pettitkohn.com
       sbloch@pettitkohn.com

**Attorneys for Defendants**
**DAVID SCHULMAN & MOORE,**
**SCHULMAN & MOORE APC**

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT EMERT,<br><br>        Plaintiff,<br><br>   v.<br><br>LUIS PENA; ANDREA SCHUCK; MATTHEW C. CORD; PATTI C. RATEKIN; DAVID S. SCHULMAN; LORNA A. ALKSNE; DAVID J. DANIELSEN; MOORE, SCHULMAN & MOORE; ROBERT OLAGUE; and DOES 1-20<br><br>        Defendants | CASE NO.: 3:23-cv-00230-RSH-AHG<br><br>**DEFENDANTS DAVID SCHULMAN & MOORE, SCHULMAN & MOORE APC'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>**PER CHAMBER RULES, NO ORAL ARGUMENT UNLESS SEPERATELY ORDERED BY THE COURT**<br><br>Courtroom:        3b<br>District Judge:   Robert Huie<br>Magistrate Judge: Allison Goddard<br>Complaint Filed: February 7, 2023<br>Trial Date:       Not Set |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on **May 25, 2023 at 9:00 a.m.,** or as soon thereafter as the matter may be heard in Courtroom 3b of the above-referenced court, Defendants DAVID SCHULMAN & MOORE, SCHULMAN & MOORE APC (collectively, "Defendants"), will and hereby do jointly move this court, pursuant to Federal Rule of Civil Procedure Rules 8 and 12 and Code of Civil Procedure Section 425.16, for an order dismissing and/or striking Plaintiff

ROBERT EMERT's Complaint as to Defendants. This motion is brought pursuant to Federal Rule of Civil Procedure Rules 12 and 8 and California Code of Civil Procedure section 425.16 and is made on the grounds that the causes of action asserted against Defendants in the Complaint fail to state a cognizable claim for relief and arise from constitutionally protected litigation-related activity. Plaintiff cannot establish a probability of prevailing on his claims for the following reasons:

    (i)    Plaintiff's claims are barred by the litigation privilege (Civil Code section 47(b)); and

    (ii)    Plaintiff cannot establish the essential elements of his claims against Defendants.

Pursuant to Section 425.16(c) of the Code of Civil Procedure, Defendants are entitled to recover the attorneys' fees and costs incurred in connection with this action. If the Court grants this motion, Defendants will file a separate noticed motion for attorneys' fees and costs.

The motion is based on this Notice and Motion, the Memorandum of Points and Authorities in support thereof, the Declaration of Douglas A. Pettit, and the entire court file in this matter, and such further evidence as will be presented at the hearing for this motion.

**Statement of Compliance**: Plaintiff is appearing in this matter *pro se*. Pursuant to Judge Huie's Civil Pretrial Procedures, Defendants are excepted from the meet and confer rule for this noticed motion.

This motion will be decided on the date and time set forth for hearing identified above. Pursuant to Local Rule 1.06(A), the Court will make a tentative ruling on the merits of this matter by 2:00 p.m., the court day before the hearing. The complete text of the tentative rulings for the department may be downloaded off the Court's website (www.saccourt.ca.gov). If the party does not have online access, they may call the dedicated phone number for the department as referenced in the local telephone directory between the hours of 2:00 p.m. and 4:00 p.m. on the

court day before the hearing and receive the tentative ruling.  If you do not call the Court and the opposing party by 4:00 p.m. the court day before the hearing, no hearing will be held.  (Adopted 1/1/2013; revised 1/1/2016).

**PETTIT KOHN INGRASSIA LUTZ & DOLIN PC**

Dated:  April 20, 2023        By:    s/ *Douglas A. Pettit*
                                     Douglas A. Pettit, Esq.
                                     Sara E. Bloch, Esq.
                                     Attorneys for Defendants
                                     **DAVID SCHULMAN & MOORE,
                                     SCHULMAN & MOORE APC**

# CERTIFICATE OF SERVICE

I hereby certify that the following document(s):

**DEFENDANTS DAVID SCHULMAN & MOORE, SCHULMAN & MOORE APC'S NOTICE OF MOTION AND SPECIAL MOTION TO STRIKE PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO CODE OF CIVIL PROCEDURE SECTION 425.16 (ANTI-SLAPP STATUTE)**

was served on this date to counsel of record:

[ ] **BY MAIL:** By placing a copy of the same in the United States Mail, postage prepaid, and sent to their last known address(es) listed below.

[ X ] **BY E-MAIL DELIVERY:** Based on an agreement of the parties to accept service by e-mail or electronic transmission, I sent the above document(s) to the person(s) at the e-mail address(es) listed below. I did not receive, within a reasonable amount of time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ X ] **BY ELECTRONIC TRANSMISSION:** I electronically filed the above document(s) with the Clerk of the Court using the CM/ECF system. The CM/ECF system will send notification of this filing to the person(s) listed below.

| | |
|---|---|
| Robert Emert<br>2351 Vista Lago Terrace<br>Escondido, CA 92029<br>cl3@kidsmatter.charity<br>**Plaintiff In Pro Per** | Steven Paul Inman II, Esq.<br>Office of the County Counsel<br>1600 Pacific Highway, Suite 355<br>San Diego, CA 92101<br>T: (619) 884-2931<br>steven.inman@sdcounty.ca.gov<br>**Attorneys for Defendant**<br>**Luis Vena** |
| Peter Schluederberg, Esq.<br>Peter Q. Schluederberg, APC<br>5330 Carroll Canyon Road, Suite 230<br>San Diego, CA 92121<br>T: (760) 505-2205<br>peter@pqslaw.com<br>**Attorneys for Defendant**<br>**Andrea Schuck** | Carmela E. Duke<br>Superior Court of California, County of San Diego<br>1100 Union Street<br>San Diego, CA 92101<br>T: (619) 844-2382<br>carmela@duke@sdcourt.ca.gov<br>**Attorneys for Defendants**<br>**Patti C. Ratekin, Lorna A. Alksne, David J. Danielsen** |

Executed on **April 20, 2023**, at San Diego, California.

_____
Shari O'Byrne