CLAUDIA G. SILVA, County Counsel (State Bar No. 167868)
By: STEVEN P. INMAN, II, Senior Deputy (State Bar No. 227748)
　　JENNIFER M. MARTIN, Senior Deputy (State Bar No. 322048)
Office of County Counsel, County of San Diego
1600 Pacific Highway, Room 355
San Diego, California 92101-2469
Telephone: (619)884-2931; Fax: (619) 531-6005
E-mail: Steven.Inman@sdcounty.ca.gov

Attorneys for Defendant Luis Pena (erroneously sued as Luis Vena)

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Robert Emert,<br><br>　　　　Plaintiff,<br>v.<br><br>Luis Vena; Andrea Schuck; Matthew W. Cord; Patti C. Ratekin; David S. Schulman; Lorna A. Alksne; David J. Danielsen; Moore, Schulman and Moore; Robert Olague and Does 1-20 inclusive,<br><br>　　　　Defendants. | NO. 23-CV-0230-RSH-AHG<br><br>**NOTICE OF LACK OF OPPOSITION TO DEFENDANT LUIS PENA'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Date: April 4, 2023<br>Courtroom: 3B<br>Judge: Hon. Robert S. Huie<br><br>**PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT** |

PLEASE TAKE NOTICE that no opposition has been filed to Defendant Luis Pena's Motion to Dismiss Plaintiff's Complaint.

Pursuant to the Court's April 3, 2023 Order [ECF No. 20], Plaintiff's responses to the Defendants' motions to dismiss [ECF Nos. 4-6] were due by May 1, 2023. To date, Plaintiff has not filed or served any oppositions or responses to the motions, and no party has made a request for additional time. Therefore, the motions to dismiss remain unopposed.

For all of the reasons set forth in the motions to dismiss, Defendant Luis Pena respectfully requests that the Court grant the motions and dismiss this action in its entirety, with prejudice.

DATED: May 23, 2023          CLAUDIA G. SILVA, County Counsel

By: s/STEVEN P. INMAN, II, Senior Deputy
Attorneys for Defendant Luis Pena (erroneously sued as Luis Vena)
E-mail: Steven.Inman@sdcounty.ca.gov