# DECLARATION OF SERVICE

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to the case; I am employed in the County of San Diego, California. My business address is 1600 Pacific Highway, Room 355, San Diego, California, 92101.

On May 23, 2023, I served the following documents: **NOTICE OF LACK OF OPPOSITION TO DEFENDANT LUIS PENA'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** in the following manner:

☒ **(BY MAIL)** By causing a true copy thereof, enclosed in a sealed envelope, with postage fully prepaid, for each addressee named below and depositing each in the U. S. Mail at San Diego, California.

Robert Emert
2351 Vista Lago Terrace
Escondido, CA 92029
*PRO SE*

Robert Emert
Vista Detention Facility
325 S. Melrose Lane
Vista, CA 92083
*PRO SE*

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 23, 2023, at San Diego, California.

_____
A. Trujillo

*Emert v. Vena, et al.*
USDC Case No. 23-CV-0230-RSH-AHG