Robert Emert
2351 Vista Lago Terrace
Escondido California 92029
Email: robemert@msn.com
(760) 612-9328

**Plaintiff, Self Represented**


FILED
MAY 24 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY QM    DEPUTY

# District Court of the United States
# Southern District of California
# San Diego Division

Robert Emert,

        Plaintiff.
        v.
Luis Pena; Andrea Schuck; Matthew W. Cord; Patti C. Ratekin; David S. Schulman; Lorna A. Alksne; David J. Danielsen; Moore, Schulman and Moore; Robert Olague and Does 1-20 inclusive,
        Defendants

) Case No.: 3:23-cv-00230-RSH-AHG
)
) **Response to Oppositions Pleadings for a dismissal.**
)
) **Request for Extension of Time under Federal Rule of Civil Procedure Rule 6**
)
) **Objection to Oppositions Mischaracterizations and a general breach of their Duty of Candor**
)
) **Judge: Honorable Robert S. Huie**
Courtroom: 3b
Hearing
05/25/23 9AM

**To the Court and all Parties of Interest,**

    I need to inform the court of my circumstances surrounding this case and my legal circumstance. My associates have been helping me with these federal pleadings and in my state case as much as they are and have been able to. I was wrongfully incarcerated for about 90 days and I know that a jury will find no just cause for that when that day comes.

    I have read some of the pleadings by the opposition suggesting that I am a conspiracy theorist and delusional and the court should not rely upon those representations in the complaints. I affirm that I have endured a grueling experience

1
Response to Opposition and Request for Extension and Objections

where my rights to due process, equal protection, fair hearings, and proper evidentiary standards have been virtually nonexistent.

It is concerning that Opposing counsel is taking this posture, when they are fully aware of what has gone on. I believe that their representations to this court have crossed the line of in their duty of candor to this court.

I need to inform the court that I have been unable to attend to the matters here. I was placed in custody for approximately 90 days and only recently being released. Docket number 21 properly represents that I was incarcerated, and I was not getting my mail. Further, we can see by Docket# 21 that the opposition was sending their pleadings to me in jail. The jail in turn never gave me any copies of my pleadings. I will state that again for clarity. WHILE I WAS INCARCERATED, I WAS NEVER GIVEN ANY OF THE PLEADINGS FROM THIS FEDERAL COURT CASE.

Also, it is important to note that my jailers informed me that I could only work on the case that was the procuring cause for me being in jail. I had no access to a computer. I had to buy a pencil to use, and it was the mini "golf-type" pencil and I had to buy paper as well. The pencil would only be sharp for 5 to 10 minutes of writing or approximately a page and a half before it was dull. There is not regular access to a pencil sharpener in jail and to complicate matters, I was not able to get my nails trimmed for the first two months and that complicates things more than most might think.

The underlying family court case has taken all my parental rights and family assets away where me, my evidence, my witnesses and my ADA coordinators were denied access to my own trial and pretrial hearings. This is unbelievable to most and was so traumatizing to me that I had a heart attack. The heart attack happened right before my trial. The day after I had my heart attack, a judicial officer took away most of my parental rights without evidence to do so. While I was in jail, my jailers did not give me my atrial fibrillation heart medication for my approximate first 45 days there. I take two blood thinners as well, but they did not give me my medication for my Atrial

Response to Opposition and Request for Extension and Objections

Fibrillation. This medication is for my irregular heartbeat. This medication is to keep me from having a stroke. The unjust 90 days of illegal incarceration and the preceding three years of simply trying to have my fair day in court has been nothing short of life shattering. So, for me to read the opposition characterizing me as simply not accepting court orders or some conspiracy theorist is absurd. I am a self-represented litigant that has been taken advantage of, stripped of my rights and dignity, and it didn't happen in a vacuum. In short, I have been railroaded for voicing valid concerns of extremely concerning behavior of a few judicial officers of the court. In general, I have a high regard for society's pillars of community which includes our judicial officers.

      I got out of jail on April 4th of this year. I have come to realize that my counsel was ineffective at best. The file clearly lacks any proper discovery including statements of my son to the prosecutors themselves and my attorney had indicated to me he didn't even ask the prosecutor for exculpatory evidence that was brought to his attention halfway into the illegal incarceration. Also, he has not provided me my case file including his billable hours and I have asked him for this for over a month and a half. But I get the sense that the opposition will again claim that I am generally delusional as that appears to be the strategy.

      When I got out of jail, I was sick with COVID as I found out a few days later. My test results are available upon request. My body was in a weakened state, and it hit me hard, especially with my cardiac condition and not getting my medication in jail did not help matters. I gave COVID to my entire family including my elderly parents. I am still not fully well due to the cumulative circumstances that I have gone through. I am weak and I have someone typing this pleading for me. Also, I had to tend to several state court matters. I had to get them continued. I had to cobble pleadings together for a stay in the state appellate court as well. I am now turning my attention to this case.

      There are over 20 pleadings in this case. I can see that there have been three pleadings since April 3rd 2023, which is one day before I got out of jail. Also, the jail never gave me the pleadings from this case when I was released. So, the pleadings in

1 this case were sent to me at my detention facility, they were never given to me when I was detained, and they were not given to me when I was released. This seems to be a violation of Federal Law at some level. It's also a violation of due process. It's an extension of what I have claimed in the pleadings to the court before and seems contrary to the representations of the opposing attorneys who constantly seem to suggest I am delusional and yet all of this misconduct directed at me seems all too familiar and all too consistent.

So, right now, it appears that I have the herculean task of reading and responding to dozens of pleadings that never made it to me. The opposing counsel has dutifully alerted the Court that I have not responded to anything, which appears to be to urge the Court to usher out and back onto the street since to them there's clearly no real controversy.

I am going to ask that the court not allow this case to be tossed in light of the facts that I am bringing to the court today. I have been through utter hell. No one deserves to go through what I have been put through. The process I have been put through is shameful and amounts to a farce and a sham. I believe opposing counsel as bar certified attorneys has the duty to investigate the claims of their clients and then report only factual information to this court and I believe they have breached that. I believe this can be the furtherance of a conspiracy against me. I am in a massive amount of hurt and pain based on what I have been put through. Jail was traumatizing. I did not receive my heart medication. I did not get the mail related to this case. I believe the clear goal was to run me down to the point that I would simply give up and I don't believe that idea is farfetched.

It seems all the opposing attorneys have taken this tactic of attacking my credibility in tandem. The strategy seems simple, get this case dismissed by hook or by crook. It is almost by pure accident that I was able to get on PACER recently to check the status of this case and happened to see that County Counsel had filed a document entitled: NOTICE OF LACK OF OPPOSITION TO DEFENDANT LUIS PENA'S

4
Response to Opposition and Request for Extension and Objections

MOTION TO DISMISS PLAINTIFFS' COMPLAINT. And this is likely due to them having knowledge that I had just gotten out. It was also filed at a time that I would not receive the document in time for me to respond and I was not likely to go to Court to represent my side of this case. What is also strange is that the document is that it has the date April 4, 2023 on the front page, which is the day I got out of jail and there are no other documents on this docket reflecting that date, but the document is dated on May 23rd next to the signature. This appears questionable.

Due to the totality of circumstances, I have not been able or even allowed to proceed with my lawsuit in most regards. Again, this doesn't seem to be an accident. I need this court to grant an extension. My doing so is not to take advantage of anything. What I have been put through cumulatively appears malicious and was by design. Minimally I believe it is good cause on its own for an extension. I ask that due to the circumstances I have been in that the continuance be for 3 months as I am still not well due to the 90 days of incarceration and catching COVID. Also, I need to see about getting Accommodations under the American's with Disability Act 42 USC 12101. I need to figure out how to ask for such accommodation. Apparently, this is treated differently in each court.

I also believe that is important in light of the opposition who seems to bandy about the question of my integrity and or I suppose I should just say, that I am either telling tall tales or flat out lying. I will state that I fully understand that I have a duty to present facts to this court and that there are stiff penalties for me not presenting truthful testimony. What I have stated here is sadly the truth and I have endured it as I am presenting it here. I believe that opposing counsel has breached their duty of candor.

Also, I'd like the court to consider other cases and other instances that are like my own as they seem to show that my case is by far not an isolated incident.

The Rampart scandal in Los Angeles, it was discovered that Police Officers would randomly accuse persons of crimes[1] they did not commit and put them in

---
[1] https://scholarworks.calstate.edu/downloads/w66345622 as viewed 5/24/2023.

Response to Opposition and Request for Extension and Objections

situation where they admit to act that did not happen and serve a sentence close to 5 years or fight it and face up to 20 years in prison. Upon the discovery of this, The County of Los Angeles had to allocate a judge, two prosecutors and two public defenders to undo the countless cases that were marred.

In Orange county, it came to light that the District Attorney had been wrongfully using jail house snitches that were in some cases paid huge amounts of money to give testimony that was both false and was not true. [2] The San Jose Mercury News ran a series about the criminal justice system in the Santa Clara area called "Tainted Trials, Stolen Justice" and one of the findings of this series was that: "*The review established that in 261 of the appellate cases reviewed — more than one in every three of the total — the criminal trial had been marred by questionable conduct that worked against the defendant.*"[3] That is outrageous!

The New Yorker did a story years ago about how guardians appointed to take care of elderly were basically stealing their assets.[4]

So abuses of the nature that I am claiming are not as rare as the opposition is suggesting and its particularly scary that government officials have such power over the individual and can easily abuse people and those abused have little recourse and too often are the victims. It's merely icing on the cake for the attorneys of the abusers to claim the abused are delusional. I am not and what has happened to me is happening to others and needs to be stopped.

Please note, I have drafted this as quickly as possible. I am serving the opposition with email as I do not have the right at this time to file electronically, which is a burden to me. I will also serve copies of this in person when we meet on May 24th for this hearing. I ask that this court give time for all there to read this and by all means enter their verbal objections or give them time to write an object. I will note that it

---

[2] https://apnews.com/article/california-santa-ana-government-and-politics-e7b9508f274fb50f4f0228d098bd3d8d as viewed 5/24/2023.
[3] https://www.mercurynews.com/2007/01/31/part-one-review-of-more-than-700-appeals-finds-problems-throughout-the-justice-system/as viewed 5/24/2023.
[4] as viewed 5/24/2023. As viewed 5/24/2023

6
Response to Opposition and Request for Extension and Objections

appears things were done in such a way to perhaps prevent me from being able to respond. But I am doing so now.

### Conclusion

Again, I ask this court for a three month continuance based on the circumstances that I have gone through. That should allow me the time to get better and seek help for this case. It is not going to be easy for me to do this alone.

Thank you for your consideration.

Dated this 24th Day of May 2023 *A.D.*

Respectfully submitted,

By: *rob emert*

**Robert Emert**
Self Represented
(760) 612-9328
2351 Vista Lago Terrace
Escondido California 92029
Email: robemert@msn.com

### VERIFICATION

IT IS HEREBY certified that the facts in the foregoing are true and correct under penalty of perjury to the best of my knowledge and belief. Attachments to this pleading are true and correct copies of the items they purport to be.

Dated this 24th Day of May 2023 *A.D.*

By: *rob emert*

**Robert Emert**
Self Represented

(760) 612-9328
2351 Vista Lago Terrace
Escondido California 92029
Email: robemert@msn.com

**Table of Exhibits and Attachments**

| Exhibit | Attachment |
|---------|------------|
| A       |            |