| | | POS-050/EFS-050 |
|---|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY: STATE BAR NO:<br>NAME: Robert Emert<br>FIRM NAME: not applicable, self represented<br>STREET ADDRESS: 2351 Vista Lago Terrace<br>CITY: Escondido STATE: CA ZIP CODE: 92029<br>TELEPHONE NO.: 760-612-9328 FAX NO.:<br>E-MAIL ADDRESS: robemert@msn.com<br>ATTORNEY FOR (name): self represented | | FOR COURT USE ONLY |
| District Court of the United States - Southern District<br>STREET ADDRESS: 333 W. BROADWAY<br>MAILING ADDRESS: Same<br>CITY AND ZIP CODE: SAN DIEGO, CA 92101<br>BRANCH NAME: U.S. DISTRICT COURT - SOUTHERN CA | | |
| PLAINTIFF/PETITIONER: Robert Emert<br>DEFENDANT/RESPONDENT: Luis Pena; Andrea Schuck; Matthew W.Cord; Patti C. Ratekin; David S.Schulman; Lorna A. Alksne; David J.Danielsen; Moore, Schulman and Moore;Jesse Olague | | CASE NUMBER:<br>3:23-cv-00230-RSH-AHG |
| | | JUDICIAL OFFICER:<br>Honorable Robert S. Huie |
| **PROOF OF ELECTRONIC SERVICE** | | DEPARTMENT:<br>Courtroom: 3b |

1. I am at least 18 years old.

    a. My residence or business address is (specify):
    Dawn Emert
    2351 Vista Lago Terrace
    Escondido, CA 92029

    b. My electronic service address is (specify):
    robemert@msn.com

2. I electronically served the following documents (exact titles):
   MOTION FOR CONTINUANCE

   [x] The documents served are listed in an attachment. (Form POS-050(D)/EFS-050(D) may be used for this purpose.)

3. I electronically served the documents listed in 2 as follows:
    a. Name of person served: Peter Schluederberg;Steven Paul Inman;Carmela Duke

    On behalf of (name or names of parties represented, if person served is an attorney):
    Robert Emert self represented

    b. Electronic service address of person served:
    mailto:llorenz@klinedinstlaw.com; mailto:carmela.duke@sdcourt.ca.gov; mailto:cgrebing@wingertlaw.com

    c. On (date): May 24, 2023

    [x] The documents listed in item 2 were served electronically on the persons and in the manner described in an attachment. (Form POS-050(P)/EFS-050(P) may be used for this purpose.)

Date: 05/24/23

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dawn Emert                                                     ▶ *Dawn Emert*
(TYPE OR PRINT NAME OF DECLARANT)                              (SIGNATURE OF DECLARANT)

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
POS-050/EFS-050 [Rev. February 1, 2017]

**PROOF OF ELECTRONIC SERVICE
(Proof of Service/Electronic Filing and Service)**

Cal. Rules of Court, rule 2.251
www.courts.ca.gov