| | |
|---|---|
| 1 | Douglas A. Pettit, Esq., SBN 160371<br>Sara E. Bloch, Esq., SBN 341923<br>**PETTIT KOHN INGRASSIA LUTZ & DOLIN PC**<br>11622 El Camino Real, Suite 300<br>San Diego, CA 92130<br>Telephone: (858) 755-8500<br>Facsimile: (858) 755-8504<br>E-mail: dpettit@pettitkohn.com<br>        sbloch@pettitkohn.com |

**Attorneys for Defendants
DAVID SCHULMAN and MOORE,
SCHULMAN & MOORE APC**

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT EMERT,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LUIS PENA; ANDREA SCHUCK; MATTHEW C. CORD; PATTI C. RATEKIN; DAVID S. SCHULMAN; LORNA A. ALKSNE; DAVID J. DANIELSEN; MOORE, SCHULMAN & MOORE; ROBERT OLAGUE; and DOES 1-20<br><br>　　　　Defendants | CASE NO.: 3:23-cv-00230-RSH-AHG<br><br>**NOTICE OF APPEARANCE OF SARA E. BLOCH ON BEHALF OF DEFENDANTS DAVID SCHULMAN and MOORE, SCHULMAN & MOORE APC**<br><br>Courtroom:　　　3b<br>District Judge:　　Robert Huie<br>Magistrate Judge:　Allison Goddard<br>Complaint Filed:　February 7, 2023<br>Trial Date:　　　Not Set |

　　　Please take notice that the following attorney shall now appear on behalf of Defendants DAVID SCHULMAN and MOORE, SCHULMAN & MOORE APC in this action and is authorized to receive service of all pleadings, notices, orders and other papers in this action on behalf of Defendant:

　　　Sara E. Bloch, Esq. (Bar No. 341923)

　　　PETTIT KOHN INGRASSIA LUTZ & DOLIN PC

　　　11622 El Camino Real, Suite 300

　　　San Diego, CA 92130

Telephone: (858) 755-8500

Facsimile: (858) 755-8504

E-mail: sbloch@pettitkohn.com

Sara E. Bloch is admitted to practice and is in good standing in the State of California and is admitted to practice in the United States District Court for the Southern District of California as of April 25, 2023.

**PETTIT KOHN INGRASSIA LUTZ & DOLIN PC**

Dated: May 24, 2023         By:   s/ *Sara E. Bloch*
Douglas A. Pettit, Esq.
Sara E. Bloch, Esq.
Attorneys for Defendants
**DAVID SCHULMAN & MOORE, SCHULMAN & MOORE APC**

# CERTIFICATE OF SERVICE

I hereby certify that the following document(s):

**NOTICE OF APPEARANCE OF SARA E. BLOCH ON BEHALF OF DEFENDANTS DAVID SCHULMAN and MOORE, SCHULMAN & MOORE APC**

was served on this date to counsel of record:

[X] **BY MAIL:** By placing a copy of the same in the United States Mail, postage prepaid, and sent to their last known address(es) listed below.

[ ] **BY E-MAIL DELIVERY:** Based on an agreement of the parties to accept service by e-mail or electronic transmission, I sent the above document(s) to the person(s) at the e-mail address(es) listed below. I did not receive, within a reasonable amount of time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[X] **BY ELECTRONIC TRANSMISSION:** I electronically filed the above document(s) with the Clerk of the Court using the CM/ECF system. The CM/ECF system will send notification of this filing to the person(s) listed below.

| | |
|---|---|
| Robert Emert<br>2351 Vista Lago Terrace<br>Escondido, CA 92029<br>**Plaintiff In Pro Per**<br><br>*Served via U.S. Mail* | Steven Paul Inman II, Esq.<br>Office of the County Counsel<br>1600 Pacific Highway, Suite 355<br>San Diego, CA 92101<br>T: (619) 884-2931<br>steven.inman@sdcounty.ca.gov<br>**Attorneys for Defendant**<br>**Luis Vena** |
| Peter Schluederberg, Esq.<br>Peter Q. Schluederberg, APC<br>5330 Carroll Canyon Road, Suite 230<br>San Diego, CA 92121<br>T: (760) 505-2205<br>peter@pqslaw.com<br>**Attorneys for Defendant**<br>**Andrea Schuck** | Carmela E. Duke<br>Superior Court of California, County of San Diego<br>1100 Union Street<br>San Diego, CA 92101<br>T: (619) 844-2382<br>carmela.duke@sdcourt.ca.gov<br>**Attorneys for Defendants**<br>**Patti C. Ratekin, Lorna A. Alksne, David J. Danielsen** |

Executed on **May 24, 2023,** at San Diego, California.

*/s/ Karianne Nuthals*
Karianne Nuthals