UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Robert Emert, | | Case No.: 3:23-cv-00230-RSH-AHG |
| | Plaintiff, | |
| v. | | **ORDER:** |
| Luis Vena et al., | | **(1) SETTING BRIEFING SCHEDULE ON DEFENDANTS' MOTIONS TO DISMISS** |
| | Defendants. | |
| | | **(2) DIRECTING PLAINTIFF TO UPDATE HIS ADDRESS WITH THE COURT** |
| | | [ECF Nos. 4, 5, 8, 22, 24] |

Plaintiff Robert Emert commenced this civil rights action *pro se* on February 7, 2023. ECF No. 1. Defendants subsequently filed four separate motions to dismiss on various dates. ECF Nos. 4, 5, 8, 22. Plaintiff did not respond to any of Defendants' motions.

However, on March 30, 2023, Plaintiff moved for an extension of time because he was "incarcerated in the North County San Diego Jail" and "only received notice of the hearing on March 26, 2023." ECF No. 18 at 1. Given Plaintiff's criminal trial schedule, the Court on April 3, 2023, granted Plaintiff until May 1, 2023, to respond to Defendants' motions to dismiss. ECF No. 20 at 2. The Court also directed the Clerk to update Plaintiff's address to the North County San Diego Vista Detention Facility. *Id.*

On May 24, 2023, Plaintiff filed a notice informing the Court that he was released from jail on April 4, 2023 — the day before Plaintiff's address was updated to the detention facility. ECF No. 24 at 2.[1] As a result, Plaintiff claims he "was never given any of the pleadings from this federal court case." *Id.* Plaintiff further asserts that "[w]hen [he] got out of jail, [he] was sick with COVID[,]" which left Plaintiff "in a weakened state" due to a cardiac condition. *Id.* at 3. Accordingly, Plaintiff requests a three-month continuance. *Id.*[2]

For good cause, the Court **GRANTS IN PART** Plaintiff's motion, ECF No. 24. Plaintiff's response to all four of Defendants' motions to dismiss [ECF Nos. 4, 5, 8, 22] is **due by July 14, 2023.** Defendants' replies, if any, are **due by July 28, 2023.** Plaintiff may access any filings he did not receive free of charge through the public terminals in the Clerk's Office, or he may request printed copies subject to the Clerk's printing fee schedule.

The Court **DIRECTS** the Clerk of Court to mail a copy of this Order to the address listed on Plaintiff's Notice [ECF No. 24]: 2351 Vista Lago Terrace, Escondido, CA 92029.

However, the Court also **ORDERS** Plaintiff to update his address on file with the Court to his current address. The Court reminds Plaintiff that Civil Local Rule 83.11(b)

---

[1] The Court's April 3, 2023, Order was returned as undeliverable. ECF No. 21.
[2] Plaintiff also notes that his inability to file electronically is a "burden" to him. ECF No. 24 at 6. However, the Court's April 3, 2023, Order explains the requirements and process for obtaining e-file access. ECF No. 20 at 2-3.

requires all parties, regardless of whether they are represented by an attorney, to keep their current address updated with the Court at all times.

**SO ORDERED**.

Dated: May 31, 2023

_____
Hon. Robert S. Huie
United States District Judge