

# United States District Court
**SOUTHERN DISTRICT OF CALIFORNIA**

Robert Emert

                        **Plaintiff,**

      V.

Luis Vena, et al.

                       **Defendant.**

```
FILED
6/12/2023
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY:            A. Sudan  , Deputy
```

Civil No. 23-cv-0230-RSH-AHG

### STRICKEN DOCUMENT:
MOTION to Dismiss

### Per Order #    32