Robert Emert

2351 Vista Lago Terrace

Escondido, CA 92029

Robemert@msn.com

760-612-9328

Pro Per



# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Robert Emert,**<br><br>**Plaintiff**<br><br>**v.**<br><br><br>**Defendants,**<br><br>**LUIS PENA; ANDREA SCHUCK;**<br><br>**MATTHEW CORD; PATTI RATEKIN;**<br><br>**DAVID SCHULMAN; LORNA ALKSNE;**<br><br>**DAVID DANIELSEN; MOORE,**<br><br>**SCHULMAN & MOORE** | **CASE NO: 3:23-cv-00230-RSH-AHG**<br><br>1. EXHIBITS FILED UNDER SEPARATE COVER<br><br><br><br><br><br>**Courtroom: 3b**<br>**District Judge: Robert Huie**<br>**Magistrate Judge: Allison Goddard**<br>**Complaint Filed: February 7, 2023**<br>**Trial Date: Not Set** |

## EXHIBITS UNDER SEPARATE COVER

A. Bryce Emert Declaration with Five Sworn Witness Affidavits

B. Rob Emert Medical Documents

C. Text from Bryce Emert Behavioral Therapist

D. Complaint Served on Presiding Judge, DA, DOJ, FBI, and All Interested Parties Before Criminal Charges Even Came Up

E. Patti Ratekin Fraud Upon the Court - No Evidence to Support These Orders

F. Matt Cord Fraud Upon the Court

G. Andrea Schuck Motion Proving Collusion

H. ADA and Medical Documents

I. Fidelman Witness Affidavit Regarding Fraud by Bryce's Psychologist

J. Bryce Emert Police Report Against Matt Cord

K. Bryce Emert Temporary Restraining Order (TRO) Against Matt Cord

L. Family Court Services Reports Recommending 50/50 Child Custody for Almost Two Years

M. Rob Emert Therapist Letter

N. Andrea Schuck Therapist Letter

O. Ex Parte to Vacate Ratekin Orders

P. Court Transcripts

Q. Andrea Schuck Malicious Text

R. Peremptory Challenge Filed Against Ratekin (see Exhibit NN)

S. Andrea Schuck Arrested for Domestic Violence

T. Mediation Offers

U. Ex Parte Filings the Day Patti Ratekin Recused

V. Motions to Presiding Judge Alksne for Ratekin to Recuse

W. Matt Cord Willful Negligence; Ignoring Facts - Emails

X. Many Sworn Witness Affidavits Regarding Character and Parental Dedication

Y. Updated ADA That Went Ignored by All Interested Parties

Z. Email Simply Asking for Assurances for No "Facility" for Bryce

AA. Emails Showing Matt Cord Willful Negligence

BB. California Laws for Judges Working with Pro Se Litigants

CC. Dave Schilman Injunction Letter to Stop Therapy for Rob Emert and Children

DD. Emails from Regional Center Offering Services

EE. Patti Ratekin Court Transcript Highlights

FF. Timeline After Heart Attack with Only a 6-12% Survival Rate According to the American Heart Association

GG. Emails Documenting Blatant Denial of Access to My Own Hearings and Trial

HH. Motion for Stay to Presiding Judge Alksne

II. My Witness List

JJ. Citizen's Arrest of Lorna Alksne and Patti Ratekin

KK. Federal Lawsuit Against Ratekin

LL. Press Release Documenting Numerous Violations to Multiple Parties of the San Diego Courts

MM. Patti Ratekin Peremptory Challenge

NN. Ex Parte 09/28/22 That Went Ignored

OO. Ex Parte 11/24/21 That Went Ignored Regarding Trial 11/30/21

PP. DCSS Motion Filed 07/27/22 That Went Ignored

QQ. Peremptory Challenge and 03/30/21 Minute Order

RR. 05/21/21 Email to Cord Regarding Alarming Conduct of Andrea

SS. Withdrawal Stipulation Filed with Presiding Judge

TT. Writ Filed with the Appellate Court 11/22/21

UU. Bryce Homeschool Information

VV. CPS Closing Case

WW. DA Email Where Andrea Is "Giving" Custody to Me

XX. 05/20/21 Disqualification of Ratekin Motion

YY. 06/14/21 Disqualification of Ratekin

ZZ. DCSS Motion That Went Ignored

AAA. 03/26/21 Email Where Andrea Is Trying to Keep IEP Team Out

BBB. Example of Schilman Blatant Misrepresentation

CCC. Email to Schilman Showing Andrea Being Rough with Bryce

DDD. Combined Emails Showing Blatant Denial of Access to Trial

EEE. 04/28/21 Ex Parte to Vacate Ratekin's 03/30/21 Fraud Upon the Court

FFF. Reservation of Federal Rights

GGG. Malicious Andrea Text – Michelle III

HHH. Release of San Diego Family Court Violations

JJJ. Text from Bryce's Friend's Mom, Who Is a Witness to Andrea's Alarming Behavior Towards Bryce and His Friends

KKK. DDA Balerio and Bryce Emert Transcript of Interview

LLL. Default Judgement 10/15/21

MMM. Default Judgement 11/18/21

NNN. Default Judgement 01/24/22

OOO. Ex Parte 11/29/21 for Continuance or Remote Hearings Due to Heart Attack

PPP. Ex Parte to Vacate 12/10/21 Default Judgement 11/30/21

QQQ. Judge Alana Robinson Indicating She Does Not Have Jurisdiction to Hear the Default Judgement Entered 01/24/22

RRR. Copy of the Complaint Provided to the DA, DOJ, FBI, Presiding Judge, Local Police, and More

SSS. Ex Parte 11/29/21 for Continuance or Remote Hearings Due to Heart Attack

TTT. Motion to Reconsider the Stay Stemming from 11/29/21 Trial

UUU. Appeal for 10/15/21

VVV. Appeal for 11/18/21

WWW. Andrea Schuck Email Indicating I Must Drop All My Current Motions and Appeals Before She Comes to the Negotiating Table in Bryce's Best Interests

XXX. Private Investigator's Interview with Bryce Emert

YYY. Withdrawal of Guilty Plea

ZZZ. Andrea Schuck Post Regarding My Daughter Not Wanting to See Me

AAAA. Appeal of Guilty Plea

BBBB. All Email Communications with DA's Office

CCCC. Appeal Court Conformed Documents Showing Default Trial Judgement Is Not on Appeal

DDDD. Federal Lawsuit

EEEE. 020421 court min order Ratekin leaving early due to COVID-related matter

FFFF. Transcript of court the day Ratekin recused

GGGG. Bryce transcripts of phone calls

HHHH. Department of Justice Email forwarding my investigation request to the FBI

IIII. District Attorney Email saying Andrea Schuck is giving me custody of Bryce

JJJJ. Transcript of FBI call of the "threat"

KKKK. Dave Schulman letter to minor counsel showing misrepresentation

LLLL. Transcripts of District Attorney phone calls that prove lying; withholding evidence; and a blatant disregard for candor to the court

MMMM. Bryce letter he wrote to the court while I was illegally incarcerated

NNNN. Witness Cole, Bryce's friend who was interviewed by a private investigator

OOOO. Witness Mark Fidelman who was interviewed by a private investigator

PPPP. Witness Cortney Costello who was interviewed by a private investigator

QQQQ. Opening Brief for Court of Appeals

RRRR. Dave Schulman letter to minor counsel

SSSS. Dave Schulman replies in the Federal lawsuit where he blatantly lies to the court. Dave Schulman states that Comm. Patti Ratekin was basing a "facility" recommendation of Bryce on a psychological report when, in fact, Comm. Patti Ratekin said it within five minutes of meeting parties before there could have been any such report.

TTTT. Habeas Corpus ready to go so if DDA Balerio illegally incarcerates me again

UUUU. Andrea stalking two women online after she realized they are friends of mine.