| ATTORNEY OR PARTY WITHOUT ATTORNEY: STATE BAR NO: | | **POS-050/EFS-050** |
|---|---|---|
| NAME: Robert Emert | | FOR COURT USE ONLY |
| FIRM NAME: not applicable, self represented | | |
| STREET ADDRESS: 2351 Vista Lago Terrace | | |
| CITY: Escondido  STATE: CA  ZIP CODE: 92029 | | **FILED** |
| TELEPHONE NO.: 760-612-9328  FAX NO.: | | JUN 1 2 2023 |
| E-MAIL ADDRESS: robemert@msn.com | | CLERK, U.S. DISTRICT COURT |
| ATTORNEY FOR (name): self represented | | SOUTHERN DISTRICT OF CALIFORNIA |
| District Court of the United States - Southern District | | BY _____ DEPUTY |
| STREET ADDRESS: 333 W. BROADWAY | | |
| MAILING ADDRESS: Same | | |
| CITY AND ZIP CODE: SAN DIEGO, CA 92101 | | |
| BRANCH NAME: U.S. DISTRICT COURT - SOUTHERN CA | | |
| PLAINTIFF/PETITIONER: Robert Emert | | CASE NUMBER: 3:23-cv-00230-RSH-AHG |
| DEFENDANT/RESPONDENT: Luis Pena; Andrea Schuck; Matthew W.Cord; Patti C. Ratekin; David S.Schulman; Lorna A. Alksne; David J.Danielsen;Moore, Schulman and Moore;Jesse Olague | | JUDICIAL OFFICER: Honorable Robert S. Huie |
| **PROOF OF ELECTRONIC SERVICE** | | DEPARTMENT: Courtroom: 3b |

1. I am at least 18 years old.

   a. My residence or business address is (specify):
   Dawn Emert
   2351 Vista Lago Terrace
   Escondido, CA 92029

   b. My electronic service address is (specify):
   robemert@msn.com

2. I electronically served the following documents (exact titles):
   Notice of related cases; Exhibits filed under separate cover; motion TRO/stay

   [x] The documents served are listed in an attachment. (Form POS-050(D)/EFS-050(D) may be used for this purpose.)

3. I electronically served the documents listed in 2 as follows:
   a. Name of person served: Steven Paul Inman,Peter Schluederberg,Carmela E. Duke,Sara Elizabeth Bloch,Carmela E. Duke,Douglas A Pettit

   On behalf of (name or names of parties represented, if person served is an attorney):
   Robert Emert self represented

   b. Electronic service address of person served:
   steven.inman@sdcounty.ca.gov,peter@pqslaw.com,carmela.duke@sdcourt.ca.gov,sbloch@pettitkohn.com,DPettit@PettitKohn.com

   c. On (date): 06/12/23

   [x] The documents listed in item 2 were served electronically on the persons and in the manner described in an attachment. (Form POS-050(P)/EFS-050(P) may be used for this purpose.)

Date: 06/12/23

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dawn Emert                                              ▶ *Dawn Emert*
(TYPE OR PRINT NAME OF DECLARANT)                       (SIGNATURE OF DECLARANT)

Page 1 of 1

Judicial Council of California
POS-050/EFS-050 [Rev. February 1, 2017]

**PROOF OF ELECTRONIC SERVICE**
(Proof of Service/Electronic Filing and Service)

Cal. Rules of Court, rule 2.251
www.courts.ca.gov