

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Robert Emert

                **Plaintiff,**

     V.

Luis Vena, et al.

                **Defendant.**

FILED
6/14/2023
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY:     A. Sudan, Deputy

**Civil No.** 23-cv-0230-RSH-AHG

**STRICKEN DOCUMENT:**

Immediate Ex Parte Motion for Injunction and TRO Relief

**Per Order #    35**