Robert Emert
2351 Vista Lago Terrace
Escondido, CA 92029
Robemert@msn.com
760-612-9328
Pro Per



# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| Robert Emert, Plaintiff<br><br>v.<br><br>Defendants,<br><br>LUIS PENA; ANDREA SCHUCK; MATTHEW CORD; PATTI RATEKIN; DAVID SCHULMAN; LORNA ALKSNE; DAVID DANIELSEN; MOORE, SCHULMAN & MOORE | CASE NO: 3:23-CV-00230-RSH-AHG<br><br>Addendum<br><br>**IMMEDIATE EX PARTE MOTION FOR INJUNCTION AND TRO RELIEF AGAINST THE SUPERIOR COURT OF CALIFORNIA SAN DIEGO**<br><br>Courtroom: 3b<br>District Judge: Robert Huie<br>Magistrate Judge: Allison Goddard<br>Complaint Filed: February 7, 2023<br>Trial Date: Not Set |
|---|---|

I am hereby moving this Federal Court to grant an immediate Injunction and Restraining Order against the Superior Court of California San Diego in the case of People v. Emert, Case Number SCD297230.

I have been forced to represent myself in the criminal case against me due to misconduct by my attorney. I have taken to researching and drafting my own pleadings and have been filing them with the clerk of the court. Most notably, I have filed a substitution of attorney and other documents giving notice to the material errors in the criminal complaint against me. I have recently learned from the clerk that nothing that I have filed has been put on the docket. This is a direct violation of my right to petition protected by the First Amendment of the US Constitution and Pendant State authorities.

This is not the first time this has happened. My elderly 78 year old mom helped me by going to the court to serve pleadings in my case and the officers intimidated her from filing. This is clearly a custom against persons who are disfavored or singled out and is clearly unlawful and alarming. However, the opposition appears to be doing this to protect themselves and any financial liability that they are in for harming me. This is clearly unethical and the consequences of me going back into jail is that I can die. I detail this in the letters. In the past, I have reached out to the San Diego Board of Supervisors, my locally elected representatives and they have apparently not looked into this. I have attached a letter I am sending them today also.

I apologize to the court if my pleadings may be at times unclear or difficult to understand. I am not trained in the law and I am doing my best. However, I am going to court tomorrow for the criminal case and I am facing sentencing and the pleadings I put in for my defense in the state court have not been imported into the court system per the clerk. I have a heart condition and almost died the last time I was put in jail and I am again likely to die if put back in. However, the removal or simple void of the pleadings I have put in on my own behalf might cause that and that appears to be their goal.

I am asking that this Federal Court enjoin the State Court from holding its hearing until my pleadings are put in on my behalf. I raise the cases of Dombrowski v. Pfister, 380 US 479 (1965) to overcome the likely defense based upon the Younger abstention since the actions that are taking place show that my first and fourth amendment rights are in great peril as is my life.

I raise Winter v. NRDC (2008) in support of the injunctive relief I am seeking.

Based on the Facts given and the attachments, I meet the standards set forth by the Winter Court and will take them in the logical order as I believe they should be.

1. I am likely to suffer irreparable harm without the injunction and restraining order. This means I might be incarcerated wrongfully with a heart condition and can easily die.
2. The injunction (and TRO) is in the public interest because no one should be railroaded in criminal court (or any other) like what is happening to me. Also, no one should be prevented from filing pleadings on their behalf in criminal cases, especially when the filings show their innocence in face of loss of life or limb.
3. The balance of equities and hardships are my favor,

and whether

4. I will succeed on the merits. I believe a calm review of all the facts I have raised, I believe I am likely to succeed when they are reviewed.

Please see the attached exhibits in support.


Wherefore, I hereby pray and ask this court to enter an order enjoining the hearing in my criminal case on June 15th and allow a hearing in this forum on minimally my ability to advance my first, fourth, and fifth amendment rights to petition and put up a defense. This also means a protection of my rights to due process.

Respectfully submitted,

*rob emert*

Robert Emert


I declare under penalty of perjury the veracity of these statements and the truth of the attachments.


Robert Emert

*rob emert*

# EXHIBIT A

# Exhibit A

--------- Forwarded message ---------
From: **Damian Rasch** <damian.rasch@sdcva.com>
Date: Sun, Jan 8, 2023, 9:48 AM
Subject: Re: Robert Emert DOB 03/10/1969
To: Dawn Emert <dawnemert2020@gmail.com>

January 8,. 2023

To Whom it May Concern:

On January 7, 2023, I was contacted by my patient, Mr. Robert Emert, who informed me that he is currently incarcerated.

With Robert's permission, I have been asked to disclose to you that he is under my care for multiple chronic medical problems to ensure his immediate ongoing health and sfafety.

In September 2021, Robert suffered a heart attack, also known as an acute coronary syndrome, and was treated for a non-ST segment elevation myocardial infarction with placement of a 2.5 x 38 mm Xience drug-eluting stent to his proximal and mid left anterior descending artery. Robert is also noted to have a history of cardiac arrhythmia, noteworthy for atrial fibrillation, placing him at an elevated cardioembolic risk for an acute cerebrovascular accident (stroke).

Robert's additional cardiovascular problems include valvular heart disease (mitral insufficiency) as well as essential hypertension.

Robert has been prescribed Plavix (clopidogrel) for antiplatelet therapy to ensure the long-term patency of the drug-eluting stent placed in his heart, which were it to occlude, could result in another episode of acute coronary syndrome (heart attack), and possibly death. Typically, a patient with this condition would also be maintained on a low-dose aspirin, however due to Robert's additional problem of paroxysmal atrial fibrillation, he requires additional blood thinners to lower his stroke risk, which is why he is also maintained on Eliquis (apixaban). Robert needs to absolutely be maintained on both of these medications to prevent recurrent heart attack, stroke, and death. Please also note, that while taking these two medications in combination, Robert is also at especially elevated bleeding risk, which includes both gastrointestinal bleeding, and intracranial bleeding (particularly in the event of any head trauma).

In view of the recent Los Angeles Times article and additional attention that has been given to the excessive number of fatalities which have occurred in recent years and the San Diego County jail population, I do feel it is important to bring to your attention that certainly Robert's multiple significant cardiovascular conditions would place him at an elevated risk for significant morbidity or death while in custody, if they are not properly accommodated and attended to. I would kindly request your assistance in ensuring Robert gets prompt access to his regularly prescribed medications, especially his blood thinners (Plavix and Eliquis), and that during the duration of his detention, he be assured an environment where he is will not encounter any physical trauma (blows to the head, torso, etc.), as these could potentiate a rapidly fatal internal bleeding event. I would also advise that should he develop any signs of acute coronary syndrome (chest pain associated with sweating, neck pain, jaw pain, etc.), that he be transported to the nearest emergency room for prompt evaluation by a cardiologist.

I am attaching a copy of Robert's most recent medication list to assist medical personnel at your facility with his care. If I can be of any further assistance or provide any further insight into his medical conditions, please do not hesitate to contact me at San Diego Cardiovascular Associates. Our 24/7 telephone number to reach the physician on call is 760-944-7300.



I thank you very much in advance for your assistance with my patient as he works his way through the legal process.

Sincerely,

Damian Rasch, DO

Board Certified in Internal Medicine and Cardiology

# EXHIBIT B

# Robert Emert

June 14, 2023

**San Diego County
Board of Supervisors**
District1community@sdcounty.ca.gov
joel.anderson@sdcounty.ca.gov
Terra.Lawson-Remer@sdcounty.ca.gov
jim.desmond@sdcounty.ca.gov

**San Diego District Attorney's Office**
330 W. Broadway
San Diego, CA 92101
sandiegoda@sdcda.org
summer@summerstephan.com

**Superior Court of San Diego**
Michael Roddy, CEO
michael.roddy@sdcourt.ca.gov
Presiding Judge Michael T. Smyth
(Please forward a copy to him)
1100 Union Street
San Diego, CA 92101

Robert Hansen
Beat Reporter
Davis Vanguard

Re: Notice of Unlawful Actions by the Superior Court

To All Parties of Interest,

     I have been fighting a horrid family law case in the local San Diego Superior Court (See Rob Emert v. Andrea Schuck Case 19FL010852N; Appeal Case D079955). It has been shocking for me to see the unlawful actions that have been taken by the many participants in the case and these actions have harmed me substantially in many ways. The unlawful actions have been done by lawyers, staff/employees, and many others. It appears that because I fought for my rights and my son's rights as hard as I did and because of the numerous unlawful actions and the ever-progressive greater unlawful actions, some within the legal system have turned to the District Attorney to prosecute me falsely based on retaliation. So, I now have the dual burden of my family law case and the criminal matter against me.

---

As a part of all that has happened, I was recently unlawfully incarcerated for 90 days during which I was put into the general population while being on two blood thinners. One punch from another inmate could have easily led me to bleeding out. Also, the jail didn't give me my second medication for 45 days, though I tried to tell daily. During the time I did not have that second med, I could have died, and I could not sleep many nights based on this. The attached letter is one of many Doctors describing my heart condition and the imminent harm I face.

My criminal defense attorney did worse than nothing in my case. It appears that he would not file or do certain actions because he was either working with the District Attorney or potentially was threatened by the District Attorney to not put up a fight for my rights. Since I cannot trust him, I have had to do my own research and my own legal work. This means drafting pleadings and filing with the criminal court to get the proper relief for my case.

I have been filing pleadings on my own behalf in this criminal case (for reference of my criminal case, see People of San Diego v. Emert, Case#: SCD297230) for my proper defense since my attorney did not do them. On Monday (06/12/23), I updated one of the pleadings on my own behalf in the criminal case and learned from the clerk of the Superior Court that none of my pleadings have been filed at all. I have my conformed (court stamped) copies of these pleadings. They include but are not limited to substitution of attorney and a Motion to Dismiss charges.

I believe this is being done to cover for the misconduct of DDA Balero and the false and retaliatory case she brought against me to help the others garner collateral estoppel so I could not sue for all the misconduct (see Heck v. Humphrey, 512 US 477 (1994)). For almost 60 days now, I have needed to file on my own; an attorney substitution, Motion to Withdraw guilty plea, Motion to Dismiss and others because my attorney failed to properly investigate my case. In addition, for almost 60 days, I have requested my complete file which he has failed to do.

So, I have a hearing on Thursday, and it appears that this will be a very convenient forum for the state trial court to put me back in jail, especially since it seems that none of the pleadings, I have been filing on my own are in the docket and I have filed many motions calling out extreme misconduct. The evidence I have is extensive. This means that they are likely working to put me back in jail as they have done before.

This is a direct violation of my right to Petition for Redress of Grievances. I have alerted this Board of unlawful actions by officers of the Court prior, and it appears that the San Diego Board of Supervisors has decided to be deliberately indifferent and has decided not to investigate or examine what is happening.

As of right now, I have a Federal Lawsuit against several persons who have directly harmed me. I have filed for a TRO in Federal Court to have a stay against any move to put me back in jail as I believe that is the goal to simply shut me up. I need to amend my federal complaint a bit and note that my Constitutionally protected right to Petition has been surreptitiously taken *sub silentio* and that is truly alarming. But, again, it appears this is being done to stop me from raising defenses on my behalf.

Something else happened during all of this which was similar, and this is truly bizarre and it illustrates some of the measures some are going to attack me. My 76-year-old mother went to the San Diego Superior Courthouse on 12/12/22. She was personally serving documents to the executive office of the Presiding Judge for my case. She was harassed, told she could not leave the executive office, and that if she "drop served" they would put the documents in the trash.

I believe these incidents of preventing me from filing documents in my own cases are to prevent me from raising my legal rights and to again, allow the opposition to win the case and to prevent me from having my rights and prevent liability to the other actors. Damages are often awarded as a deterrent to unlawful actions. However, the actions that are being taken are to intentionally hurt me directly and are likely being done since so much harm has already been done. The goal now appears to simply take me out using the legal system and its actors will thus be free from the liability they are in for hurting me. That is outrageous.

I have a hearing in criminal court on Thursday (Tomorrow June 15th) and I believe that the court will use that hearing to put me in jail since it appears none of my filings are showing logged into the court system, which appears irregular to say the least. I will be seeking federal injunctive relief to stop that as I don't have any other method of doing so.

I am once again petitioning this forum to take this matter up, investigate it and then correct and hold those who are doing these unlawful actions to me to be held to account. I believe corrective measures need to be taken. Please inform me of receipt of this letter and please let me know of the actions that you will be taking. I implore you to do the right thing. I need a pause before irreparable harm falls on me more where I leave my children fatherless.

Also, I believe that one of the problems and why in part these things have gone on is that there are only five supervisors for the entire County of San Diego and it's almost 1.4 million residents. That number of five is somehow static and stays the same even when the population grows. I think that the matters I am detailing require more than five people to oversee and hold proper hearings into. The effect of the population growing and the number of representatives staying the same harms my access to the political process. I ask this to be corrected.

Your attention to this letter is necessary and I ask that you take this matter up immediately and find a corrective solution that does not involve taking more of my liberties or putting me in harm's way as has been done.

An oversimplification of my heinous ordeal is this:

Shortly after I almost died from a heart attack caused by the stress I have been put through in this case, and all the retaliation for me fighting for my rights, I had all my parental rights stripped of me at a trial I was denied access to being at (a trial was held after I had a heart attack and could not attend the hearing, that's crazy, but apparently some of what goes on in this case). I have tried to remedy this, but the current judge says she does not have jurisdiction and the judgment is not on appeal so the appellate court can't hear it. But, based on this default judgment, DDA Balerio has filed false criminal charges against me. The evidence will easily show there is no material basis for any probable cause given all the evidence that was presented to the DA's office over the prior year. The attorney that was hired to represent me is/was ineffective counsel at best. It doesn't even appear that discovery was properly sought, and the complaint is so riddled with blatant misrepresentation that went unchallenged by my attorney that it is simply unbelievable. I have substituted him out as my attorney and put myself in to represent myself almost a month ago. I have since filed several documents on my own behalf.

Everything is well documented and any reasonable person would be able to easily see what happened, be shocked by it and understand that it could easily happen to them as well.. Those responsible won't let me have my fair day in court and are simply corralling me to either surrender my basic civil rights or go back to prison. The irreparable harm that has been done and will continue by future unlawful incarceration would likely kill me.

Again, please look into this and take corrective action.

With hope,

*rob emert*

Robert Emert

# **EXHIBIT C**

Glenda Emert

2351 Vista Lago Terrace

Escondido, CA 92029

Tsemert@msn.com

619-846-8136

AFFIDAVIT

I, Glenda Emert, being duly sworn, hereby depose and state as follows:

1. I am over the age of 18 and am of sound mind and competent to make this affidavit.
2. I have personal knowledge of the events described herein and make this sworn statement based on my own observations and experiences.
3. On December 12, 2022, I was providing basic personal service of documents to the Executive Office of the Superior Court of California, San Diego.
4. I demonstrated a clear understanding of the proper rules of service and executed the service accordingly, in accordance with applicable laws and regulations.
5. Upon review of the documents by the executive office, I was subjected to harassment by the office personnel including being told I was not allowed to leave until the documents were reviewed by personnel in the back office. It was clear, if I left, the office personnel and the clerk would be very displeased.
6. The executive office personnel not only harassed me but also chased me out of the office premises, claiming that I was not allowed to "drop serve" if the clerk did not accept the service.
7. Both the clerk and a sheriff present at the office explicitly stated that they were not obligated to accept the documents, and further stated that if we left the documents there, they would simply discard them.
8. In the interest of brevity, I have omitted other instances of harassment that occurred during this incident.

I declare under penalty of perjury under the laws of California, County of San Diego that the foregoing is true and correct to the best of my knowledge and belief.

Executed on this 12th day of May, 2023.

Glenda Emert