| | |
|---|---|
| 1 | SUSANNE C. KOSKI, General Counsel (SBN. 176555) |
| 2 | CARMELA E. DUKE, Litigation Attorney (SBN. 270348) |
|   | OFFICE OF GENERAL COUNSEL |
| 3 | Superior Court of California, County of San Diego |
| 4 | 1100 Union Street |
|   | San Diego, California 92101 |
| 5 | Telephone: (619) 844-2382 |

Attorneys for Defendants, the Honorable Patti C. Ratekin, Retired Commissioner of the Superior Court of California, County of San Diego, the Honorable Lorna A. Alksne, Retired Judge of the Superior Court of California, County of San Diego, and the Honorable David J. Danielsen, Retired Judge of the Superior Court of California, County of San Diego

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| ROBERT EMERT, | ) Case No.: 23cv0230-RSH-AHG |
|---|---|
| Plaintiff, | ) |
| v. | ) **PROOF OF SERVICE** |
|   | ) [CivLR 5.4(c)] |
| LUIS VENA; ANDREA SCHUCK; MATTHEW W. CORD; PATTI C. RATEKIN; DAVID S. SCHULMAN; LORNA A. ALKSNE; DAVID J. DANIELSEN; MOORE, SCHULMAN & MOORE; ROBERT OLAGUE; AND DOES 1-20 inclusive, | ) |
| Defendants. | ) |

/ / /
/ / /
/ / /
/ / /

PROOF OF SERVICE - 1

I, PUI KATSIKARIS, declare that: I am over the age of eighteen years and not a party to the above-referenced case; I am employed in, or am a resident of, the County of San Diego, California where the mailing occurs; and my business address is: 1100 Union Street, San Diego, California.

I further declare that I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service; and that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business.

On July 27, 2023, I served the following document(s): **REPLY IN SUPPORT OF DEFENDANTS COMMISSIONER PATTI C. RATEKIN, JUDGE LORNA A. ALKSNE, AND JUDGE DAVID J. DANIELSEN'S MOTION TO DISMISS COMPLAINT WITH PREJUDICE** by placing a true copy of each document in a separate envelope addressed to each addressee, respectively, as follows:

**Robert Emert**
**2351 Vista Lago Terrace**
**Escondido, CA 92029**

I then sealed each envelope and deposited said envelope(s) in the U.S. Postal Pick up box, this same day, at my business address shown above, following ordinary business practices.

Additionally, pursuant to the Electronic Case Filing Administrative Policies and Procedures Manual of this Court, Section 2.d.2, service has been effected on the parties below, whose counsel of record is a registered participant of CM/ECF, via electronic service through the **CM/ECF system:**

**Steven Paul Inman, II, Esq.**   Email: steven.inman@sdcounty.ca.gov
(Attorney for Defendant Luis Vena)

**Peter Schluederberg, Esq.**   Email: peter@pqslaw.com (Attorney for Andrea Schuck)

**Sara Elizabeth Bloch, Esq.**  Email: sbloch@pettitkohn.com (Attorney for David S. Schulman)

**Douglas A Pettit, Esq.**  Email: DPettit@PettitKohn.com (Attorney for Moore, Shulman & Moore, APC)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 27, 2023

_____
PUI KATSIKARIS