CLAUDIA G. SILVA, County Counsel (State Bar No. 167868)
By STEVEN P. INMAN, II, Senior Deputy (State Bar No. 227748)
    SOFIA REZVANI, Senior Deputy (State Bar No. 333447)
Office of County Counsel, County of San Diego
1600 Pacific Highway, Room 355
San Diego, California 92101-2469
Telephone: (619)884-2931; Fax: (619) 531-6005
E-mail: Steven.Inman@sdcounty.ca.gov

Attorneys for Defendant Luis Pena (erroneously sued as Luis Vena)

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Robert Emert,<br><br>　　　　Plaintiff,<br>v.<br><br>Luis Vena; Andrea Schuck; Matthew W. Cord; Patti C. Ratekin; David S. Schulman; Lorna A. Alksne; David J. Danielsen; Moore, Schulman and Moore; Robert Olague and Does 1-20 inclusive,<br><br>　　　　Defendants. | NO. 23-CV-0230-RSH-AHG<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT LUIS PENA'S REPLY IN SUPPORT OF MOTION TO DISMISS**<br><br>**[Fed. R. Civ. Proc. 12(b)(6)]**<br><br>Date: April 4, 2023<br>Courtroom: 3B<br>Judge: Hon. Robert S. Huie<br><br>NO ORAL ARGUMENT PURSUANT TO LOCAL RULE 7.1(D)(1)<br><br>[Filed concurrently with Defendant Luis Pena's Reply in Support of Motion to Dismiss] |

PLEASE TAKE NOTICE that pursuant to Federal Rules of Evidence, Rule 201, Defendant Luis Pena (erroneously sued as Luis Vena) respectfully requests that the Court take judicial notice of the "Felony Minutes—Miscellaneous" and "Plea of Guilty/No Contest – Felony" filed on April 4, 2023, in the matter of *People v. Robert Emert*, San Diego Superior Court case number SCD297230, and attached hereto as Exhibit "A". *Lee v. City of Los Angeles*, 250 F.3d 668, 689 (9th Cir. 2001) ("A court may take judicial notice of matters of public record that are not in dispute without converting a motion to dismiss into a motion for summary judgment.").

Respectfully submitted:

DATED:  July 28, 2023                    CLAUDIA G. SILVA, County Counsel

By: s/STEVEN P. INMAN, II, Senior Deputy
Attorneys for Defendant Luis Pena (erroneously sued as Luis Vena)
E-mail: Steven.Inman@sdcounty.ca.gov

# EXHIBIT A

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**

SCD297230  DA AFA20201    ☒ CENTRAL  ☐ EAST  ☐ NORTH  ☐ SOUTH
4-4-23
DATE 4-03-2023 AT 1115 P.M.    23700402  Trial Call

PRESENT: HON. Michael S. Groch / Aaron H. Katz    JUDGE PRESIDING, DEPARTMENT  10I 1504

CLERK  D. Pettano    REPORTER  L. Pool    CSR# 8941

REPORTER'S ADDRESS: P.O. BOX 120128, SAN DIEGO, CA 92112

THE PEOPLE OF THE STATE OF CALIFORNIA

                                                 F. Balerio
VS.                                              DEPUTY DISTRICT ATTORNEY / DEPUTY ATTORNEY GENERAL

Emert, Robert                                    J. Badillo
DEFENDANT                                        ATTORNEY FOR DEFENDANT (PD / APD / (OAC) / RETAINED)

VIOLATION OF  Ct 1 PC 278.5(a)                                    P.O. _____
ALLEG(S)/ENH(S) _____    INTERP. _____    OATH ON FILE / SWN.
PRIOR(S) _____    LANGUAGE _____
DEFENDANT ☒ PRESENT  ☐ SELF REPRESENTED  ☐ NOT PRESENT  ☐ NOT PRODUCED  CPO

**READINESS** ☒ ___ AMENDED COMPLAINT / INFO. / INDICTMENT FILED, READING WAIVED, TRUE NAME AS CHARGED, DEFT. PLEADS NOT GUILTY, DENIES ALLEGS.
☐ COMPLAINT / INFORMATION AMENDED BY INTERLINEATION _____ . ☐ COMPLAINT DEEMED INFORMATION.
☐ PRELIMINARY HEARING / TRIAL _____ CONFIRMED / REMAINS / VACATED. ☐ READINESS ☐ MOTIONS _____ REMAIN(S) / VACATED.
☒ DEFENDANT ADVISED OF RIGHTS, WAIVES RIGHTS.  ☒ DEFT. SWORN AND EXAMINED.  ☐ DEFENDANT WITHDRAWS "NOT GUILTY" PLEA AND NOW PLEADS
☒ GUILTY ☐ NOLO CONTENDERE TO:

Ct 1 - PC 278.5(a)

☐ PEOPLE V. WEST PLEA.  ☐ COUNSEL AND DEFENDANT STIPULATE TO PRELIMINARY / GRAND JURY TRANSCRIPT AS FACTUAL BASIS OF PLEA.
☐ ON MOTION OF COURT / PEOPLE / DEFENDANT COUNT(S) _____ BAL _____ REMAINING IS / ARE DISMISSED FOJ / VOP.
☒ ON MOTION OF COURT/PEOPLE/DEFENDANT ALLEGATION(S)/PRIOR(S) _____ BAL _____ REMAINING IS / ARE STRICKEN FOJ / VOP.
☒ DEFENDANT TO PROVIDE DNA SAMPLES AS DIRECTED BY SHERIFF OR PROBATION (PC296).  ☐ PC1210 ☐ ACCEPTED. ☐ DECLINED.
**PC1000** ☐ PC1000, DEFERRED ENTRY OF JUDGMENT, GRANTED _____ MOS./YRS. ☐ NEW TERM ☐ RE-REFERRAL ☐ REPORT TO SUBSTANCE ABUSE ASSESSMENT UNIT FORTHWITH. ☐ DEFENDANT TO PAY ☐ $_____ ADMIN FEE ☐ $_____ DEJ RESTITUTION FEE PER PC1001.90 BY _____
☐ DEFT. SUCCESSFULLY COMPLETED PC1000. PREVIOUSLY ENTERED PLEA TO COUNT(S) _____ SET ASIDE, AND THE CHARGE(S) IS/ARE DISMISSED  Blakely
☐ DEFT FAILED THE PC1000 PROGRAM. ANY UNPAID PC1000 FEES ARE DELETED. ☐ COURT MAKES A FINDING OF GUILT TO THE CHARGE(S) PLED.
**FUTURE HEARINGS** WAIVERS: ☒ STATUTORY TIME PRELIM / TRIAL / JUDGMENT. ☐ PRELIMINARY HEARING ☐ SPEEDY TRIAL. ☒ HARVEY / CRUZ / ARBUCKLE.
☒ NON-BIOLOGICAL EVIDENCE DISPOSAL. ☐ PRESENCE AT POST-SENTENCE HEARING.  ☐ ATTORNEY / INTERPRETER CONFLICT FOR THIS HEARING.
☐ COMPLAINT DEEMED THE INFORMATION, IMMEDIATE ARRAIGNMENT (SEE CRM-002A). ☐ IMMEDIATE SENTENCING (SEE CRM-002B).
Prob Hrg & Sentencing (IS SET FOR / CONT'D / TRAILED TO  5-9-23  AT  9AM  IN DEPT.  1504
☐ ON MOTION OF COURT / PEO. / DEFT. REASON: _____ EST. PRELIM: _____ DAYS LEFT (TRIAL) _____
☐ READINESS IS SET FOR / CONT'D TO _____ AT _____ IN DEPT. _____ MOTIONS DUE: _____
**MENTAL HEALTH** ☐ PROCEEDING SUSPENDED PER PC1368. MENTAL COMPETENCY EXAMINATION ON _____ AT _____
BY FORENSIC PSYCHIATRY CLINIC. FEMALES, ROOM 1003, CENTRAL COURTHOUSE; MALES, CENTRAL DETENTION FACILITY.   PC29810 advisal
HEARING ON _____ AT _____ IN DEPARTMENT _____, CENTRAL COURTHOUSE.
☐ THE SHERIFF IS ORDERED TO TRANSPORT DEFENDANT TO AND FROM THE EXAMINATION AND HEARING SHOWN ABOVE.
**PROBATION REFERRAL** ☒ REPORT ORDERED: ☒ PRESENTENCE. ☐ POST-SENTENCE, COPY TO BE SENT DIRECTLY TO CDCR PER PC1203C.
☐ DEFENDANT FOUND GUILTY BY ☐ JURY VERDICT. ☐ COURT FINDING. ☐ DEFT. WAIVES POST-SENTENCE INTERVIEW.
☐ DEFENDANT ORDERED TO REMAIN IN COURTROOM UNTIL INTERVIEWED BY COURT PROBATION OFFICER FOR A LIMITED REPORT.  within 48 hrs -
☒ DEFENDANT REFERRED TO / ORDERED TO REPORT IMMEDIATELY TO PROBATION DEPT. FOR INTERVIEW: ☒ 8047 OHIO STREET, SAN DIEGO  telephonic
☒ 330 W. BROADWAY, 5TH FL, SAN DIEGO ☐ 325 S. MELROSE DR., VISTA ☐ 250 E. MAIN ST., 8TH FL, EL CAJON ☐ 1095 BAY BLVD, CHULA VISTA  authorized
**CUSTODY STATUS** ☐ DEFT. REMANDED TO CUSTODY OF SHERIFF ☐ WITHOUT BAIL ☐ BAIL SET AT/REDUCED/INCREASED TO $_____
☒ DEFENDANT ORDERED RELEASED FROM CUSTODY THIS CASE ONLY ☒ ON OR / SOR  ☐ ON DEJ ☐ CASE DISMISSED ☐ ACQUITTED.
☐ DEFENDANT TO REMAIN AT LIBERTY ☐ ON BOND POSTED $_____    ☐ ON OR / SOR    ☐ ON DEJ ☐ ON SAME TERMS & CONDITIONS
☐ DEFENDANT ORDERED TO RETURN.
☐ 4TH AMENDMENT WAIVER: IMPOSED. / REMAINS IN EFFECT. / DELETED.    ☒ PROTECTIVE ORDER: ISSUED / REMAINS IN EFFECT / MODIFIED. / DELETED.
**BONDS / WARRANTS** ☐ BENCH WARRANT TO ISSUE, BAIL SET AT $_____   ☐ COUNSEL REPORTS NO CONTACT WITH DEFENDANT.
☐ SERVICE FORTHWITH. ☐ ORDERED WITHHELD TO _____ . ☐ BENCH WARRANT ISSUED / ORDERED _____ IS RECALLED / RESCINDED.
☐ DECL. OF NON-COLLUSION & RE-ASSUMPTION OF LIABILITY FILED. ☐ BAIL FORF. IS SET ASIDE. ☐ BAIL ☐ REINSTATED ☐ EXONERATED ☐ FORFEITED
☐ UPON PAYMENT OF COURT COST $_____ WITHIN 30 DAYS. ☐ COST WAIVED. BOND AMT $_____ BOND NO. _____
BOND COMPANY _____   AGENT _____
**OTHER**
Release SOR with GPS monitoring.

                    Date: _____ ATTEST A TRUE COPY, Clerk of the Superior Court by _____ , Deputy
Distribution by  XD  on  4-4  to JAIL DEFT. ATTY. PROS. PROB. R&R Other: SOR
SDSC CRM-002C (Rev.10/12)       **FELONY MINUTES – MISCELLANEOUS**

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO | F I L E D For Court Use Only Clerk of the Superior Court APR 0 4 2023 |
|---|---|
| PEOPLE vs Robert Emert     Defendant | |
| PLEA OF GUILTY/NO CONTEST – FELONY | COURT CASE NUMBER stamp SCD297230 DA CASE NUMBER AFA008 |

I, the defendant in the above-entitled case, in support of my plea of (Guilty)/No Contest, personally declare as follows:

1. Of those charges now filed against me in this case, I plead __Guilty__ to the following offenses and admit the enhancements, allegations and prior convictions as follows: [RE]

| COUNT | CHARGE | ENHANCEMENT(S)/ALLEGATION(S) (List all for each count) |
|---|---|---|
| 1 | PC 273.5(a) | |
| | | |
| | | |
| | | |

| PRIOR (SECTION NO.) | CONVICTION DATE | COUNTY | CASE NO. | CHARGE(S) |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

☐ Additional count(s)/prior(s) listed on Plea of Guilty/No Contest-Felony Attachment Page (SDSC Form #CRM-012A).

2. I have not been induced to enter this plea by any promise or representation of any kind, except: *(State any agreement with the District Attorney.)* [RE]
   NOLT, release from custody on GPS pending sentencing, CTS, CPO with family court box checked. This court will defer to any visitation and custody orders of family court. att'y

3. I am entering my plea freely and voluntarily, without fear or threat to me or anyone closely related to me. [RE]

4. I understand that a plea of No Contest is the same as a plea of Guilty for all purposes. [✗]

5. I am sober and my judgment is not impaired. I have not consumed any drug, alcohol or narcotic within the past 24 hours. [RE]

**CONSTITUTIONAL RIGHTS**

6a. I understand that I have the right to be represented by a lawyer at all stages of the proceedings. I can hire my own lawyer or the Court will appoint a lawyer for me if I cannot afford one. [RE]

**I understand** that as to all charges, allegations and prior convictions filed against me, and as to any facts that may be used to increase my sentence, now or in the future, I also have the **following constitutional rights, which I now give up** to enter my plea of guilty/no contest:

6b. I have the right to a **speedy and public trial by jury**. **I now give up this right.** [RE]

6c. I have the right to **confront and cross-examine all the witnesses** against me. **I now give up this right.** [RE]

6d. I have the right to **remain silent** (unless I choose to testify on my own behalf). **I now give up this right.** [RE]

6e. I have the right to **present evidence in my behalf** and to have the court subpoena my witnesses at no cost to me. **I now give up this right.** [RE]

SDSC CRM-012 (Rev. 2/18) Mandatory Form       PLEA OF GUILTY/NO CONTEST - FELONY       Page 1

| DEFENDANT | CASE NUMBER |
|---|---|
| Emert | SCD297230 |

## CONSEQUENCES OF PLEA OF GUILTY/NO CONTEST

7a. I understand that I may receive this maximum punishment as a result of my plea: __3__ years imprisonment or imprisonment plus a term of mandatory supervision; $ __10__ fine; and __4__ years parole or post-release community supervision, with return to custody for every violation of a condition thereof. If I am not sentenced to imprisonment, I may be granted probation for a period up to 5 years or the maximum term of imprisonment, whichever is greater. As conditions of probation I may be given up to a year in jail custody, plus the fine, and any other conditions deemed reasonable by the Court. I understand that if I violate any condition of probation I can be sentenced to imprisonment for the maximum term as stated above.

7b. I understand that I must pay a restitution fine ($300 - $10,000), that I will also be subject to a suspended fine in the same amount, and that I must pay full restitution to all victims.

7c. I understand that my conviction in this case will be a serious/violent felony ("strike") resulting in mandatory denial of probation, substantially increased penalties, and a term in State Prison in any future felony case.

7d. **Immigration consequences:** (1) I understand that if I am not a U.S. citizen, this plea of (Guilty)/No Contest may, and for certain offenses **will** (see page 4), have the consequences of removal/deportation, exclusion from admission to the United States, and/or denial of naturalization pursuant to the laws of the U.S.; (2) I understand I have the right to request additional time to consider my plea in light of the advisement in this paragraph; (3) I have discussed my immigration status with my attorney and have had sufficient time to consider and discuss the immigration consequences of my plea with him/her or an immigration attorney.

7e. I understand that my plea of (Guilty)/No Contest in this case could result in revocation of my probation, mandatory supervision, parole or post-release supervision in other cases, and consecutive sentences.

7f. My attorney has explained to me that other possible consequences of this plea may be: (Circle applicable consequences.)
   (1) Consecutive sentences
   (2) Loss of driving privileges
   (3) Commitment to Youth Authority
   (4) Lifetime registration as an arson / sex offender
   (5) Registration as a narcotic / gang offender
   (6) Cannot possess firearms or ammunition
   (7) Blood test and saliva sample
   (8) Priorable (increased punishment for future offenses)
   (9) Prison prior
   (10) Mandatory imprisonment
   (11) Mandatory State Prison
   (12) Presumptive imprisonment
   (13) Presumptive State Prison
   (14) Sexually Violent Predator Law
   (15) Possible/Mandatory hormone suppression treatment
   (16) Reduced conduct/work credits
   a. Limited local credits (290/serious/prior)
   b. Violent Felony (No credit or max. 15%)
   c. Prior Strike(s) (No credit to max. 20%)
   d. Murder on/after 6/3/98 (No credit)
   (17) Loss of public assistance
   (18) AIDS education program
   (19) Other: _____

8. **(Appeal Rights)** I give up my right to appeal the following: 1) denial of my 1538.5 motion, 2) issues related to strike priors (under PC sections 667(b)-(i) and 1170.12), and 3) any sentence stipulated herein.

9. **(*Harvey* Waiver)** The sentencing judge may consider my prior criminal history and the entire factual background of the case, including any unfiled, dismissed or stricken charges or allegations or cases when granting probation, ordering restitution or imposing sentence.

10. **(*Blakely* Waiver)** I understand that as to any fact in aggravation that may be used to increase my sentence on any count or allegation to the upper or maximum term provided by law, I have the constitutional rights listed in paragraphs 6b-6e. I now give up those rights and agree that the sentencing judge may determine the existence or non-existence of any fact in aggravation, either at the initial sentencing or at any future sentencing in the event my probation is revoked.

11. **(*Cruz* Waiver)** Negotiated Disposition pursuant to PC 1192.5: I understand that if pending sentencing I am arrested for or commit another crime, violate any condition of my release, or willfully fail to appear for my probation interview or my sentencing hearing, the sentence portion of this agreement will be cancelled. I will be sentenced unconditionally, and I will not be allowed to withdraw my guilty/no contest plea(s).

| DEFENDANT | Emert | CASE NUMBER SCD297230 |
|---|---|---|

12. **(*Arbuckle* Waiver)** I give up my right to be sentenced by the judge who accepts this plea.  *ve*

13. **(Probation Report)** I give up my right to a full probation report before sentencing.  *ve*

14. **(Evidence Disposal Waiver)** I give up my interest in all non-biological property/evidence impounded during the investigation of this case except _____ and acknowledge that if I listed any property here, I must also file a claim with the impounding agency within 60 days after pronouncement of judgment or my ability to make a claim will expire.  *ve*

**PLEA**

15. I now plead Guilty/No Contest and admit the charges, convictions and allegations described in Item 1. I admit that on the dates charged, I: *(Describe facts as to each charge and allegation)*
    unlawfully withheld and concealed a child
    and deprived a lawful custodian the right to custody
    under 278.5(a)
    *ve*

16. I declare under penalty of perjury that I have read, understood, and initialed each item above and any attached addendum, and everything on the form and any attached addendum is true and correct.  *ve*

Dated: 4/4/2023     Defendant's Signature X _____

Defendant's Address: _____
                                      Street
                       _____    _____    _____
                       City       State     Zip
Telephone Number: (      ) _____

Defendant's Right Thumb Print

**ATTORNEY'S STATEMENT**

I, the attorney for the defendant in the above-entitled case, personally read and explained to the defendant the entire contents of this plea form and any addendum thereto. I discussed all charges and possible defenses with the defendant, and the consequences of this plea. **I have asked the defendant about his/her immigration status, advised defendant of the immigration consequences of this plea to the best of my ability, and advised defendant of the right to additional time to discuss this matter with an immigration attorney.** I personally observed the defendant fill in and initial each item, or read and initial each item to acknowledge his/her understanding and waivers. I observed the defendant date and sign this form and any addendum. I concur in the defendant's plea and waiver of constitutional rights.

Dated: 4/4/27     Jose M.Ll.
                  (Print Name)           Attorney for Defendant           (Signature)
                                         (Circle one: PD / APD / OAC / **RETAINED**)

**INTERPRETER'S STATEMENT**

I, the sworn _____ language interpreter in this proceeding, truly translated for the defendant the entire contents of this form and any attached addendum. The defendant indicated understanding of the contents of this form and any addendum and then initialed and signed the form and any addendum.

Dated: _____
             (Print Name)           Court Interpreter           (Signature)

**PROSECUTOR'S STATEMENT**

The People of the State of California, plaintiff, by its attorney, the District Attorney for the County of San Diego, concurs with the defendant's plea of Guilty/No Contest as set forth above.

Dated: 4/4/23     F. Balino
                  (Print Name)          Deputy District Attorney         (Signature)

| DEFENDANT Robert Emert | CASE NUMBER SCD297230 |
|---|---|

## COURT'S FINDING AND ORDER

The Court, having questioned the defendant and defendant's attorney concerning the defendant's plea of Guilty/No Contest and admissions of the prior convictions and allegations, if any, finds that: The defendant understands and voluntarily and intelligently waives his/her constitutional rights; the defendant's plea and admissions are freely and voluntarily made; the defendant understands the nature of the charges and the consequences of the plea and admissions; and there is a factual basis for same. The Court accepts the defendant's plea and admissions, and the defendant is convicted thereby.

Dated: 9/4/23

AARON H. Judge of the Superior Court

## IMMIGRATION CONSEQUENCES

If you are not a U.S. citizen, you should consult your attorney or an immigration attorney about the immigration consequences of your plea, particularly if your offense might qualify as an "aggravated felony," crime of moral turpitude, controlled substance offense, firearm offense, or domestic violence offense (see below). It is your attorney's obligation to provide you with accurate and affirmative advice about the immigration consequences of your plea, and you have the right to additional time to evaluate those immigration consequences. By entering a plea, you are indicating to the court you know of and understand the specific immigration consequences that will result from your conviction.

Immigration consequences are a matter of federal law. Whether an offense qualifies as one of the "aggravated felonies" listed below is determined by federal statutes and case law. (See *Esquivel-Quintana v. Sessions* (2017) __ U.S. __, 137 S.Ct. 1562, 198 L.Ed.2d 22.) **Certain offenses defined as misdemeanors under State law may be considered "aggravated felonies" under federal law.**

Any conviction of a non-citizen for an "aggravated felony" **will** result in removal/deportation, exclusion, and/or denial of naturalization. (See 8 U.S.C. § 1227(a)(2)(A)(iii).) "Aggravated felonies" (see 8 U.S.C. § 1101(a)(43)) include but are not limited to:

(1) Murder; rape; or sexual abuse of a minor;
(2) A crime of violence, as defined in 18 U.S.C. § 16, but not including a purely political offense;*
(3) Trafficking of a controlled substance, firearms, destructive devices or explosive materials;
(4) Money laundering if the amount exceeds $10,000;
(5) An explosive materials offense;
(6) A firearms offense;
(7) A theft offense, including receipt of stolen property, or burglary offense;*
(8) Child pornography;
(9) Pimping, pandering, or operating a prostitution business;
(10) Human trafficking;
(11) Fraud or deceit in which the loss to the victim or victims exceeds $10,000;
(12) Failure to appear by a defendant for service of a sentence if the underlying offense is punishable by imprisonment for a term of five years or more, or failure to appear to answer or resolve a felony for which a sentence of two years' imprisonment or more may be imposed;
(13) Commercial bribery, counterfeiting, forgery, or trafficking in vehicles the identification numbers of which have been altered;*
(14) Obstruction of justice, perjury or subornation of perjury, or bribery of a witness;*
(15) An attempt or conspiracy to commit any of the above offenses.

*If the term of imprisonment is at least one year.

Other crimes (*as defined by federal law*) that **may** result in removal/deportation, exclusion, and/or denial of naturalization or other severe immigration consequences include, but are not limited to:
(1) A crime of moral turpitude (see 8 U.S.C. §§ 1182(a)(2)(A)(i), 1227(a)(2)(A)(i));
(2) A controlled substance offense (see 8 U.S.C. §§ 1182(a)(2)(A)(i), 1182(a)(2)(C), 1227(a)(2)(B));
(3) A firearm or destructive device offense (see 8 U.S.C. § 1227(a)(2)(C));
(4) A domestic violence, stalking, or child abuse offense (see 8 U.S.C. § 1227(a)(2)(E)(i));
(5) Violation of a protective order (see 8 U.S.C. § 1227(a)(2)(E)(ii));
(6) A human trafficking offense (see 8 U.S.C. §§ 1182(a)(2)(H), 1227(a)(2)(F));
(7) Multiple criminal convictions with an aggregate sentence of five years or more (see 8 U.S.C. § 1182(a)(2)(B));
(8) A prostitution offense (see 8 U.S.C. § 1182(a)(2)(D));
(9) A "serious criminal offense," which includes any felony, a crime of violence, and reckless driving or DUI with injury (see 8 U.S.C § 1182(a)(2)(E)).




OF CALIFORNIA
1022 (Rev. 01/2018)

DEPARTMENT OF JUSTICE
PAGE 3 of 6

# CALIFORNIA DEPARTMENT OF JUSTICE
## BUREAU OF FIREARMS
### Prohibited Persons Relinquishment Form
(Penal Code 29810)

*Pursuant to Penal Code section 29810, any person who is convicted of any offense listed in sections 29800 or 29805 is prohibited from owning, purchasing, receiving, possessing, or having under his or her custody or control, any firearms, ammunition, and ammunition feeding devices, including but not limited to magazines. Any person subject to section 29800 or 29805, shall relinquish all firearms through a designee within the time periods set forth in subdivision (d) or (e) of Penal Code section 29810, by surrendering the firearms to the control of a local law enforcement agency, selling the firearms to a licensed firearms dealer, or transferring the firearms for storage to a firearms dealer pursuant to section 29830.*

*Please note: This form is intended for use in relinquishing firearms only. As a reminder, any person who is convicted of any offense listed in sections 29800 or 29805 is also prohibited from owning or possessing ammunition, ammunition feeding devices, including but not limited to magazines, clips, speed loaders, and autoloaders.*

### A. Prohibited Person Information (Defendant):

| Last Name: | First Name: | Middle Name: |
|---|---|---|
| Emert | Robert | |

| Physical Residence Address: | City: | State: | Zip Code: |
|---|---|---|---|
| | | | |

| Date of Birth (mm/dd/yyyy): | California Driver License or Identification No.: | Sex: | Phone No. (include area code): |
|---|---|---|---|
| 8/10/1969 | | | |

### B. Firearm(s) Information (To report additional firearm(s), use supplemental form (BOF 1023)):

RE (Initial) — I do not own, possess, or have under my custody or control, any firearms, ammunition, or ammunition feeding devices, including but not limited to magazines.

Signature: [signed]   Date: 4/4/23

| Firearm Type: ○ Handgun ○ Rifle ○ Shotgun | Serial Number: | Make: | Model: |
|---|---|---|---|
| | | | |

| Caliber: | Color: | Firearm Origin: | Barrel Length: ○ in. ○ cm. | Category (i.e. semi-automatic, single-shot, bolt action): |
|---|---|---|---|---|
| | | | | |

Describe Firearm (Identification Marks):

Current Location of Firearm (including address and other information about the firearm's specific location):

| Firearm Type: ○ Handgun ○ Rifle ○ Shotgun | Serial Number: | Make: | Model: |
|---|---|---|---|
| | | | |

| Caliber: | Color: | Firearm Origin: | Barrel Length: ○ in. ○ cm. | Category (i.e. semi-automatic, single-shot, bolt action): |
|---|---|---|---|---|
| | | | | |

Describe Firearm (Identification Marks):

Current Location of Firearm (including address and other information about the firearm's specific location):

Case/Docket #: SCD297230




# CALIFORNIA DEPARTMENT OF JUSTICE
## BUREAU OF FIREARMS
### Prohibited Persons Relinquishment Form

| Firearm Type: ◯ Handgun ◯ Rifle ◯ Shotgun | Serial Number: | Make: | Model: |
|---|---|---|---|
| Caliber: | Color: | Firearm Origin: | Barrel Length: ◯ in. ◯ cm. | Category (i.e. semi-automatic, single-shot, bolt action): |

Describe Firearm (Identification Marks):

Current Location of Firearm (including address and other information about the firearm's specific location):

| Firearm Type: ◯ Handgun ◯ Rifle ◯ Shotgun | Serial Number: | Make: | Model: |
|---|---|---|---|
| Caliber: | Color: | Firearm Origin: | Barrel Length: ◯ in. ◯ cm. | Category (i.e. semi-automatic, single-shot, bolt action): |

Describe Firearm (Identification Marks):

Current Location of Firearm (including address and other information about the firearm's specific location):

_____ **Initial** — Failure to file a completed Prohibited Persons Relinquishment Form (BOF 1022) with the assigned probation officer within the specified time period shall constitute an infraction punishable by a fine not exceeding $100.

_____ **Initial** — By initialing here I understand that any person who lives with me (cohabitant) and who owns firearms must store those firearms in accordance with Penal Code section 25135.

## C. Court Authorized Exception(s):

☐ Yes   ☐ No   Pursuant to Penal Code section 29810(f), the court has approved a shortened or enlarged relinquishment time period or has allowed for an alternative method for relinquishment (If checked "yes," attach court documentation).

## D. Power of Attorney (Consenting Third-Party/Law Enforcement Designee Assignment:

I, _____, hereby designate _____
   Printed Name of Defendant                                    Printed Name of Power of Attorney/LEA Designee

to have Power of Attorney for the purpose of transferring or disposing of my firearm(s).

## E. Defendant Declaration:

As the firearm owner, I hereby declare, under penalty of perjury under the laws of the State of California, that the foregoing is true and correct. I understand that I, as defendant, and/or the designee are obligated to submit a completed Prohibited Persons Relinquishment Form (BOF 1022) to my assigned probation officer within the specified time period.

☐ I have been released from law enforcement custody and understand my designee shall dispose of any firearms I own, possess, or have in my custody or control **within five days of my conviction.**

☐ I remain in law enforcement custody and understand my designee shall dispose of any firearms I own, possess or have in my custody or control within **fourteen days of my conviction.**

_____        _____
          Signature                                Date

Case/Docket #: _____

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO<br>☒ CENTRAL DIVISION, CENTRAL COURTHOUSE, 1100 UNION ST., SAN DIEGO, CA 92101<br>☐ EAST COUNTY DIVISION, 250 E. MAIN ST., EL CAJON, CA 92020<br>☐ NORTH COUNTY DIVISION, 325 S. MELROSE DR., VISTA, CA 92081<br>☐ SOUTH COUNTY DIVISION, 500 3RD AVE., CHULA VISTA, CA 91910 | FOR COURT USE ONLY<br>FILED<br>APR 04 2023<br>By: K. Pestano |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA | |
| DEFENDANT  Ernest, Robert | CASE NUMBER  SCD297230 |
| **ORDER RELEASING DEFENDANT ON SUPERVISED OWN RECOGNIZANCE** | DA NUMBER  AFA 202 |

Defendant is ordered released on his/her own recognizance, supervised by the Pretrial Services Office of the Probation Department, subject to the acceptance by the defendant of the following least restrictive conditions that will reasonably ensure a return to court and protection of the safety of the public and/or victim(s):

☒ Contact the Pretrial Services Office of the Probation Department within 24 hours of release from custody (excluding weekends and holidays) at **(858) 944-6104**.
☒ Report as required by the Pretrial Services Office of the Probation Department.
☒ Appear in person at all times and places as ordered by this court and as ordered by any court in which the charge is pending.
☒ Obey all conditions imposed by the court.
☒ Obey all laws.
☒ Not depart this state without permission of the court.
☒ Not leave the County of San Diego without prior permission from the Pretrial Services Office of the Probation Department.
☒ WAIVE EXTRADITION if fail to appear as ordered by the court and are apprehended outside of the State of California.
☒ Immediately report any change of address to the Pretrial Services Office of the Probation Department.
☒ Immediately report any new arrest to the Pretrial Services Office of the Probation Department.
☐ Submit person, property, place of residence, vehicle, personal effects to search at any time with or without a warrant, and with or without reasonable cause, when required by any law enforcement officer.
  ☐ Includes electronic devices, computers, mobile phones, and includes passcodes (does not include medical records or financial accounts).
☐ Totally abstain from the use of alcohol.
☐ Not knowingly use or possess cannabis or any of its derivatives, with or without a prescription.
☐ Not knowingly use or possess any controlled substances without a valid prescription.
☐ Attend _____ self-help meetings per week and provide proof to the Pretrial Services Office of the Probation Department.
☐ Not knowingly contact, directly or indirectly: _____
☒ Comply with terms of Criminal Protective Order regarding: _Bryce E, Andrea Schuck as per 4/4/23_
☐ Stay 100 yards away from: _____
☐ Abide by a _____ curfew, seven days a week.
☐ Download the mobile application for court reminders, notifications, and electronic check-in. Follow the directions as provided by the Pretrial Services Office of the Probation Department to access the application.
☐ Submit to: ☐ Continuous Alcohol Monitoring  ☐ Remote Breath Alcohol Monitoring  ☐ Transdermal Drug Patch
☒ Submit to GPS Monitoring by the Pretrial Services Office of the Probation Department.
☐ _____
☐ _____

Date: 4/4/23                                    _[signature]_
                                                        Judge of the Superior Court

I, the defendant in the above referenced case, accept the conditions listed above and acknowledge that I have been informed and understand that: (1) noncompliance with any of the above-stated conditions will result in a report of the violation to the court and the issuance of a bench warrant for my arrest, (2) any person who is charged with the commission of a <u>misdemeanor</u> who is released on his/her own recognizance and who willfully fails to appear as agreed is guilty of a separate misdemeanor punishable by imprisonment in the county jail not exceeding six months, or by a fine up to $1,000, or by both, and (3) any person who is charged with the commission of a <u>felony</u>, who is released on his/her own recognizance, and who willfully fails to appear as agreed is guilty of a separate felony punishable by imprisonment pursuant to Pen. Code, § 1170(h), or in the county jail for not more than one year, or by a fine up to $5,000, or by both.

Date: 4/4/23                                    _[signature]_
                                                        Signature of Defendant

760 612 9328                   2351 Vista Lago Terrace
Cell / Home Telephone Number   Address
robertthomsn.com               EsCondido           CA        92029
Email address                  City                State    Zip Code

SDSC CRM-288 (Rev. 12/22)   **ORDER RELEASING DEFENDANT ON SUPERVISED OWN RECOGNIZANCE**