# DECLARATION OF SERVICE

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to the case; I am employed in the County of San Diego, California. My business address is 1600 Pacific Highway, Room 355, San Diego, California, 92101.

On July 28, 2023, I served the following documents:

- **DEFENDANT LUIS PENA'S REPLY IN SUPPORT TO DISMISS PLAINTIFF'S COMPLAINT [Fed.R.Civ.P., 12(b)(6);]**
- **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT LUIS PENA'S REPLY IN SUPPORT OF MOTION TO DISMISS.**

in the following manner:

☒ **(BY MAIL)** By causing a true copy thereof, enclosed in a sealed envelope, with postage fully prepaid, for each addressee named below and depositing each in the U. S. Mail at San Diego, California.

Robert Emert
2351 Vista Lago Terrace
Escondido, CA 92029

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 28, 2023, at San Diego, California.

_____*Aimee Shorter*_____
A. SHORTER

*Emert v. Vena, et al.*
USDC Case No. 23-CV-0230-RSH-AHG