

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Robert Emert<br><br>Plaintiff,<br>V.<br>Luis Vena; Andrea Schuck; Matthew W Cord; Patti C. Ratekin; Robert Olague; David S Schulman; Lorna A. Alksne; David J. Danielsen; Moore, Shulman & Moore, APC; Does 1-20 inclusive<br><br>Defendant. | Civil Action No.  23-cv-00230<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The action is DISMISSED without prejudice. The Clerk is directed to enter judgment for Defendants and to close the case.

Date:    8/14/23

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ A. Sudan
                                    A. Sudan, Deputy