

# United States District Court
**SOUTHERN DISTRICT OF CALIFORNIA**

Robert Emert

                              **Plaintiff,**

                V.

Luis Vena, et al.

                              **Defendant.**

FILED
8/22/2023
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY:         A. Sudan, Deputy

Civil No. 23-cv-230-RSH-AHG

## STRICKEN DOCUMENT:
AMENDED COMPLAINT

## Per Order #   65