UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA

Robert EMERT, Plaintiff,

v.

LUIS VENA et al., Defendants.

**Case No.: 23-cv-230-RSH-AHG**



## NOTICE OF APPEAL

Notice is hereby given that Robert Emert, plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the order denying plaintiff's motion for relief from judgment and leave to amend complaint entered in this action on September 11, 2024.

This notice is being filed within the time allowed by Federal Rule of Appellate Procedure 4(a)(1)(A). The order being appealed was entered on September 11, 2024. Using the postmark date of September 3, 2024, the last day to file this appeal is October 3, 2024.

Appellant intends to appeal all aspects of the order denying the motion for relief from judgment and leave to amend complaint, including but not limited to:

1. The denial of relief from judgment under Rule 60(b)(3);
2. The denial of leave to amend the complaint;
3. The court's determination that it lacks subject matter jurisdiction under the Rooker-Feldman doctrine;
4. Any other rulings incorporated into or merged with the final order of denial.

Dated: 10/01/24

Respectfully submitted,

*Rob Emert*

**PROOF OF ELECTRONIC SERVICE**

I, Rob Emert, declare:

I am the appellant in this action and am representing myself pro se. My address is 2351 Vista Lago Terrace, Escondido, CA 92029.

On October 1, 2024, I electronically served the following document(s):

NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

by filing it with the CM/ECF system of the United States District Court for the Southern District of California. Pursuant to the Electronic Case Filing Administrative Policies and Procedures Manual of this Court, service has been effected on the following parties, whose counsel of record is a registered participant of CM/ECF:

Peter Schluederberg (peter@pqslaw.com), Attorney for Andrea Schuck Douglas A. Pettit (DPettit@PettitKohn.com), Attorney for Moore, Shulman & Moore, APC
Steven Paul Inman, II (steven.inman@sdcounty.ca.gov), Attorney for Luis Vena Sara Elizabeth Bloch (sbloch@pettitkohn.com), Attorney for David Schulman Carmela Duke (Carmela.Duke@sdcourt.ca.gov), Attorney for Judicial Defendants Austin R. Uhler (austin.uhler@sdcounty.ca.gov), Deputy County Counsel

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 1, 2024 at Escondido, California.

*Rob Emert*

Rob Emert Appellant, Pro Se